1  Paul Alexander (Bar No. 49997)
   AlexanderP@howrey.com
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, California 94303
   (650) 798-3500
4  (650) 798-3600 (fax)

5  Robert G. Abrams
   AbramsR@howrey.com
6  Thomas A. Isaacson
   IsaacsonT@howrey.com
7  Peter A. Barile III
   BarileP@howrey.com
8  HOWREY LLP
   1299 Pennsylvania Avenue, N.W.
9  Washington, DC 20004
   202.783.0800
10 202.383.6610 (fax)

11 Emily L. Maxwell (Bar No. 185646)
   MaxwellE@howrey.com
12 HOWREY LLP
   525 Market Street, Suite 3600
13 San Francisco, CA 94105
   415.848.4947
14 415.848.4900 (fax)

15 *Attorneys for Plaintiffs, on behalf of themselves and others similarly situated*

**FILED**
JAN - 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

FAXED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WALMART.COM USA LLC, WAL-MART STORES, INC., and NETFLIX, INC., <br><br> Defendants. | Case No. **CV 09 0002 MEJ** <br><br> **CERTIFICATION OF INTERESTED ENTITIES AND PERSONS PURSUANT TO CIVIL L.R. 3-16** |

CERTIFICATION OF INTERESTED
ENTITIES AND PERSONS CIVIL L.R. 3-16

DM_US:21730894_1

1     Plaintiffs, ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, ERIC ROSLANSKY, and KEVIN SIMPSON (hereinafter "Plaintiffs") and their counsel hereby respectfully submit this certification as required by Civil L.R. 3-16.

    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: January 2, 2009.

Respectfully submitted,

By: /s/ Paul Alexander
Paul Alexander
HOWREY LLP
1950 University Avenue
East Palo Alto, CA 94303
650.798.3500
650.798.3600 (fax)

Robert G. Abrams
Thomas A. Isaacson
Peter A. Barile III
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
202.783.0800
202.383.6610 (fax)

Emily L. Maxwell
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
415.848.4947
415.848.4999 (fax)

*Attorneys for Plaintiffs and others similarly situated*

-2- CERTIFICATION OF INTERESTED ENTITIES AND PERSONS CIVIL L.R. 3-16