| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Robert G. Abrams
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
t. +1 202.383.6935

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, , ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and others similarly situated,

  Plaintiff(s),

v.

WALMART.COM USA LLC, WAL-MART STORES, INC and NETFLIX, INC.,

  Defendant(s).

CASE NO. CV 09-0002

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

E-filing

FILED JAN -2 2009 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

FAXED

MEJ

   Pursuant to Civil L.R. 11-3, Robert G. Abrams, an active member in good standing of the bar of District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, , ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and others similarly situated, in the above-entitled action.

   In support of this application, I certify on oath that:

   1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

   2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

   3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

   Paul Alexander, 1950 University Avenue, 4th Floor East Palo Alto, CA 94303, 1 650.798.3555

   I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Clerk's Use Only | Dated: 12/30/08 |
| Initial for fee pd.: | |

Robert G. Abrams