FILED

JAN - 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA

Clerk's Use Only

Initial for fee pd.:

_____

Peter A. Barile
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
t. +1 202.383.6941

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

E-filing

ANDREA RESNICK, GARY BUNKER,
JOHN HALEY, AMY LATHAM, , ERIC
ROSLANSKY, and KEVIN SIMPSON, on
behalf of themselves and others similarly
situated,

           Plaintiff(s),

        v.

WALMART.COM USA LLC, WAL-MART
STORES, INC and NETFLIX, INC.,

           Defendant(s).      /

CASE NO.

CV 09 0002 MEJ

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

FAXED

Pursuant to Civil L.R. 11-3, Peter A. Barile III, an active member in good standing of the

bar of District of Columbia, hereby applies for admission to practice in the Northern District of

California on a pro hac vice basis representing ANDREA RESNICK, GARY BUNKER, JOHN

HALEY, AMY LATHAM, , ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of

themselves and others similarly situated, in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest

      court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

      Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

      become familiar with the Local Rules and the Alternative Dispute Resolution

      programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who

      maintains an office within the State of California has been designated as co-

      counsel in the above-entitled action. The name, address and telephone number of

      that attorney is:

      Paul Alexander, 1950 University Avenue, 4th Floor  East Palo Alto, CA 94303,
      1 650.798.3555

I declare under penalty of perjury that the foregoing is true and correct.

Clerk's Use Only

Initial for fee pd.:

Dated: _____ 1/2/09

Peter A. Barile III

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28