| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Thomas A. Isaacson
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
t. +1 202.383.6558



FILED
JAN - 2 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, , ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and others similarly situated,

    Plaintiff(s),

v.

WALMART.COM USA LLC, WAL-MART STORES, INC and NETFLIX, INC.,

    Defendant(s).

E-filing

CV CASE 09 0002 MEJ

FAXED

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Thomas A. Isaacson, an active member in good standing of the bar of District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, , ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and others similarly situated, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Paul Alexander, 1950 University Avenue, 4th Floor East Palo Alto, CA 94303, 1 650.798.3555

I declare under penalty of perjury that the foregoing is true and correct.

Clerk's Use Only

Initial for fee pd.:

Dated: 12/30/08

*Thomas Isaacson* (signature)

Thomas A. Isaacson

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28