**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ANDREA RESNICK, et al.,                        No. C 09-0002 MEJ

12              Plaintiff(s),                        **ORDER DIRECTING PLAINTIFFS TO
                                                     FILE CONSENT/DECLINATION FORM**
13     vs.

14   WALMART.COM USA, et al.,

15              Defendant(s).
                                          /
16

17

18          Pending before the Court are Plaintiffs' counsels' Applications for Admission of Attorney Pro

19   Hac Vice.  Upon review of the record in this action, the Court notes that Plaintiffs have not filed a

20   written consent to Magistrate Judge James' jurisdiction or request for reassignment to a United

21   States District Court judge for trial.  This civil case was randomly assigned to United States

22   Magistrate Judge Maria-Elena James for all purposes including trial.  In accordance with Title 28,

23   U.S.C. § 636(c), the magistrate judges of this District Court are designated to conduct any and all

24   proceedings in a civil case, including a jury or non-jury trial, and to order the entry of final

25   judgment, upon the consent of the parties.  An appeal from a judgment entered by Magistrate Judge

26   James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same

27   manner as an appeal from any other judgment of a district court.

28          You have the right to have your case assigned to a United States District Judge for trial and

disposition. Accordingly, Plaintiffs shall inform the Court whether they consent to Magistrate Judge James' jurisdiction or request reassignment to a United States District Judge for trial. A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, click on the "Forms" tab on the left margin, then choose "Civil." The consent/declination form shall be filed as soon as possible, but no later than January 21, 2009.

**IT IS SO ORDERED.**

Dated: January 7, 2009

_____
MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
For the Northern District of California