Paul Alexander (Bar No. 49997)
AlexanderP@howrey.com
HOWREY LLP
1950 University Avenue
East Palo Alto, CA  94303
650.798.3500
650.798.3600 (fax)

Robert G. Abrams
AbramsR@howrey.com
Thomas A. Isaacson (DC Bar No 376959)
IsaacsonT@howrey.com
Peter A. Barile III (D.C. Bar No. 980030)
BarileP@howrey.com
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
202.783.0800
202.383.6610 (fax)
*pro hac vice applications pending*

Emily L. Maxwell (Bar No. 185646)
MaxwellE@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA  94105
415.848.4947
415.848.4900 (fax)

*Attorneys for Plaintiffs, on behalf of themselves and others similarly situated*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, ERIC ROLANSKY, AND KEVIN SIMPSON, on behalf of themselves and others similarly situated,<br>   Plaintiffs,<br> v.<br>WALMART.COM USA LLC, WAL-MART STORES, INC. AND NETFLIX, INC.,<br>   Defendants.<br>_____ / | No. 3:09-cv-00002-MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE MARIA-ELENA JAMES AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: January 7, 2009

/s/ Paul Alexander
Paul Alexander
HOWREY LLP
1950 University Avenue
East Palo Alto, CA 94303
650.798.3500
650.798.3600 (fax)

Robert G. Abrams
Thomas A. Isaacson
Peter A. Barile III
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
202.783.0800
202.383.6610 (fax)
*pro hac vice applications pending*

Emily L. Maxwell
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
415.848.4947
415.848.4900 (fax)

Counsel for  Plaintiffs
(Name of party or indicate "pro se")