1  Paul Alexander
   alexanderp@howrey.com
2  **HOWREY LLP**
   1950 University Avenue
3  East Palo Alto, CA 94303
4  650.798.3500
   650.798.3600 (fax)
5
   Emily Maxwell (Bar. No. 185646)
6  maxwelle@howrey.com
   **HOWREY LLP**
7  525 Market Street, Suite 3600
   San Francisco, CA 94105
8  415-848-4947
9  415-848-4999 (fax)

10 Eugene A. Spector
   espector@srkw-law.com
11 Jeffrey J. Corrigan
   jcorrigan@srkw-law.com
12 Theodore M. Lieverman
13 tlieverman@srkw-law.com
   Jay S. Cohen
14 jcohen@srkw-law.com
   Jonathan M. Jagher
15 jjagher@srkw-law.com
16 **SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
   1818 Market Street, Suite 2500
17 Philadelphia, PA 19103
   215-496-0300
18 215-496-6611 (fax)
19 [ADDITIONAL COUNSEL ON SIGNATURE PAGE]

20 *Attorneys for Plaintiff, on behalf of himself and others similarly situated*

21              UNITED STATES DISTRICT COURT
22              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and others similarly situated,<br>　　　　Plaintiffs,<br>　v.<br>WALMART.COM USA LLC, WAL-MART STORES, INC., and NETFLIX, INC.,<br>　　　　Defendants. | Case No. CV-09-0002 (MEJ)<br><br>**NOTICE OF RELATED CASE PURSUANT TO CIVIL L.R. 3-12 TO BE FILED IN CASE NO. CV-09-0002 MEJ; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, PURSUANT TO CIVIL L.R. 7-11** |

**HOWREY LLP**

NOTICE OF RELATED CASE

Plaintiff Michael O'Connor on behalf of himself and others similarly situated (hereinafter "Plaintiff") hereby respectfully submits this Notice of Related Case, Pursuant to Civil L.R. 3-12 and the required Administrative Motion to Consider Whether Cases Should be Related, Pursuant to Civil L. R. 7-11.

## I. APPLICABLE STANDARD UNDER CIVIL L.R. 3-12

Under Civil Local Rule 3-12, an "action is related to another when: (1) the actions concern substantially the same parties, property, transaction or event, and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a).

Whenever a party knows or believes that an action may be related to an action which is or was pending in the Northern District, said party "must promptly file in the earliest-filed case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11."[1] Civil L.R. 3-12(b). That motion must include: "(1) The title and case number of each apparently related case; (2) A brief statement of the relationship of the actions according to the criteria set forth in Civil L.R. 3-12(a)."

## II. *O'CONNOR* AND *RESNICK* ARE RELATED CASES.

The *Resnick* litigation was filed in this Court on January 2, 2009. The *O'Connor* litigation was filed on January 9, 2009 and was assigned Case No. CV-09-0096 (MEJ). These two cases involve the exact same transactions and events, the identical defendants, the identical allegations and causes of action, and the same proposed class of plaintiffs. Accordingly, there will be unduly burdensome duplication of labor and expense and there will be a risk of conflicting results if these cases are conducted before different Judges.

---

[1] "In addition to complying with Civil L.R. 7-11, a copy of the motion, together with proof of service pursuant to Civil L.R. 5-6, must be served on all known parties to each apparently related action. A Chambers copy of the motion must be lodged with the assigned Judge in each apparently related case under Civil L.R. 5-1(b)." Civil L.R. 3-12(b).

Dated: January 9, 2009

Respectfully submitted,

By: /s/ Paul Alexander
    Paul Alexander
    HOWREY LLP
    1950 University Avenue
    East Palo Alto, CA  94303
    650.798.3500
    650.798.3600 (fax)

    Emily L. Maxwell
    HOWREY LLP
    525 Market Street, Suite 3600
    San Francisco, CA  94105
    415.848.4947
    415.848.4999 (fax)

    Eugene A. Spector
    Jeffrey J. Corrigan
    Theodore M. Lieverman
    Jay S. Cohen
    Jonathan M. Jagher
    SPECTOR ROSEMAN KODROFF
    & WILLIS, P.C.
    1818 Market Street
    Suite 2500
    Philadelphia, PA 19103
    215-496-0300
    215-496-6611 (fax)

    Natalie Finkelman Bennett
    SHEPHERD, FINKELMAN, MILLER
    & SHAH, LLC
    35 East State Street
    Media, Pennsylvania  19063
    610-891-9880
    610-891-9883 (fax)

/////

/////

Gary E. Mason
THE MASON LAW FIRM, LLP
1225 19th Street Northwest
Suite 500
Washington, DC 20036
202-429-2290
202-429-2294 (fax)

*Attorneys for Plaintiff and others similarly situated*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | The undersigned declares as follows: |
| 3 | I am a citizen of the United States and employed in San Mateo County, State of California. I |
| 4 | am over the age of eighteen years and not a party to the within-entitled action. My business address is |
| 5 | 1950 University Avenue, 4th Floor, East Palo Alto, California 94303. On the date set forth below, I |
| 6 | served a copy of the following document: |
| 7 | **NOTICE OF RELATED CASE PURUSANT TO CIVIL L.R. 3-12 TO BE FILED IN CASE NO. CV-09-0002 MEJ; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, PURSUANT TO CIVIL L.R. 7-11** |
| 8 | |
| 9 | on the interested following parties in the subject action as indicated below: |
| 10 | Jonathan M. Jacobson |
| 11 | jjacobson@wsgr.com<br>Wilson Sonsini Goodrich & Rosati |
| 12 | 1301 Avenue of the Americas<br>40th Floor |
| 13 | New York, NY 10019 |
| 14 | Sara Ciarelli Walsh<br>sciarelli@wsgr.com |
| 15 | Wilson Sonsini Goodrich & Rosati<br>1301 Avenue of the Americas |
| 16 | 40th Floor<br>New York, NY 10019 |
| 17 | [X] (E-MAIL) I caused the above listed document to be served on the following e-mail addresses: |
| 18 | jjacobson@wsgr.com and sciarelli@wsgr.com |
| 19 | I declare under the penalty of perjury under the laws of the State of California and the United |
| 20 | States that the above is true and correct. |
| 21 | Executed on January 9, 2009, at East Palo Alto, California. |
| 22 | |
| 23 | Eric J. Trostad *(Signature)* |
| 24 | (Type or print name) |

Certificate of Service                                    Case No. CV-09-0002 (MEJ)