# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, , ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and others similarly situated,

Plaintiff(s),

v.

WALMART.COM USA LLC, WAL-MART STORES, INC and NETFLIX, INC.,

Defendant(s).

CASE NO.

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Robert G. Abrams, an active member in good standing of the bar of District of Columbia whose business address and telephone number (particular court to which applicant is admitted) is, United States District Court for the District of Columbia, 333 Constitution Avenue, N.W. , Washington, D.C. 20001,  (202) 354-3000 having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing

ANDREA RESNICK, GARY BUNKER,JOHN HALEY, AMY LATHAM, ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and others similarly situated.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States          Judge

DM_US:21730889_1