# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ANDREA RESNICK, GARY BUNKER,
JOHN HALEY, AMY LATHAM, , ERIC
ROSLANSKY, and KEVIN SIMPSON, on
behalf of themselves and others similarly
situated,

                       Plaintiff(s),

        v.

NETFLIX, INC., WAL-MART STORES,
INC., and WALMART.COM USA LLC,

_____

                  Defendant(s).

**CASE NO.**

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Peter A. Barile III, an active member in good standing of the bar of District of Columbia whose

business address and telephone number (particular court to which applicant is admitted) is,

United States District Court for the District of Columbia, 333 Constitution Avenue, N.W. ,

Washington, D.C. 20001,  (202) 354-3000 having applied in the above-entitled action for

admission to practice in the Northern District of California on a *pro hac vice* basis, representing

ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, , ERIC

ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and others similarly situated.

         IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                _____
                                United States         Judge

*United States District Court*
*For the Northern District of California*