# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

ANDREA RESNICK, GARY BUNKER, JOHN )
HALEY, AMY LATHAM, , ERIC ROSLANSKY, )
and KEVIN SIMPSON, on behalf of themselves and )
others similarly situated, )
          Plaintiff )
    v. ) Civil Action No.
 )
WALMART.COM USA LLC, WAL-MART STORES, )
INC and NETFLIX, INC., )
          Defendant )

**Summons in a Civil Action**

To: NETFLIX, INC.
    *(Defendant's name)*

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Paul Alexander
Emily L. Maxwell
Howrey LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303

Resnick et al v. Walmart.com USA LLC et al     Doc. 20

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                  Richard W. Wieking
                                                      Name of clerk of court

Date: _____               _____
                                                        Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

DM_US:21734785_1

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, 2875 Michelle Drive, #100, Irvine, Ca 92605 ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Nicole Parnel, Process Specialist, National Registered Agents ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: 01/02/2009

Server's signature

**Deborah Quiroga**
Printed name and title

1138 Howard Street, S.F., CA 94103

Server's address

☐ AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, , ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and others similarly situated,<br>    Plaintiff<br>  v.<br>WALMART.COM USA LLC, WAL-MART STORES, INC and NETFLIX, INC.,<br>    Defendant | Civil Action No. |

**Summons in a Civil Action**

To: WAL-MART STORES, INC
  *(Defendant's name)*

A lawsuit has been filed against you.

  Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Paul Alexander
Emily L. Maxwell
Howrey LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA  94303

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                        Richard W. Wieking
                          Name of clerk of court

Date: _____        _____
                             Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

DM_US:21734785_1

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, 818 W. 7th Street, Los Angeles, CA 90017 _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Margaret Wilson, Process Specialist, C.T. Corporation System ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: 01/02/2009

Server's signature

**Daniel Reynolds**
Printed name and title

1138 Howard Street, S.F., CA 94103

Server's address

☐ AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, , ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and others similarly situated,<br><br>          Plaintiff<br><br>          v.<br><br>WALMART.COM USA LLC, WAL-MART STORES, INC and NETFLIX, INC.,<br><br>          Defendant | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>) |

Summons in a Civil Action

To: WALMART.COM USA LLC
*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Paul Alexander
Emily L. Maxwell
Howrey LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                        Richard W. Wieking
                                                                        Name of clerk of court

Date: _____                           _____
                                                                        Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, 818 W. 7th Street, Los Angeles, CA 90017 ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Margaret Wilson, Process Specialist, C.T. Corporation System ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: 01/02/2009

Server's signature

**Daniel Reynolds**
Printed name and title

1138 Howard Street, S.F., CA 94103

Server's address