Joseph J. Tabacco, Jr. (75484)
jtabacco@bermanesq.com
Christopher T. Heffelfinger (118058)
cheffelfinger@bermanesq.com
**BERMAN DeVALERIO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Attorneys for Sarah Endzweig*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ENDZWEIG,<br><br>    Plaintiff,<br><br>  v.<br><br>WALMART.COM USA LLC, WAL-MART STORES, INC. and NETFLIX, INC.,<br><br>    Defendants. | Case No. C-09-0111-JCS<br><br>**PROOF OF SERVICE** |

[C-08-4119 SI] PROOF OF SERVICE

| | |
|---|---|
| 1 | I, Katie P. Umpierre, hereby declare as follows: |
| 2 | I am employed by Berman DeValerio, 425 California Street, Suite 2100, San Francisco, |
| 3 | California, 94104. I am over the age of 18 years and am not a party to this action. On January 13, |
| 4 | 2009, I served true and correct copies of the following: |

1. **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;**

2. **DECLARATION OF CHRISTOPHER T. HEFFELFINGER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;**

3. **[PROPOSED] ORDER RELATING CASES; and**

4. **PROOF OF SERVICE**

on the following by placing a true copy thereof enclosed in sealed envelopes, addressed as shown below, affixing proper first class postage, and depositing them in the United States Mail at San Francisco, California, in accordance with Berman DeValerio's:

**SEE ATTACHED SERVICE LIST**

I further declare that, pursuant to General Order 45 § VIII(A), on the date hereof I served a copy of:

1. **[PROPOSED] ORDER RELATING CASES**

on Judge Spero at his proposed order e-mail address: JCSpo@cand.uscourts.gov.

I declare under penalty of penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California, on January 13, 2009.

*Katie P. Umpierre*
Katie P. Umpierre

# SERVICE LIST

| | |
|---|---|
| Paul Alexander<br>**HOWREY LLP**<br>1950 University Avenue<br>East Palo Alto, CA 94303<br>Telephone: (650) 798-3500<br>Facsimile: (650) 798-3600<br><br>Robert G. Abrams<br>Thomas A. Isaacson<br>Peter A. Barile III<br>**HOWREY LLP**<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 783-0800<br>Facsimile: (202) 383-6610<br><br>Emily L. Maxwell<br>**HOWREY LLP**<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105<br>Telephone: (415) 848-4947<br>Facsimile: (415) 848-4900<br><br>*Attorneys for Plaintiffs Resnick, Bunker, Haley, Latham, Roslanksy and Simpson* (Case No. CV-09-0002-PJH)<br><br>Emily L. Maxwell<br>**HOWREY LLP**<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105<br>Telephone: (415) 848-4947<br>Facsimile: (415) 848-4900<br><br>Paul Alexander<br>**HOWREY LLP**<br>1950 University Avenue<br>East Palo Alto, CA 94303<br>Telephone: (650) 798-3500<br>Facsimile: (650) 798-3600<br><br>Eugene A. Spector<br>Jeffrey J. Corrigan<br>Theodore M. Lieverman<br>Jay S. Cohen<br>Jonathan M. Jagher<br>**SPECTOR ROSEMAN KODROFF<br>  &amp; WILLIS, P.C.**<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611 | Natalie Finkelman Bennett<br>**SHEPHERD, FINKELMAN, MILLER<br>  & SHAH, LLP**<br>35 East State Street<br>Media, PA 19063<br>Telephone: (610) 891-9880<br>Facsimile: (610) 891-9883<br><br>Gary E. Mason<br>**THE MASON LAW FIRM, LLP**<br>1225 19th Street Northwest, Suite 500<br>Washington, D.C. 20036<br>Telephone: (202) 429-2290<br>Facsimile: (202) 429-2294<br><br>*Attorneys for Plaintiff O'Connor* (Case No. CV-09-0096-MEJ)<br><br>Vahn Alexander<br>**FARUQI & FARUQI, LLP**<br>1901 Avenue of the Stars, 2nd Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 461-1426<br>Facsimile: (310) 461-1427<br><br>Kendall S. Zylstra<br>**FARUQI & FARUQI, LLP**<br>2600 Philmont Avenue, Suite 324<br>Huntingdon Valley, PA 19006<br>Telephone: (215) 914-2460<br>Facsimile: (215) 914-2462<br><br>H. Laddie Montague, Jr.<br>Merrill G. Davidoff<br>David F. Sorensen<br>Peter Kohn<br>**BERGER & MONTAGUE, P.C.**<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>Facsimile: (215) 887-4640<br><br>*Attorneys for Plaintiff Schmitz* (Case No. CV-09-0116-EMC) |

| | |
|---|---|
| Daniel A. Small<br>Benjamin D. Brown (Bar No. 202545)<br>**COHEN MILSTEIN SELLERS**<br>    **& TOLL PLLC**<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC  20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br><br>*Attorneys for Plaintiffs Lynch, Abeyta,*<br>*Hancock, and Eastman* (Case No. CV-09-00138-BZ) | Clerk of the Court<br>**U.S.D.C. NORTHERN DISTRICT**<br>    **OF CALIFORNIA**<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA 94102<br>Telephone: (415) 522-2000<br><br>*Chamber's Copies for the Honorable Phyllis J. Hamilton, the Honorable Maria-Elena James, the Honorable Edward M. Chen, and the Honorable Bernard Zimmerman, the assigned Judges in each related case* |