Daniel C. Girard (CA Bar No. 114826)
Elizabeth C. Pritzker (CA Bar No. 146267)
Alex C. Turan (CA Bar No. 227273)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Bryan L. Clobes *(pro hac vice)*
Ellen Meriwether *(pro hac vice)*
Timothy Fraser *(pro hac vice)*
**CAFFERTY FAUCHER LLP**
1717 Arch Street, Ste. 3610
Philadelphia, PA 19103
Telephone: (215) 864-2800
Facsimile: (215) 864-2810

Nyran Rose Pearson *(pro hac vice)*
**CAFFERTY FAUCHER LLP**
30 N. LaSalle Street, Suite 3200
Chicago, IL 60602
Telephone: (312) 782-4880
Facsimile: (312) 782-4485

*Attorneys for Plaintiffs Jonathan Groce and Susan Horowitz*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN GROCE and SUSAN HOROWITZ, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NETFLIX, INC., WAL-MART STORES, INC., and WALMART.COM USA LLC,<br><br>Defendants. | Case No. 09-cv-0139 MEJ<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rules 3-12, Plaintiffs Jonathan Groce and Susan Horowitz submit this administrative motion for the Court to consider whether *Jonathan Groce, et al. v. Netflix, Inc., et al.*, Case No. 09-cv-0139 MEJ, a putative class action lawsuit filed on January 12, 2009, should be related to *Andrea Resnick, et al. v. Walmart.com USA LLC, et al.*, Case No 09-cv-0002, filed on January 2, 2009, the low-numbered action also pending in this District. That action has been assigned to the Honorable Phyllis J. Hamilton. In addition to the *Resnick* action, other related actions pending in this District are *Michael O'Connor v. Walmart.com USA LLC, et al.*, Case No. 09-cv-0096 MEJ, filed on January 9, 2009, assigned to the Honorable Maria-Elena James; *Sarah Endzweig v. Walmart.com USA LLC, et al.,* Case No. 09-cv-0111 JCS, assigned to the Honorable Joseph C. Spero; *Christopher P. Schmitz v. Walmart.com USA LLC, et al.,* Case No. 09-cv-0116 EMC, assigned to the Honorable Edward M. Chen; and *Scott Lynch, et al. v. Walmart.com USA LLC, et al.,* Case No. 09-cv-0138 BZ, assigned to the Honorable Bernard Zimmerman. The *Resnick, O'Connor, Endzweig, Schmitz,* and *Lynch* actions have not been ordered related as of January 14, 2009.

These actions involve substantially the same transactions, events, questions of law, and allege essentially the same violations of federal antitrust law against substantially the same defendants. These actions allege that defendants conspired to allocate the market of DVD rentals, agreed not to compete in that market, and that Netflix monopolized the DVD rental market. These actions are alleged to have harmed consumers who were Netflix subscribers by causing them to pay more for their subscriptions than they would have paid absent Defendants' illegal market allocation agreement.

It appears likely that there will be an unduly burdensome duplication of labor and expenses and potentially conflicting results if the cases are heard before different judges.

Given the similarities of these actions, assignment of these cases to a single Federal District Court Judge will conserve judicial resources and promote efficient determination of the actions while avoiding potentially conflicting results. All three cases pending in this District are at a preliminary stage and, thus, assignment to a single judge would not prejudice any of the parties. Accordingly, plaintiffs Jonathan Groce and Susan Horowitz respectfully request that the action entitled *Jonathan*

*Groce, et al. v. Netflix, Inc., et al.* be deemed related to *Andrea Resnick, et al. v. Walmart.com USA LLC, et al*., the first filed case in this District, which is presently assigned to the Honorable Phyllis J. Hamilton.

DATED: January 14, 2009

Respectfully submitted,

By: _____*/s/ Alex C. Turan*_____
    Daniel C. Girard
    Elizabeth C. Pritzker
    Alex C. Turan
    **GIRARD GIBBS LLP**
    601 California Street, 14th Floor
    San Francisco, California 94108
    Telephone: (415) 981-4800
    Facsimile: (415) 981-4846

    Bryan L. Clobes *(pro hac vice)*
    Ellen Meriwether *(pro hac vice)*
    Timothy Fraser *(pro hac vice)*
    **CAFFERTY FAUCHER LLP**
    1717 Arch Street, Ste. 3610
    Philadelphia, PA 19103
    Telephone: (215) 864-2800
    Facsimile: (215) 864-2810

    Nyran Rose Pearson *(pro hac vice)*
    **CAFFERTY FAUCHER LLP**
    30 N. LaSalle Street, Suite 3200
    Chicago, IL 60602
    Telephone: (312) 782-4880
    Facsimile: (312) 782-4485

    ***Attorneys for Plaintiffs Jonathan Groce and Susan Horowitz***