| | |
|---|---|
| 1 | Daniel C. Girard (CA Bar No. 114826) |
| 2 | Elizabeth C. Pritzker (CA Bar No. 146267) |
|   | Alex C. Turan (CA Bar No. 227273) |
| 3 | **GIRARD GIBBS LLP** |
|   | 601 California Street, 14th Floor |
| 4 | San Francisco, California 94104 |
|   | Telephone: (415) 981-4800 |
| 5 | Facsimile: (415) 981-4846 |

Bryan L. Clobes *(pro hac vice)*
Ellen Meriwether *(pro hac vice)*
Timothy Fraser *(pro hac vice)*
**CAFFERTY FAUCHER LLP**
1717 Arch Street, Ste. 3610
Philadelphia, PA 19103
Telephone: (215) 864-2800
Facsimile: (215) 864-2810

Nyran Rose Pearson *(pro hac vice)*
**CAFFERTY FAUCHER LLP**
30 N. LaSalle Street, Suite 3200
Chicago, IL 60602
Telephone: (312) 782-4880
Facsimile: (312) 782-4485

*Attorneys for Plaintiffs Jonathan Groce and Susan Horowitz*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN GROCE and SUSAN HOROWITZ, on behalf of herself and all others similarly situated, | Case No. 09-CV-0139 MEJ |
| Plaintiffs, | |
| vs. | **CERTIFICATE OF SERVICE** |
| NETFLIX, INC., WAL-MART STORES, INC., and WALMART.COM USA LLC, | |
| Defendants. | |

# CERTIFICATE OF SERVICE

I, Alex C. Turan, hereby certify that on January 14, 2009, I filed the following documents:

1. **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**
2. **DECLARATION OF ALEX C. TURAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**
3. **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

By ECF (Electronic Case Filing): I e-filed the above-detailed document utilizing the United States District Court, Northern District of California's mandated ECF service on January 14, 2009. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, CA on January 14, 2009.

                                                        /S/ *Alex C. Turan*