Daniel C. Girard (State Bar No. 114826)
Elizabeth C. Pritzker (State Bar No. 146267)
Alex C. Turan (State Bar No. 227273)
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Michael E. Criden *(pro hac vice)*
Kevin B. Love *(pro hac vice)*
**CRIDEN & LOVE, P.A.**
7301 S.W. 57th Court, Suite 515
South Miami, Florida 33143
Telephone: (305) 357-9010
Facsimile: (305) 357-9050

*Attorneys for Plaintiff Armond Faris*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMOND FARIS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NETFLIX, INC., WAL-MART STORES, INC., and WALMART.COM USA LLC,<br><br>Defendants. | Case No. 09-cv-0180 EDL<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rules 3-12, Plaintiff Armond Faris submits this administrative motion for the Court to consider whether *Armond Faris v. Netflix, Inc., et al.*, Case No. 09-cv-0180 EDL, a putative class action lawsuit filed on January 14, 2009, should be related to *Andrea Resnick, et al. v. Walmart.com USA LLC, et al.*, Case No 09-cv-0002, filed on January 2, 2009, the low-numbered action also pending in this District. That action has been assigned to the Honorable Phyllis J. Hamilton. In addition to the *Resnick* action, other related actions pending in this District are *Michael O'Connor v. Walmart.com USA LLC, et al.*, Case No. 09-cv-0096, filed on January 9, 2009; *Sarah Endzweig v. Walmart.com USA LLC, et al.,* Case No. 09-cv-0111; *Christopher P. Schmitz v. Walmart.com USA LLC, et al.,* Case No. 09-cv-0116; *Scott Lynch, et al. v. Walmart.com USA LLC, et al.,* Case No. 09-cv-0138; *Jonathan Groce, et al. v. Netflix, Inc. et al.,* Case No. 09-cv-0139; and *Liza Sivek v. Walmart.com USA LLC, et al.,* Case No. 09-cv-0156. The *Sivek* action is assigned to the Honorable Joseph C. Spero. The *O'Connor, Endzweig, Schmitz, Lynch,* and *Groce* actions were ordered related to the *Resnick* action as of January 16, 2009 and have been assigned to the Honorable Phyllis J. Hamilton.

These actions involve substantially the same transactions, events, questions of law, and allege essentially the same violations of federal antitrust law against substantially the same Defendants. These actions allege that Defendants conspired to allocate the market for DVD rentals, agreed not to compete in that market, and that Netflix monopolized the DVD rental market. These actions are alleged to have harmed consumers who were Netflix subscribers by causing them to pay more for their subscriptions than they would have paid absent Defendants' illegal market allocation agreement.

It appears likely that there will be an unduly burdensome duplication of labor and expenses and potentially conflicting results if the cases are heard before different judges.

Given the similarities of these actions, assignment of these cases to a single Federal District Court Judge will conserve judicial resources and promote efficient determination of the actions while avoiding potentially conflicting results. All eight cases pending in this District are at a preliminary stage and, thus, assignment to a single judge would not prejudice any of the parties. Accordingly, Plaintiff Armond Faris respectfully requests that the action entitled *Armond Faris v. Netflix, Inc., et al.*

be deemed related to *Andrea Resnick, et al. v. Walmart.com USA LLC, et al.*, the first filed case in this District, which is presently assigned to the Honorable Phyllis J. Hamilton.

DATED: January 20, 2009

Respectfully submitted,

By: _____*/s/ Alex C. Turan*_____
Daniel C. Girard
Elizabeth C. Pritzker
Alex C. Turan
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Michael E. Criden *(pro hac vice)*
Kevin B. Love *(pro hac vice)*
**CRIDEN & LOVE, P.A.**
7301 S.W. 57th Court, Suite 515
South Miami, Florida 33143
Telephone: (305) 357-9010
Facsimile: (305) 357-9050

***Attorneys for Plaintiff Armond Faris***