# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMOND FARIS, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NETFLIX, INC., WAL-MART STORES, INC., and WALMART.COM USA LLC,<br><br>　　　　　Defendants. | Case No. 09-cv-0180 EDL<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

| | |
|---|---|
| 1 | On January 20, 2009, Plaintiff in *Faris v. Netflix, Inc., et al.*, Case No. 09-cv-0180 EDL, filed |
| 2 | an Administrative Motion to Consider Whether Cases Should Be Related, pursuant to Local Rule 3- |
| 3 | 12. The Court, having considered the papers and pleadings on file, and good cause appearing, |
| 4 | HEREBY GRANTS the motion. |
| 5 | IT IS ORDERED that *Faris v. Netflix, Inc., et al.*, Case No. 09-cv-0180 EDL, is hereby related |
| 6 | to *Resnick, et al. v. Walmart.com USA LLC*, Case No. 09-cv-0002 PJH. |
| 7 | *Faris v. Netflix, Inc., et al.* shall be reassigned to the undersigned judge pursuant to local Rule |
| 8 | 3-12(f). |

Dated:_____

By: _____
The Honorable Phyllis J. Hamilton
United States District Judge