Daniel C. Girard (State Bar No. 114826)
Elizabeth C. Pritzker (State Bar No. 146267)
Alex C. Turan (State Bar No. 227273)
**GIRARD GIBBS LLP**
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Michael E. Criden *(pro hac vice)*
Kevin B. Love *(pro hac vice)*
**CRIDEN & LOVE, P.A.**
7301 S.W. 57th Court, Suite 515
South Miami, Florida 33143
Telephone: (305) 357-9010
Facsimile: (305) 357-9050

*Attorneys for Plaintiff Armond Faris*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMOND FARIS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NETFLIX, INC., WAL-MART STORES, INC., and WALMART.COM USA LLC,<br><br>Defendants. | Case No. 09-cv-0180 EDL<br><br>**CERTIFICATE OF SERVICE** |

# **CERTIFICATE OF SERVICE**

I, Alex C. Turan, hereby certify that on January 20, 2009, I filed the following documents:

1. **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

2. **DECLARATION OF ALEX C. TURAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

3. **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

By ECF (Electronic Case Filing): I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF service on January 20, 2009. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, CA on January 20, 2009.

/S/ *Alex C. Turan*