MARC SELTZER (54534)
STEPHEN E. MORRISSEY (187865)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mselzer@susmangodfrey.com
smorrissey@susmangodfrey.com

*Attorneys for Defendants Walmart.com USA LLC and Wal-Mart Stores, Inc.*

JONATHAN M. JACOBSON State Bar No. 1350495 (N.Y.)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899
jjacobson@wsgr.com

*Attorneys for Defendant Netflix, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WALMART.COM USA LLC, WAL-MART STORES, INC and NETFLIX, INC. , <br><br> Defendants. | Civil Action No. CV 09 0002 (PJH) <br><br> **STIPULATION FOR ENLARGEMENT OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Pursuant to Local Civil Rule 6-1, Defendants Wal-Mart Stores, Inc., Walmart.com USA LLC, and Netflix, Inc. ("Defendants") and Plaintiffs Andrea Resnick, Gary Bunker, John Haley, Amy Latham, Eric Roslansky and Kevin Simpson ("Plaintiffs"), hereby stipulate:

Dockets.Justia.com

WHEREAS, on or about January 2, 2009, Plaintiffs filed the complaint in this action, which alleges violations of Sections 1 and 2 of the Sherman Act, 15 U.S.C. §§ 1 & 2;

WHEREAS, Plaintiffs styled the action as a putative class action;

WHEREAS, as of the date of this stipulation, several other plaintiffs have filed complaints in this District, including:

    a. No. CV 09-0096 (MEJ), *Michael O'Connor, on behalf of himself and others similarly situated v. Walmart.Com USA LLC, Wal-Mart Stores, Inc. and Netflix, Inc.;* pending in the United States District Court for the Northern District of California;

    b. No. CV 09-0111 (JCS), *Sarah Endzweig v. Walmart.Com USA LLC, Wal-Mart Stores, Inc. and Netflix, Inc.;* pending in the United States District Court for the Northern District of California;

    c. No. CV 09-0116 (EMC), *Christopher P. Schmitz, on behalf of himself and all others similarly situated v. Walmart.Com USA LLC, Wal-Mart Stores, Inc., and NetFlix, Inc.;* pending in the United States District Court for the Northern District of California;

    d. No. CV 09-00138 (BZ), *Scott Lynch, Sisto Abeyta, Allison Hancock, and Bryan Eastman, on Behalf of Themselves and Others Similarly Situated v. Walmart.Com USA LLC, Wal-Mart Stores, Inc. and Netflix, Inc.;* pending in the United States District Court for the Northern District of California;

    e. No. CV 09-00139 (MEJ), *Jonathan Groce and Susan Horowitz on behalf of themselves and those similarly situated v. Netflix, Inc. Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California

    f. No. CV 09-00156 (JCS), *Liza Sivek, on behalf of herself and all others similarly situated v. Walmart.com USA LLC, Wal-Mart Stores, Inc. and Netflix, Inc;* pending in the United States District Court for the Northern District of California

    g. No. CV 09-0180 (EDL), *Armond Faris, on behalf of himself and others similarly situated v. Netflix Inc., Wal-Mart Stores, Inc. and Walmart.com USA LLC;* pending in the United States District Court for the Northern District of California.

WHEREAS, each of these complaints alleges federal antitrust actions as against Defendants, and are styled as putative class actions;

WHEREAS, Defendants have not yet been served with all of the complaints on file in this district;

1  WHEREAS, in light of the multiple complaints on file, the potential for additional

2  complaints in this and other various jurisdictions, and the complex nature of Plaintiffs' allegations,

3  Plaintiffs and Defendants have agreed that Defendants' time to answer or otherwise respond to this

4  complaint would be extended to 30 days after such time as a consolidated complaint is filed,

5  without prejudice to any party's right to seek additional enlargements of time as necessary;

6  WHEREAS, this stipulation shall not be taken as a waiver of any defenses that Defendants

7  may have to Plaintiffs' Complaint pursuant to Rule 12(b) of the Federal Rules of Civil Procedure

8  or otherwise;

9  WHEREAS, Defendants have not previously sought or received any enlargements of time

10  to answer or otherwise respond to Plaintiffs' Complaint.

11  NOW, THEREFORE, Plaintiffs and Defendants, by and through their respective attorneys

12  of record, stipulate that Defendants shall have from 30 days of the service of a consolidated class

13  action complaint to answer or otherwise respond.

14  Dated:  January 22, 2009                              Respectfully submitted,

15                                                        SUSMAN GODFREY L.L.P.

16

17                                                        By: _s/ Stephen E. Morrissey____
                                                          Neal S. Manne
18                                                        Richard W. Hess
                                                          1000 Louisiana Street, Suite 5100
19                                                        Houston, Texas 77002
                                                          Telephone: (713) 651-9366
20                                                        Facsimile: (713) 654-6666

21                                                        Marc M. Seltzer
22                                                        Stephen E. Morrissey
                                                          Kathryn P. Hoek
23                                                        1901 Avenue of the Stars, Suite 950
                                                          Los Angeles, CA 90067
24                                                        Telephone: (310) 789-3100
                                                          Facsimile: (310) 789-3150
25

26                                                        *Attorneys for Defendants Walmart.com USA*
                                                          *LLC and Wal-Mart Stores, Inc.*
27

28

WILSON SONSINI GOODRICH & ROSATI, P.C.

By:  s/ Jonathan Jacobsen w/ permission

Jonathan M. Jacobson
JJacobson@wsgr.com
Sara Ciarelli Walsh
SWalsh@wsgr.com
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899

Scott A. Sher
SSher@wsgr.com
5th Floor
1700 K Street, NW
Washington, D.C. 20006
Tel: (202) 973-8800
Fax: (202) 973-8899

*Attorneys for Defendant Netflix, Inc.*

HOWREY LLP

/s/Eugene A. Spector, w/permission
Paul Alexander
AlexanderP@howrey.com
1950 University Avenue, 4th Floor
East Palo Alto, California  94303
Tel: (650) 798.3500
Fax: (650) 798.3600

Robert G. Abrams
AbramsR@howrey.com
Thomas A. Isaacson
IsaacsonT@howrey.com
Peter A. Barile, III
BarileP@howrey.com
Howrey LLP
1299 Pennsylvania Ave NW
Washington, District of Columbia  20004
Tel: (202) 783-0800
Fax: (202) 383-6610

Emily L. Maxwell
MaxwellE@howrey.com
Howrey LLP
525 Market Street
Suite 3600
San Francisco, California  94105-2708
Tel: (415) 848-4947
Fax: (415) 848-4900