```
 1  KEITH E. EGGLETON, State Bar No. 159842
    WILSON SONSINI GOODRICH & ROSATI
 2  Professional Corporation
    650 Page Mill Road
 3  Palo Alto, CA 94304
    Tel.:  (650) 493-9300
 4  Fax:  (650) 493-6811
    keggleton@wsgr.com
 5
    SCOTT A. SHER, State Bar No. 190053
 6  WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
 7  1700 K Street, NW
    Fifth Floor
 8  Washington, DC 20006
    Tel.:  (202) 973-8800
 9  Fax:  (202) 973-8899
    ssher@wsgr.com
10
    JONATHAN M. JACOBSON, State Bar No. 1350495 (N.Y.)
11  WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
12  1301 Avenue of the Americas
    40th Floor
13  New York, NY 10019
    Tel.:  (212) 999-5800
14  Fax:  (212) 999-5899
    jjacobson@wsgr.com
15
    Attorneys for Defendant
16  NETFLIX, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RESNICK, et al., | Civil Action No. CV 09-0002-PJH |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| WALMART.COM USA LLC, et al., | |
| Defendants. | |

NOTICE OF APPEARANCE -1-
CASE NO.: CV 09-0002-PJH

1       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2       PLEASE TAKE NOTICE that attorney Jonathan M. Jacobson of Wilson Sonsini Goodrich & Rosati, 1301 Avenue of the Americas, 40th Floor, New York, NY 10019, admitted to practice before this Court, hereby enters an appearance as counsel on behalf of Defendant Netflix, Inc.

Dated: January 21, 2009

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Jonathan M. Jacobson
     Jonathan M. Jacobson
     jjacobson@wsgr.com

Attorneys for Defendant NETFLIX, INC.

NOTICE OF APPEARANCE
CASE NO.: CV 09-0002-PJH

-2-