MARC M. SELTZER (54534)
STEPHEN E. MORRISSEY (187865)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
smorrissey@susmangodfrey.com

*Attorneys for Defendants Walmart.com USA LLC and Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>WALMART.COM USA LLC, WAL-MART STORES, INC and NETFLIX, INC.,<br><br>    Defendants. | Civil Action No. CV 09 0002 (PJH)<br><br>**NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Marc M. Seltzer of Susman Godfrey L.L.P., 1901 Avenue of the Stars, Suite 950, Los Angeles, CA 90067, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of Defendant Walmart.com USA LLC and Wal-Mart Stores, Inc.

NOTICE OF APPEARANCE – MARC M. SELTZER     -1-     Civil Action No. CV 09 0002 (PJH)

899802v1/011148

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 23, 2009 | Respectfully submitted, |
| 3 | | SUSMAN GODFREY L.L.P. |
| 4 | | |
| 5 | | By: /s/ Marc M. Seltzer |
| | | Neal S. Manne |
| 6 | | Richard W. Hess |
| | | 1000 Louisiana Street, Suite 5100 |
| 7 | | Houston, Texas 77002 |
| | | Telephone: (713) 651-9366 |
| 8 | | Facsimile: (713) 654-6666 |
| 9 | | |
| | | Marc M. Seltzer |
| 10 | | Stephen E. Morrissey |
| | | Kathryn P. Hoek |
| 11 | | 1901 Avenue of the Stars, Suite 950 |
| | | Los Angeles, CA 90067 |
| 12 | | Telephone: (310) 789-3100 |
| | | Facsimile: (310) 789-3150 |
| 13 | | |
| 14 | | *Attorneys for Defendants Walmart.com USA LLC and Wal-Mart Stores, Inc.* |