| | |
|---|---|
| 1 | MARC M. SELTZER (54534) |
| | STEPHEN E. MORRISSEY (187865) |
| 2 | SUSMAN GODFREY L.L.P. |
| | 1901 Avenue of the Stars, Suite 950 |
| 3 | Los Angeles, CA 90067 |
| | Telephone: (310) 789-3100 |
| 4 | Facsimile: (310) 789-3150 |
| 5 | mseltzer@susmangodfrey.com |
| | smorrissey@susmangodfrey.com |

*Attorneys for Defendants Walmart.com USA LLC and Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and others similarly situated, | Civil Action No. CV 09 0002 (PJH) |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| WALMART.COM USA LLC, WAL-MART STORES, INC and NETFLIX, INC., | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Stephen E. Morrissey of Susman Godfrey L.L.P., 1901 Avenue of the Stars, Suite 950, Los Angeles, CA 90067, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of Defendant Walmart.com USA LLC and Wal-Mart Stores, Inc.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 23, 2009 | Respectfully submitted, |
| 3 | | SUSMAN GODFREY L.L.P. |

By: /s/Stephen E. Morrissey
   Neal S. Manne
   Richard W. Hess
   1000 Louisiana Street, Suite 5100
   Houston, Texas 77002
   Telephone: (713) 651-9366
   Facsimile: (713) 654-6666

   Marc M. Seltzer
   Stephen E. Morrissey
   Kathryn P. Hoek
   1901 Avenue of the Stars, Suite 950
   Los Angeles, CA 90067
   Telephone: (310) 789-3100
   Facsimile: (310) 789-3150

   *Attorneys for Defendants Walmart.com USA LLC and Wal-Mart Stores, Inc.*