Sara Ciarelli Walsh
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: swalsh@wsgr.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrea Resnick, et al., | CASE NO.: 09-cv-002 (PJH) |
| Plaintiffs, | APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| Walmart.com USA LLC, et al., | |
| Defendants. | |

Pursuant to Civil L.R. 11-3, Sara Ciarelli Walsh, an active member in good standing of the bar of the United States District Court for the Southern District of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant Netflix, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of

that attorney is: Keith E. Eggleton, WILSON SONSINI GOODRICH & ROSATI, P.C., 650 Page Mill Road, Palo Alto, CA 94304, (650) 493-9300.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 22, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Sara Ciarelli Walsh
Sara Ciarelli Walsh

Attorneys for Defendant
Netflix, Inc.

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611027937
Cashier ID: almaceh
Transaction Date: 01/23/2009
Payer Name: Wilson Sonsini Goodrich and
----------------------------------
PRO HAC VICE
 For: SARA WALSH
 Case/Party: D-CAN-3-09-AT-PROHAC-001
 Amount:        $210.00
----------------------------------
CHECK
 Check/Money Order Num: 523483
 Amt Tendered:  $210.00
----------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C09-0002 PJH


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```