1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11

12  MICHAEL OROZCO, on behalf of himself and all
    others similarly situated,                          Case No. 09-cv-0297 MEJ

13
                   Plaintiff,
14                                                       **[PROPOSED] ORDER GRANTING**
                                                         **ADMINISTRATIVE MOTION TO**
15          vs.                                          **CONSIDER WHETHER CASES**
                                                         **SHOULD BE RELATED**
16  NETFLIX, INC., WAL-MART STORES, INC., and
    WALMART.COM USA LLC,
17
                   Defendants.
18

19

20

21

22

23

24

25

26

27

28

Dockets.Justia.com

On January 26, 2009, Plaintiff in *Orozco v. Netflix, Inc., et al.*, Case No. 09-cv-0297 MEJ, filed an Administrative Motion to Consider Whether Cases Should Be Related, pursuant to Local Rule 3-12. The Court, having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

IT IS ORDERED that *Orozco v. Netflix, Inc., et al.*, Case No. 09-cv-0297 MEJ, is hereby related to *Resnick, et al. v. Walmart.com USA LLC*, Case No. 09-cv-0002 PJH.

*Orozco v. Netflix, Inc., et al.* shall be reassigned to the undersigned judge pursuant to local Rule 3-12(f).


Dated:_____


By: _____
 The Honorable Phyllis J. Hamilton
 United States District Judge