1  Daniel C. Girard (CA Bar No. 114826)
   Elizabeth C. Pritzker (CA Bar No. 146267)
2  Alex C. Turan (CA Bar No. 227273)
3  **GIRARD GIBBS LLP**
   601 California Street, 14th Floor
4  San Francisco, California 94104
   Telephone: (415) 981-4800
5  Facsimile: (415) 981-4846

6

7  *Attorneys for Plaintiff Michael Orozco*

8

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11

12

13  MICHAEL OROZCO, on behalf of himself and all
    others similarly situated,                          Case No. 09-CV-0297 MEJ
14

15              Plaintiff,

16         vs.                                           **CERTIFICATE OF SERVICE**

17  NETFLIX, INC., WAL-MART STORES, INC., and
    WALMART.COM USA LLC,
18

19              Defendants.

20

21

22

23

24

25

26

27

28

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I, Alex C. Turan, hereby certify that on January 26, 2009, I filed the following documents:

1. **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

2. **DECLARATION OF ALEX C. TURAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

3. **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

By ECF (Electronic Case Filing): I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF service on January 26, 2009. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, CA on January 26, 2009.

_____ /S/ *Alex C. Turan*