Sara Ciarelli Walsh
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: swalsh@wsgr.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Andrea Resnick, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Walmart.com USA LLC, et al., <br><br> Defendants. | CASE NO. 09-cv-002 (PJH) <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Sara Ciarelli Walsh, an active member in good standing of the bar of Southern District of New York, whose business address and telephone number is United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, (212) 805-0136, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant Netflix, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: January 27, 2009

_____
Phyllis
United States

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton

4577046_1.DOC