UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, ERIC ROSLANSKY and KEVIN SIMPSON, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>WALMART.COM USA LLC, WAL-MART STORES, INC., and NETFLIX, INC.,<br><br>     Defendants. | Case No. 09-0002 PJH<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE NO. 09-0349-EMC SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11** |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED -09-0002 PJH

On January 28, 2009, Plaintiff in *Grime v. Netflix, Inc., et al.*, Case No. 09-0349 EMC, filed an Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil L. R. 3-12 and 7-11. The Court, having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

IT IS ORDERED that *Grime v. Netflix, Inc., et al.*, Case No. 09-0349 EMC, is hereby related to *Resnick, et al. v. Walmart.com USA LLC*, Case No. 09-cv-0002 PJH.

*Grime v. Netflix, Inc., et al.*, Case No. 09-0349 EMC shall be reassigned to the undersigned judge pursuant to Civil L. R. 3-12(f).

Dated_____, 2009

Honorable Phyllis J. Hamilton
United State District Court Judge

Netflix.003

1
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED – 09-0002-PJH