Harry Shulman (209908; harry@millslawfirm.com)
**THE MILLS LAW FIRM**
880 Las Gallinas Avenue, Suite 2
San Rafael, CA 94903
Telephone: (415) 455-1326
Facsimile: (415) 455-1327

[Additional counsel listed on signature page]

*Counsel for Plaintiff and the Proposed Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK HIRSCH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., WAL-MART.COM USA LLC, and WAL-MART STORES, INC.<br><br>Defendants. | Case No. 09-0375 EDL<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Frank Hirsch submits this administrative motion for the Court to consider whether the case captioned *Hirsch v. Netflix, Inc., et al.*, Case No. 09-0375 EDL, a putative class action filed on January 27, 2009, should be related to *Andrea Resnick, et al. v. Walmart.com USA LLC, et al.*, Case No. 09-cv-0002 PJH, filed on January 2, 2009, the low-numbered action also pending in this District. The *Resnick* action has been assigned to the Honorable Phyllis J. Hamilton. In addition to the *Resnick* action, other related actions pending in this District include: *O'Connor v. Walmart.com USA LLC, et al.*, Case No. 09-cv-0096; *Endzweig v. Walmart.com USA LLC, et al.*, Case No. 09-cv-0111; *Schmitz v. Walmart.com USA LLC, et al.*, Case No. 09-cv-0116;

*Lynch, et al. v. Walmart.com USA LLC, et al.*, Case No. 09-cv-0138; *Groce, et al. v. Netflix, Inc., et al.*, Case No. 09-cv-0139; *Sivek v. Walmart.com USA LLC, et al.*, Case No. 09-cv-0156; *Faris v. Netflix, Inc., et al.*, Case No. 09-cv-0180; *Slobodin v. Netflix, Inc., et al.*, Case No. 09-cv-0225; *Anthony, et al. v. Walmart.com USA LLC, et al.*, Case No. 09-cv-0236; *Polk-Stamps v. Netflix, Inc.*, Case No. 09-cv-0244; *Sheeler v. Netflix, Inc., et al.*, Case No. 09-cv-0274; *Chapman v. Netflix, Inc., et al.*, Case No. 09-cv-0294; *Orozco v. Netflix, Inc., et al.*, Case No. 09-cv-0297; *Landels, et al. v. Netflix, Inc., et al.*, Case No. 09-cv-0340; *Grime v. Netflix, Inc., et al.*, Case No. 09-cv-0349; *Meyer v. Walmart.com USA LLC, et al.*, Case No. 09-cv-0361; *Randall v. Walmart.com USA LLC, et al.*, Case No. 09-cv-0368; *Miscioscia v. Netflix, Inc., et al.*, Case No. 09-cv-0377; and *Chatelain v. Netflix, Inc., et al.*, Case No. 09-cv-0391.

The *O'Connor*, *Endzweig*, *Schmitz*, *Lynch*, and *Groce* actions were ordered related to the *Resnick* action on January 16, 2009. The *Sivek*, *Faris*, and *Anthony* actions were ordered related to the *Resnick* action January 26, 2009. All of these related actions have been assigned to the Honorable Phyllis J. Hamilton. The *Slobodin*, *Polk-Stamps*, *Sheeler*, *Chapman*, *Orozco, Landels, Grime, Meyer, Randall, Miscioscia,* and *Chatelain* actions have not been related to the *Resnick* action as of the filing of this Administrative Motion.

All the above-referenced actions involve substantially the same transactions, events, questions of law, and allege essentially the same violations of federal antitrust law against the same set of Defendants. The suits allege that the Defendants unlawfully agreed not to compete in the markets for both online DVD rentals and sales of new DVDs, and that Netflix monopolized the online DVD rental market. Defendants' actions are alleged to have harmed customers who were Netflix subscribers by causing them to pay more for their subscriptions than they would have paid absent Defendants' illegal market allocation agreement.

It appears likely that there will be an unduly burdensome duplication of labor and expenses and potentially conflicting results if the cases are heard before different judges.

Given the similarities of the related actions, assignment of the cases to a single judge will conserve judicial resources and promote efficient determination of the actions while

avoiding potentially conflicting results. All related actions currently pending in this District are at a preliminary stage and, therefore, assignment to a single judge would not prejudice any party. Accordingly, Plaintiff Frank Hirsch respectfully requests that the action entitled *Hirsch v. Netflix, Inc., et al.* be deemed related to *Resnick, et al. v. Walmart.com USA LLC, et al.*, the first filed case in this District, which is presently assigned to the Honorable Phyllis J. Hamilton.

Dated: January 29, 2009

Respectfully submitted:

By: /s/ Harry Shulman
Harry Shulman, Esq. (209908)
THE MILLS LAW FIRM
145 Marina Boulevard
San Rafael, California 94901
Telephone: (415) 455-1326
Facsimile: (415) 455-1327
harry@themillslawfirm.com

Steven A. Kanner (*Pro hac vice* forthcoming)
Douglas A. Millen (*Pro hac vice* forthcoming)
Robert J. Wozniak (*Pro hac vice* forthcoming)
Donald L. Sawyer (*Pro hac vice* forthcoming)
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521
skanner@fklmlaw.com; dmillen@fklmlaw.com;
rwozniak@fklmlaw.com; dsawyer@fklmlaw.com

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED - 3 - CASE NO. 09-375 EDL