Harry Shulman (209908; harry@millslawfirm.com)
**THE MILLS LAW FIRM**
880 Las Gallinas Ave., Suite 2
San Rafael, CA 94903
Telephone: (415) 455-1326
Facsimile: (415) 455-1327

*Counsel for Plaintiff and the Proposed Class*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK HIRSCH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., WAL-MART.COM USA LLC, and WAL-MART STORES, INC.<br><br>Defendants. | Case No. 09-0375 EDL<br><br>**DECLARATION OF HARRY SHULMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11** |

I, Harry Shulman, declare as follows:

1. I am an attorney with The Mills Law Firm. I am admitted to practice before the bar of this Court and many other federal courts, as well as all state courts in California and Colorado. I am counsel for Plaintiff Frank Hirsch in *Hirsch v. Netflix, Inc., et al.*, Case No. 09-0375 EMC. I submit this Declaration in support of Plaintiff Hirsch's Administrative Motion to Consider Whether Cases Should be Related. I have personal knowledge of the matters set forth herein and can competently testify about them if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of the complaint captioned *Hirsch v. Netflix, Inc., et al.*, Case No. 09-0375 EDL, filed on January 27, 2009 in the Northern District of California and assigned to Magistrate Judge Elizabeth D. Laporte. The *Hirsch* case is a proposed class action on behalf of all persons and entities that paid a subscription fee Netflix, Inc. to rent DVDs between May 19, 2005 and the present.

3. On January 2, 2009, the case captioned *Resnick, et al. v. Walmart.com USA LLC, et al.*, Case No. 09-0002 was filed in this District and ultimately assigned to the Honorable Phyllis J. Hamilton. The *Resnick* and *Hirsch* actions involve all or a material part of the same subject matter and common defendants, as do a number of other related actions pending in this District, some of which have already been ordered related to *Resnick*.

4. Plaintiff Hirsch has not appeared in any other related action currently pending in this District.

5. A stipulation pursuant to Civil Local Rule 7-11(a) could not be obtained prior to the filing of the accompanying Administrative Motion to Consider Whether Cases Should Be Related because defendants in the *Hirsch* action are in the process of being served and have therefore not yet appeared in that action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of January, 2009 at San Rafael, California.

> */s/ Harry Shulman*
> Harry Shulman, Esq. (209908)
> THE MILLS LAW FIRM
> 880 Las Gallinas Avenue, Suite 2
> San Rafael, CA 94903
> Telephone: (415) 455-1326
> Facsimile: (415) 455-1327
> harry@millslawfirm.com