Harry Shulman (209908; harry@millslawfirm.com)
**THE MILLS LAW FIRM**
880 Las Gallinas Avenue, Suite 2
San Rafael, CA 94903
Telephone: (415) 455-1326
Facsimile: (415) 455-1327

*Counsel for Plaintiff and the Proposed Class*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK HIRSCH, on behalf of himself and all others similarly situated, ) ) | Case No. 09-0375 EDL |
| Plaintiff, ) ) ) | |
| v. ) ) ) | **PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11** |
| NETFLIX, INC., WAL-MART.COM USA LLC, and WAL-MART STORES, INC. ) ) ) | |
| Defendants. ) ) | |

On January 29, 2009, Plaintiff in *Hirsch v. Netflix, Inc., et al.*, Case No. 09-0375 EDL,

filed an Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil

L. R. 3-12 and 7-11. The Court, having considered the papers and pleadings on file, and good

cause appearing, HEREBY GRANTS the motion.

**IT IS ORDERED** that *Hirsch v. Netflix, Inc., et al.*, Case No. 09-0375 EDL, is hereby

related to *Resnick, et al. v. Walmart.com USA LLC*, Case No. 09-cv-0002 PJH. Accordingly,

*Hirsch v. Netflix, Inc., et al.*, Case No. 09-0375 EMC shall be reassigned to the undersigned

judge pursuant to Civil L. R. 3-12(f).

Dated _____, 2009

_____
Honorable Phyllis J. Hamilton
United State District Court Judge

[PROPOSED] ORDER
RELATING CASES

CASE NO. 09-375 EDL