Harry Shulman (209908; harry@millslawfirm.com)
**THE MILLS LAW FIRM**
880 Las Gallinas Avenue, Suite 2
San Rafael, CA 94903
Telephone: (415) 455-1326
Facsimile: (415) 455-1327

[Additional counsel listed on signature page]

*Counsel for Plaintiff and the Proposed Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK HIRSCH, on behalf of himself and all others similarly situated, | Case No. 09-0375 EDL |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| NETFLIX, INC., WAL-MART.COM USA LLC, and WAL-MART STORES, INC. | |
| Defendants. | |

I, Harry Shulman, hereby certify that on January 29, 2009, I filed the following documents via the Court's ECF (Electronic Case Filing) system:

1. **Administrative Motion to Consider Whether Cases Should Be Related**
2. **Declaration of Harry Shulman in Support of Administrative Motion to Consider Whether Cases Should Be Related**
3. **[Proposed] Order Granting Administrative Motion to Consider Whether Cases Should Be Related**

Counsel of record are required by the Court to register for electronic filing and will thereby be automatically served via the ECF system.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of January, 2009 at San Rafael, California.

/s/ *Harry Shulman*

CERTIFICATE OF SERVICE                                    CASE NO. 09-375 EDL