

RICHARD W. HESS (TX Bar No. 24046070)
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, Texas 77002
Telephone: (713) 653-7858

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and others similarly

Plaintiff(s),

v.

WALMART.COM USA LLC, WAL-MART STORES, INC. and NETFLIX, INC.

Defendant(s).

CASE NO. CV 09 0002 (PJH)

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, RICHARD W. HESS , an active member in good standing of the bar of TEXAS , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant, Wal-Mart Stores, Inc. and Walmart.com USA LLC in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Marc M. Seltzer, 1901 Avenue of the Stars, Suite 950, Los Angeles, CA 90067, (310) 789-3100

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 26, 2009

RICHARD W. HESS

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611028184
Cashier ID: bucklem
Transaction Date: 01/29/2009
Payer Name: susman godfrey
------------------------------------
PRO HAC VICE
  For: richard w hess
  Case/Party: D-CAN-3-09-AT-PROHAC-001
  Amount:       $210.00
------------------------------------
CHECK
  Check/Money Order Num: 196008
  Amt Tendered:  $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

c09-2pjh


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```