| Attorney or Party without Attorney:<br>Alex C. Turan (SBN 227273)<br>GIRARD GIBBS LLP<br>601 California Street, 14th Floor<br>San Francisco, CA 94104<br>Attorney for: Plaintiffs | Telephone<br>(415) 981-4800 | |
|---|---|---|
| Name of Court: United States District Court – Northern District of California | | |
| Short Case Title: Melanie Polk-Stamps v. Netflix, Inc., et al | | |
| PROOF OF SERVICE | | Case Number: CV 09 0244 JCS |

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the: SEE ATTACHMENT

2. a. Party Served: Walmart.com USA LLC
   b. Person Served: Johanna Walden, Front Desk, Authorized to Accept Service on Behalf

3. I served the person named in item 2b
   a. by personally delivering the copies on:
   (1) DATE: January 22, 2009
   (2) TIME: 11:40am
   (3) ADDRESS: Walmart.com
           7000 Marina Boulevard
           Brisbane, CA

4. Witness fees were not demanded or paid.

Fee for Service: $145.00

Person Serving: John B. Spillane
Registered California Process Server
County: San Francisco Registration #: 1029

SpinCycle Legal Services
760 Bryant Street, 2nd Floor
San Francisco, CA 94107
(415) 487-0400

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATE: January 22, 2009 Signature: _____

ATTACHMENT TO PROOF OF SERVICE – DOCUMENTS SERVED
United States District Court – Northern District of California
Case No. CV 09 0244 JCS

1. SUMMONS IN A CIVIL ACTION;
2. CLASS ACTION COMPLAINT;
3. CIVIL COVER SHEET;
4. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
5. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;
6. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE [BLANK];
7. DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE [BLANK];
8. CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO;
9. ECF REGISTRATION INFORMATION HANDOUT;
10. UNITED STATES DISTRICT COURT FILING GUIDELINES;