| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | JONATHAN M. JACOBSON, State Bar No. 1350495 (N.Y.)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY 10019<br>Tel.: (212) 999-5800<br>Fax: (212) 999-5899<br>Email: jjacobson@wsgr.com |
| 6 | *Attorneys for Defendant Netflix, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART.COM USA LLC, WAL-MART STORES, INC. and NETFLIX, INC.,<br><br>Defendants. | Civil Action No. CV 09 0002 (PJH)<br><br>**DEFENDANT NETFLIX, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION OF INTERESTED PERSONS UNDER LOCAL CIVIL RULE 3-16** |

## **DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Netflix, Inc. certifies, through the undersigned counsel, that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

DEFENDANT NETFLIX, INC.'S
DISCLOSURE STATEMENT PURSUANT TO
FED. R. CIV. P. 7.1 AND CIVIL RULE 3-16

-1-

## CERTIFICATION OF INTERESTED PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: January 30, 2009

WILSON SONSINI GOODRICH & ROSATI, P.C.

By: /s/ Jonathan M. Jacobson

Jonathan M. Jacobson
jjacobson@wsgr.com
Sara Ciarelli Walsh
swalsh@wsgr.com
1301 Avenue of the Americas
40th Floor
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899

Scott A. Sher
ssher@wsgr.com
5th Floor
1700 K Street, NW
Washington, D.C. 20006
Tel: (202) 973-8800
Fax: (202) 973-8899

*Attorneys for Defendant Netflix, Inc.*