Laurence D. King (SBN 206423)
lking@kaplanfox.com
Linda M. Fong (SBN 124232)
lfong@kaplanfox.com
KAPLAN, FOX & KILSHEIMER, LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

Linda P. Nussbaum
lnussbaum@kaplanfox.com
KAPLAN, FOX & KILSHEIMER, LLP
850 Third Ave., 14th Floor
New York, New York 10022
Telephone: (212) 680-1980
Fax (212) 687-7714

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA RANDALL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART.COM USA LLC, WAL-MART STORES, INC. and NETFLIX, INC.,<br><br>Defendants. | Case No. 09-0368-EMC<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Pursuant to Local Rule 3-12(b), Plaintiff Laura Randall, plaintiff in Case No. 09-cv-00368 (*Randall v.Walmart.com USA LLC, et al.*), respectfully submits this administrative motion for the Court to consider whether *Randall v. Walmart.com USA LLC, et al.*, a putative class action lawsuit filed on January 27, 2009, should be related to *Andrea Resnick, et al. v. Walmart.com USA LLC, et al.,* Case No 09-cv-0002, filed on January 2, 2009, the low-numbered action also pending in this District. That action has been assigned to the Honorable Phyllis J. Hamilton. In addition to the *Resnick* action, other related actions pending in this District are:

- *Resnick, et al. v. Walmart.com USA LLC, et al.,* Case No. 09-cv-00002-PJH (N.D. Cal.), filed January 2, 2009;

- *O'Connor v. Walmart.com USA LLC, et al.,* Case No. 09-cv-00096-PJH (N.D. Cal.), filed January 9, 2009;

- *Endzweig v. Walmart.com USA LLC, et al.,* Case No. 09-cv-00111-PJH (N.D. Cal.), filed January 9, 2009;

- *Schmitz v. Walmart.com USA LLC, et al.,* Case No. 09-cv-00116-PJH (N.D. Cal.), filed January 9, 2009;

- *Lynch, et al. v. Walmart.com USA LLC, et al.,* Case No. 09-cv-00138-PJH (N.D. Cal.), filed January 12, 2000;

- *Groce, et al. v. Walmart.com USA LLC, et al.,* Case No. 09-cv-00139-PJH (N.D. Cal.), filed January 12, 2009;

- *Sivek v. Walmart.com USA LLC, et al.,* Case No. 09-cv-00156-PJH (N.D. Cal.), filed January 13, 2009;

- *Faris v. Netflix, Inc., et al.,* Case No. 09-cv-00180-PJH (N.D. Cal.), filed January 14, 2009;

- *Slobodin v. Netflix, Inc., et al.*, Case No. 09-cv-00225-PJH (N.D. Cal.), filed January 16, 2009;

- *Anthony, et al. v. Walmart.com USA LLC, et al.*, Case No. 09-cv-00236-PJH (N.D. Cal.); filed January 20, 2009;

- *Polk-Stamps v. Netflix, Inc.*, *et al,* Case No. 09-cv-00244-PJH (N.D. Cal.), filed January 20, 2009;

- *Sheeler v. Walmart.com USA LLC, et al.,* Case No. 09-cv-00274-JL (N.D. Cal.), filed January 22, 2009;

1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Case No. 09-0368-EMC

- *Chapman v. Netflix, Inc.*, et al., Case No. 09-cv-00294-PJH (N.D. Cal.), filed January 22, 2009;

- *Orozco v. Netflix, Inc.*, et al., Case No. 09-cv-00297-PJH (N.D. Cal.), filed January 22, 2009;

- *Landels, et al. v. Netflix Inc., et al.,* Case No. 09-cv-00340-MEJ (N.D. Cal.), filed January 26, 2009;

- *Grime v. Netflix Inc., et al.,* Case No. 09-cv-00349-EMC (N.D. Cal.), filed January 26, 2009;

- *Meyer v. Walmart.com USA LLC, et al.*, Case No. 09-cv-00361-BZ (N.D. Cal.), filed January 27, 2009;

- *Randall v. Walmart.com USA LLC, et al.,* Case No. 09-cv-00368-EMC (N.D. Cal.), filed January 27, 2009;

- *Hirsch v. Netflix, Inc, et al*., Case No. 09-cv-00375-EDL (N.D. Cal.), filed January 27, 2009;

- *Miscioscia v. Netflix, Inc., et al.,* Case No. 09-cv-00377-EDL (N.D. Cal.), filed January 27, 2009;

- *Patras, et al. v. Netflix, Inc., et al.,* Case No. 09-cv-00378-MEJ (N.D. Cal.), filed January 27, 2009;

- *Chatelain v. Netflix, Inc., et al.*, Case No. 09-cv-00391-MEJ (N.D. Cal.), filed January 28, 2009;

- *Millrood v. Wallmart.com USA LLC, et al.,* Case No. 09-cv-00399-JCS (N.D. Cal.), filed January 28, 2009; and

- *Kober v. Walmart.com USA LLC, et al.,* Case No. 09-cv-00400-EDL (N.D. Cal.), filed January 28, 2009.

