IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and other similarly

    Plaintiff,

v.

WAL-MART.COM USA LLC, WAL-MART STORES, INC. and NETFLIX, INC.

    Defendant.

CASE NO. CV 09 0002 (PJH)

(~~Proposed~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

RICHARD W. HESS, whose business address and telephone number is SUSMAN GODFREY LLP, 1000 Louisiana, Suite 5100, Houston, Texas 77002 (713) 653-7858

and who is an active member in good standing of the bar of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Wal-Mart Stores, Inc. and Walmart.com USA LLC

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/2/09

Honorable Phyllis Jean Hamilton
United States



IT IS SO ORDERED
Judge Phyllis J. Hamilton