Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Michele C. Jackson (State Bar No. 090807)
*mjackson@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
Andrew S. Kingsdale (State Bar No. 255669)
*akingsdale@lchb.com*
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, Suite 3000
San Francisco, CA 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008

*Attorneys for Individual and Representative Plaintiff Margarita Lacabe*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, ERIC ROSLANSKY and KEVIN SIMPSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART.COM USA LLC, WAL-MART STORES, INC., and NETFLIX, INC.,<br><br>Defendants. | Case No. C 09-0002 PJH<br><br>DECLARATION OF MICHELE C. JACKSON IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE NO. C 09-0402 JL SHOULD BE <u>RELATED PURSUANT TO CIVIL L. R. 3-12</u> |

I, Michele C. Jackson, declare as follows:

1. I am a member in good standing of the Bar of the State of California and a partner in the law firm Lieff Cabraser Heimann & Bernstein, LLP, counsel of record for Plaintiff in *Lacabe v. Walmart.com USA LLC*, *et al.*, Case No. 09-CV-0402 JL. I submit this declaration in support of the Administrative Motion to Consider Whether Case No. C 09-0402 JL Should Be

1 | Related Pursuant to Civil L. R. 3-12.  I make this declaration based on my personal knowledge, and if called to testify to the contents, I could and would competently do so.

2. Attached as <u>Exhibit A</u> is a true and correct copy of the class action complaint filed on January 2, 2009, in *Resnick v. Walmart.com USA LLC, et al.*, Case No. 09-CV-0002, and assigned to the Honorable Phyllis J. Hamilton..

3. Attached as <u>Exhibit B</u> is a true and correct copy of the class action complaint filed on January 28, 2009, in *Lacabe v. Walmart.com USA LLC*, *et al.*, Case No. 09-CV-0402 JL.

4. The plaintiffs in the *Lacabe* and the *Resnick* actions allege that the same Defendants violated federal antitrust law by illegally allocating and monopolizing markets for DVD sales and rentals.  Plaintiffs in the *Lacabe* and *Resnick* actions all raise claims for violations of the Sherman Act, 15 U.S.C. §§ 1 and 2.  Plaintiffs in other cases make similar claims in the other cases that have previously been related to *Resnick*, according to the Docket in Case No. 09-CV-0002, which are:

| Related Cases | Filed |
| --- | --- |
| 3:09-cv-0096-PJH O'Connor v. Walmart.com USA LLC et al. | 01/15/2009 |
| 3:09-cv-0111-PJH Endzweig v. Walmart.com USA LLC et al. | 01/20/2009 |
| 3:09-cv-0116-PJH Schmitz v. Walmart.com USA LLC et al. | 01/20/2009 |
| 3:09-cv-0138-PJH Lynch et al. v. Walmart.com USA LLC et al. | 01/20/2009 |
| 3:09-cv-0139-PJH Groce et al. v. Netflix, Inc. et al. | 01/20/2009 |
| 3:09-cv-0156-PJH Sivek v. Walmart.com USA LLC et al. | 01/27/2009 |
| 3:09-cv-0180-PJH Faris v. Netflix, Inc. et al. | 01/27/2009 |
| 3:09-cv-0225-PJH Slobodin v. Netflix, Inc. et al. | 01/29/2009 |
| 3:09-cv-0236-PJH Anthony et al. v. Walmart.com USA LLC et al. | 01/27/2009 |
| 3:09-cv-0244-PJH Polk-Stamps v. Netflix, Inc. et al. | 01/29/2009 |
| 3:09-cv-0274-PJH Sheeler v. Walmart.com USA LLC et al. | 02/03/2009 |
| 3:09-cv-0294-PJH Chapman v. Netflix, Inc. et al. | 01/29/2009 |
| 3:09-cv-0297-PJH Orozco v. Netflix, Inc. et al. | 01/29/2009 |
| 3:09-cv-0340-PJH Landels et al. v. Netflix, Inc. et al. | 02/03/2009 |
| 3:09-cv-0349-PJH Grime v. Netflix, Inc. et al. | 02/03/2009 |
| 3:09-cv-0361-PJH Meyer v. Walmart.com USA LLC et al. | 02/03/2009 |
| 3:09-cv-0368-PJH Randall v. Walmart.com USA LLC et al. | 02/03/2009 |
| 3:09-cv-0375-PJH Hirsch v. Netflix, Inc. et al. | 02/03/2009 |
| 3:09-cv-0377-PJH Miscioscia v. Netflix, Inc. et al. | 02/03/2009 |
| 3:09-cv-0391-PJH Chatelain v. Netflix, Inc. et al. | 02/03/2009 |

5. A stipulation pursuant to Civil Local Rule 7-11(a) could not be obtained because Defendants that have been sued in *Lacabe* have yet to appear in the action.  Local Rule 3-

| | |
|---|---|
| 1 | 12 requires an administrative motion to consider whether cases should be related to be filed |
| 2 | promptly. |
| 3 | I declare under penalty of perjury, pursuant to the laws of the United States, that |
| 4 | the foregoing is true and correct. Executed this 4th day of February, 2009, in San Francisco, |
| 5 | California.. |

    ____s/_____
    Michele C. Jackson