# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, ERIC ROSLANSKY and KEVIN SIMPSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART.COM USA LLC, WAL-MART STORES, INC., and NETFLIX, INC.,<br><br>Defendants. | Case No. C 09-0002 PJH<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE NO. C 09-0402 JL SHOULD BE <u>RELATED PURSUANT TO CIVIL L. R. 3-12</u> |

On February 4, 2009, Plaintiff in *Lacabe v. Walmart.com USA LLC*, *et al.*, Case No. 09-CV-0402 JL, filed an Administrative Motion To Consider Whether Case No. 09-0402 JL Should Be Related Pursuant to Civil L. R. 3-12. The Court, having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

IT IS ORDERED that *Lacabe v. Walmart.com USA LLC*, *et al.*, Case No. 09-CV-0402, is hereby related to *Resnick v. Walmart.com USA LLC, et al.*, Case No. 09-CV-0002 PJH.

*Lacabe v. Walmart.com USA LLC*, *et al.*, Case No. 09-CV-0402, shall be reassigned to the undersigned Judge pursuant to Civil L. R. 3-12(f).

Date: _____, 2009    _____
                                Honorable Phyllis J. Hamilton
                                United States District Court Judge