1  Joseph R. Saveri (State Bar No. 130064)
   *jsaveri@lchb.com*
2  Michele C. Jackson (State Bar No. 090807)
   *mjackson@lchb.com*
3  Eric B. Fastiff (State Bar No. 182260)
   *efastiff@lchb.com*
4  Andrew S. Kingsdale (State Bar No. 255669)
   *akingsdale@lchb.com*
5  Lieff Cabraser Heimann & Bernstein, LLP
   275 Battery Street, Suite 3000
6  San Francisco, CA 94111-3339
   Tel: (415) 956-1000
7  Fax: (415) 956-1008

8  *Attorneys for Individual and Representative Plaintiff Margarita Lacabe*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, ERIC ROSLANSKY and KEVIN SIMPSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART.COM USA LLC, WAL-MART STORES, INC., and NETFLIX, INC.,<br><br>Defendants. | Case No. C 09-0002 PJH<br><br>CERTIFICATE OF SERVICE |

I, Michele C. Jackson, hereby certify that on February 4, 2009, I filed the following documents:

1. ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE NO. C 09-0402 JL SHOULD BE RELATED PURSUANT TO CIVIL L. R. 3-12;

2. DECLARATION OF MICHELE C. JACKSON IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE NO. C 09-0402 JL SHOULD BE RELATED PURSUANT TO CIVIL L. R. 3-12;

1. 3. [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE NO. C 09-0402 JL SHOULD BE RELATED PURSUANT TO CIVIL L. R. 3-12; and

4. CERTIFICATE OF SERVICE BY ELECTRONIC CASE FILING.

By ECF (Electronic Case Filing): I e-filed the above-listed documents utilizing the United States District Court, Northern District of California's mandated ECF service on February 4, 2009. Counsel of record are required by the Court to be registered e-filers and are automatically electronically served with a copy of the documents.

I declare under penalty of perjury, pursuant to the laws of the United States, that the foregoing is true and correct. Executed this 4th day of February, 2009, in San Francisco, California.

_s/_____
Michele C. Jackson