| Attorney or Party without Attorney:<br>GUIDO SAVERI (22349)<br>SAVERI & SAVERI, INC.<br>111 PINE STREET<br>SUITE 1700<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-217-6810 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.:<br>NETFLIX | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | |
| Plaintiff: SARAH E. GRIME, on behalf of herself and all other similarly situated | | | | |
| Defendant: NETFLIX, INC., et al. | | | | |
| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 09-00349 EMC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Class Action Complaint; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practices In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Contents Of Joint Case Management Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent/Declination To Proceed Before A United States Magistrate Judge; Ecf Registration Information Handout; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California.

3. a. Party served: NETFLIX, INC.
   b. Person served: DENA LA PORTA, PROCESS SPECIALIST, NATIONAL REGISTERED AGENTS
   SERVED UNDER FRCP RULE 4

4. Address where the party was served: 2875 MICHELLE DRIVE
   SUITE 100
   IRVINE, CA 92606

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jan. 29, 2009 (2) at: 10:10AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: NETFLIX, INC.
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:** Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Timothy Bercovitz
   b. **FIRST LEGAL SUPPORT SERVICES**
      301 CIVIC CENTER DRIVE
      SANTA ANA, CA 92702
   c. 714-541-1110
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 1803
      (iii) County: Orange

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Jan. 30, 2009

   (Timothy Bercovitz)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

6468945.savsa-sf.188490