| Attorney or Party without Attorney:<br>GUIDO SAVERI (22349)<br>SAVERI & SAVERI, INC.<br>111 PINE STREET<br>SUITE 1700<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415-217-6810 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>NETFLIX | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | |
| Plaintiff: SARAH E. GRIME, on behalf of herself and all other similarly situated | | |
| Defendant: NETFLIX, INC., et al. | | |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 09-00349 EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action Class Action Complaint; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practices In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Contents Of Joint Case Management Statement; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent/Declination To Proceed Before A United States Magistrate Judge; Ecf Registration Information Handout; Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California.

3. a. Party served: WAL-MART.COM USA, LLC
   b. Person served: VIVIAN IMPERIAL, PROCESS SPECIALIST, C.T. CORPORATION SYSTEM, REGISTERED AGENT
   SERVED UNDER FRCP RULE 4

4. Address where the party was served: 818 WEST 7TH STREET
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jan. 29, 2009 (2) at: 1:20PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: WAL-MART.COM USA, LLC
   Under CCP 416.10 (corporation)

7. **Person Who Served Papers:**  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST
   b. **FIRST LEGAL SUPPORT SERVICES**
   1511 W. BEVERLY BLVD.
   LOS ANGELES, CA 90071
   c. 213-250-1111
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
     (i) Independent Contractor
     (ii) Registration No.: 5141
     (iii) County: Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Fri, Jan. 30, 2009

   (DOUG FORREST)