1  NEAL S. MANNE (94101)
   RICHARD W. HESS (*pro hac vice*)
   SUSMAN GODFREY L.L.P.
2  1000 Louisiana, Suite 5100
   Houston, Texas 77002
3  Telephone: (713) 651-9366
   Facsimile: (713) 654-6666
4  nmanne@susmangodfrey.com
   rhess@susmangodfrey.com
5
   MARC SELTZER (54534)
6  STEPHEN E. MORRISSEY (187865)
   KATHRYN P. HOEK (219247)
7  SUSMAN GODFREY L.L.P.
   1901 Avenue of the Stars, Suite 950
8  Los Angeles, CA 90067
   Telephone: (310) 789-3100
9  Facsimile: (310) 789-3150
   mseltzer@susmangodfrey.com
10 smorrissey@susmangodfrey.com

11 *Attorneys for Defendants Walmart.com USA LLC and Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART.COM USA LLC, WAL-MART STORES, INC and NETFLIX, INC.,<br><br>Defendants. | Civil Action No. CV 09 0002 (PJH)<br><br>**DEFENDANT WALMART.COM USA LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-16 AND FRCP 7.1)** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnership, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Wal-Mart Stores, Inc. and its wholly-owned subsidiaries

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Walmart.com USA LLC makes the following disclosures:

1. Walmart.com USA LLC is a wholly-owned subsidiary of Wal-Mart Stores, Inc. and its subsidiaries.

2. There are no publicly-held corporations that own 10% or more of Wal-Mart Stores, Inc.'s stock.

Dated: February 5, 2009

Respectfully submitted,
SUSMAN GODFREY L.L.P.


By: /s/   Richard W. Hess
   Neal S. Manne
   Richard W. Hess
   1000 Louisiana Street, Suite 5100
   Houston, Texas 77002
   Telephone: (713) 651-9366
   Facsimile: (713) 654-6666

   Marc M. Seltzer
   Stephen E. Morrissey
   Kathryn P. Hoek
   1901 Avenue of the Stars, Suite 950
   Los Angeles, CA 90067
   Telephone: (310) 789-3100
   Facsimile: (310) 789-3150

*Attorneys for Defendants Walmart.com USA LLC and Wal-Mart Stores, Inc.*

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served on the following counsel of record this 5th day of February, 2009, via the Court's ECF system, as indicated below:

| **Plaintiffs Counsel** | **Co-Defendant NetFlix Counsel**: |
|---|---|
| Paul Alexander<br>AlexanderP@howrey.com<br>**Howrey LLP**<br>1950 University Avenue, 4th Floor<br>East Palo Alto, California  94303<br>Tel: (650) 798.3500<br>Fax: (650) 798.3600<br><br>Robert G. Abrams<br>AbramsR@howrey.com<br>Thomas A. Isaacson<br>IsaacsonT@howrey.com<br>Peter A. Barile, III<br>BarileP@howrey.com<br>**Howrey LLP**<br>1299 Pennsylvania Ave NW<br>Washington, District of Columbia  20004<br>Tel: (202) 783-0800<br>Fax: (202) 383-6610<br><br>Emily L. Maxwell<br>MaxwellE@howrey.com<br>**Howrey LLP**<br>525 Market Street<br>Suite 3600<br>San Francisco, California  94105-2708<br>Tel: (415) 848-4947<br>Fax: (415) 848-4900 | Jonathan M. Jacobson<br>jjacobson@wsgr.com<br>Sara C. Walsh<br>sciarelli@wsgr.com<br>**Wilson Sonsini Goodrich & Rosati**<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY 10019<br>Tel: (212) 999-5800<br>Fax: (212) 999-5899<br><br>Scott A. Sher<br>ssher@wsgr.com<br>**Wilson Sonsini Goodrich & Rosati**<br>5th Floor<br>1700 K Street, NW<br>Washington, D.C. 20006<br>Tel: (202) 973-8800<br>Fax: (202) 973-8899 |

By:  /s/   Richard W. Hess