| | |
|---|---|
| 1 | JEFF D. FRIEDMAN (173886) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | 715 Hearst Avenue, Suite 202 |
| | Berkeley, CA 94710 |
| 3 | Telephone: (510) 725-3000 |
| | Facsimile: (510) 725-3001 |
| 4 | jefff@hbsslaw.com |
| 5 | GERALD J. RODOS |
| | JEFFREY B. GITTLEMAN |
| 6 | JULIE B. PALLEY |
| | BARRACK, RODOS & BACINE |
| 7 | 3300 Two Commerce Square |
| | 2001 Market Street |
| 8 | Philadelphia, PA 19130 |
| | Telephone: (215) 963-0600 |
| 9 | Facsimile: (215) 963-0838 |
| | grodos@barrack.com |
| 10 | jgittleman@barrack.com |
| | jpalley@barrack.com |
| 11 | |
| 12 | Attorneys for Plaintiff Tobias L. Millrood and the Proposed Class in |
| | *Tobias v. Walmart.com USA LLC, et al.* |
| 13 | Case No. 09-cv-00399 JCS |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>WALMART.COM USA LLC, WAL-MART STORES, INC., and NETFLIX, INC.,<br><br>                Defendants. | Case No. 09-cv-00002 PJH<br><br>ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |

010096-10 283599 V1

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

Pursuant to Local Rule 3-12, Plaintiff Tobias L. Millrood respectfully submits this administrative motion to consider whether a case filed in this District, *Millrood v. Walmart.com USA LLC, et al.*, Case No. 09-00399 JCS ("Millrood") (filed January 28, 2009) should be related to another case filed in this District, *Resnick, et al. v. Walmart.com USA LLC*, *et al.,* Case No. 09-cv-00002 PHJ ("Resnick") (filed January 2, 2009).

Pursuant to Local Rule 3-12(d)(2), Plaintiff states that *Millrood* involves the same Defendants as in *Resnick*. The cases involve similar factual allegations as both are proposed class actions on behalf of purchasers of online DVD rentals from Netflix, Inc. Both complaints are brought under sections 1 and 2 of the Sherman Antitrust Act of 1890, 15 U.S.C. §§ 1-2, and sections 4 and 16 of the Clayton Antitrust Act of 1914, 15 U.S.C. §§ 15 and 29, for damages and injunctive relief against Defendants Netflix, Inc., Wal-Mart Stores, Inc., and Walmart.com USA LLC.

Pursuant to Local Rule 3-12(a)(2), it appears likely that there will be duplication of labor and expense or the possibility of conflicting results if the cases are conducted before different Judges.

Given the similarities of these actions, assignment of these cases to a single Federal District Court Judge will conserve judicial resources and promote efficient determination of the actions while avoiding potentially conflicting results. Accordingly, Plaintiff Tobias Millrood respectfully requests that the action entitled *Millrood v. Walmart.com USA LLC, et al.,* be deemed related to *Andrea Resnick, et al. v. Walmart.com USA LLC, et al.,* the first filed case in this District, which is presently assigned to the Honorable Phyllis J. Hamilton.

DATED: February 5, 2009.

HAGENS BERMAN SOBOL SHAPIRO LLP

By     /s/ Jeff D. Friedman
       JEFF D. FRIEDMAN

715 Hearst Avenue, Suite 202
Berkeley, California 94710

ADMIN. MOT. TO CONSIDER WHETHER CASES SHOULD BE RELATED –
010096-10 283599 V1
- 2 -

Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Steve W. Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
tony@hbsslaw.com

Gerald J. Rodos
Jeffrey B. Gittleman
Julie B. Palley
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19130
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
grodos@barrack.com
jgittleman@barrack.com
jpalley@barrack.com

Steve R. Basser
BARRACK, RODOS & BACINE
One America Plaza
600 West Broadway, Suite 900
San Diego, California 92101
sbasser@barrack.com
Telephone: (619) 230–0800
Facsimile: (619) 230–1874

Attorneys for Plaintiff
TOBIAS L. MILLROOD

# CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                           /s/ Jeff D. Friedman
                                           JEFF D. FRIEDMAN

# DECLARATION OF SERVICE

I, Pasha Durant, hereby certify that on this 5th day of February 2009, I caused a true and correct copy of the foregoing document to be served upon the agents and/or counsel who have not appeared in the case, for service of process for the parties listed below.

1. WALMART.COM USA LLC
   c/o CT Corporation System, Registered Agent for Service of Process for WAL-MART STORES, INC.
   818 West Seventh St.
   Los Angeles, CA 90017

2. WAL-MART STORES, INC.
   CT Corporation System, Registered Agent for Service of Process
   818 West Seventh St.
   Los Angeles, CA 90017

3. NETFLIX, INC.
   Scott Sher
   Wilson Sonsini Goodrich & Rosati
   1700 K. St. N.W., 5th Floor
   Washington, DC 2006

                        /s/ Pasha Durant
                        PASHA DURANT

ADMIN. MOT. TO CONSIDER WHETHER CASES SHOULD BE RELATED –
010096-10 283599 V1
- 5 -

# Mailing Information for a Case 3:09-cv-00002-PJH

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert G. Abrams**
  AbramsR@howrey.com

- **Paul Alexander**
  alexanderp@howrey.com,melendyk@howrey.com,trostade@howrey.com,petret@howrey.com

- **Peter A. Barile , III**
  BarileP@howrey.com

- **Keith E. Eggleton**
  keggleton@wsgr.com

- **Linda M. Fong**
  lfong@kaplanfox.com

- **Sarah E. Grime**
  cadio@saveri.com

- **Christopher T. Heffelfinger**
  cheffelfinger@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Thomas A. Isaacson**
  IsaacsonT@howrey.com

- **Jonathan M. Jacobson**
  jjacobson@wsgr.com,ageritano@wsgr.com

- **Emily L. Maxwell , Esq**
  MaxwellE@howrey.com

- **Stephen Edward Morrissey**
  smorrissey@susmangodfrey.com,rshanks@susmangodfrey.com,hdanielson@susmangodfrey.com,mwillian

- **Marc M. Seltzer**
  mseltzer@susmangodfrey.com

- **Melissa Conwell Shapiro**
  mshapiro@saveri.com

- **Scott Andrew Sher**
  ssher@wsgr.com

- **Harry Shulman**

harry@millslawfirm.com,lornaf@millslawfirm.com

- **Alex C. Turan**
  act@girardgibbs.com,amv@girardgibbs.com

- **Sara Ciarelli Walsh**
  swalsh@wsgr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Richard W. Hess
Susman Godfrey LLP
1000 Louisiana
Suite 5100
Houston, TX 77002
```

# Mailing Information for a Case 3:09-cv-00399-JCS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeff D Friedman**
  jefff@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com,jgittleman@barrack.com

- **Jeffrey B. Gittleman**
  jgittleman@barrack.com,rbranch@barrack.com

- **Gerald J. Rodos**
  grodos@barrack.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Julie B. Palley
Barrack, Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19130
```