NEAL S. MANNE (94101)
RICHARD W. HESS (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
nmanne@susmangodfrey.com
rhess@susmangodfrey.com

MARC SELTZER (54534)
STEPHEN E. MORRISSEY (187865)
KATHRYN P. HOEK (219247)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
smorrissey@susmangodfrey.com

*Attorneys for Defendants Walmart.com USA LLC and Wal-Mart Stores, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART.COM USA LLC, WAL-MART STORES, INC and NETFLIX, INC.,<br><br>Defendants. | Civil Action No. CV 09 0002 (PJH)<br><br>**NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney Neal S. Manne of Susman Godfrey L.L.P., 1901 Avenue of the Stars, Suite 950, Los Angeles, CA 90067, a member of the State Bar of California

NOTICE OF APPEARANCE – NEAL S. MANNE     -1-     Civil Action No. CV 09 0002 (PJH)

900733v1/011148

Dockets.Justia.com

and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of Defendants Walmart.com USA LLC and Wal-Mart Stores, Inc.

Dated: February 5, 2009

Respectfully submitted,

SUSMAN GODFREY L.L.P.

By: /s/ Richard W. Hess
    Neal S. Manne
    Richard W. Hess
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002
    Telephone: (713) 651-9366
    Facsimile: (713) 654-6666

    Marc M. Seltzer
    Stephen E. Morrissey
    Kathryn P. Hoek
    1901 Avenue of the Stars, Suite 950
    Los Angeles, CA 90067
    Telephone: (310) 789-3100
    Facsimile: (310) 789-3150

*Attorneys for Defendants Walmart.com USA LLC and Wal-Mart Stores, Inc.*

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served on the following counsel of record this 5th day of February, 2009, as indicated below:

| **Plaintiffs Counsel** | **Co-Defendant NetFlix Counsel**: |
|---|---|
| Paul Alexander<br>AlexanderP@howrey.com<br>**Howrey LLP**<br>1950 University Avenue, 4th Floor<br>East Palo Alto, California  94303<br>Tel: (650) 798.3500<br>Fax: (650) 798.3600<br><br>Robert G. Abrams<br>AbramsR@howrey.com<br>Thomas A. Isaacson<br>IsaacsonT@howrey.com<br>Peter A. Barile, III<br>BarileP@howrey.com<br>**Howrey LLP**<br>1299 Pennsylvania Ave NW<br>Washington, District of Columbia  20004<br>Tel: (202) 783-0800<br>Fax: (202) 383-6610<br><br>Emily L. Maxwell<br>MaxwellE@howrey.com<br>**Howrey LLP**<br>525 Market Street<br>Suite 3600<br>San Francisco, California  94105-2708<br>Tel: (415) 848-4947<br>Fax: (415) 848-4900 | Jonathan M. Jacobson<br>jjacobson@wsgr.com<br>Sara C. Walsh<br>sciarelli@wsgr.com<br>**Wilson Sonsini Goodrich & Rosati**<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY 10019<br>Tel: (212) 999-5800<br>Fax: (212) 999-5899<br><br>Scott A. Sher<br>ssher@wsgr.com<br>**Wilson Sonsini Goodrich & Rosati**<br>5th Floor<br>1700 K Street, NW<br>Washington, D.C. 20006<br>Tel: (202) 973-8800<br>Fax: (202) 973-8899 |

          /s/  Richard W. Hess
          Richard W. Hess