Joseph J. Tabacco, Jr. (75484)
jtabacco@bermandevalerio.com
Christopher T. Heffelfinger (118058)
cheffelfinger@bermandevalerio.com
**BERMAN DEVALERIO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Mindee J. Reuben
reuben@wka-law.com
**WEINSTEIN KITCHENOFF & ASHER LLC**
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Telephone: (215) 545-7200
Facsimile: (215) 535-6535

Attorneys for Plaintiffs in
*Bruno, et al. v. Walmart.com USA LLC, et al.*,
No. C-09-00445 JCS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, ERIC ROSLANSKY and KEVIN SIMSPON, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs*,<br>vs.<br>WALMART.COM USA LLC, WAL-MART STORES, INC. and NETFLIX, INC.<br><br>*Defendants*. | Case No. C-09-0002 PJH<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Brandon J. Bruno and Paige Gabay submit this Administrative Motion, pursuant to Civil Local Rule 3-12, to relate *Bruno, et al. v. Walmart.com USA LLC, et al.*, Case No. C-09-00445-JCS ("the *Bruno* Action"), filed January 30, 2009, to *Resnick, et al. v. Walmart.com USA LLC, et al.,* Case No. C-09-0002 PJH ("*Resnick* Action"), the first filed action.

## I. RELATED CASES

The cases identified below, including the first-filed *Resnick* Action, are related to the *Bruno* Action. As indicated, most of these cases are now pending before The Honorable Phyllis J. Hamilton, United States District Judge.

| | CASE NAME | CASE NUMBER | DATE FILED |
|---|---|---|---|
| 1. | *Resnick, et al. v. Walmart.com USA LLC, et al.* | CV-09-0002-PJH | January 2, 2009 |
| 2. | *O'Connor v. Walmart.com USA LLC, et al.* | CV-09-0096- PJH | January 9, 2009 |
| 3. | *Endzweig v. Walmart.com USA LLC, et al.* | CV-09-0111-PJH | January 9, 2009 |
| 4. | *Schmitz v. Walmart.com USA LLC, et al.* | CV-09-0116-PJH | January 9, 2009 |
| 5. | *Lynch v. Walmart.com USA LLC, et al.* | CV-09-0138-PJH | January 12, 2009 |
| 6. | *Groce v. Walmart.com USA LLC, et al.* | CV-09-0139-PHJ | January 12, 2009 |
| 7. | *Sivek v. Walmart.com USA LLC, et al.* | CV-09-0156- PJH | January 13, 2009 |
| 8. | *Faris v. Walmart Stores, Inc.* | CV-09-0180- PJH | January 14, 2009 |
| 9. | *Slobodin v. Netflix, Inc., et al.* | CV-09-0225- PJH | January 16, 2009 |
| 10. | *Anthony v. Walmart.com USA LLC, et al.* | CV-09-0236- PJH | January 20, 2009 |
| 11. | *Polk-Stamps v. Netflix, Inc., et al.* | CV-09-0244- PJH | January 20, 2009 |
| 12. | *Sheeler v. Walmart.com USA LLC, et al.* | CV-09-0274- PJH | January 22, 2009 |
| 13. | *Chapman v. Netflix, Inc., et al.* | CV-09-0294- PJH | January 22, 2009 |
| 14. | *Orozco v. Netflix, Inc., et al.* | CV-09-0297- PJH | January 22, 2009 |
| 15. | *Landels v. Netflix, Inc., et al.* | CV-09-0340- PJH | January 26, 2009 |
| 16. | *Grime v. Netflix, Inc., et al.* | CV-09-0349- PJH | January 26, 2009 |

|    | **CASE NAME** | **CASE NUMBER** | **DATE FILED** |
|----|---------------|-----------------|----------------|
| 17. | *Meyer v. Walmart.com USA LLC, et al.* | CV-09-0361- PJH | January 27, 2009 |
| 18. | *Randall v. Walmart.com USA LLC, et al.* | CV-09-0368- PJH | January 27, 2009 |
| 19. | *Hirsch v. Netflix, Inc., et al.* | CV-09-0375- PJH | January 27, 2009 |
| 20. | *Miscioscia v. Netflix, Inc., et al.* | CV-09-0377- PJH | January 27, 2009 |
| 21. | *Patras v. Netflix, Inc., et al.* | CV-09-0378-MEJ | January 27, 2009 |
| 22. | *Chatelain v. Netflix, Inc., et al.* | CV-09-0391- PJH | January 28, 2009 |
| 23. | *Weiner v. Walmart.com USA LLC, et al.* | CV-09-0398-BZ | January 28, 2009 |
| 24. | *Millrood v. Walmart.com USA LLC, et al.* | CV-09-0399-JCS | January 28, 2009 |
| 25. | *Kober v. Walmart.com USA LLC, et al.* | CV-09-0400-EDL | January 28, 2009 |
| 26. | *Lacabe v. Walmart.com USA LLC, et al.* | CV-09-0402-JL | January 28, 2009 |
| 27. | *Roy v. Netflx, Inc., et al.* | CV-09-0434-JL | January 30, 2009 |
| 28. | *Zaker v. Netflix, Inc., et al.* | CV-09-0447-MEJ | January 30, 2009 |

## II.  RELATIONSHIP OF THE ACTIONS

This administrative motion is made on the grounds that the *Bruno* case involves substantially the same subject matter as the actions listed above in Section I, including the *Resnick* Action: an alleged conspiracy to illegally fix, raise, maintain and/or stabilize the prices charged for the sales and online rentals of DVDs in the United States.  Plaintiffs in all the cases assert claims for violations of the Sherman Act, 15 U.S.C. §§ 1 and 2, against the same Defendants.

It appears likely that there will be an unduly burdensome duplication of labor and expense or the possibility of conflicting results if the cases are conducted before different Judges. Accordingly, relating the *Bruno* Action to the *Resnick* Action will help eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

/ / /

/ / /

/ / /

[C-09-0002 PJH] ADMIN. MOT. TO CONSIDER WHETHER CASES SHOULD BE RELATED  2

### III. CONCLUSION

Plaintiffs Bruno and Gabay therefore respectfully request that the *Bruno* Action be deemed related *Resnick, et al. v. Walmart.com USA LLC, et al.*, No. C-09-0002-PJH, and that it be assigned to the Honorable Phyllis J. Hamilton.

Dated: February 5, 2009

**BERMAN DeVALERIO**

By: s/ Christopher T. Heffelfinger
    CHRISTOPHER T. HEFFELFINGER

Joseph J. Tabacco, Jr
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: 415.433.3200
Facsimile: 415.433.6382

Mindee J. Reuben
reuben@wka-law.com
WEINSTEIN KITCHENOFF & ASHER LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Telephone: (215) 545-7200
Facsimile: (215) 535-6535

*Attorneys for Plaintiffs in*
*Bruno, et al. v. Walmart.com USA LLC, et al.,*
*No. C-09-00445 JCS*