| | |
|---|---|
| 1 | Joseph J. Tabacco, Jr. (75484) |
| | jtabacco@bermandevalerio.com |
| 2 | Christopher T. Heffelfinger (118058) |
| | cheffelfinger@bermandevalerio.com |
| 3 | **BERMAN DEVALERIO** |
| | 425 California Street, Suite 2100 |
| 4 | San Francisco, CA 94104 |
| | Telephone: (415) 433-3200 |
| 5 | Facsimile: (415) 433-6382 |
| 6 | Mindee J. Reuben |
| | reuben@wka-law.com |
| 7 | **WEINSTEIN KITCHENOFF & ASHER LLC** |
| | 1845 Walnut Street, Suite 1100 |
| 8 | Philadelphia, PA 19103 |
| | Telephone: (215) 545-7200 |
| 9 | Facsimile: (215) 535-6535 |
| 10 | Attorneys for Plaintiffs in |
| | *Bruno, et al. v. Walmart.com USA LLC, et al.,* |
| 11 | No. C-09-00445 JCS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, ERIC ROSLANSKY and KEVIN SIMSPON, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs*,<br>vs.<br>WALMART.COM USA LLC, WAL-MART STORES, INC. and NETFLIX, INC.<br><br>*Defendants*. | Case No. C-09-0002 PJH<br><br>**[PROPOSED] ORDER RELATING CASES** |

| | |
|---|---|
| 1 | On February 5, 2009, plaintiffs Brandon J. Bruno and Paige Gabay filed an Administrative |
| 2 | Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12. The time |
| 3 | for filing an opposition or statement of support has passed. The Court having considered the papers |
| 4 | and pleadings on file, and good cause appearing, |
| 5 | HEREBY GRANTS Plaintiff's Administrative Motion. |
| 6 | IT IS SO ORDERED that *Bruno, et al. v. Walmart.com USA LLC, et al.,* Case No. C-09- |
| 7 | 0445 JCS, is related to *Resnick, et al. v. Walmart.com USA LLC, et al,* Case No. C-09-0002 PJH. |
| 8 | Dated: _____ |

Phyllis J. Hamilton
United States District Judge