COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
BONNY E. SWEENEY (176174)
DAVID W. MITCHELL (199706)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
bonnys@csgrr.com
davidm@csgrr.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANJAY PARIKH, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>  vs.<br><br>NETFLIX, INC., et al.,<br><br>                      Defendants. | No. 09-cv-00496 MEJ<br><br>CLASS ACTION<br><br>ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11 |

1  TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2         PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11, plaintiff Sanjay
3  Parikh submits this administrative motion for the Court to consider whether the case captioned
4  *Parikh v. Netflix, Inc., et al.*, No. 09-cv-0496 MEJ, a putative class action filed on February 3, 2009,
5  should be related to *Resnick, et al. v. Walmart.com USA LLC, et al.*, No. 09-cv-0002 PJH, filed on
6  January 2, 2009, the low-numbered action also pending in this District.  The *Resnick* action has been
7  assigned to the Honorable Phyllis J. Hamilton.  In addition to the *Resnick* action, other related
8  actions pending in this District include: *O'Connor v. Walmart.com USA LLC, et al.*, No. 09-cv-0096;
9  *Endzweig v. Walmart.com USA LLC, et al.*, No. 09-cv-0111; *Schmitz v. Walmart.com USA LLC, et
10 al.*, No. 09-cv-0116; *Lynch, et al. v. Walmart.com USA LLC, et al.*, No. 09-cv-0138; *Groce, et al. v.
11 Netflix, Inc., et al.*, No. 09-cv-0139; *Sivek v. Walmart.com USA LLC, et al.*, No. 09-cv-0156; *Faris v.
12 Netflix, Inc., et al.*, No. 09-cv-0180; *Slobodin v. Netflix, Inc., et al.*, No. 09-cv-0225; *Anthony, et al.
13 v. Walmart.com USA LLC, et al.*, No. 09-cv-0236; *Polk-Stamps v. Netflix, Inc.*, No. 09-cv-0244;
14 *Sheeler v. Netflix, Inc., et al.*, No. 09-cv-0274; *Chapman v. Netflix, Inc., et al.*, No. 09-cv-0294;
15 *Orozco v. Netflix, Inc., et al.*, No. 09-cv-0297; *Landels, et al. v. Netflix, Inc., et al.*, No. 09-cv-0340;
16 *Grime v. Netflix, Inc., et al.*, No. 09-cv-0349; *Meyer v. Walmart.com USA LLC, et al.*, No. 09-cv-
17 0361; *Randall v. Walmart.com USA LLC, et al.*, No. 09-cv-0368; *Miscioscia v. Netflix, Inc., et al.*,
18 No. 09-cv-0377; and *Chatelain v. Netflix, Inc., et al.*, No. 09-cv-0391.

19        The actions in the above-mentioned paragraph were ordered related to the *Resnick* action on
20 January 16, 2009, January 29, 2009 and February 2, 2009.  All of these related actions have been
21 assigned to the Honorable Phyllis J. Hamilton.

22        All the above-referenced actions involve substantially the same transactions, events,
23 questions of law, and allege essentially the same violations of federal antitrust law against the same
24 set of defendants.  The suits allege that the defendants unlawfully agreed not to compete in the
25 markets for both online DVD rentals and sales of new DVDs, and that Netflix monopolized the
26 online DVD rental market.  Defendants' actions are alleged to have harmed customers who were
27 Netflix subscribers by causing them to pay more for their subscriptions than they would have paid
28 absent defendants' illegal market allocation agreement.

It appears likely that there will be an unduly burdensome duplication of labor and expenses and potentially conflicting results if the cases are heard before different judges.

Given the similarities of the related actions, assignment of the cases to a single judge will conserve judicial resources and promote efficient determination of the actions while avoiding potentially conflicting results. All related actions currently pending in this District are at a preliminary stage and, therefore, assignment to a single judge would not prejudice any party. Accordingly, plaintiff Sanjay Parikh respectfully requests that the action entitled *Parikh v. Netflix, Inc., et al.* be deemed related to *Resnick, et al. v. Walmart.com USA LLC, et al.*, the first filed case in this District, which is presently assigned to the Honorable Phyllis J. Hamilton.

DATED: February 5, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
BONNY E. SWEENEY
DAVID W. MITCHELL

  s/ David W. Mitchell
DAVID W. MITCHELL

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

THE LAW OFFICES OF WILLIAM C.
  WRIGHT, P.A.
WILLIAM C. WRIGHT
301 Clematis Street, Suite 3000
West Palm Beach, FL 33401
Telephone: 561/514-0904
561/514-0905 (fax)

Attorneys for Plaintiff

S:\CasesSD\Netflix\MOT 00057362.doc

# CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 5, 2009.

      s/ David W. Mitchell
      DAVID W. MITCHELL

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: davidm@csgrr.com

# Mailing Information for a Case 3:09-cv-00496-MEJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **David W. Mitchell**
  davidm@csgrr.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,E_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

# Mailing Information for a Case 3:09-cv-00002-PJH

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert G. Abrams**
  AbramsR@howrey.com

- **Paul Alexander**
  alexanderp@howrey.com,melendyk@howrey.com,trostade@howrey.com,petret@howrey.com

- **Peter A. Barile , III**
  BarileP@howrey.com

- **Keith E. Eggleton**
  keggleton@wsgr.com

- **Linda M. Fong**
  lfong@kaplanfox.com

- **Jeff D Friedman**
  jefff@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Sarah E. Grime**
  cadio@saveri.com

- **Christopher T. Heffelfinger**
  cheffelfinger@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Richard Wolf Hess**
  rhess@susmangodfrey.com

- **Kathryn Parsons Hoek**
  khoek@susmangodfrey.com

- **Thomas A. Isaacson**
  IsaacsonT@howrey.com

- **Michele Chickerell Jackson**
  mjackson@lchb.com,tjackson@lchb.com,dclevenger@lchb.com

- **Jonathan M. Jacobson**
  jjacobson@wsgr.com,ageritano@wsgr.com

- **Neal Stuart Manne**
  nmanne@susmangodfrey.com,mreeves@susmangodfrey.com

- **Emily L. Maxwell , Esq**
  MaxwellE@howrey.com

- **Stephen Edward Morrissey**
  smorrissey@susmangodfrey.com,rshanks@susmangodfrey.com,hdanielson@susmangodfrey.com,mwilliams@susmangodfrey.com

- **Marc M. Seltzer**
  mseltzer@susmangodfrey.com

- **Melissa Conwell Shapiro**
  mshapiro@saveri.com

- **Scott Andrew Sher**
  ssher@wsgr.com

- **Harry Shulman**
  harry@millslawfirm.com,lornaf@millslawfirm.com

- **Alex C. Turan**
  act@girardgibbs.com,amv@girardgibbs.com

- **Sara Ciarelli Walsh**
  swalsh@wsgr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)