| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | BONNY E. SWEENEY (176174) DAVID W. MITCHELL (199706) |
| 3 | 655 West Broadway, Suite 1900 San Diego, CA 92101 |
| 4 | Telephone: 619/231-1058 619/231-7423 (fax) |
| 5 | bonnys@csgrr.com davidm@csgrr.com |
| 6 | |
| 7 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SANJAY PARIKH, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | No. 09-cv-00496 MEJ |
| Plaintiff, | ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) ) | DECLARATION OF DAVID W. MITCHELL IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER |
| NETFLIX, INC., et al., | ) ) ) | CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11 |
| Defendants. | ) ) | |

I, DAVID W. MITCHELL, declare as follows:

1. I am duly licensed to practice before all of the courts of the State of California. I am a member of the law firm Coughlin Stoia Geller Rudman & Robbins LLP. I am counsel for plaintiff Sanjay Parikh in *Parikh v. Netflix, Inc., et al.*, No. CV 09-0496 MEJ. I submit this declaration in support of plaintiff Parikh's Administrative Motion to Consider Whether Cases Should Be Related. I have personal knowledge of the matters set forth herein and can competently testify about them if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of the complaint captioned *Parikh v. Netflix, Inc., et al.*, No. 09-cv-0496 MEJ, filed on February 3, 2009 in the Northern District of California and assigned to Magistrate Judge Maria-Elena James. The *Parikh* case is a proposed class action on behalf of all persons and entities that paid a subscription fee to Netflix, Inc. to rent DVDs between May 19, 2005 and the present.

3. On January 2, 2009, the case captioned *Resnick, et al. v. Walmart.com USA LLC, et al.*, Case No. 09-0002 was filed in this District and ultimately assigned to the Honorable Phyllis J. Hamilton. The *Resnick* and *Parikh* actions involve all or a material part of the same subject matter and common defendants, as do a number of other related actions pending in this District, some of which have already been ordered related to *Resnick*.

4. Plaintiff Parikh has not appeared in any other related action currently pending in this District.

5. A stipulation pursuant to Civil Local Rule 7-11(a) could not be obtained prior to the filing of the accompanying Administrative Motion to Consider Whether Cases Should Be Related because defendants in the *Parikh* action are in the process of being served and have therefore not yet appeared in that action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 5th day of February, 2009, at San Diego, California.

s/ David W. Mitchell
DAVID W. MITCHELL

Document1

DECL OF DAVID MITCHELL IN SUPPORT OF ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED - 09-cv-00496 MEJ - 1 -

# CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 5, 2009.

s/ David W. Mitchell
DAVID W. MITCHELL

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: davidm@csgrr.com

# Mailing Information for a Case 3:09-cv-00496-MEJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **David W. Mitchell**
  davidm@csgrr.com

- **Bonny E. Sweeney**
  bonnys@csgrr.com,E_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

## Mailing Information for a Case 3:09-cv-00002-PJH

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert G. Abrams**
  AbramsR@howrey.com

- **Paul Alexander**
  alexanderp@howrey.com,melendyk@howrey.com,trostade@howrey.com,petret@howrey.com

- **Peter A. Barile , III**
  BarileP@howrey.com

- **Keith E. Eggleton**
  keggleton@wsgr.com

- **Linda M. Fong**
  lfong@kaplanfox.com

- **Jeff D Friedman**
  jefff@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

- **Sarah E. Grime**
  cadio@saveri.com

- **Christopher T. Heffelfinger**
  cheffelfinger@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Richard Wolf Hess**
  rhess@susmangodfrey.com

- **Kathryn Parsons Hoek**
  khoek@susmangodfrey.com

- **Thomas A. Isaacson**
  IsaacsonT@howrey.com

- **Michele Chickerell Jackson**
  mjackson@lchb.com,tjackson@lchb.com,dclevenger@lchb.com

- **Jonathan M. Jacobson**
  jjacobson@wsgr.com,ageritano@wsgr.com

- **Neal Stuart Manne**
  nmanne@susmangodfrey.com,mreeves@susmangodfrey.com

- **Emily L. Maxwell , Esq**
  MaxwellE@howrey.com

- **Stephen Edward Morrissey**
  smorrissey@susmangodfrey.com,rshanks@susmangodfrey.com,hdanielson@susmangodfrey.com,mwilliams@susmangodfrey.com

- **Marc M. Seltzer**
  mseltzer@susmangodfrey.com

- **Melissa Conwell Shapiro**
  mshapiro@saveri.com

- **Scott Andrew Sher**
  ssher@wsgr.com

- **Harry Shulman**
  harry@millslawfirm.com,lornaf@millslawfirm.com

- **Alex C. Turan**
  act@girardgibbs.com,amv@girardgibbs.com

- **Sara Ciarelli Walsh**
  swalsh@wsgr.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)