Paul Alexander (Bar No. 49997)
AlexanderP@howrey.com
HOWREY LLP
1950 University Avenue
East Palo Alto, CA 94303
650.798.3500
650.798.3600 (fax)

Robert G. Abrams (
AbramsR@howrey.com
Thomas A. Isaacson
IsaacsonT@howrey.com
Peter A. Barile III
BarileP@howrey.com
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
202.783.0800
202.383.6610 (fax)

Emily L. Maxwell (Bar No. 185646)
MaxwellE@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
415.848.4947
415.848.4900 (fax)

*Attorneys for Plaintiffs Andrea Resnick,
Gary Bunker, John Haley, Amy Latham,
Eric Roslansky, and Kevin Simpson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART.COM USA LLC, WAL-MART STORES, INC., and NETFLIX, INC.,,<br><br>Defendant. | Case No. C 09-0002 PJH<br><br>NOTICE OF FILING<br><br>Judge: Hon. Phyllis J. Hamilton |

Notice of Filing
Case No. C 09-0002 PJH

DM_US:21988484_1

Plaintiffs Andrea Resnick, Gary Bunker, John Haley, Amy Latham, Eric Roslansky, and Kevin Simpson hereby notify the Court that the *Resnick* case and its related cases pending in this Court are the subject of a proceeding before the Judicial Panel on Multidistrict Litigation (JPML) to consolidate with them several similar cases pending in other federal districts. *In re Online DVD Rental Antitrust Litigation* (MDL No. 2029).

The *Resnick* Plaintiffs submitted a brief to the JPML arguing in favor of centralization of all cases before this Court on behalf of themselves and 36 other plaintiffs in 32 related actions pending in this Court and elsewhere. In addition, Defendants filed a brief favoring transfer to this Court. A copy of the *Resnick* Plaintiffs' joint response submitted to the JPML is attached hereto as Exhibit A.

The *Resnick* Plaintiffs further notify the Court that they have initiated discussions with Defendants in order to submit a Consolidated Joint Case Management Statement and to schedule a Rule 26(f) conference in accord with this Court's Order of February 2, 2009, scheduling the case management conference for April 9, 2009. The *Resnick* Plaintiffs intend to coordinate the views of Plaintiffs in the related cases with the goal of submitting a Consolidated Joint Case Management Statement, as the *Resnick* Plaintiffs did in submitting the joint brief to the JPML.

Dated: March 10, 2009

Respectfully submitted,

HOWREY LLP

By: _____/s/ Paul Alexander_____
Paul Alexander
HOWREY LLP
1950 University Avenue
East Palo Alto, CA 94303
Tel.: (650) 798-3500
Fax: (650) 798-3600

Robert G. Abrams
Thomas A. Isaacson
Peter A. Barile III
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 783-0800
Fax: (202) 383-6610

Emily L. Maxwell
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel.: (415) 848-4947
Fax: (415) 848-4999

*Counsel for Plaintiffs Andrea Resnick, et al., and Proposed Interim Lead Counsel for the Proposed Class*

# CERTIFICATE OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in San Mateo County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1950 University Avenue, 4th Floor, East Palo Alto, California 94303. On the date set forth below, I served a copy of the following documents:

**1. NOTICE FILING**

on the interested parties in the subject action by placing at true copy thereof as indicated below, addressed as follows:

**BY NOTICE OF ELECTRONIC FILING**

The following parties were served **electronically** by simultaneously filing the attached document with the United States District Court, Northern District of California, Case No. C 09-0002 PJH

| | | |
|---|---|---|
| **Lori Sambol Brody**<br>Kaplan Fox & Kilsheimer LLP<br>1801 Century Park East, Suite 1460<br>Los Angeles, CA 90067<br>(310) 785-0800<br>(310) 785-0897 (fax)<br>lbrody@kaplanfox.com | representing | **Kimberly Williams**<br>*(Plaintiff)* |
| **Keith E. Eggleton**<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>650-493-9300<br>650-565-5100 (fax)<br>keggleton@wsgr.com | representing | **Netflix, Inc.**<br>*(Defendant)* |

| | | |
|---|---|---|
| **Linda M. Fong**<br>Kaplan Fox & Kilsheimer LLP<br>350 Sansome Street<br>Suite 400<br>San Francisco, CA 94104<br>415-772-4700<br>415-772-4707 (fax)<br>lfong@kaplanfox.com | representing | **Laura Randall**<br>*(Plaintiff)* |
| **Jeff D Friedman**<br>Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>(510) 725-3000<br>(510) 725-3001 (fax)<br>jefff@hbsslaw.com | representing | **Michael Weiner**<br>*(Interested Party)* |
| | | **Tobias L. Millrood**<br>*(Interested Party)* |
| **Christopher T. Heffelfinger**<br>Berman DeValerio<br>425 California Street<br>Suite 2100<br>San Francisco, CA 94104<br>415-433-3200<br>415-433-6382 (fax)<br>cheffelfinger@bermandevalerio.com | representing | **Sarah Endzweig**<br>*(Interested Party)* |
| | | **Brandon J Bruno**<br>*(Plaintiff)* |
| | | **Paige Gabay**<br>*(Plaintiff)* |

