1   Paul Alexander (Bar No. 49997)
    AlexanderP@howrey.com
2   HOWREY LLP
3   1950 University Avenue
    East Palo Alto, CA  94303
4   650.798.3500
    650.798.3600 (fax)
5
    Robert G. Abrams (
6   AbramsR@howrey.com
7   Thomas A. Isaacson
    IsaacsonT@howrey.com
8   Peter A. Barile III
    BarileP@howrey.com
9   HOWREY LLP
10  1299 Pennsylvania Avenue, N.W.
    Washington, DC  20004
11  202.783.0800
    202.383.6610 (fax)
12
    Emily L. Maxwell (Bar No. 185646)
13  MaxwellE@howrey.com
    HOWREY LLP
14  525 Market Street, Suite 3600
15  San Francisco, CA  94105
    415.848.4947
16  415.848.4900 (fax)

17  *Attorneys for Plaintiffs Andrea Resnick,*
    *Gary Bunker, John Haley, Amy Latham,*
18  *Eric Roslansky, and Kevin Simpson*

19              UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21  ANDREA RESNICK, GARY BUNKER, JOHN      )  Case No. C 09-0002 PJH
22  HALEY, AMY LATHAM, ERIC ROSLANSKY,     )
    and KEVIN SIMPSON, on behalf of themselves )  PROOF OF SERVICE
23  and others similarly situated,          )
                                            )  Judge:  Hon. Phyllis J. Hamilton
24              Plaintiff,                   )
                                            )
25      vs.                                 )
                                            )
26  WALMART.COM USA LLC, WAL-MART          )
    STORES, INC., and NETFLIX, INC.,,      )
27              Defendant.                   )
                                            )
28  ──────────────────────────────────     )

Certificate of Service                          1
Case No.  C 09-0002 PJH

DM_US:21978315_1

The undersigned declares as follows:

I am a citizen of the United States and employed in San Mateo County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1950 University Avenue, 4th Floor, East Palo Alto, California 94303. On the date set forth below, I served a copy of the following documents:

### 1. NOTICE FILING

<u>XX</u>    BY ELECTRONIC MAIL

I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the parties listed below.

| | |
|---|---|
| Emily L. Maxwell | MaxwellE@howrey.com |
| Paul Alexander | alexanderp@howrey.com |
| Peter A. Barile, III | BarileP@howrey.com |
| Robert G. Abrams | AbramsR@howrey.com |
| Thomas A. Isaacson | IsaacsonT@howrey.com |
| Alex C. Turan | alexturan@yahoo.com |
| Melissa C. Shapiro | mshapiro@saveri.com |
| Harry Shulman | harry@millslawfirm.com |
| Linda M. Fong | lfong@kaplanfox.com |
| Michele C. Jackson | mjackson@lchb.com |
| Christopher T. Heffelfinger | cheffelfinger@bermandevalerio.com |
| Lori S. Brody | lbrody@kaplanfox.com |
| Jeff D. Friedman | jefff@hbsslaw.com |
| David W. Mitchell | davidm@csgrr.com |
| Jill S. Abrams | jabrams@abbeygardy.com |
| Judith L. Spanier | jspanier@abbeyspanier.com |
| Brian Brooks | bbrooks@murrayfrank.com |
| Eugene A. Spector | espector@srkw-law.com |
| Jay S. Cohen | jcohen@srkw-law.com |
| Jeffrey J. Corrigan | jcorrigan@srkw-law.com |
| Jonathan M. Jagher | Jjagher@srkw-law.com |
| Lee Albert | lalbert@murrayfrank.com |
| Paul Alexander | alexanderp@howrey.com |

