
Clerk's Use Only
Initial for fee pd.:

GENEVIEVE VOSE (WA Bar No. 38422)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3836

FILED

09 MAR 10 PM 3: 03

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

ANDREA RESNICK, et al.,

          Plaintiff(s),

    v.

WALMART.COM USA LLC,
WAL-MART STORES, INC., and
NETFLIX, INC.,

          Defendant(s).

CASE NO. CV 09 0002 (PJH)

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, GENEVIEVE VOSE, an active member in good standing of the bar of WASHINGTON, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants Walmart.com USA LLC and Wal-Mart Stores, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Marc M. Seltzer, Susman Godfrey L.L.P., 1901 Avenue of the Stars, Suite 950, Los Angeles, CA 90067, (310) 789-3100

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 5, 2009

_____
GENEVIEVE VOSE