1  JONATHAN M. JACOBSON State Bar No. 1350495 (N.Y.)
   WILSON SONSINI GOODRICH & ROSATI, PC
2  1301 Avenue of the Americas, 40th Floor
   New York, NY 10019
3  Tel.: (212) 999-5800
4  Fax: (212) 999-5899
   jjacobson@wsgr.com
5

6  KEITH E. EGGLETON, State Bar No. 159842 (CA)
   WILSON SONSINI GOODRICH & ROSATI, P.C.
7  650 Page Mill Road
   Palo Alto, Ca 94304-1050
8  Tel: (650) 493-9300
   Fax: (650) 565-5100
9

10 *Attorneys for Defendant Netflix, Inc.*

11 Neal Manne
   SUSMAN GODFREY LLP
12 1000 Louisiana Street, Suite 5100
   Houston, Texas 77002
13 Tel: (713) 651-9366
   Fax: (713) 654-6666
14 nmanne@susmangodfrey.com
   rhess@susmangodfrey.com
15

16 *Counsel for Defendants Wal-Mart Stores, Inc, et al.*

17                     UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                        SAN FRANCISCO DIVISION

20

| | |
|---|---|
| Andrea Resnick et al. v. Walmart.com, et al. (Case No. C 09-0002 PJH) | **Related Case File No. C 09-0002 PJH** |
| Michael O'Connor v. Walmart.com, et al. (Case No. C 09-0096 PJH) | **DECLARATION OF SARA CIARELLI WALSH IN SUPPORT OF DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE CASE MANAGEMENT CONFERENCE AND POSTPONE FILING OF JOINT CASE MANAGEMENT STATEMENT** |
| Sarah Endzweig v. Walmart.com, et al. (Case No. C 09-0111 PJH) | |
| Christopher Schmitz v. Walmart.com, et al. (Case No. C 09-0116 PJH) | |
| Scott Lynch, et al. v. Walmart.com, et al. (Case No. C 09-0138 PJH) | |
| Jonathan Groce, et al. v. Netflix, Inc., et al. (Case No. C 09-0139 PJH) | |
| Liza Sivek v. Walmart.com, et al. (Case No. C 09-0156 PJH) | |

---

**DECLARATION OF SARA CIARELLI-WALSH IN SUPPORT OF
DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF**

| | |
|---|---|
| 1 | Armond Faris v. Netflix, Inc., et al. (Case No. C 09-0180 PJH) |
| 2 | Suzanne Slobodin v. Netflix, Inc., et al. (Case No. C 09-0225 PJH) |
| 3 | Katherine Anthony, et al. v. Walmart.com, et al. (Case No. C 09-0236 PJH) |
| 4 | Melanie Polk-Stamps v. Netflix, Inc., et al. (Case No. C 09-0244 PJH) |
| 5 | Richard Sheeler, Jr. v. Walmart.com, et al. (Case No. C 09-0274 PJH) |
| 6 | Cathleen Chapman v. Netflix, Inc., et al. (Case No. C 09-0294 PJH) |
| 7 | Michael Orozco v. Netflix, Inc., et al. (Case No. C 09-0297 PJH) |
| 8 | Linda Landels, et al. v. Netflix, Inc., et al. (Case No. C 09-0340 PJH) |
| 9 | Sarah Grime v. Netflix, Inc., et al. (Case No. C 09-0349 PJH) |
| 10 | Douglas Meyer v. Walmart.com, et al. (Case No. C 09-0361 PJH) |
| 11 | Laura Randall v. Walmart.com, et al. (Case No. C 09-0368 PJH) |
| 12 | Frank Hirsch v. Netflix, Inc., et al. (Case No. C 09-0375 PJH) |
| 13 | Melanie Miscioscia v. Netflix, Inc., et al. (Case No. C 09-0377 PJH) |
| 14 | James Chatelain v. Netflix, Inc., et al. (Case No. C 09-0391 PJH) |
| 15 | Patras v. Netflix, Inc., et al. (Case No. C 09-00378 PJH) |
| 16 | Weiner v. Walmart.com USA LLC, et al. (Case No. C 09-00398 PJH) |
| 17 | Millrood v. Walmart.com USA LLC, et al. (Case No. C 09-00399 PJH) |
| 18 | Kober v. Walmart.com USA LLC, et al. (Case No. C 09-00400 PJH) |
| 19 | Lacabe v. Walmart.com USA LLC, et al. (Case No. C 09-00402 PJH) |
| 20 | Roy v. Netflix, Inc., et al. (Case No. C 09-00434 PJH) |
| 21 | Bruno, et al. v. Walmart.com USA LLC, et al. (Case No. C 09-00445 PJH) |
| 22 | Zaker v. Netflix, Inc., et al. (Case No. C 09-00447 PJH) |
| 23 | Parikh v. Netflix, Inc., et al. (Case No. C 09-00496 PJH) |
| 24 | Johnson v. Walmart.com USA LLC, et al. (Case No. C 09-00553 PJH) |

**DECLARATION OF SARA CIARELLI-WALSH IN SUPPORT OF DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF**

| Gannon v. Walmart.com USA LLC, et al. (Case No. C 09-00554 PJH) Williams v. Netflix, Inc., et al. (Case No. C 09-00678 PJH) | |

I, Sara Ciarelli Walsh, declare as follows:

1. I am admitted to practice before this Court *pro hac vice*, and am an attorney with the law firm Wilson Sonsini Goodrich & Rosati, counsel for defendant Netflix, Inc. ("Netflix") in this action. I submit this declaration in support of Netflix's motion for administrative relief to (1) continue the Case Management Conference currently scheduled for April 9, 2009, (2) postpone the parties' Rule 26(f) obligations, and (3) postpone the deadline for filing a Joint Case Management Statement currently due on April 2, 2009.

2. On March 9, 2009, I contacted Thomas Isaacson, one of the counsel for plaintiffs in these cases, and asked him whether plaintiffs would agree to a continuance of the April 9, 2009 case management conference and related proceedings. He indicated that he would contact other plaintiffs' counsel in related actions pending before this Court and pass my inquiry to them.

3. On March 10, 2009, Mr. Isaacson responded that plaintiffs' counsel would not agree to a continuance.

4. In light of plaintiffs' counsels' denial of Netflix's request, the parties cannot reach a stipulation to continue the Case Management Conference and related proceedings, thereby necessitating this motion for administrative relief.

I declare under penalty of perjury this 11th day of March, 2009, that the foregoing is true and correct.

/s/   Sara Ciarelli Walsh

**DECLARATION OF SARA CIARELLI-WALSH IN SUPPORT OF DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF**