UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDERA RESNICK, et al.,

Plaintiff(s),

v.

WALMART.COM USA LLC, WAL-MART STORES, INC., and NETFLIX, INC.,

Defendant(s).

CASE NO. CV 09 0002 (PJH)

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

GENEVIEVE VOSE , an active member in good standing of the bar of Washington whose business address and telephone number (particular court to which applicant is admitted) is SUSMAN GODFREY L.L.P., 1201 Third Avenue, Suite 3800, Seattle, WA 98101, (206) 516-3836

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Walmart.com USA LLC and Wal-Mart Stores, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 11, 2009

IT IS SO ORDERED
Judge Phyllis J. Hamilton