NEAL S. MANNE (94101)
RICHARD W. HESS (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
nmanne@susmangodfrey.com
rhess@susmangodfrey.com

MARC SELTZER (54534)
STEPHEN E. MORRISSEY (187865)
KATHRYN P. HOEK (219247)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
smorrissey@susmangodfrey.com

*Attorneys for Defendant Walmart.com USA LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE RANDLE, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX, INC., and WALMART.COM USA LLC,<br><br>Defendants. | Civil Action No. CV-09-00962-MEJ<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

ADMIN. MOT. TO CONSIDER
RELATING CASES
933799v1/011148

-1-

Civil Action No. CV-09-00962-MEJ

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendant Walmart.com USA LLC ("Walmart.com") submits this Administrative Motion to relate *Randle v. Netflix, Inc.*, Case No. CV-09-00962-MEJ ("*Randle*"), filed on February 17, 2009 in the Superior Court of the State of California in and for the County of Santa Clara, and removed on March 5, 2009 to the United States District Court for the Northern District of California, to the cases listed in Section I pursuant to Local Civil Rule 3-12.

## I. RELATED CASES

Please see Exhibit 1 ("Related Cases") to the Declaration of Kathryn P. Hoek in Support of Walmart.com's Administrative Motion to Consider Whether Cases Should be Related ("Hoek Decl.").

## II. RELATIONSHIP OF THE ACTIONS

The *Randle* case involves substantially the same parties, transactions, and events as those at issue in the earliest-filed case, *Resnick v. Walmart.com USA LLC*, CV-09-0002-PJH ("*Resnick*") and the Related Cases: specifically, an alleged agreement between Netflix, Inc. and Walmart.com "to divide the markets for the sales and online rentals of DVDs in the United States . . . , with the specific purpose and intended effect of monopolizing and otherwise unreasonably restraining trade in the online DVD rental market." Hoek Decl., Ex. 2 (*Randle* Compl.) ¶ 1. Plaintiff Randle seeks to assert claims for alleged antitrust violations under California's Cartwright Act, Cal. Bus. & Prof. Code §§ 16720, 16727. The Plaintiffs in the Related Cases seek to assert claims for alleged antitrust violations under the Sherman Act, 15 U.S.C. §§ 1 and 2.

Plaintiff Randle seeks to represent a putative class that is entirely encompassed by the putative classes in *Resnick* and the Related Cases. Plaintiff Randle seeks to represent a putative class of "[a]ll residents of California who paid a 'subscription fee' to Netflix to rent DVDs online after May 19, 2005 up to the present." Hoek Decl., Ex. 2 ¶ 19. Plaintiffs in the *Resnick* action seek to represent a putative class made up of "[a]ny person the United States that paid a subscription fee to Netflix to rent DVDs, on or after May 19, 2005 up to the present." Hoek Decl., Ex. 3 (*Resnick* Compl.) ¶ 55.

Relating these cases will help eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, counsel, and this Court.

### III. CONCLUSION

*Randle* and the Related Cases satisfy the criteria of Local Civil Rule 3-12. Therefore, Walmart.com respectfully requests that *Randle* be deemed related to the cases listed in Section I and be assigned to the Honorable Phyllis J. Hamilton.

Dated: March 12, 2009

Respectfully submitted,

SUSMAN GODFREY L.L.P.

By: /s/ *Kathyrn P. Hoek*
    Neal S. Manne
    Richard W. Hess
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002
    Telephone: (713) 651-9366
    Facsimile: (713) 654-6666

    Marc M. Seltzer
    Stephen E. Morrissey
    Kathryn P. Hoek
    1901 Avenue of the Stars, Suite 950
    Los Angeles, CA 90067
    Telephone: (310) 789-3100
    Facsimile: (310) 789-3150

    *Attorneys for Defendant Walmart.com USA LLC*