Paul Alexander
HOWREY LLP
1950 University Avenue
East Palo Alto, CA 94303
Tel.: (650) 798-3500
Fax: (650) 798-3600
alexanderp@howrey.com

Robert G. Abrams
Thomas A. Isaacson
Peter A. Barile III
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 783-0800
Fax: (202) 383-6610
abramsr@howrey.com
isaacsont@howrey.com
barilep@howrey.com

Emily L. Maxwell
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel.: (415) 848-4947
Fax: (415) 848-4999
maxwelle@howrey.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART.COM USA LLC, WAL-MART STORES, INC., and NETFLIX, INC.,<br><br>Defendants. | Case No. C 09-0002 PJH<br><br>DECLARATION OF PETER A. BARILE III IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF<br><br>Judge: Hon. Phyllis J. Hamilton |

Barile Decl. in Support of Opposition To Defendants'
Motion for Administrative Relief
Case No. C 09-0002 PJH

1

I, Peter A. Barile III, declare as follows:

1. I am an attorney with the law firm of Howrey LLP, counsel for Plaintiffs in this action.

2. I am admitted to practice before this Court *pro hac vice*.

3. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Administrative Relief to Continue Case Management Conference and Postpone Filing of Joint Case Management Statement.

4. On March 10, 2009, Robert G. Abrams of Howrey LLP sent an email to Defendants' counsel, providing defense counsel with a draft consolidated joint case management statement and proposed schedule that was to be vetted with all plaintiffs after initial feedback from Defendants' counsel.

5. A true and correct copy of Mr. Abrams' communication to Defendants' counsel is attached hereto as Exhibit A.

6. A true and correct copy of Defendants' submission to the JPML in support of centralization in this Court is attached hereto as Exhibit B.

I declare under penalty of perjury this 13th day of March, 2009, that the foregoing is true and correct.

Peter A. Barile III
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 783-0800
Fax: (202) 383-6610
barilep@howrey.com

*Counsel for Plaintiffs*