UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART.COM USA LLC, WAL-MART STORES, INC., and NETFLIX, INC.,<br><br>Defendants. | Case No. C 09-0002 PJH<br><br>[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE CASE MANAGEMENT CONFERENCE AND POSTPONE FILING OF JOINT CASE MANAGEMENT STATEMENT<br><br>Judge: Hon. Phyllis J. Hamilton |

Having reviewed and considered Defendants Motion for Administrative Relief to Continue Case Management Conference and Postpone Filing of Joint Case Management Statement, filed March 11, 2009, and Plaintiffs' Opposition thereto, filed March 13, 2009, and finding that Defendants have presented no good cause for this Court to depart from its prior Order, the Federal Rules of Civil Procedure, the Rules of this Court, or the Rules of the Judicial Panel on Multidistrict Litigation, the Court hereby DENIES Defendants' motion in its entirety.

The parties are directed to proceed in accordance with the Court's Order Setting Case Management Conference, Dkt. No. 70, issued February 2, 2009.

IT IS SO ORDERED.

DATED: March __, 2009

_____
Honorable Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE

Proposed] Order Denying Defendants' Motion for Administrative Relief
Case No. C 09-0002 PJH