1  Paul Alexander (Bar No. 49997)
   HOWREY LLP
2  1950 University Avenue
   East Palo Alto, CA 94303
3  Tel.: (650) 798-3500
4  Fax: (650) 798-3600
   alexanderp@howrey.com
5

6  Robert G. Abrams (Admitted *Pro Hac Vice*)
   Thomas A. Isaacson (Admitted *Pro Hac Vice*)
7  Peter A. Barile III (Admitted *Pro Hac Vice* )
   HOWREY LLP
8  1299 Pennsylvania Avenue, N.W.
   Washington, DC 20004
9  Tel.: (202) 783-0800
   Fax: (202) 383-6610
10 abramsr@howrey.com
11 isaacsont@howrey.com
   barilep@howrey.com
12

13 Emily L. Maxwell (CA Bar No. 185646)
   HOWREY LLP
14 525 Market Street, Suite 3600
   San Francisco, CA 94105
15 Tel.: (415) 848-4947
   Fax: (415) 848-4999
16 maxwelle@howrey.com

17 *Counsel for Plaintiffs Andrea Resnick, Gary Bunker, John
   Haley, Amy Latham, Eric Roslansky, and Kevin Simpson*
18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>WALMART.COM USA LLC, WAL-MART STORES, INC., and NETFLIX, INC.,<br><br>　　　　　　Defendants. | Case No. C 09-0002 PJH<br><br>CERTIFICATE OF SERVICE<br><br>Judge: Hon. Phyllis J. Hamilton |

Certificate of Service
Case No. C 09-0002 PJH

DM_US:21998671_1

I, the undersigned, declare:

I am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within action; my business address is 1950 University Avenue, 4th Floor, East Palo Alto, CA 94303.

On March 13, 2009, I used the Northern District of California's Electronic Filing System with the ECF registered to Paul Alexander to file the following documents:

1. **OPPOSITION TO DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE CASE MANAGEMENT CONFERENCE AND POSTPONE FILING OF JOINT CASE MANAGEMENT STATEMENT;**

2. **DECLARATION OF PETER A. BARILE III IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF, WITH EXHIBITS; and**

3. **PROPOSED ORDER**

The ECF System is designed to send an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| | |
|---|---|
| Jonathan M. Jacobson | jjacobson@wsgr.com |
| Sara Ciarelli Walsh | sciarelli@wsgr.com |
| Keith E. Eggleton | keggleton@wsgr.com |
| Scott Andrew Sher | ssher@wsgr.com |
| Kathryn Parsons Hoek | khoek@susmangodfrey.com |
| Marc M. Seltzer | mseltzer@susmangodfrey.com |
| Neal Stuart Manne | nmanne@susmangodfrey.com |
| Richard Wolf Hess | rhess@susmangodfrey.com |
| Stephen Edward Morrissey | smorrissey@susmangodfrey.com |
| Christopher T. Heffelfinger | cheffelfinger@bermandevalerio.com |
| David W. Mitchell | davidm@csgrr.com |
| Harry Shulman | harry@millslawfirm.com |
| Jeff D Friedman | jefff@hbsslaw.com |
| Linda M. Fong | lfong@kaplanfox.com |
| Lori Sambol Brody | lbrody@kaplanfox.com |
| Melissa Conwell Shapiro | mshapiro@saveri.com |
| Cadio Zirpoli | cadio@saveri.com |
| Michele Chickerell Jackson | mjackson@lchb.com |
| Robert G. Abrams | AbramsR@howrey.com |
| Paul Alexander | alexanderp@howrey.com |
| Thomas A. Isaacson | IsaacsonT@howrey.com |
| Emily L. Maxwell | MaxwellE@howrey.com |
| Peter A. Barile III | BarileP@howrey.com |

Certificate of Service -2-
Case No. C 09-0002 PJH

On this date I also served the below related parties via the method stated:

XX    BY ELECTRONIC MAIL:
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the parties listed below.

