| | |
|---|---|
| 1 | GERGOSIAN & GRALEWSKI LLP |
| | EDWARD M. GERGOSIAN (105679) |
| 2 | ed@gergosian.com |
| | ROBERT J. GRALEWSKI, JR. (196410) |
| 3 | bob@gergosian.com |
| | 655 West Broadway, Suite 1410 |
| 4 | San Diego, CA 92101 |
| | Telephone: (619) 237-9500 |
| 5 | Facsimile: (619) 237-9555 |
| 6 | *Attorneys for Plaintiff* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEXANDRA HADDAD, individually and on behalf of all others similarly situated. | Case No. C 09-00958 RMW |
| Plaintiffs, | **DECLARATION OF ROBERT J. GRALEWSKI, JR. IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| vs. | |
| NETFLIX, INC., WAL-MART STORES, INC., WALMART.COM USA, LLC, | |
| Defendants. | |

GRALEWSKI DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
Case No. C 09-00958 RMW

I, Robert J. Gralewski, Jr., declare:

1. I am a member in good standing of the Bar of the State of California and am admitted to practice before this Court. I am a partner of the law firm Gergosian & Gralewski LLP, counsel for Plaintiff Alexandra Haddad in the above-captioned action. I submit this Declaration in support of Plaintiff's Administrative Motion to Consider Whether Cases Should be Related. The matters set forth herein are of my own personal knowledge, and if called and sworn as a witness I could competently testify regarding them.

2. Attached hereto as Exhibit A is a true and correct copy of a complaint captioned *Alexandra Haddad v. Netflix, Inc., Wal-Mart Stores, Inc., Walmart.com USA LLC*, Case No. 09-cv-00958 (RMW) filed on March 5, 2009 in the Northern District of California and assigned to the Honorable Ronald M. Whyte. The *Haddad* action is a proposed class action on behalf of paid subscribers to Netflix.

3. After reviewing the complaint filed on January 2, 2009 in *Resnick, et al. v. Walmart.com USA LLC, et al.,* Case No. 09-cv-0002, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

3. After reviewing the complaint filed on January 9, 2009 in *O'Connor v. Walmart.com USA LLC, et al.,* Case No. 09-cv-00096, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

4. After reviewing the complaint filed on January 9, 2009 in *Endzweig v. Walmart.com USA LLC et al.,* Case No. 09-cv-00111, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

5. After reviewing the complaint filed on January 9, 2009 in *Schmitz v. Walmart.com USA LLC, et al.,* Case No. 09-cv-00116, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

6. After reviewing the complaint filed on January 12, 2009 in *Lynch, et al. v. Walmart.com USA LLC, et al.,* Case No. 09-cv-00138, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

7. After reviewing the complaint filed on January 12, 2009 in *Groce, et al.,*

*Walmart.com USA LLC, et al.,* Case No. 09-cv-00139, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

8. After reviewing the complaint filed on January 13, 2009 in *Sivek v. Walmart.com USA LLC, et al.* Case No., 09-cv-00156, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

9. After reviewing the complaint filed on January 14, 2009 in *Faris v. Netflix, Inc., et al.,* Case No. 09-cv-00180, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

10. After reviewing the complaint filed on January 16, 2009 in *Slobodin v. Netflix, Inc., et al.,* Case No. 09-cv-00225, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

11. After reviewing the complaint filed on January 20, 2009 in *Anthony, et al., v. Walmart.com USA LLC, et al.,* Case No. 09-cv-00236, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

12. After reviewing the complaint filed on January 20, 2009 in *Polk-Stamps v. Netflix, Inc., et al.,* Case No. 09-cv-00244, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

13. After reviewing the complaint filed on January 22, 2009 in *Sheeler v. Walmart.com USA LLC, et al.,* Case No. 09-cv-00274, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

14. After reviewing the complaint filed on January 22, 2009 in *Chapman v. Netflix, Inc., et al.,* Case No. 09-cv-00294, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

