| | |
|---|---|
| 1 | GERGOSIAN & GRALEWSKI LLP |
| | EDWARD M. GERGOSIAN (105679) |
| 2 | ed@gergosian.com |
| | ROBERT J. GRALEWSKI, JR. (196410) |
| 3 | bob@gergosian.com |
| | 655 West Broadway, Suite 1410 |
| 4 | San Diego, CA 92101 |
| | Telephone: (619) 237-9500 |
| 5 | Facsimile: (619) 237-9555 |
| 6 | *Attorneys for Plaintiff* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALEXANDRA HADDAD, individually and on behalf of all others similarly situated. | Case No. C 09-00958 RMW |
| Plaintiffs, | **[PROPOSED] ORDER RELATING CASES** |
| vs. | |
| NETFLIX, INC., WAL-MART STORES, INC., WALMART.COM USA, LLC, | |
| Defendants. | |

[PROPOSED] ORDER RELATING CASES
Case No. C 09-00958 RMW

Plaintiff Alexandra Haddad's Administrative Motion To Consider Whether Cases Should Be Related ("Haddad Motion") was filed in this Court on March 17, 2009. Having considered the *Haddad* Motion and good cause appearing, the Court hereby grants the *Haddad* Motion.

IT IS ORDERED that *Haddad v. Netflix, Inc., et al.,* Case No. 09-cv- 00958 (RMW) is hereby related to *Resnick et al., v. Walmart.com USA LLC,* Case No. 09-cv-00002-PJH. *Haddad v. Netflix, Inc., et al.,* shall be reassigned to the undersigned judge pursuant to local Rule 3.12 (f).

IT IS SO ORDERED.

DATED:

U.S. DISTRICT COURT JUDGE