1  GERGOSIAN & GRALEWSKI LLP
   EDWARD M. GERGOSIAN (105679)
2  ed@gergosian.com
   ROBERT J. GRALEWSKI, JR. (196410)
3  bob@gergosian.com
   655 West Broadway, Suite 1410
4  San Diego, CA 92101
   Telephone: (619) 237-9500
5  Facsimile: (619) 237-9555

6  *Attorneys for Plaintiff*

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                 SAN JOSE DIVISION

12

13 | ALEXANDRA HADDAD, individually and on behalf of all others similarly situated. | Case No. C 09-00958 RMW |

14 |  | **PROOF OF SERVICE** |
                     Plaintiffs,

15        vs.

16 NETFLIX, INC., WAL-MART STORES, INC.,
17 WALMART.COM USA, LLC,

18                 Defendants.

19

20

21

22

23

24

25

26

27

28

Dockets.Justia.com

1

**CERTIFICATE OF SERVICE**

2

3          I certify that I am at least 18 years of age, and not a party to this action. My business address

4     is 655 West Broadway, Suite 1410, San Diego, California 92101.

5          On March 17, 2009, the following document was filed electronically with the Clerk of Court

6     using the CM/ECF system which will send an electronic notice to all parties registered for electronic

7     filing in Case 3:09-cv-00002-PJH *Resnick et al v. Walmart.com USA LLC et al*:

8     **1) NOTICE OF RELATED CASES PURSUANT TO CIVIL L.R. 3-12 TO BE FILED IN
       CASE NO. CV-09-0002 MEJ; ADMINISTRATIVE MOTION TO CONSIDER
9          WHETHER CASES SHOULD BE RELATED, PURSUANT TO CIVIL L.R. 7-11**

10    **2) DECLARATION OF ROBERT J. GRALEWSKI, JR. IN SUPPORT OF
       ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE
11         RELATED**

12    **3) [PROPOSED] ORDER RELATING CASES**

13         I declare under penalty of perjury under the laws of the United States of America that the

14    foregoing is true and correct.

15    DATED: March 17, 2009
                                                      _____
16                                                            Johanna Cervantes

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE
Case No. C 09-00958 RMW                    - 1 -