NEAL S. MANNE (94101)
RICHARD W. HESS (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
nmanne@susmangodfrey.com
rhess@susmangodfrey.com

MARC SELTZER (54534)
STEPHEN E. MORRISSEY (187865)
KATHRYN P. HOEK (219247)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
smorrissey@susmangodfrey.com

*Attorneys for Defendants Walmart.com USA LLC*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NOREM, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NETFLIX, INC., and WALMART.COM USA LLC,<br><br>　　　　Defendants. | Civil Action No. CV-09-00956-MJ<br><br>**DECLARATION OF KATHRYN P. HOEK IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

I, Kathryn P. Hoek, declare as follows:

1. I am a member in good standing of the California State Bar, an attorney at the law firm of Susman Godfrey LLP, and counsel of record for Defendant Walmart.com USA LLC in *Norem v. Netflix, Inc.*, Case No. CV-09-00956-MJ. I make this declaration based on my personal knowledge, and if called to testify to the contents, I could and would competently do so.

2. Attached as Exhibit 1 is a chart of the cases currently on file in the United States District Court for the Northern District of California, that have been deemed related to *Resnick v. Walmart.com USA LLC*, Case No. CV-09-00200-PJH ("*Resnick*").

3. Attached as Exhibit 2 is a true and correct copy of the class action complaint in *Norem v. Netflix, Inc.*, CV-09-00956-MJ ("*Norem*"), filed on January 28, 2009 in the Superior Court of the State of California in and for the County of Santa Clara, and removed on March 4, 2009 to the United States District Court for the Northern District of California.

4. Attached as Exhibit 3 is a true and correct copy of the class action complaint in *Resnick*, filed on January 2, 2009 in the United States District Court for the Northern District of California.

5. Pursuant to Local Civil Rule 7-11, attached as Exhibit 4 is the stipulation reached by the parties as to the relation of *Norem* and *Resnick*.

Dated: March 23, 2009

Respectfully submitted,

SUSMAN GODFREY L.L.P.

By: *s/ Kathryn P. Hoek*
Neal S. Manne
Richard W. Hess
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Marc M. Seltzer
Stephen E. Morrissey
Kathryn P. Hoek
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067

Telephone: (310) 789-3100
Facsimile: (310) 789-3150

*Attorneys for Defendants Walmart.com USA LLC and Wal-Mart Stores, Inc.*