NEAL S. MANNE (94101)
RICHARD W. HESS (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
nmanne@susmangodfrey.com
rhess@susmangodfrey.com

MARC SELTZER (54534)
STEPHEN E. MORRISSEY (187865)
KATHRYN P. HOEK (219247)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
smorrissey@susmangodfrey.com

*Attorneys for Defendants Walmart.com USA LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES NOREM, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NETFLIX, INC., and WALMART.COM USA LLC, <br><br> Defendants. | Civil Action No. CV-09-00956-MJ <br><br> **PROOF OF SERVICE** |

## <u>PROOF OF SERVICE</u>

I, the undersigned, declare:

I am employed in the County of King, State of Washington. I am over the age of 18 and not a party to the within action; my business address is 1201 Third Avenue, Suite 3800, Seattle, WA 98101.

On March 23, 2009, I used the Northern District of California's Electronic Filing System with the ECF registered to Kathryn P. Hoek to file the following document(s):

PROOF OF SERVICE                    -1-                    Civil Action No. CV-09-00956-MJ

936167v1/011148

Dockets.Justia.com

1. **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

2. **DECLARATION OF KATHRYN P. HOEK IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, WITH EXHIBITS**

3. **PROPOSED ORDER**

The ECF System is designed to send an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| | |
|---|---|
| William M. Audet | waudet@audet.com |
| Aaron H. Darsky | adarsky@audetlaw.com |
| Adel A. Nadji | anadji@audetlaw.com |
| Jonathan M. Jacobson | jjacobson@wsgr.com |
| Keith E. Eggleton | keggleton@wsgr.com |
| Sara C. Walsh | swalsh@wsgr.com |
| Scott A. Sher | ssher@wsgr.com |

On this date I also served the below parties via the method stated:

XX   BY ELECTRONIC MAIL:

I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the parties listed below.

Executed on March 23, 2009, at Seattle, Washington.

| | |
|---|---|
| Jeff D. Friedman | jefff@hbsslaw.com |
| David W. Mitchell | davidm@csgrr.com |
| Emily L. Maxwell | MaxwellE@howrey.com |
| Paul Alexander | alexanderp@howrey.com |
| Peter A. Barile, III | BarileP@howrey.com |
| Robert G. Abrams | AbramsR@howrey.com |
| Thomas A. Isaacson | IsaacsonT@howrey.com |
| Alex C. Turan | alexturan@yahoo.com |
| Melissa C. Shapiro | mshapiro@saveri.com |
| Harry Shulman | harry@millslawfirm.com |
| Linda M. Fong | lfong@kaplanfox.com |
| Michele C. Jackson | mjackson@lchb.com |
| Christopher T. Heffelfinger | cheffelfinger@bermandevalerio.com |
| Lori S. Brody | lbrody@kaplanfox.com |
| Jill S. Abrams | jabrams@abbeygardy.com |
| Judith L. Spanier | jspanier@abbeyspanier.com |
| Brian Brooks | bbrooks@murrayfrank.com |
| Eugene A. Spector | espector@srkw-law.com |
| Jay S. Cohen | jcohen@srkw-law.com |
| Jeffrey J. Corrigan | jcorrigan@srkw-law.com |
| Jonathan M. Jagher | Jjagher@srkw-law.com |
| Lee Albert | lalbert@murrayfrank.com |

