Resnick et al v. Walmart.com USA LLC et al                                                                                Doc. 128

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES NOREM, on behalf of himself and others similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>NETFLIX, INC. and WALMART.COM USA, LLC,<br><br>               Defendants.<br><hr><br>OSCAR MACIAS, on behalf of himself and others similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>NETFLIX, INC. and WALMART.COM USA, LLC,<br><br>               Defendants.<br><hr><br>JIM CORNETT, on behalf of himself and others similarly situated,<br><br>               Plaintiff, | Civil Action No. CV-09-00956-PJH<br>Civil Action No. CV-09-00961-PJH<br>Civil Action No. CV-09-00960-PJH<br>Civil Action No. CV-09-00962-PJH<br><br>And related cases:<br>Civil Action No. CV-09-00002-PJH<br>Civil Action No. CV-09-00096-PJH<br>Civil Action No. CV-09-00111-PJH<br>Civil Action No. CV-09-00116-PJH<br>Civil Action No. CV-09-00138-PJH<br>Civil Action No. CV-09-00139-PJH<br>Civil Action No. CV-09-00156-PJH<br>Civil Action No. CV-09-00180-PJH<br>Civil Action No. CV-09-00225-PJH<br>Civil Action No. CV-09-00236-PJH<br>Civil Action No. CV-09-00244-PJH<br>Civil Action No. CV-09-00274-PJH<br>Civil Action No. CV-09-00294-PJH<br>Civil Action No. CV-09-00297-PJH<br>Civil Action No. CV-09-00340-PJH<br>Civil Action No. CV-09-00349-PJH<br>Civil Action No. CV-09-00361-PJH<br>Civil Action No. CV-09-00368-PJH<br>Civil Action No. CV-09-00375-PJH<br>Civil Action No. CV-09-00377-PJH<br>Civil Action No. CV-09-00378-PJH<br>Civil Action No. CV-09-00391-PJH<br>Civil Action No. CV-09-00398-PJH<br>Civil Action No. CV-09-00399-PJH<br>Civil Action No. CV-09-00400-PJH<br>Civil Action No. CV-09-00402-PJH |

| | |
|---|---|
| v.<br><br>NETFLIX, INC. and WALMART.COM USA, LLC,<br><br>                Defendants.<br><br>JESSE RANDLE, on behalf of himself and others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>NETFLIX, INC. and WALMART.COM USA, LLC,<br><br>                Defendants. | Civil Action No. CV-09-00434-PJH<br>Civil Action No. CV-09-00445-PJH<br>Civil Action No. CV-09-00447-PJH<br>Civil Action No. CV-09-00496-PJH<br>Civil Action No. CV-09-00553-PJH<br>Civil Action No. CV-09-00554-PJH<br>Civil Action No. CV-09-00678-PJH<br>Civil Action No. CV-09-00962-PJH<br><br>**Hon. Phyllis J. Hamilton**<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REMAND** |

Having fully considered the matter, Plaintiff's motion to remand is hereby GRANTED and the following cases are remanded to the Superior Court of California in and for the County of Santa Clara:

1. *Norem v. Netflix, Inc., et al.*, CV-09-00956-PJH

2. *Macias v. Netflix, Inc., et al.*, CV-09-00961-PJH

3. *Cornett v. Netflix, Inc., et al.*, CV-09-00960-PJH

4. *Randle v. Netflix, Inc., et al*, CV-09-00962-PJH

SO ORDERED.


Date:_____, 2009        _____
                                    Hon. Phyllis J. Hamilton
                                    United States District Court Judge