# Audet & Partners, LLP
Attorneys-at-Law

221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: 415.568.2555
Facsimile: 415.568.2556
Toll Free: 800.965.1461
www.audetlaw.com

March 30, 2009

<u>**Via ECF**</u>

Clerk of the Court
450 Golden Gate Ave.
16th Floor
San Francisco, CA 94102

Dear Clerk:

    This letter has been filed at the request of Judge Hamilton's Clerk to correct a filing error. On Friday, March 27, 2009, I filed a motion to remand case numbers 09-CV-0956, 09-CV-0960, 09-CV-0961, and 09-CV-0962 (the "Motion") under this case number, 09-CV-02, the lowest numbered related case. Today, I was informed by Judge Hamilton's Clerk Nichole that I should have filed the Motion in the four removed cases (09-CV- 0956, 09-CV-0960, 09-CV-0961, and 09-CV-09629) and not here. I have re-filed the Motion in each of the four removed cases.

    Accordingly, we request that the Clerk withdraw our Motion, Corrected Motion and related proposed order, Docket Items 127, 128, and 129, from the 09-CV-02 case file.

Very truly yours,

Aaron H. Darsky

dockets.Justia.com