| | |
|---|---|
| 1 | Matthew R. Schultz (220641) |
| | Timothy D. Battin |
| 2 | Thomas Palumbo |
| | STRAUS & BOIES, LLP |
| 3 | 4041 University Drive |
| | 5th Floor |
| 4 | Fairfax, VA  22030 |
| | Telephone:     (703) 764-8700 |
| 5 | Facsimile:      (703) 764-8704 |

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TRAVIS WIEBE, on behalf of himself and all others similarly situated,<br>    *Plaintiff*,<br><br>v.<br><br>NETFLIX, INC, WAL-MART STORES, INC., and WALMART.COM USA LLC,<br>    *Defendants*. | Case No. 3:09-CV-01274-JCS<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER TO RELATE CASE** |

PLEASE TAKE NOTICE that, pursuant to Local Rule 3-12, Plaintiff Travis Wiebe submits this Administrative Motion for the Court to consider whether *Wiebe, et al. v. Netflix, Inc., et al.* ("Wiebe") filed on March 24, 2009, should be related to *Resnick, et al. v. Walmart.com USA LLC, et al.*, Case No. 09-cv-0002 filed on January 2, 2009, also pending in this District.   That action has been assigned to the Honorable Phyllis J. Hamilton.

In addition to the *Resnick* action, other related actions pending in this District are:

- *O'Conner v. Walmart.com USA LLC et al.*, Case No. 09-cv-0-0096, filed January 9, 2009;

- *Endzweig v. Walmart.com USA LLC et al.*, Case No. 09-cv-00111, filed January 9, 2009;

- *Schmitz v. Walmart.com USA LLC, et al.*, Case No. 09-cv-00116, filed January 9, 2009;

- *Lynch, et al. v. Walmart.com USA LLC, et al.*, Case No. 09-cv-00138, filed January 12, 2009;

- *Groce, et al., Walmart.com USA LLC, et al.*, Case No. 09-cv-00139, filed January 12, 2009;

- *Sivek v. Walmart.com USA LLC, et al.* Case No., 09-cv-00156, filed January 13, 2009;

- *Faris v. Netflix, Inc., et al.*, Case No. 09-cv-00180, filed January 14, 2009;

- *Slobodin v. Netflix, Inc., et al.*, Case No. 09-cv-00225, filed January 16, 2009;

- *Anthony, et al., v. Walmart.com USA LLC, et al.*, Case No. 09-cv-00236, filed January 20, 2009;

- *Polk-Stamps v. Netflix, Inc., et al.*, Case No. 09-cv-00244, filed January 20, 2009;

- *Sheeler v. Walmart.com USA LLC, et al.*, Case No. 09-cv-00274, filed January 22, 2009;

- *Chapman v. Netflix, Inc., et al.*, Case No. 09-cv-00294, filed January 22, 2009;

- *Orozco v. Netflix, Inc., et al.*, Case No. 09-cv-00297, filed January 22, 2009;

- *Landels, et al., v. Netflix, Inc., et al.*, Case No. 09-cv-00340, filed January 26, 2009;

- *Grime v. Netflix, Inc., et al.*, Case No. 09-cv-00349, filed January 26, 2009:

- *Meyer v. Walmart.com USA LLC, et al.*, Case No. 09-cv-00361, filed January 26, 2009;

- *Randall v. Walmart.com USA LLC, et al.*, Case No. 09-cv-00368, filed January 27, 2009;

- *Miscioscia v. Netflix, Inc., et al.*, Case No. 09-cv-00377, filed January 27, 2009;

- *Hirsch v. Netflix, Inc., et al.*, Case No. 09-cv-00375, filed January 27, 2009;

- *Patras, et al. v. Netflix, Inc., et al.*, Case No. 09-cv-00378, filed January 27, 2009;

- *Chatelain v. Netflix, Inc., et al.*, Case No. 09-cv-00391, filed January 28, 2009;

- *Weiner v. Walmart.com USA LLC, et al.*, Case No. 09-cv-00398, filed January 28, 2009;

- *Millrood v. Walmart.com USA LLC, et al.*, Case No. 09-cv-00399, filed January 28, 2009;

- *Kober v. Walmart.com USA LLC, et al.*, Case No. 09-cv-00400, filed January 28, 2009;

- *LaCabe v. Walmart.com USA LLC, et al.*, Case No. 09-cv-00402, filed January 28, 2009;

