1 │ Guido Saveri
    │ R. Alexander Saveri
2 │ Cadio Zirpoli
    │ SAVERI & SAVERI, INC.
3 │ 706 Sansome Street
    │ San Francisco, CA 94111
4 │ Tel.: (415) 217-6810
5 │ Fax: (415) 217-6813                    Jonathan M. Jacobson
    │ guido@saveri.com                      WILSON SONSINI GOODRICH & ROSATI, PC
6 │ rick@saveri.com                        1301 Avenue of the Americas, 40th Floor
    │ cadio@saveri.com                      New York, NY 10019
7 │                                         Tel.: (212) 999-5800
8 │ *Counsel for Plaintiff Grime*           Fax: (212) 999-5899
    │                                         jjacobson@wsgr.com
9 │ Robert G. Abrams                        swalsh@wsgr.com
    │ Thomas A. Isaacson
10 │ Peter A. Barile III                     *Counsel for Defendant Netflix, Inc.*
11 │ HOWREY LLP
    │ 1299 Pennsylvania Avenue, N.W.         Neal Manne
12 │ Washington, DC 20004                    SUSMAN GODFREY LLP
    │ Tel.: (202) 783-0800                   1000 Louisiana Street, Suite 5100
13 │ Fax: (202) 383-6610                     Houston, Texas 77002
    │ abramsr@howrey.com                     Tel: (713) 651-9366
14 │ isaacsont@howrey.com                    Fax: (713) 654-6666
    │ barilep@howrey.com                     nmanne@susmangodfrey.com
15 │                                         rhess@susmangodfrey.com
16 │ *Counsel for Plaintiffs Andrea Resnick, et al.*   *Counsel for Defendants Wal-Mart Stores, Inc, et al.*
    │ [Additional counsel on signature page]           [Additional counsel on signature page]
17 │
18 │            **UNITED STATES DISTRICT COURT**
    │   **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**
19 │
20 │ Andrea Resnick et al. v. Walmart.com, et al.    Related Case File No. C 09-0002 PJH
    │ (Case No. C 09-0002 PJH)
21 │ Michael O'Connor v. Walmart.com, et al.         **STIPULATION AND [~~PROPOSED~~] ORDER**
    │ (Case No. C 09-0096 PJH)                        **POSTPONING ADR CASE FILING**
22 │ Sarah Endzweig v. Walmart.com, et al.           **REQUIREMENTS UNTIL THE ISSUES ARE**
    │ (Case No. C 09-0111 PJH)                        **ADDRESSED AT THE UPCOMING JOINT**
23 │ Christopher Schmitz v. Walmart.com, et al.      **CASE MANAGEMENT CONFERENCE**
    │ (Case No. C 09-0116 PJH)
24 │ Scott Lynch, et al. v. Walmart.com, et al.      **Date:  April 9, 2009**
    │ (Case No. C 09-0138 PJH)                        **Time:  1:30 p.m.**
25 │ Jonathan Groce, et al. v. Netflix, Inc., et al.  **Courtroom 3, 17th Floor**
    │ (Case No. C 09-0139 PJH)
26 │ Liza Sivek v. Walmart.com, et al.               **Hon. Phyllis J. Hamilton**
    │ (Case No. C 09-0156 PJH)
27 │ Armond Faris v. Netflix, Inc., et al.
28 │

