# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**Date:** April 9, 2009                                          **JUDGE:** Phyllis J. Hamilton

**Case No. and Name:**

| | |
|---|---|
| C-09-0002 PJH | Andrea Resnick, et al. v. Walmart.com, et al. |
| C-09-0096 PJH | O'Connor v. Walmart.com, et al. |
| C-09-0111 PJH | Endzweig v. Walmart.com, et al. |
| C-09-0116 PJH | Schmitz v. Walmart.com, et al. |
| C-09-0138 PJH | Lynch, et al. v. Walmart.com, et al. |
| C-09-0139 PJH | Groce, et al. v. Netflix, et al. |
| C-09-0156 PJH | Sivek v. Walmart.com, et al. |
| C-09-0180 PJH | Faris v. Netflix, et al. |
| C-09-0225 PJH | Slobodin v. Netflix, et al. |
| C-09-0236 PJH | Anthony, et al. v. Walmart.com, et al. |
| C-09-0244 PJH | Polk-Stamps v. Netflix, et al. |
| C-09-0274 PJH | Sheeler v. Walmart.com, et al. |
| C-09-0294 PJH | Chapman v. Netflix, et al. |
| C-09-0297 PJH | Orozco v. Netflix, et al. |
| C-09-0340 PJH | Landels, et al. V. Netflix, et al. |
| C-09-0349 PJH | Grime v. Netflix, et al. |
| C-09-0361 PJH | Meyer v. Walmart.com, et al. |
| C-09-0368 PJH | Randall v. Walmart.com, et al. |
| C-09-0375 PJH | Hirsch v. Netflix, et al. |
| C-09-0377 PJH | Miscioscia v. Netflix, et al. |
| C-09-0378 PJH | Patras v. Netflix, et al. |
| C-09-0391 PJH | Chatelain v. Netflix, et al. |
| C-09-0398 PJH | Weiner v. Walmart.com, et al. |
| C-09-0399 PJH | Millrood v. Walmart.com, et al. |
| C-09-0400 PJH | Kober v. Walmart.com, et al. |
| C-09-0402 PJH | Lacabe v. Walmart.com, et al. |
| C-09-0434 PJH | Roy v. Netflix, et al. |
| C-09-0445 PJH | Bruno, et al. v. Walmart.com, et al. |
| C-09-0447 PJH | Zaker v. Netflix, et al. |
| C-09-0496 PJH | Parikh v. Netflix, et al. |
| C-09-0553 PJH | Johnson v. Walmart.com, et al. |
| C-09-0554 PJH | Gannon v. Walmart.com, et al. |
| C-09-0678 PJH | Williams v. Netflix, et al |
| C-09-0956 PJH | Norem v. Netflix, et al. |
| C-09-0958 PJH | Haddad v. Netflix, et al. |
| C-09-0960 PJH | Cornett v. Netflix, et al. |
| C-09-0961 PJH | Macias v. Netflix, et al. |
| C-09-0962 PJH | Randle v. Netflix, et al. |
| C-09-1274 PJH | Wiebe v. Netflix, et al. |

| | |
|---|---|
| **Attorney(s) for Plaintiff:** | Robert G. Abram; Thomas A. Isaacson; Paul Alexander; Eugene A. Spector; Joseph J. Tabacco; Todd A. Seaver; Peter Kohn; Guido Saveri; R. Alexander Saveri; William Audet; Aaron Darsky; Mark E. Burton |
| **Attorney(s) for Defendant:** | Jonathan M. Jacobson and Sara Walsh (Netflix) Neal Manne (Walmart) |

**Deputy Clerk**:  Nichole Heuerman            **Court Reporter**: Lydia Zinn

## PROCEEDINGS

Initial Case Management Conference-Held.  The court discusses preliminary issues with the parties.  The court sets some pretrial deadlines.  The motion or stipulation regarding appointment of lead counsel and organizational structure shall be filed no later than 2 weeks after the final decision from the MDL panel.  The consolidated complaint shall be filed no later than 30 days after the final decision from the MDL panel.  Defendants shall have 45 days to file a response to the consolidated complaint.  The court sets a further case management conference on July 9, 2009 at 2:30 p.m.  A joint case management conference statement shall be filed by July 2, 2009.

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc: chambers**