Robert G. Abrams
Thomas A. Isaacson
Peter A. Barile III
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 783-0800
Fax: (202) 383-6610
abramsr@howrey.com
isaacsont@howrey.com
barilep@howrey.com

Paul Alexander
HOWREY LLP
1950 University Avenue
East Palo Alto, CA 94303
Tel.: (650) 798-3500
Fax: (650) 798-3600
alexanderp@howrey.com

Emily L. Maxwell
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel.: (415) 848-4947
Fax: (415) 848-4999
maxwelle@howrey.com

*Counsel for Plaintiffs Andrea Resnick, Gary Bunker, John Haley, Amy Latham, Eric Roslansky, and Kevin Simpson*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and others similarly situated,<br><br>*Plaintiffs*,<br>v.<br>WALMART.COM USA LLC, WAL-MART STORES, INC., and NETFLIX, INC.,<br><br>*Defendants*. | Case No. C 09-0002 PJH<br><br>**Hon. Phyllis J. Hamilton**<br><br>**NOTICE OF FILING** |

**HOWREY LLP**

NOTICE OF FILING

## I. ORDER OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Plaintiffs Andrea Resnick, Gary Bunker, John Haley, Amy Latham, Eric Roslansky, and Kevin Simpson hereby notify the Court that the *Resnick* case and related cases currently pending in this Court and elsewhere were ordered centralized in this Court pursuant to 28 U.S.C. § 1407 by the Judicial Panel on Multidistrict Litigation ("JPML" or "Panel") on April 10, 2009, *In re Online DVD Rental Antitrust Litigation* (MDL No. 2029).

A copy of the **Order of the JPML**, dated April 10, 2009, is attached hereto as Exhibit A. The Order operates to centralize not only the twelve (12) earlier-filed actions listed in the appendix to the Panel's April 10th Order, but also to all other subsequently-filed and currently pending Tag Along Actions pursuant to Panel Rules 1, 7.4, and 7.5, and referenced in footnote 1 of the Order. (Order at 1 & n.1.) As of this day, Plaintiffs are aware of forty-six (46) such pending actions—a total of fifty-eight (58) cases in all—that "share factual questions arising out of allegations that defendants conspired to divide the online DVD rental market," (*id*. at 1), and, therefore, will be centralized in this Court. Should other cases arising out of allegations that defendants conspired to divide the online DVD rental market be filed in the future, they too will be subject to the Panel Order and consolidated with the other actions in this litigation.

## II. SCHEDULE OF ACTIONS

Plaintiffs have informed the JPML of all currently pending cases subject to the April 10th Panel Order by lodging a Schedule of Centralized and Tag Along Actions, as well as copies of all Complaints filed in those actions with the Clerk of the Panel.

**A copy of the Schedule lodged with the Clerk of the Panel is attached hereto as Exhibit B.** The Schedule lists all fifty-eight (58) cases now pending that will be consolidated in this Court under the April 10th Panel Order, including not only the twelve (12) earlier-filed actions listed in the

appendix to the Order, but also the forty-six (46) other subsequently-filed Tag Along Actions subject to the Order as referenced in footnote 1 of the Order.[1]

### III. CASES CONSOLIDATED

Forty (40) of the fifty-eight (58) cases subject to the Panel Order are pending in this Court. This number includes the eleven (11) earlier-filed actions listed in the appendix to the Order, as well as twenty-nine (29) subsequently-filed Tag Along Actions subject to the Order as referenced in footnote 1 of the Order and set forth in the Schedule filed by Plaintiffs.

Eighteen (18) actions subject to the Order are pending elsewhere. This number includes the one earlier-filed action listed in the appendix to the Panel Order, as well as seventeen (17) Tag Along Actions subject to the Order as referenced in footnote 1 of the Order and set forth in the Schedule filed by Plaintiffs.