On January 27, 2009, the Randall Plaintiff filed an action under sections 1 and 2 of the Sherman Act, alleging that on or about May 19, 2005, Defendants Netflix, Inc. ("Netflix"), Wal-Mart Stores, Inc. ("Wal-Mart Stores"), and Walmart.com USA LLC ("Walmart.com"), a wholly owned subsidiary of Wal-Mart Stores, entered into a contract, combination and conspiracy to divide and allocate the market for the online rentals of Digital Video Discs ("DVDs") and for the sale of new DVDs in the United States. The purpose and effect of this agreement was to divide and allocate the market for and to monopolize and unreasonably restrain trade for online DVD rentals. The alleged conspiracy enabled Netflix to charge its customer's higher subscription prices for the

rental of DVDs than it otherwise would have. As a result of Defendants' contract, combination, and conspiracy as well as Netflix's unlawfully acquired and maintained market and monopoly power, Netflix actually did charge Plaintiff supracompetitive subscription prices for the rental of DVDs. Plaintiff and all other similarly situated direct purchasers in fact paid higher subscription prices.

The *O'Connor, Endzweig, Schmitz, Lynch*, and *Groce* actions were ordered related to the *Resnick* action on January 16, 2009. The *Sivek, Faris*, and *Anthony* actions were ordered related to the *Resnick* action on January 26, 2009. The *Slobodin, Polk-Stamps, Chapman*, and *Orozco* actions were related to the *Resnick* action on January 29, 2009. All of these related actions have been assigned to the Honorable Phyllis J. Hamilton. This action-the *Randall* action-as well as the *Sheeler, Landels, Grime, Meyer, Hirsch, Miscioscia, Patras, Chatelain, Milrood,* and *Kober* actions have not been related to the *Resnick* action as of the filing of this Administrative Motion.

The allegations of the Randall Plaintiff are substantially similar to those in the complaints listed above, also filed in this District. All actions involve the same defendants, Netflix, Wal-Mart Stores and Walmart.com, and allege defendants' misconduct in raising the subscription prices for online DVD rentals in violation of Sections 1 and 2 of the Sherman Act. There can be no dispute that the Randall Action is related to the above cases under Civil Local Rule 3-12(a). The actions concern substantially the same parties and events; and it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

All 24 cases pending in this District are at a preliminary stage and, thus, assignment to a single judge would not prejudice any other parties. Because Judge Hamilton is familiar with the facts, the parties and the claims, it would be an unduly burdensome duplication of labor and expense if the cases are conducted before different judges. Relating this action to the *Resnick* action, will also remove the risk of potential conflicting results. Pursuant to Local Rule 3-12, the Randall Plaintiff respectfully requests that the action entitled *Randall v. Walmart.com USA, LLC, et al.,* be deemed related to *Resnick, et al. v. Walmart.com USA LLC, et al.,* Case No. 09-cv-00002-PJH , the first filed case in this District, which is presently assigned to the Honorable Phyllis J. Hamilton.

3

| | | |
|---|---|---|
| 1 | Dated: January 30, 2009 | Respectfully submitted, |
| 2 | | KAPLAN, FOX & KILSHEIMER, LLP |
| 3 | | |
| 4 | | /s/ Linda M. Fong |
| | | Laurence D. King (SBN 206423) |
| 5 | | lking@kaplanfox.com |
| | | Linda M. Fong (SBN 124232) |
| 6 | | lfong@kaplanfox.com |
| | | KAPLAN, FOX & KILSHEIMER, LLP |
| 7 | | 350 Sansome Street, Suite 400 |
| | | San Francisco, CA 94104 |
| 8 | | Telephone: (415) 772-4700 |
| | | Facsimile: (415) 772-4707 |
| 9 | | |
| | | Linda P. Nussbaum |
| 10 | | KAPLAN, FOX & KILSHEIMER, LLP |
| | | 850 Third Ave., 14th Floor |
| 11 | | New York, New York 10022 |
| | | Telephone: (212) 680-1980 |
| 12 | | Fax (212) 687-7714 |
| 13 | | lnussbaum@kaplanfox.com |

4