Certificate of Service
Case No. C 09-0002 PJH

5

DM_US:21978315_1

| | | |
|---|---|---|
| **Richard Wolf Hess**<br>Susman Godfrey LLP<br>1000 Louisiana<br>Suite 5100<br>Houston, TX 77002<br>713-653-7858<br>713-654-6677 (fax)<br>rhess@susmangodfrey.com | representing | **Wal-Mart Stores Inc.**<br>*(Defendant)*<br><br><br>**Walmart.com USA LLC**<br>*(Defendant)* |
| **Michele Chickerell Jackson**<br>Lieff Cabraser Heimann & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street<br>30th Floor<br>San Francisco, CA 94111<br>415-956-1000<br>mjackson@lchb.com | representing | **Margarita Lacabe**<br>*(Plaintiff)* |
| **Jonathan M. Jacobson**<br>Wilson Sonsini Goodrich & Rosati<br>1301 Avenue of the America<br>40th Floor<br>New York, NY 10019<br>212-999-5858<br>212-999-5899 (fax)<br>jjacobson@wsgr.com | representing | **Netflix, Inc.**<br>*(Defendant)* |
| **Neal Stuart Manne**<br>Susman Godfrey<br>1000 Louisiana #5100<br>Houston, TX 77002-5096<br>713-653-7827<br>713-654-3380 (fax)<br>nmanne@susmangodfrey.com | representing | **Walmart.com USA LLC**<br>*(Defendant)* |

Certificate of Service
Case No. C 09-0002 PJH

6

DM_US:21978315_1

| # | | | |
|---|---|---|---|
| 1 | **David W. Mitchell** | | |
| 2 | Coughlin Stoia Geller Rudman & Robbins LLP | | |
| 3 | 655 West Broadway, Suite 1900<br>San Diego, CA 92101 | representing | **Sanjay Parikh**<br>*(Interested Party)* |
| 4 | (619) 231-1058<br>(619) 231-7423 (fax) | | |
| 5 | davidm@csgrr.com | | |
| 6 | | | |
| 7 | **Stephen Edward Morrissey** | | |
| | Susman Godfrey L.L.P. | | |
| 8 | 1901 Avenue of the Stars<br>Suite 950 | | |
| 9 | Los Angeles, CA 90067-6029<br>310-789-3100 | representing | **Wal-Mart Stores Inc.**<br>*(Defendant)* |
| 10 | 310-789-3150 (fax)<br>smorrissey@susmangodfrey.com | | |
| 11 | | | |
| 12 | | | |
| 13 | | | **Walmart.com USA LLC**<br>*(Defendant)* |
| 14 | | | |
| 15 | **Marc M. Seltzer** | | |
| | Susman Godfrey LLP | | |
| 16 | 1901 Avenue of the Stars<br>Suite 950 | | |
| 17 | Los Angeles, CA 90067-6029<br>310-789-3100 | representing | **Wal-Mart Stores Inc.**<br>*(Defendant)* |
| 18 | 310-789-3150 (fax)<br>mseltzer@susmangodfrey.com | | |
| 19 | | | |
| 20 | | | |
| 21 | | | **Walmart.com USA LLC**<br>*(Defendant)* |
| 22 | | | |
| 23 | **Melissa Conwell Shapiro**<br>Saveri & Saveri, Inc. | | **Sarah E. Grime** |
| | 111 Pine Street | | Saveri & Saveri, Inc. |
| 24 | Suite 1700<br>San Francisco, CA 94111 | representing | 706 Sansome Street<br>San Francisco, CA 94111 |
| 25 | 415-217-6810<br>mshapiro@saveri.com | | 415-217-6810<br>415-217-6810 (fax) |
| 26 | | | cadio@saveri.com<br>*(Plaintiff)* |
| 27 | | | |
| 28 | | | |

Certificate of Service  
Case No. C 09-0002 PJH

7

DM_US:21978315_1

| | | | |
|---|---|---|---|
| 1 | **Scott Andrew Sher**<br>Wilson Sonsini Goodrich & Rosati<br>1700 K Street, NW<br>Fifth Floor<br>Washington, DC 20006<br>202-973-8800<br>202-973-8899 (fax)<br>ssher@wsgr.com | representing | **Netflix, Inc.**<br>*(Defendant)* |
| 7 | **Harry Shulman**<br>The Mills Law Firm<br>880 Las Gallinas Avenue, Suite 2<br>San Rafael, CA 94903<br>415-445-1326<br>415-455-1327 (fax)<br>harry@millslawfirm.com | representing | **Frank Hirsch**<br>*(Plaintiff)* |
| 12 | **Alex C. Turan**<br>Montura Law Group<br>2070 N. Broadway<br>Suite 5492<br>Walnut Creek, CA 94596<br>415-308-0025<br>925-256-9615 (fax)<br>alexturan@yahoo.com | representing | **Jonathan Groce**<br>*(Plaintiff)*<br><br>**Susan Horowitz**<br>*(Plaintiff)*<br><br>**Armond Faris**<br>*(Plaintiff)*<br><br>**Michael Orozco**<br>*(Plaintiff)*<br><br>**Melanie Polk-Stamps**<br>*(Plaintiff)* |

| | | |
|---|---|---|
| **Sara Ciarelli Walsh**<br>Wilson Sonsini Goodrich & Rosati<br>1301 Avenue of the Americas<br>40th Floor<br>New York, NY 10019<br>212-999-5800<br>212-999-5899 (fax)<br>swalsh@wsgr.com | representing | **Netflix, Inc.**<br>*(Defendant)* |
| **Kathryn Parsons Hoek**<br>Susman Godfrey LLP<br>1901 Avenue of the Stars<br>Ste 950<br>Los Angeles, CA 90067-6029<br>310-789-3132<br>310-789-3017 (fax)<br>khoek@susmangodfrey.com | representing | **Walmart.com USA LLC**<br>*(Defendant)* |

I declare under the penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Executed on March 10, 2009, at East Palo Alto, California.

_____Eric Trostad_____  _____
(Type or print name)         (Signature)