DM_US:21978315_1

Theodore M. Lieverman    tlieverman@srkw-law.com
Erica L. Craven-Green    elc@lrolaw.com
Michael F. Ram    mfr@lrolaw.com
Guy A. Wilson    guywlaw@aol.com
Robert C. Schubert    rschubert@schubertlawfirm.com
Roy A. Katriel    rak@katriellaw.com
Willem F. Jonckheer    wjonckheer@schubert-reed.com
Cadio R. Zirpoli    zirpoli@saveri.com
Guido Saveri    guido@saveri.com
R. Alexander Saveri    rick@saveri.com
Laurence D. King    lking@kaplanfox.com
Linda P. Nussbaum    lnussbaum@kaplanfox.com
Marc H. Edelson    medelson@edelson-law.com
Gordon M. Fauth, Jr.    gmf@classlitigation.com
Mark Punzalan    mpunzalan@finkelsteinthompson.com
Michael G. McLellan    mmclellan@finkelsteinthompson.com
Richard M. Volin    rvolin@finkelsteinthompson.com
Rosemary M. Rivas    rrivas@finkelsteinthompson.com
Edward F. Haber    ehaber@shulaw.com
Jaquelynn C. Pope    majaq@aol.com
Mark D. Warshaw    majaq@aol.com
David Pastor    dpastor@gilmanpastor.com
Gerald J. Rodos    grodos@barrack.com
Jeffrey B. Gittleman    jgittleman@barrack.com
Julie B. Palley    jpalley@barrack.com
Frank J. Johnson    frankj@johnsonbottini.com
Francis A. Bottini, Jr.    frankb@johnsonbottini.com
Anthony J. Bolognese    ABolognese@bolognese-law.com
Joshua H. Grabar    JGrabar@bolognese-law.com
Andrew S. Kingsdale    akingsdale@lchb.com
Eric B. Fastiff    efastiff@lchb.com
Joseph R. Saveri    jsaveri@lchb.com
Bruce L. Simon    bsimon@psswplaw.com
Jonathan M. Watkins    jwatkins@pswplaw.com
Kenneth A. Wexler    kaw@wtwlaw.us
Mark J. Tamblyn    mjt@wexlerwallace.com
Neha Duggal    tl@wexlerwallace.com
Joseph J. Tabacco, Jr.    jtabacco@bermandevalerio.com
Mindee J. Reuben    Weinstein@wka-law.com
Bonny E. Sweeney    bonnys@csgrr.com
Daniel N. Gallucci    dgallucci@rodanast.com
Joseph R. Roda    jroda@rodanast.com
Michele S. Burkholder    mburkholder@rodanast.com
Garrett D. Blanchfield, Jr.    g.blanchfield@rwblawfirm.com
Donna F. Solen    dsolen@masonlawdc.com
Gary E. Mason    gmason@masonlawdc.com
Benjamin D. Brown    bbrown@cohenmilstein.com
Daniel A. Small    dsmall@cohenmilstein.com
David F. Sorensen    dsorensen@bm.net
H. Laddie Montague, Jr.    hlmontague@bm.net
Kendall S. Zylstra    Kzylstra@faruqilaw.com
Merrill G. Davidoff    mdavidoff@bm.net
Peter R. Kohn    pkohn@bm.net
Vahn Alexander    valexander@faruqilaw.com
Bryan L. Clobes    bclobes@caffertyfaucher.com

Daniel C. Girard    dcg@girardgibbs.com
Elizabeth C. Pritzker    ecp@girardgibbs.com
Ellen Meriwether    emeriwether@caffertyfaucher.com
Nyran R. Pearson    npearson@caffertyfaucher.com
Timothy Fraser    tfraser@caffertyfaucher.com
Richard D. Schwartz    Rschwartz@faruqilaw.com
Kevin B. Love    klove@cridenlove.com
Michael E. Criden    mcriden@cridenlove.com
Craig H. Blinderman    cblinderman@mrejenlaw.com
Thomas M. Ferlauto    tmf@kingferlauto.com

1    I declare under the penalty of perjury under the laws of the State of California and the

2    United States that the above is true and correct.

3          Executed on March 10, 2009, at East Palo Alto, California.

4

5    _____        _____

6          Eric Trostad                          (Signature)
           (Type or print name)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Certificate of Service                          4
Case No.  C 09-0002 PJH

DM_US:21978315_1