| Name | Email |
|---|---|
| Alex C. Turan | alexturan@yahoo.com |
| David W. Mitchell | davidm@csgrr.com |
| Jill S. Abrams | jabrams@abbeygardy.com |
| Judith L. Spanier | jspanier@abbeyspanier.com |
| Brian Brooks | bbrooks@murrayfrank.com |
| Eugene A. Spector | espector@srkw-law.com |
| Jay S. Cohen | jcohen@srkw-law.com |
| Jeffrey J. Corrigan | jcorrigan@srkw-law.com |
| Jonathan M. Jagher | Jjagher@srkw-law.com |
| Lee Albert | lalbert@murrayfrank.com |
| Paul Alexander | alexanderp@howrey.com |
| Theodore M. Lieverman | tlieverman@srkw-law.com |
| Erica L. Craven-Green | elc@lrolaw.com |
| Michael F. Ram | mfr@lrolaw.com |
| Guy A. Wilson | guywlaw@aol.com |
| Robert C. Schubert | rschubert@schubertlawfirm.com |
| Roy A. Katriel | rak@katriellaw.com |
| Willem F. Jonckheer | wjonckheer@schubert-reed.com |
| Cadio R. Zirpoli | zirpoli@saveri.com |
| Guido Saveri | guido@saveri.com |
| R. Alexander Saveri | rick@saveri.com |
| Laurence D. King | lking@kaplanfox.com |
| Linda P. Nussbaum | lnussbaum@kaplanfox.com |
| Marc H. Edelson | medelson@edelson-law.com |
| Gordon M. Fauth, Jr. | gmf@classlitigation.com |
| Mark Punzalan | mpunzalan@finkelsteinthompson.com |
| Michael G. McLellan | mmclellan@finkelsteinthompson.com |
| Richard M. Volin | rvolin@finkelsteinthompson.com |
| Rosemary M. Rivas | rrivas@finkelsteinthompson.com |
| Edward F. Haber | ehaber@shulaw.com |
| Jaquelynn C. Pope | majaq@aol.com |
| Mark D. Warshaw | majaq@aol.com |
| David Pastor | dpastor@gilmanpastor.com |
| Gerald J. Rodos | grodos@barrack.com |
| Jeffrey B. Gittleman | jgittleman@barrack.com |
| Julie B. Palley | jpalley@barrak.com |
| Frank J. Johnson | frankj@johnsonbottini.com |
| Francis A. Bottini, Jr. | frankb@johnsonbottini.com |
| Anthony J. Bolognese | ABolognese@bolognese-law.com |
| Joshua H. Grabar | JGrabar@bolognese-law.com |
| Andrew S. Kingsdale | akingsdale@lchb.com |
| Eric B. Fastiff | efastiff@lchb.com |
| Joseph R. Saveri | jsaveri@lchb.com |
| Bruce L. Simon | bsimon@psswplaw.com |
| Jonathan M. Watkins | jwatkins@pswplaw.com |
| Kenneth A. Wexler | kaw@wtwlaw.us |

Certificate of Service                    -3-
Case No. C 09-0002 PJH

DM_US:21998671_1

| | |
|---|---|
| Mark J. Tamblyn | mjt@wexlerwallace.com |
| Neha Duggal | nd@wexlerwallace.com |
| Joseph J. Tabacco, Jr. | jtabacco@bermandevalerio.com |
| Mindee J. Reuben | Weinstein@wka-law.com |
| Bonny E. Sweeney | bonnys@csgrr.com |
| Daniel N. Gallucci | dgallucci@rodanast.com |
| Joseph R. Roda | jroda@rodanast.com |
| Michele S. Burkholder | mburkholder@roadanast.com |
| Garrett D. Blanchfield, Jr. | g.blanchfield@rwblawfirm.com |
| Donna F. Solen | dsolen@masonlawdc.com |
| Gary E. Mason | gmason@masonlawdc.com |
| Benjamin D. Brown | bbrown@cohenmilstein.com |
| Daniel A. Small | dsmall@cohenmilstein.com |
| David F. Sorensen | dsorensen@bm.net |
| H. Laddie Montague, Jr. | hlmontague@bm.net |
| Kendall S. Zylstra | Kzylstra@faruqilaw.com |
| Merrill G. Davidoff | mdavidoff@bm.net |
| Peter R. Kohn | pkohn@bm.net |
| Vahn Alexander | valexander@faruqilaw.com |
| Bryan L. Clobes | bclobes@caffertyfaucher.com |
| Daniel C. Girard | dcg@girardgibbs.com |
| Elizabeth C. Pritzker | ecp@girardgibbs.com |
| Ellen Meriwether | emeriwether@caffertyfaucher.com |
| Nyran R. Pearson | npearson@caffertyfaucher.com |
| Timothy Fraser | tfraser@caffertyfaucher.com |
| Richard D. Schwartz | Rschwartz@faruqilaw.com |
| Kevin B. Love | klove@crindenlove.com |
| Michael E. Criden | mcriden@cridenlove.com |
| Craig H. Blinderman | cblinderman@mrejenlaw.com |
| Thomas M. Ferlauto | tmf@kinferlauto.com |

_____ BY PERSONAL SERVICE:
I caused to be delivered such envelope by hand to the offices of the addressee.

_____ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

_____ BY TELECOPIER
I served by facsimile as indicated on the attached service list.

\_XX\_ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on March 13, 2009, at East Palo, CA.

Kathy Melendy
(Type or Print Name)                                (Signature)

Certificate of Service                    -4-
Case No. C 09-0002 PJH

DM_US:21998671_1