15. After reviewing the complaint filed on January 22, 2009 in *Orozco v. Netflix, Inc., et al.,* Case No. 09-cv-00297, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

16. After reviewing the complaint filed on January 26, 2009 in *Landels, et al., v. Netflix, Inc., et al.,* Case No. 09-cv-00340, plaintiffs in all cases assert claims for violations of the Sherman

Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

17. After reviewing the complaint filed on January 26, 2009 in *Grime v. Netflix, Inc., et al.*, Case No. 09-cv-00349, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

18. After reviewing the complaint filed on January 26, 2009 in *Meyer v. Walmart.com USA LLC, et al.*, Case No. 09-cv-00361, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

19. After reviewing the complaint filed on January 27, 2009 in *Randall v. Walmart.com USA LLC, et al.*, Case No. 09-cv-00368, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

20. After reviewing the complaint filed on January 27, 2009 in *Miscioscia v. Netflix, Inc., et al.*, Case No. 09-cv-00377, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

21. After reviewing the complaint filed on January 27, 2009 in *Hirsch v. Netflix, Inc., et al.*, Case No. 09-cv-00375, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

22. After reviewing the complaint filed on January 27, 2009 in *Patras, et al. v. Netflix, Inc., et al.*, Case No. 09-cv-00378, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

23. After reviewing the complaint filed on January 28, 2009 in *Chatelain v. Netflix, Inc., et al.*, Case No. 09-cv-00391, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

24. After reviewing the complaint filed on January 28, 2009 in *Weiner v. Walmart.com USA LLC, et al.*, Case No. 09-cv-00398, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

25. After reviewing the complaint filed on January 28, 2009 in *Millrood v. Walmart.com USA LLC, et al.*, Case No. 09-cv-00399, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

26. After reviewing the complaint filed on January 28, 2009 in *Kober v. Walmart.com USA LLC, et al.,* Case No. 09-cv-00400, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

27. After reviewing the complaint filed on January 28, 2009 in *LaCabe v. Walmart.com USA LLC, et al.,* Case No. 09-cv-00402, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

28. After reviewing the complaint filed on January 29, 2009 in *Roy v. Netflix, Inc., et al.,* Case No. 09-cv-00434, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

29. After reviewing the complaint filed on January 30, 2009 in *Bruno, et al. v. Walmart.com USA LLC, et al.,* Case No. 09-cv-00445, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

30. After reviewing the complaint filed on January 30, 2009 in *Zaker v. Netflix, Inc., et al.,* Case No. 09-cv-00447, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

31. After reviewing the complaint filed on February 3, 2009 in *Parikh v. Netflix, Inc., et al.,* Case No. 09-cv-00496, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

32. After reviewing the complaint filed on February 6, 2009 in *Johnson v. Walmart.com USA LLC, et al.,* Case No. 09-cv-00553, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

33. After reviewing the complaint filed on February 6, 2009 in *Gannon v. Walmart.com USA LLC, et al.,* Case No. 09-cv-00554, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

34. After reviewing the complaint filed on February 17, 2009 in *Williams v. Netflix, Inc., et al.,* Case No. 09-cv-00678, plaintiffs in all cases assert claims for violations of the Sherman Act, 15 U.S.C. Sections 1 and 2 against many of the same defendants.

35. A stipulation pursuant to Civil Local Rule 7-11(a) could not be obtained because

Defendants in this action have not yet appeared.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct. Executed in San Diego, California, on March 17, 2009.

DATED: March 17, 2009

Respectfully submitted,

GERGOSIAN & GRALEWSKI LLP
EDWARD M. GERGOSIAN
ROBERT J. GRALEWSKI, JR.

 /s/ Robert J. Gralewski, Jr.
ROBERT J. GRALEWSKI, JR.

655 West Broadway, Suite 1410
San Diego, CA 92101

*Attorneys for Plaintiff*