| | | |
|---|---|---|
| 1 | Paul Alexander | alexanderp@howrey.com |
| | Theodore M. Lieverman | tlieverman@srkw-law.com |
| 2 | Erica L. Craven-Green | elc@lrolaw.com |
| | Michael F. Ram | mfr@lrolaw.com |
| 3 | Guy A. Wilson | guywlaw@aol.com |
| | Robert C. Schubert | rschubert@schubertlawfirm.com |
| 4 | Roy A. Katriel | rak@katriellaw.com |
| | Willem F. Jonckheer | wjonckheer@schubert-reed.com |
| 5 | Cadio R. Zirpoli | zirpoli@saveri.com |
| | Guido Saveri | guido@saveri.com |
| 6 | R. Alexander Saveri | rick@saveri.com |
| | Laurence D. King | lking@kaplanfox.com |
| 7 | Linda P. Nussbaum | lnussbaum@kaplanfox.com |
| | Marc H. Edelson | medelson@edelson-law.com |
| 8 | Gordon M. Fauth, Jr. | gmf@classlitigation.com |
| | Mark Punzalan | mpunzalan@finkelsteinthompson.com |
| 9 | Michael G. McLellan | mmclellan@finkelsteinthompson.com |
| | Richard M. Volin | rvolin@finkelsteinthompson.com |
| 10 | Rosemary M. Rivas | rrivas@finkelsteinthompson.com |
| | Edward F. Haber | ehaber@shulaw.com |
| 11 | Jaquelynn C. Pope | majaq@aol.com |
| | Mark D. Warshaw | majaq@aol.com |
| 12 | David Pastor | dpastor@gilmanpastor.com |
| | Gerald J. Rodos | grodos@barrack.com |
| 13 | Jeffrey B. Gittleman | jgittleman@barrack.com |
| | Julie B. Palley | jpalley@barrack.com |
| 14 | Frank J. Johnson | frankj@johnsonbottini.com |
| | Francis A. Bottini, Jr. | frankb@johnsonbottini.com |
| 15 | Anthony J. Bolognese | ABolognese@bolognese-law.com |
| | Joshua H. Grabar | JGrabar@bolognese-law.com |
| 16 | Andrew S. Kingsdale | akingsdale@lchb.com |
| | Eric B. Fastiff | efastiff@lchb.com |
| 17 | Joseph R. Saveri | jsaveri@lchb.com |
| | Bruce L. Simon | bsimon@psswplaw.com |
| 18 | Jonathan M. Watkins | jwatkins@pswplaw.com |
| | Kenneth A. Wexler | kaw@wtwlaw.us |
| 19 | Mark J. Tamblyn | mjt@wexlerwallace.com |
| | Neha Duggal | tl@wexlerwallace.com |
| 20 | Joseph J. Tabacco, Jr. | jtabacco@bermandevalerio.com |
| | Mindee J. Reuben | Weinstein@wka-law.com |
| 21 | Bonny E. Sweeney | bonnys@csgrr.com |
| | Daniel N. Gallucci | dgallucci@rodanast.com |
| 22 | Joseph R. Roda | jroda@rodanast.com |
| | Michele S. Burkholder | mburkholder@rodanast.com |
| 23 | Garrett D. Blanchfield, Jr. | g.blanchfield@rwblawfirm.com |
| | Donna F. Solen | dsolen@masonlawdc.com |
| 24 | Gary E. Mason | gmason@masonlawdc.com |
| | Benjamin D. Brown | bbrown@cohenmilstein.com |
| 25 | Daniel A. Small | dsmall@cohenmilstein.com |
| | David F. Sorensen | dsorensen@bm.net |
| 26 | H. Laddie Montague, Jr. | hlmontague@bm.net |
| | Kendall S. Zylstra | Kzylstra@faruqilaw.com |
| 27 | Merrill G. Davidoff | mdavidoff@bm.net |
| | Peter R. Kohn | pkohn@bm.net |
| 28 | Vahn Alexander | valexander@faruqilaw.com |

| 1 | Bryan L. Clobes | bclobes@caffertyfaucher.com |
|---|---|---|
| 2 | Daniel C. Girard | dcg@girardgibbs.com |
| | Elizabeth C. Pritzker | ecp@girardgibbs.com |
| 3 | Ellen Meriwether | emeriwether@caffertyfaucher.com |
| | Nyran R. Pearson | npearson@caffertyfaucher.com |
| | Timothy Fraser | tfraser@caffertyfaucher.com |
| 4 | Richard D. Schwartz | Rschwartz@faruqilaw.com |
| | Kevin B. Love | klove@cridenlove.com |
| 5 | Michael E. Criden | mcriden@cridenlove.com |
| | Craig H. Blinderman | cblinderman@mrejenlaw.com |
| 6 | Thomas M. Ferlauto | tmf@kingferlauto.com |

7   XX   BY MAIL:

8  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same

9  day with postage thereon fully prepaid at Seattle, Washington in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation

10  date or postage meter date is more than one day after date of deposit for mailing in affidavit.

11
     Michael F Germano
12  Michael F. Germano, P.C.
     63 Atlantic Avenue
13  Boston, MA 02110

14  David P. McLafferty
     MCLAFFERTY & ASSOCIATES, P.C.
15  923 Fayette Street
     Conshohocken, PA 19428

16  _____   BY PERSONAL SERVICE:

17  I caused to be delivered such envelope by hand to the offices of the addressee.

18  _____   BY FEDERAL EXPRESS OR OVERNIGHT COURIER

19  _____   BY TELECOPIER

20  I served by facsimile as indicated on the attached service list.

21  _____   (State)  I declare under penalty of perjury under the laws of the State of Washington that the above is true and correct.

22
  XX  (Federal)  I declare that I am employed in the office of a member of the Bar of this Court
23  at whose direction the service was made.

24
25  _____Jami Grounds_____                          _____(Signature)_____
    (Type or Print Name)                              (Signature)

26

27

28