- *Norem v. Netflix, Inc.*, Case No. CV-09-00956-MJ (Cal. Super. Ct., County of Santa Clara), filed January 28, 2009;

- *Roy v. Netflix, Inc., et al.*, Case No. 09-cv-00434, filed January 29, 2009;

- *Bruno, et al. v. Walmart.com USA LLC, et al.*, Case No. 09-cv-00445, filed January 30, 2009;

- *Zaker v. Netflix, Inc., et al.*, Case No. 09-cv-00447, filed January 30, 2009;

- *Parikh v. Netflix, Inc., et al.*, Case No. 09-cv-00496, filed February 3, 2009;

- *Johnson v. Walmart.com USA LLC, et al.*, Case No. 09-cv-00553, filed February 6, 2009;

- *Gannon v. Walmart.com USA LLC, et al.*, Case No. 09-cv-00554, filed February 6, 2009;

- *Williams v. Netflix, Inc., et al.*, Case No. 09-cv-00678, filed February 17, 2009;

- *Cornett v. Netflix, Inc., et al.*, Case No. 09-cv-01605, filed March 5, 2009;

- *Macias v. Netflix, Inc., et al.*, Case No. 09-cv-00961, filed March 5, 2009;

- *Randle v. Netflix, Inc., et al.*, Case No. 09-cv-00962, filed March 5, 2009 and,

- *Haddad v. Netflix, Inc., et al.*, Case No. 09-00958, filed March 5, 2009.

The *O'Connor*, *Endzweig*, *Schmitz*, *Lynch*, and *Groce* actions were ordered related to the *Resnick* action on January 16, 2009. The *Sivek*, *Faris*, and *Anthony* actions were ordered related to the *Resnick* action on January 26, 2009. The *Slobodin*, *Polk-Stamps*, *Chapman*, and *Orozco* actions were ordered related to the *Resnick* action on January 29, 2009. The *Sheeler*, *Landels*, *Grime*, *Meyer*, *Randall*, *Miscioscia*, *Hirsch* and *Chatelain* actions were ordered related to the *Resnick* action on February 2, 2009. The *Patras*, *Weiner*, *Millrood*, *Kober*, *LaCabe*, *Roy*, *Bruno*, *Zaker*, *Parikh*, *Johnson* and *Gannon* actions were ordered related to the *Resnick* action on February 9, 2009. The *Williams* action was related to the *Resnick* action on February 25, 2009. The *Cornett*, *Macias*, and *Randle* actions were ordered related to the *Resnick* action on March 17,

2009. The *Norem* and *Haddad* actions were ordered related to the *Resnick* action on March 26, 2009. All of these related cases have been assigned to Honorable Phyllis J. Hamilton.

All of these actions involve substantially the same transactions, events, questions of law, and allege the same violations of federal antitrust law against the same Defendants. These actions allege that Defendants conspired to allocate the market of DVD rentals, agreed not to compete in that market, and that Netflix monopolized or attempted to monopolize the DVD rental market. These actions are alleged to have harmed consumers who were Netflix subscribers by causing them to pay more for their subscriptions than they would have paid absent Defendants' illegal market allocation agreement. It appears likely that there will be an unduly burdensome duplication of labor and expenses and potentially conflicting results if the cases are heard by different judges.

Given the similarities of these actions, assignment of the *Wiebe* case to a single Federal District Court Judge will conserve judicial resources and promote efficient determination of the actions while avoiding potentially conflicting results. All of the related cases pending in this District are at a preliminary stage and, thus, assignment to a single judge would not prejudice any of the parties. Because Judge Hamilton is familiar with the facts, the parties, and the claims, it would be an unduly burdensome duplication of labor and expense if the cases are conducted before different judges.

Accordingly, plaintiff Travis Wiebe respectfully requests *Wiebe, et al. v. Netflix, Inc., et al.* be deemed related to *Resnick, et al. v. Walmart.com USA LLC, et al.*, the first filed case in this District and presently assigned to the Honorable Phyllis J. Hamilton.

Dated: March 31, 2009

                          Respectfully submitted,

                        By:    /s/

                          Matthew R. Schultz (220641)

                          Timothy D. Battin
                          Thomas Palumbo

STRAUS & BOIES, LLP
4041 University Drive
5th Floor
Fairfax, VA  22030
Telephone:	(703) 764-8700
Facsimile:	(703) 764-8704

*Counsel for Plaintiff*