                    STIPULATION AND [PROPOSED] ORDER RE ADR

| | |
|---|---|
| 1 | (Case No. C 09-0180 PJH) |
| | Suzanne Slobodin v. Netflix, Inc., et al. |
| 2 | (Case No. C 09-0225 PJH) |
| | Katherine Anthony, et al. v. Walmart.com, et al. |
| 3 | (Case No. C 09-0236 PJH) |
| 4 | Melanie Polk-Stamps v. Netflix, Inc., et al. |
| | (Case No. C 09-0244 PJH) |
| 5 | Richard Sheeler, Jr. v. Walmart.com, et al. |
| | (Case No. C 09-0274 PJH) |
| 6 | Cathleen Chapman v. Netflix, Inc., et al. |
| 7 | (Case No. C 09-0294 PJH) |
| | Michael Orozco v. Netflix, Inc., et al. |
| 8 | (Case No. C 09-0297 PJH) |
| | Linda Landels, et al. v. Netflix, Inc., et al. |
| 9 | (Case No. C 09-0340 PJH) |
| | Sarah Grime v. Netflix, Inc., et al. |
| 10 | (Case No. C 09-0349 PJH) |
| 11 | Douglas Meyer v. Walmart.com, et al. |
| | (Case No. C 09-0361 PJH) |
| 12 | Laura Randall v. Walmart.com, et al. |
| | (Case No. C 09-0368 PJH) |
| 13 | Frank Hirsch v. Netflix, Inc., et al. |
| | (Case No. C 09-0375 PJH) |
| 14 | Melanie Miscioscia v. Netflix, Inc., et al. |
| 15 | (Case No. C 09-0377 PJH) |
| | James Chatelain v. Netflix, Inc., et al. |
| 16 | (Case No. C 09-0391 PJH) |
| | Patras v. Netflix, Inc., et al. |
| 17 | (Case No. C 09-00378 PJH) |
| 18 | Weiner v. Walmart.com USA LLC, et al. |
| | (Case No. C 09-00398 PJH) |
| 19 | Millrood v. Walmart.com USA LLC, et al. |
| | (Case No. C 09-00399 PJH) |
| 20 | Kober v. Walmart.com USA LLC, et al. |
| | (Case No. C 09-00400 PJH) |
| 21 | Lacabe v. Walmart.com USA LLC, et al. |
| 22 | (Case No. C 09-00402 PJH) |
| | Roy v. Netflix, Inc., et al. |
| 23 | (Case No. C 09-00434 PJH) |
| | Bruno, et al. v. Walmart.com USA LLC, et al. |
| 24 | (Case No. C 09-00445 PJH) |
| | Zaker v. Netflix, Inc., et al. |
| 25 | (Case No. C 09-00447 PJH) |
| 26 | Parikh v. Netflix, Inc., et al. |
| | (Case No. C 09-00496 PJH) |
| 27 | Johnson v. Walmart.com USA LLC, et al. |
| | (Case No. C 09-00553 PJH) |
| 28 | Gannon v. Walmart.com USA LLC, et al. |

HOWREY LLP

| | |
|---|---|
| (Case No. C 09-00554 PJH)<br>Williams v. Netflix, Inc., et al.<br>(Case No. C 09-00678 PJH)<br>Haddad v. Netflix, Inc., et al.<br>(Case No. C-09-00958 PJH)<br>Wiebe v. Netflix, Inc., et al.<br>(Case No. 09-01274 PJH) | |

WHEREAS, there are currently pending before this Court thirty five (35) separate related actions under individual case filing numbers that involve substantially the same allegations (collectively, the "Cases");

WHEREAS, pursuant to Civil L.R. 16-8 (b), (c) and ADR L.R. 3-5 (b), (c), (d), all parties in each of the Cases are required to file ADR Certifications and Stipulations and [Proposed] Orders Selecting ADR Process, or Notices of Need for ADR Phone Conference;

WHEREAS, Civil L.R. 16-8 and ADR L.R. 3-5 require all parties in each of the thirty five (35) actions to meet and confer and file pleadings indicating their position on matters relating to ADR, Mediation, and Arbitration;

WHEREAS, each of the Cases is a proposed class action on behalf of the same class, thereby making it necessary as a practical matter for all of the parties to agree on one ADR method;

WHEREAS, the parties to the Cases will be submitting to the Court a Joint Case Management Statement on April 2, 2009 addressing many of the issues required in Civil L.R. 16-8 and ADR L.R. 3-5, prior to the April 9, 2009 Case Management Conference;

WHEREAS, the parties to the Cases wish to conserve the resources of the parties and the Court;

1    IT IS HEREBY STIPULATED AND AGREED by and between defendants Netflix, Inc, Wal-

2  Mart Stores, Inc., Walmart.com USA LLC, and all plaintiffs in the Cases, by and through their

3  attorneys, that the parties ADR obligations pursuant to L.R. 16 and ADR L.R. 3-5 are postponed and

4  shall be addressed at the April 9, 2009 Case Management Conference.