**A. Northern District of California Cases.** The following is a list of the cases pending in this Court subject to the Order of the Panel. The cases numbered 1-11 are set forth in the appendix to the Panel Order. Numbers 12-40 are Tag Along Actions subject to the Order as referenced in footnote 1 of the Order and set forth in the Schedule filed by Plaintiffs.

1. Resnick et al. v. Walmart.com, et al., 3:09-cv-00002 PJH
2. O'Connor v. Walmart.com, et al., 3:09-cv-00096 PJH
3. Endzweig v. Walmart.com, et al., 3:09-cv-00111 PJH
4. Schmitz v. Walmart.com, et al., 3:09-cv--00116 PJH
5. Lynch, et al. v. Walmart.com, et al., 3:09-cv-00138 PJH
6. Groce, et al. v. Netflix, Inc., et al., 3:09-cv-00139 PJH
7. Sivek v. Walmart.com, et al., 3:09-cv-00156 PJH
8. Faris v. Netflix, Inc., et al., 3:09-cv-00180 PJH

---

[1] Items 1 through 11 and 13 through 41 of the Schedule list the forty (40) cases already pending in this Court. Items 11 and 42 through 58 list the eighteen (18) cases pending outside the Northern District of California that will be transferred to this Court.

| | |
|---|---|
| 1 | 9. Slobodin v. Netflix, Inc., et al., 3:09-cv-00225 PJH |
| 2 | 10. Anthony, et al. v. Walmart.com, et al., 3:09-cv-00236 PJH |
| 3 | 11. Polk-Stamps v. Netflix, Inc., et al., 3:09-cv-00244 PJH |
| | 12. Sheeler, Jr. v. Walmart.com, et al., 3:09-cv-00274 PJH |
| 4 | 13. Chapman v. Netflix, Inc., et al., 3:09-cv-00294 PJH |
| 5 | 14. Orozco v. Netflix, Inc., et al., 3:09-cv-00297 PJH) |
| 6 | 15. Landels, et al. v. Netflix, Inc., et al. , 3:09-cv-00340 PJH |
| 7 | 16. Grime v. Netflix, Inc., et al., 3:09-cv-00349 PJH |
| | 17. Meyer v. Walmart.com, et al., 3:09-cv-00361 PJH |
| 8 | 18. Randall v. Walmart.com, et al., 3:09-cv-00368 PJH |
| 9 | 19. Hirsch v. Netflix, Inc., et al., 3:09-cv-00375 PJH |
| 10 | 20. Miscioscia v. Netflix, Inc., et al., 3:09-cv-00377 PJH |
| 11 | 21. Patras v. Netflix, Inc., et al., 3:09-cv-00378 PJH |
| 12 | 22. Chatelain v. Netflix, Inc., et al., 3:09-cv-00391 PJH |
| | 23. Weiner v. Walmart.com USA LLC, et al., 3:09-cv-00398 PJH |
| 13 | 24. Millrood v. Walmart.com USA LLC, et al., 3:09-cv-00399 PJH |
| 14 | 25. Kober v. Walmart.com USA LLC, et al., 3:09-cv-00400 PJH |
| 15 | 26. Lacabe v. Walmart.com USA LLC, et al., 3:09-cv-00402 PJH |
| 16 | 27. Roy v. Netflix, Inc., et al., 3:09-cv-00434 PJH |
| 17 | 28. Bruno, et al. v. Walmart.com USA LLC, et al., 3:09-cv-00445 PJH |
| | 29. Zaker v. Netflix, Inc., et al., 3:09-cv-00447 PJH |
| 18 | 30. Parikh v. Netflix, Inc., et al., 3:09-cv-00496 PJH |
| 19 | 31. Johnson v. Walmart.com USA LLC, et al., 3:09-cv-00553 PJH |
| 20 | 32. Gannon v. Walmart.com USA LLC, et al., 3:09-cv-00554 PJH |
| 21 | 33. Williams v. Netflix, Inc., et al., 3:09-cv-00678 PJH |
| 22 | 34. Haddad v. Netflix, Inc., et al. , 3:09-cv-00958 PJH |
| | 35. Norem v. Netflix, Inc., et al., 3:09-cv-00956 PJH |
| 23 | 36. Cornett v. Netflix, Inc., et al., 3:09-cv-00960 PJH |
| 24 | 37. Macias v. Netflix, Inc., et al., 3:09-cv-00961 PJH |
| 25 | 38. Randle v. Netflix, Inc., et al., 3:09-cv-00962 PJH |
| 26 | 39. Wiebe v. Netflix, Inc., et al., 3:09-cv-01274 PJH |
| 27 | 40. Kra v. Netflix, Inc. et al., 3:09-cv-01499 JCS |
| 28 | |