5  Dated: March 30, 2009

6

7                                    Guido Saveri
                                     R. Alexander Saveri
8                                    Cadio Zirpoli
                                     SAVERI & SAVERI, INC.
9                                    706 Sansome Street
                                     San Francisco, CA 94111
10                                   Tel.:  (415) 217-6810
                                     Fax:  (415) 217-6813
11

12                                   By:  s/ Guido Saveri

13                                   *Counsel for Plaintiff*

14                                     *Grime v. Netflix, Inc., et al.,* Case No. C 09-0349 PJH

15

16                                   Robert G. Abrams
                                     Thomas A. Isaacson
17                                   Peter A. Barile III
                                     HOWREY LLP
18                                   1299 Pennsylvania Avenue, N.W.
                                     Washington, DC 20004
19                                   Tel.: (202) 783-0800
                                     Fax: (202) 383-6610
20

21                                   Paul Alexander
                                     HOWREY LLP
22                                   1950 University Avenue
                                     East Palo Alto, CA 94303
23                                   Tel.: (650) 798-3500
                                     Fax: (650) 798-3600
24

25                                   Emily L. Maxwell
                                     HOWREY LLP
26                                   525 Market Street, Suite 3600
                                     San Francisco, CA 94105
27                                   Tel.: (415) 848-4947
                                     Fax: (415) 848-4999
28

HOWREY LLP

-4-
STIPULATION AND [PROPOSED] ORDER RE ADR

1

2          BY:  s/ Robert G. Abrams

3          *Counsel for Plaintiffs*

4            Resnick, et al. v. Walmart.com USA LLC, et al., Case No.
           3:09-cv-00002
5

6          *- and in the following related cases -*

7            O'Connor v. Walmart.com USA LLC, et al.,
             Case No. 3:09-cv-00096
8            Anthony, et al. v. Walmart.com USA LLC, et al.,
             Case No. 3:09-cv-00236
9            Sheeler, Jr. v. Walmart.com USA LLC, et al.,
10           Case No. 3:09-cv-00274
             Meyer v. Walmart.com USA LLC, et al.,
11           Case No. 3:09-cv-00361
             Johnson v. Walmart.com USA LLC, et al., Case No. 3:09-cv-
12           00553
             Gannon v. Walmart.com USA LLC, et al., Case No. 3:09-cv-
13           00554

14

15         *-and attests in accordance with General Order No. 45 X. B.
           that concurrence in the filing of the document has been
16         obtained from each of  the undersigned counsel in all of the
           above-captioned actions*
17

18         **Defendants' Counsel**

19         Jonathan M. Jacobson
           Sara Ciarelli Walsh
20         WILSON SONSINI GOODRICH & ROSATI, PC
           1301 Avenue of the Americas
21         40th Floor
           New York, NY 10019
22         Tel.:  (212) 999-5800
           Fax:  (212) 999-5899
23

24         Keith E. Eggleton
           WILSON SONSINI GOODRICH & ROSATI
25         650 Page Mill Road
           Palo Alto, Ca 94304-1050
26         Tel: (650) 493-9300
           Fax: (650) 565-5100
27

28

HOWREY LLP

1    Scott Andrew Sher
     WILSON SONSINI GOODRICH & ROSATI
2    1700 K Street, NW, Fifth Floor
     Washington, DC 20006
3    Tel: (202) 973-8800
     Fax: (202) 973-8899
4

5    By: s/ Jonathan M. Jacobson

6    *Counsel for Defendant Netflix, Inc.*

7

8    Neal Manne
     Richard Wolf Hess
9    SUSMAN GODFREY LLP
     1000 Louisiana Street, Suite 5100
10   Houston, Texas 77002
     Tel: (713) 651-9366
11   Fax: (713) 654-6666
     Genevieve Vose
12   SUSMAN GODFREY LLP
     1201 Third Ave., Suite 3800
13   Seattle, WA 98101-3000
     Tel: (206) 516-3836
14   Fax: (206-516-3883
15

16   Stephen E. Morrissey
     Kathryn Parsons Hoek
17   Marc M. Seltzer
     SUSMAN GODFREY LLP
18   1901 Avenue of the Stars, Suite 950
     Los Angeles, CA 90067-6029
19   Tel.: 310-789-3100
     Fax: 310-789-3150
20

21   By:  s/ Neal Manne

22

23   *Counsel for Defendant Wal-Mart Stores, Inc. and Walmart.com
     USA LLC*

24

25

26

27

28

HOWREY LLP

-6-
STIPULATION AND [PROPOSED] ORDER RE ADR

1

2

**Plaintiffs' Counsel in each of the**
**above captioned related cases**

3

4

Eugene A. Spector
Jeffrey J. Corrigan
Theodore M. Lieverman

5

Jay S. Cohen
Jonathan M. Jagher

6

SPECTOR ROSEMAN KODROFF
& WILLIS, P.C.