**HOWREY LLP**

**B. Other Cases.** The following is a list of the cases pending elsewhere subject to the Order of the Panel. Case number 1 is set forth in the appendix to the Panel Order. Numbers 2-18 are Tag Along Actions subject to the Order as referenced in footnote 1 of the Order and set forth in the Schedule filed by Plaintiffs.

1. MaGee v. Netflix, Inc., et al., 2:09-cv-00070, Western District of Washington
2. Michalski, et al. v. Netflix, Inc., et al., 0:09-cv-00158, District of Minnesota
3. Boynton v. Walmart.com USA LLC, et al., 1:09-cv-00026, District of New Hampshire
4. Mayer v. Walmart.com USA LLC, et al., 1:09-cv-00028, District of Vermont
5. Christina v. Netflix, Inc., et al., 3:09-cv-00059, Middle District of Louisiana
6. Hotard v. Netflix, Inc., et al., 2:09-cv-01938, Eastern District of Louisiana
7. Levin v. Walmart.com USA LLC, et al., 1:09-cv-00744, Northern District of Illinois
8. Touchton v. Netflix, Inc., et al., 2:09-cv-00241, Northern District of Alabama
9. Kopera v. Netflix, Inc., et al., 2:09-cv-00242, Northern District of Alabama
10. Walters, et al. v. Netflix, Inc., et al., 2:09-cv-00110, Southern District of West Virginia
11. Karatz v. Netflix, Inc., et al., 1:09-cv-00136, Southern District of Indiana
12. Bowles v. Netflix, Inc., et al., 8:09-cv-00250, Middle District of Florida
13. Shafeek v. Netflix, Inc., et al., 1:09-cv-00617, Eastern District of New York
14. Wagner v. Netflix, Inc., et al., 3:09-cv-00360, Northern District of Ohio
15. Jones v. Netflix, Inc., et al., 3:09-cv-00131, Southern District of Illinois
16. Ortiz-Cardona v. Netflix, Inc., et al., 3:09-cv-01157, District of Puerto Rico
17. Cleary v. Walmart.com USA LLC, et al., 1:09-cv-01383, Northern District of Illinois
18. Spears v. Netflix, Inc., et al., 8:09-cv-00665, Middle District of Florida

**Copies of the Complaints in these eighteen (18) actions pending outside the Northern District of California subject to the Order of the panel and to be transferred to this Court are attached hereto as Exhibits C-1 through C-18.**

DATED: April 14, 2009

Respectfully Submitted,

 /s/ Robert G. Abrams
Robert G. Abrams
Thomas A. Isaacson
Peter A. Barile III
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 783-0800
Fax: (202) 383-6610

Paul Alexander
HOWREY LLP
1950 University Avenue
East Palo Alto, CA 94303
Tel.: (650) 798-3500
Fax: (650) 798-3600

Emily L. Maxwell
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel.: (415) 848-4947
Fax: (415) 848-4999

*Counsel for Plaintiffs Andrea Resnick, Gary Bunker, John Haley, Amy Latham, Eric Roslansky, Kevin Simpson*