7

1818 Market Street, Suite 2500
Philadelphia, PA 19103

8

Tel.: (215) 496-0300
Fax: (215) 496-6611

9

10

*Counsel for Plaintiffs*

11

12

O'Connor v. Walmart.com USA LLC, et al., Case No. C 09-
0096 PJH

13

Sheeler, Jr. v.  Walmart.com USA LLC, et al., Case No. C
09-0274 PJH

14

Meyer v.  Walmart.com USA LLC, et al., Case No. C 09-
0361 PJH

15

Johnson v. Walmart.com USA LLC, et al.  Case No. C 09-
00553 PJH

16

Gannon v. Walmart.com USA LLC, et al.  Case No. C 09-
00554 PJH

17

18

Natalie Finkelman Bennett
SHEPHERD, FINKELMAN, MILLER,
SHAH, LLP

19

35 East State Street

20

Media, PA 19063
Tel.: (610) 891-9880

21

Fax: (610) 891-9883

22

Gary E. Mason

23

Donna F. Solen
THE MASON LAW FIRM LLP

24

1225 19th Street, N.W., Suite 500
Washington, DC 20036

25

Tel.: (202) 429-2290
Fax: (202) 429-2294

26

27

*Counsel for Plaintiff*

28

O'Connor v. Walmart.com USA LLC, et al., Case No. C 09-

STIPULATION AND [PROPOSED] ORDER RE ADR

HOWREY LLP

1    0096 PJH

2    Joseph J. Tabacco, Jr.
     Christopher T. Heffelfinger
3    Todd A. Seaver
     BERMAN DEVALERIO
4    425 California Street, Suite 2100
     San Francisco, CA 94104
5    Tel.:  (415) 433-3200
6    Fax:  (415) 433-6382

7    Manuel J. Dominguez
     BERMAN DEVALERIO
8    4280 Professional Center Drive, Suite 350
     Palm Beach Gardens, FL 33410
9    Tel: (561) 835-9400
10   Fax: (561) 835-0322

11   *Counsel for Plaintiffs*

12     *Endzweig v. Walmart.com USA LLC, et al.*, Case No. C 09-
13   0111 PJH
       *Lynch, et al. v. Walmart.com USA LLC, et al.*, Case No. C
14   09-0138 PJH
       *Bruno, et al. v. Walmart.com USA LLC, et al.*  Case No. C
15   09-00445 PJH

16   H. Laddie Montague, Jr.
17   Merrill G. Davidoff
     David F. Sorensen
18   Peter Kohn
     BERGER & MONTAGUE, P.C.
19   1622 Locust Street
20   Philadelphia, PA 19103
     Tel.:  (215) 875-3010
21   Fax:  (215) 875-4604

22   Vahn Alexander
     FARUQI & FARUQI, LLP
23   1901 Avenue of the Stars, 2nd Floor
24   Los Angeles, CA 90067
     Tel.:  (310) 461-1426
25   Fax:  (310) 461-1427

26   Kendall S. Zylstra
27   Richard Schwartz
     FARUQI & FARUQI, LLP
28   2600 Philmont Avenue, Suite 324

HOWREY LLP

-8-
STIPULATION AND [PROPOSED] ORDER RE ADR

1   Huntingdon Valley, PA 19006
    Tel.: (215) 914-2460
2   Fax: (215) 914-2462

3   *Counsel for Plaintiffs*

4     Schmitz v. Walmart.com USA LLC, et al., Case No. C 09-
5     0116 PJH
      Sivek v. Walmart.com USA LLC, et al., Case No. C 09-0156
6     PJH

7   Daniel A. Small
    Benjamin D. Brown
8   Kit Pierson
9   Christopher Cormier
    COHEN MILSTEIN SELLERS & TOLL PPLC
10  1100 New York Avenue, N.W.
    Suite 500, West Tower
11  Washington, DC 20005
    Tel.: (202) 838-7797
12  Fax: (202) 838-7745

13  *Counsel for Plaintiffs*

14
      Lynch, et al. v. Walmart.com USA LLC, et al., Case No. C
15    09-0138 PJH

16  Bryan L. Clobes
    Ellen Meriwether
17  Timothy Fraser
18  CAFFERTY FAUCHER LLP
    1717 Arch Street, Ste., 3610
19  Philadelphia, PA 19103

20

21  Nyran Rose Pearson
    CAFFERTY FAUCHER LLP
22  30 N. LaSalle Street, Suite 3200
23  Chicago IL 60602

24  *Counsel for Plaintiffs*

25    Groce, et al. v. Netflix, Inc., et al., Case No. C 09-0139 PJH

26  Kevin Bruce Love
    Michael E. Criden
27  CRIDEN & LOVE, P.A.
28  7301 S.W. 57 h Court, Suite 515

HOWREY LLP
                              -9-

South Miami, FL 33143

*Counsel for Plaintiff*

   Faris v. Netflix, Inc., et al., Case No. C 09-0180 PJH

Daniel E. Girard
Elizabeth C. Pritzker
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94180

*Counsel for Plaintiffs*

   Groce, et al. v. Netflix, Inc., et al., Case No. C 09-0139 PJH
   Faris v. Netflix, Inc., et al., Case No. C 09-0180 PJH
   Polk-Stamps v. Netflix, Inc., et al., Case No. C 09-0244 PJH

Robert C. Schubert
Willem F. Jonckheer
SCHUBERT JONCKHEER KOLBE &
KRALOWEC LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Tel.:  (415) 788-4220
Fax:  (415) 788-0161

*Counsel for Plaintiffs*

   Slobodin v. Netflix, Inc., et al., Case No. C 09-0225 PJH
   Landels, et al. v. Netflix, Inc., et al., Case No. C 09-0340 PJH
   Melanie Miscioscia v. Netflix, Inc., et al., Case No. C 09-0377 PJH
   James Chatelain v. Netflix, Inc., et al., Case No. C 09-0391 PJH

Judith L. Spanier
Jill S. Abrams
Natalie Marcus
ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street
New York, New York 10016
Tel.:  (212) 889-3700
Fax:  (212) 684-5191

Craig H. Blinderman
MREJEN BLINDERMAN, P.L.
701 West Cypress Creek Road, Suite 302

STIPULATION AND [PROPOSED] ORDER RE ADR

HOWREY LLP

Fort Lauderdale, FL 33309
Tel.:  (954) 771-3740
Fax:  (954) 771-3047

*Counsel for Plaintiffs*

   *Anthony, et al. v. Walmart.com USA LLC, et al.*, Case No. C 09-0236 PJH


Mary Jane Fait
Theodore T. Bell
John E. Tangren
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, IL 60603

*Counsel for Plaintiffs*

   *Polk-Stamps v. Netflix, Inc., et al.*, Case No. C 09-0244 PJH

Lee Albert
Brian Brooks
Jacqueline Sailer
MURRAY, FRANK & SAILER LLP
275 Madison Avenue, Suite 801
New York, New York 10016
Tel.:  (212) 682-1818
Fax:  (212) 682-1892

*Counsel for Plaintiff*

   *Sheeler, Jr. v.  Walmart.com USA LLC, et al.*, Case No. C 09-0274 PJH


Michael F. Ram
Erica Craven-Green
LEVY, RAM & OLSON LLP
639 Front Street, 4th Floor
San Francisco, CA 94111
Tel.:  (415) 433-4949
Fax:  (415) 433-7311

*Counsel for Plaintiff*

   *Chapman v. Netflix, Inc., et al.*, Case No. C 09-0294 PJH

HOWREY LLP

-11-
STIPULATION AND [PROPOSED] ORDER RE ADR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Alex C. Turan
MONTURA LAW GROUP
2070 N. Broadway, Suite 5492
Walnut Creek, CA 94596
Tel.:  (415) 308-0025
Fax:  (925) 256-9615

*Counsel for Plaintiff*

   *Orozco v. Netflix, Inc., et al.*, Case No. C 09-0297 PJH

Guy A. Wilson
LAW OFFICES OF GUY A. WILSON
509 Orchard Street
Santa Rosa, CA 95404
Tel.:  (707) 525-1277

Roy A. Katriel
THE KATRIEL LAW FIRM
1101 30th Street
Washington, DC 20007
Tel.:  (202) 625-4342

*Counsel for Plaintiffs*

   *Landels, et al. v. Netflix, Inc., et al.*, Case No. C 09-0340 PJH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Marc H. Edelson
EDELSON & ASSOCIATES, LLC
45 West Court Street
Doylestown, PA 18901
Tel.:  (215) 230-8043
Fax:  (215) 230-8735

*Counsel for Plaintiff*

   Meyer v. Walmart.com USA LLC, et al., Case No. C 09-0361
PJH

Linda P. Nussbaum
KAPLAN, FOX & KILSHEIMER, LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Tel.:  (212) 680-1980
Fax:  (212) 687-7714

Laurence D. King
Linda M. Fong
KAPLAN, FOX & KILSHEIMER, LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Tel.:  (415) 772-4700
Fax:  (415) 772-4707

*Counsel for Plaintiff*

   Randall v. Walmart.com USA LLC, et al., Case No. C 09-
0368 PJH

1

2      Harry Shulman
       THE MILLS LAW FIRM
3      880 Las Gallinas Avenue, Suite 2
       San Rafael, CA 94903
4      Tel.:  415-455-1326
       Fax: 415-455-1327
5
       Douglas A. Millen
6      FREED KANNER LONDON & MILLEN, LLC
       2201 Waukegan Road, Suite 130
7      Bannockburn, IL 60015
       Tel.: (224) 632-4500
8      Fax.: (224) 632-4521

9
       *Counsel for Plaintiff*
10
         *Hirsch v. Netflix, Inc., et al.,* Case No. C 09-0375 PJH
11
12     David Pastor
       GILMAN & PASTOR, LLP
13     63 Atlantic Avenue, Third Floor
       Boston, MA 02110
14     Tel.:  (617) 742-9700

15
       Michael F. Germano
16     LAW OFFICES OF MICHAEL GERMANO, P.C.
       63 Atlantic Avenue, Third Floor
17     Boston, MA 02110
       Tel.:  (617) 367-5911
18
       *Counsel for Plaintiff*
19
         *Melanie Miscioscia v. Netflix, Inc., et al.,* Case No. C 09-0377
20     PJH

21

22

23

24

25

26

27

28

HOWREY LLP

1

2   Mark Warshaw
    Jaquelynn Pope
3   WARSHAW & POPE
    934 Hermosa Avenue, Suite 14
4   Hermosa Beach, CA 90254
    Tel.:  (310) 379-3410
5
    Edward F. Haber
6   SHAPIRO HABER & URMY
    53 State Street
7   Boston, MA 02109
    Tel.:  (617) 439-3939
8
9   *Counsel for Plaintiff*

10    James Chatelain v. Netflix, Inc., et al., Case No. C 09-0391
      PJH
11
12  Richard M. Volin
    Michael McLellan
13  FINKELSTEIN THOMPSON LLP
    1050 30th Street, N.W.
14  Washington, DC 20007
    Tel.:  (202) 337-8000
15  Fax:  (202) 337-8090
16
    Rosemary M. Rivas
17  Mark Punzalan
    FINKELSTEIN THOMPSON LLP
18  100 Bush Street, Suite 1450
    San Francisco, CA 94104
19  Tel.:  (415) 398-8700
    Fax:  (415) 398-8704
20
21  Gordon M. Fauth, Jr.
    LITIGATION LAW GROUP
22  1801 Clement Avenue, Suite 101
    Alameda, CA 94501
23  Tel.:  (510) 238-9610
    Fax:  (510) 337-1431
24
25  *Counsel for Plaintiff*

26    Patras v. Netflix, Inc., et al., Case No. C 09-00378 PJH

27

28

**HOWREY LLP**

-15-
STIPULATION AND [PROPOSED] ORDER RE ADR

1

2
Anthony J. Bolognese
Joshua H. Grabar
3
BOLOGNESE & ASSOCIATES, LLC
Two Penn Center
4
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102
5
Tel.: (215) 814-6750
Fax: (215) 814-6764
6

7
*Counsel for Plaintiff*

8
  *Weiner v. Walmart.com USA LLC, et al.*, Case No. C 09-00398 PJH

9

10
Gerald J. Rodos
Jeffrey B. Gittleman
11
Julie B. Palley
BARRACK, RODOS & BACINE
12
3300 Two Commerce Square
2001 Market Street
13
Philadelphia, PA 19130
Tel.: (215) 963-0600
14
Fax: (215) 963-0838

15
Steve R. Basser
16
BARRACK, RODOS & BACINE
One American Plaza
17
600 West Broadway, Suite 900
San Diego, CA 92101
18
Tel.: (619) 230-0800
Fax: (619) 230-1874
19

20
*Counsel for Plaintiff*

21
  *Millrood v. Walmart.com USA LLC, et al.* Case No. C 09-00399 PJH
22

23

24

25

26

27

28

HOWREY LLP

-16-

1

2
Frank J. Johnson
Francis A. Bottini, Jr.
3
JOHNSON BOTTINI, LLP
655 West Broadway, Suite 1400
4
San Diego, CA 92101
Tel.: (619) 230-0063
5
Fax: (619) 233-5535

6
*Counsel for Plaintiff*

7
  Kober v. Walmart.com USA LLC, et al.  Case No. C 09-
8
00400 PJH

9
Joseph Saveri
Michele C. Jackson
10
Eric B. Fastiff
Andrew S. Kingsdale
11
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
12
275 Battery Street, Suite 3000
San Francisco, CA 94111
13
Tel.: (415) 956-1000
Fax: (415) 956-1008
14

15
*Counsel for Plaintiff*

16
  Lacabe v. Walmart.com USA LLC, et al.  Case No. C 09-
17
00402 PJH

18
Bruce L. Simon
Jonathan M. Watkins
19
PEARSON, SIMON, SOTER, WARSHAW
& PENNY, LLP
20
44 Montgomery Street, Suite 1430
San Francisco, CA 94104
21
Tel.: (415) 433-9000
Fax: (415) 433-9008
22

23
*Counsel for Plaintiff*

24
  Roy v. Netflix, Inc., et al.  Case No. C 09-00434 PJH
25

26

27

28

**HOWREY LLP**

STIPULATION AND [PROPOSED] ORDER RE ADR

Mindee J. Reuben
WEINSTEIN KITCHENOFF & ASHER, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Tel.: (215) 545-7200
Fax: (215) 535-6535

*Counsel for Plaintiffs*

  Bruno, et al. v. Walmart.com USA LLC, et al.  Case No. C 09-00445 PJH

Edward A. Wallace
Kenneth A. Wexler
WEXLER WALLACE, LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Tel: 312.346.2222
Fax: 312.346.0022

Mark J. Tamblyn
Neha Duggal
WEXLER WALLACE, LLP
455 Capitol Mall, Suite 231
Sacramento, CA 95814
Tel.: 916-492-1100
Fax: 916-492-1124

*Counsel for Plaintiff*

  Zaker v. Netflix, Inc., et al.  Case No. C 09-00447 PJH

Bonny E. Sweeney
David W. Mitchell
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel.: (619) 231-1058
Fax: (619) 231-7423

William C. Wright
THE LAW OFFICES OF WILLIAM C.
WRIGHT, P.A.
301 Clematis Street, Suite 3000
West Palm Beach, FL 33401

HOWREY LLP

-18-
STIPULATION AND [PROPOSED] ORDER RE ADR

1      Tel.: (561) 514-0904
     Fax: (561) 514-0905

2

3      *Counsel for Plaintiff*

4       *Parikh v. Netflix, Inc., et al.* Case No. C 09-00496 PJH

5      Garrett D. Blanchfield
     REINHARDT, WENDORF & BLANCHFIELD

6      E1250 First National Bank Building
     332 Minnesota Street

7      St. Paul, MN 55101
     Tel.: (651) 287-2100

8      Fax: (651) 287-2103

9      *Counsel for Plaintiff*

10

11       *Johnson v. Walmart.com USA LLC, et al.* Case No. C 09-00553 PJH

12

13      David P. McLafferty
     MCLAFFERTY & ASSOCIATES, P.C.

14      923 Fayette Street
     Conshohocken, PA 19428

15      Tel.: (610) 940-4000
     Fax: (610) 940-4007

16      *Counsel for Plaintiff*

17

18       *Gannon v. Walmart.com USA LLC, et al.* Case No. C 09-00554 PJH

19

20      Dianne M. Nast
     Joseph F. Roda

21      Michele S. Burkholder
     Daniel N. Gallucci

22      RODANAST, P.C.
     801 Estelle Drive

23      Lancaster, Pennsylvania 17601
     Telephone: (717) 892-3000

24      Facsimile: (717) 892-1200

25      *Counsel for Plaintiff*

26

27       *Williams v. Netflix, Inc., et al.* Case No. C 09-00678 PJH

28      Edward M. Gergosian

HOWREY LLP

-19-

STIPULATION AND [PROPOSED] ORDER RE ADR

1   Robert J. Gralewski
    William D. Harris
2   GERGOSIAN & GRALEWSKI LLP
    655 West Broadway Suite 1410
3   San Diego CA 92101
    Tel 619-237-9500
4   Fax 619-237-9555 fax

5   *Counsel for Plaintiff*

6
    Haddad v. Netflix, Inc., et al., Case No. C-09-00958 PJH
7

8   Matthew Schultz (220641)
    Timothy D. Battin
9   Thomas M. Palumbo
    STRAUS & BOIES, LLP
10  4041 University Drive, 5th Floor
    Fairfax, Virginia  22030
11  Tel:  (703) 764-8700
    Fax: (703) 764-8704
12

13  *Counsel for Plaintiff*

14  Wiebe v. Netflix, Inc., et al., Case No. 09-01274 PJH

15

16

17  [PROPOSED] ORDER

18

19  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

20

21

22  **Dated:** 4/2/09

23  Hon. Phyllis J. Hamilton
    UNITED STATES DISTRICT COURT JUDGE

24

25

26

27

28
HOWREY LLP
                                    -20-
                    STIPULATION AND [PROPOSED] ORDER RE ADR

1

**PROOF OF SERVICE**

2

3    I HEREBY CERTIFY that on April 1, 2009, I caused a true and correct copy of the foregoing

4    to be filed with the Clerk of Court using the Court's CM/ECF system, which will send a notice of

5    electronic filing to the parties.

6                                                    /s/ Peter A. Barile III
7                                            Peter A. Barile III (*pro hac vice*)

8                                            HOWREY LLP
9                                            1299 Pennsylvania Avenue, N.W.
                                             Washington, DC 20004
10                                           Tel.: (202) 783-0800
                                             Fax: (202) 383-6610
11                                           *Counsel for Plaintiffs*

12                                            Resnick, et al. v. Walmart.com USA LLC, et al., Case
                                             No. 3:09-cv-00002
13

14                                           *- and in the following related cases -*

15                                            O'Connor v. Walmart.com USA LLC, et al.,
                                             Case No. 3:09-cv-00096
16                                            Anthony, et al. v. Walmart.com USA LLC, et al.,
                                             Case No. 3:09-cv-00236
17                                            Sheeler, Jr. v. Walmart.com USA LLC, et al.,
                                             Case No. 3:09-cv-00274
18                                            Meyer v. Walmart.com USA LLC, et al.,
                                             Case No. 3:09-cv-00361
19                                            Johnson v. Walmart.com USA LLC, et al., Case No.
20                                           3:09-cv-00553
                                              Gannon v. Walmart.com USA LLC, et al., Case No.
21                                           3:09-cv-00554

22                                           *-and attests in accordance with General Order No. 45*
23                                           *X. B. that concurrence in the filing of the document has*
                                             *been obtained from counsel in all of the above-*
24                                           *captioned actions*

25

26

27

28

HOWREY LLP

                                             -21-
                                  STIPULATION AND [PROPOSED] ORDER RE ADR