| | |
|---|---|
| 1 | Paul Alexander (CA Bar No. 49997) |
| | HOWREY LLP |
| 2 | 1950 University Avenue |
| | East Palo Alto, CA 94303 |
| 3 | Tel.: (650) 798-3500 |
| 4 | Fax: (650) 798-3600 |
| | alexanderp@howrey.com |
| 5 | |
| 6 | Robert G. Abrams (Admitted *Pro Hac Vice*) |
| | Thomas A. Isaacson (Admitted *Pro Hac Vice*) |
| 7 | Peter A. Barile III (Admitted *Pro Hac Vice*) |
| | HOWREY LLP |
| 8 | 1299 Pennsylvania Avenue, N.W. |
| | Washington, DC 20004 |
| 9 | Tel.: (202) 783-0800 |
| 10 | Fax: (202) 383-6610 |
| | abramsr@howrey.com |
| 11 | isaacsont@howrey.com |
| | barilep@howrey.com |
| 12 | |
| 13 | Emily L. Maxwell (CA Bar No. 185646) |
| | HOWREY LLP |
| 14 | 525 Market Street, Suite 3600 |
| | San Francisco, CA 94105 |
| 15 | Tel.: (415) 848-4947 |
| | Fax: (415) 848-4999 |
| 16 | maxwelle@howrey.com |
| | *Counsel for Plaintiffs Andrea Resnick, Gary Bunker, John* |
| 17 | *Haley, Amy Latham, Eric Roslansky, and Kevin Simpson* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RESNICK, GARY BUNKER, JOHN HALEY, AMY LATHAM, ERIC ROSLANSKY, and KEVIN SIMPSON, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WALMART.COM USA LLC, WAL-MART STORES, INC., and NETFLIX, INC., <br><br> Defendants. | Case No. C 09-0002 PJH <br><br> CERTIFICATE OF SERVICE <br><br> Hon. Phyllis J. Hamilton |

Certificate of Service
Case No. C 09-0002 PJH

I HEREBY CERTIFY that on April 14, 2009, I used the Northern District of California's Electronic Filing System to file the following documents:

1. NOTICE OF FILING

2. EXHIBIT A TO NOTICE OF FILING

3. EXHIBIT B TO NOTICE OF FILING

4. EXHIBITS C-1 THROUGH C-18 TO NOTICE OF FILING

Electronic filing acted to serve the foregoing on the following counsel:

| | |
|---|---|
| Jonathan M. Jacobson | jjacobson@wsgr.com |
| Sara Ciarelli Walsh | sciarelli@wsgr.com |
| Keith E. Eggleton | keggleton@wsgr.com |
| Scott Andrew Sher | ssher@wsgr.com |
| Kathryn Parsons Hoek | khoek@susmangodfrey.com |
| Marc M. Seltzer | mseltzer@susmangodfrey.com |
| Neal Stuart Manne | nmanne@susmangodfrey.com |
| Richard Wolf Hess | rhess@susmangodfrey.com |
| Stephen Edward Morrissey | smorrissey@susmangodfrey.com |
| Christopher T. Heffelfinger | cheffelfinger@bermandevalerio.com |
| David W. Mitchell | davidm@csgrr.com |
| Harry Shulman | harry@millslawfirm.com |
| Jeff D Friedman | jefff@hbsslaw.com |
| Linda M. Fong | lfong@kaplanfox.com |
| Lori Sambol Brody | lbrody@kaplanfox.com |
| Melissa Conwell Shapiro | melissa@saveri.com |
| Cadio Zirpoli | cadio@saveri.com |
| Michele Chickerell Jackson | mjackson@lchb.com |

On this date I also served the foregoing on the following counsel via email:

1. Plaintiffs' Counsel In Northern District Of California Cases

| | |
|---|---|
| Alex C. Turan | alexturan@yahoo.com |
| Jill S. Abrams | jabrams@abbeyspanier.com |
| Judith L. Spanier | jspanier@abbeyspanier.com |
| Brian Brooks | bbrooks@murrayfrank.com |
| Eugene A. Spector | espector@srkw-law.com |
| Jay S. Cohen | jcohen@srkw-law.com |
| Jeffrey J. Corrigan | jcorrigan@srkw-law.com |
| Jonathan M. Jagher | Jjagher@srkw-law.com |
| Lee Albert | lalbert@murrayfrank.com |
| Paul Alexander | alexanderp@howrey.com |
| Theodore M. Lieverman | tlieverman@srkw-law.com |
| Erica L. Craven-Green | elc@lrolaw.com |
| Michael F. Ram | mfr@lrolaw.com |
| Guy A. Wilson | guywlaw@aol.com |
| Robert C. Schubert | rschubert@schubertlawfirm.com |

Certificate of Service -2-
Case No. C 09-0002 PJH

| | | |
|---|---|---|
| 1 | Roy A. Katriel | rak@katriellaw.com |
| | Willem F. Jonckheer | wjonckheer@schubertlawfirm.com |
| 2 | Guido Saveri | guido@saveri.com |
| | R. Alexander Saveri | rick@saveri.com |
| 3 | Laurence D. King | lking@kaplanfox.com |
| | Linda P. Nussbaum | lnussbaum@kaplanfox.com |
| 4 | Marc H. Edelson | medelson@edelson-law.com |
| | Gordon M. Fauth, Jr. | gmf@classlitigation.com |
| 5 | Mark Punzalan | mpunzalan@finkelsteinthompson.com |
| | Michael G. McLellan | mmclellan@finkelsteinthompson.com |
| 6 | Richard M. Volin | rvolin@finkelsteinthompson.com |
| | Rosemary M. Rivas | rrivas@finkelsteinthompson.com |
| 7 | Edward F. Haber | ehaber@shulaw.com |
| | Jaquelynn C. Pope | majaq@aol.com |
| 8 | Mark D. Warshaw | majaq@aol.com |
| | David Pastor | dpastor@gilmanpastor.com |
| 9 | Gerald J. Rodos | grodos@barrack.com |
| | Jeffrey B. Gittleman | jgittleman@barrack.com |
| 10 | Julie B. Palley | jpalley@barrak.com |
| | Frank J. Johnson | frankj@johnsonbottini.com |
| 11 | Francis A. Bottini, Jr. | frankb@johnsonbottini.com |
| | Anthony J. Bolognese | ABolognese@bolognese-law.com |
| 12 | Joshua H. Grabar | JGrabar@bolognese-law.com |
| | Andrew S. Kingsdale | akingsdale@lchb.com |
| 13 | Eric B. Fastiff | efastiff@lchb.com |
| | Joseph R. Saveri | jsaveri@lchb.com |
| 14 | Bruce L. Simon | bsimon@psswplaw.com |
| | Jonathan M. Watkins | jwatkins@pswplaw.com |
| 15 | Kenneth A. Wexler | kaw@wexlerwallace.com |
| | Mark J. Tamblyn | mjt@wexlerwallace.com |
| 16 | Neha Duggal | nd@wexlerwallace.com |
| | Joseph J. Tabacco, Jr. | jtabacco@bermandevalerio.com |
| 17 | Todd A. Seaver | tseaver@bermandevalerio.com |
| | Mindee J. Reuben | Reuben@wka-law.com |
| 18 | Bonny E. Sweeney | bonnys@csgrr.com |
| | Daniel N. Gallucci | dgallucci@rodanast.com |
| 19 | Joseph R. Roda | jroda@rodanast.com |
| | Michele S. Burkholder | mburkholder@roadanast.com |
| 20 | Garrett D. Blanchfield, Jr. | g.blanchfield@rwblawfirm.com |
| | Donna F. Solen | dsolen@masonlawdc.com |
| 21 | Gary E. Mason | gmason@masonlawdc.com |
| | Benjamin D. Brown | bbrown@cohenmilstein.com |
| 22 | Christopher Cormier | ccormier@cohenmilstein.com |
| | Daniel A. Small | dsmall@cohenmilstein.com |
| 23 | David F. Sorensen | dsorensen@bm.net |
| | H. Laddie Montague, Jr. | hlmontague@bm.net |
| 24 | Kendall S. Zylstra | Kzylstra@faruqilaw.com |
| | Merrill G. Davidoff | mdavidoff@bm.net |
| 25 | Peter R. Kohn | pkohn@bm.net |
| | Vahn Alexander | valexander@faruqilaw.com |
| 26 | Bryan L. Clobes | bclobes@caffertyfaucher.com |
| | Daniel C. Girard | dcg@girardgibbs.com |
| 27 | Elizabeth C. Pritzker | ecp@girardgibbs.com |

| | | |
|---|---|---|
| 1 | Ellen Meriwether | emeriwether@caffertyfaucher.com |
| | Nyran R. Pearson | npearson@caffertyfaucher.com |
| 2 | Timothy Fraser | tfraser@caffertyfaucher.com |
| | Richard D. Schwartz | Rschwartz@faruqilaw.com |
| 3 | Kevin B. Love | klove@cridenlove.com |
| | Michael E. Criden | mcriden@cridenlove.com |
| 4 | Craig H. Blinderman | cblinderman@mrejenlaw.com |
| | Thomas M. Ferlauto | tmf@kinferlauto.com |
| 5 | Kit Pierson | kpierson@cohenmilstein.com |
| | Debra A. Gaw | DebraG@hbsslaw.com |
| 6 | Douglas A. Millen | dmillen@fklmlaw.com |
| | Dianne M. Nast | dnast@rodanast.com |
| 7 | Edward A. Wallace | eaw@wexlerwallace.com |
| | Mary Jane Fait | fait@whafh.com |
| 8 | Michael F. Germano | mgermano@germanolawoffices.com |
| | Natelie Finkelman Bennett | nfinkelman@sfmslaw.com |
| 9 | Natalie Marcus | nmarcus@abbeyspanier.com |
| 10 | Peter E. Borkon | peterb@hbsslaw.com |
| | Steve R. Basser | sbasser@barrack.com |
| 11 | Steve Berman | Steve@hbsslaw.com |
| | John E. Tangren | tangren@whafh.com |
| 12 | Theodore B. Bell | tbell@whafh.com |
| | Thomas M. Sobol | Tom@hbsslaw.com |
| 13 | Anthony D. Shapiro | Tony@hbsslaw.com |
| | William C. Wright | willwright@wrightlawoffice.com |
| 14 | Aaron H. Darsky | adarsky@audetlaw.com |
| | Adel A. Nadji | anadji@audetlaw.com |
| 15 | Robert J. Gralewski, Jr. | bob@gergosian.com |
| | Edward M. Gergosian | ed@gergosian.com |
| 16 | Mark E. Burton, Jr. | mburton@hershlaw.com |
| | Gilbert D. Sigala | Sigalaw1@aol.com |
| 17 | Matthew Schultz | mschultz@straus-boies.com |
| | Timothy D. Battin | tbattin@straus-boies.com |
| 18 | Thomas M. Palumbo | tpalumbo@straus-boies.com |
| | Terry Gross | terry@gba-law.com |
| 19 | Adam C. Belsky | adam@gba-law.com |
| | Monique Alonso | monique@gba-law.com |
| 20 | William M. Audet | waudet@audetlaw.com |

2. Plaintiffs' Counsel In Cases Subject To April 10, 2009 JPML Order Pending Elsewhere

| | | |
|---|---|---|
| 23 | Mark A. Griffin | mgriffin@kellerrohrback.com |
| | Raymond J. Farrow | rfarrow@kellerrohrback.com |
| 24 | Daniel E. Gustafson | dgustafson@gustafsongluek.com |
| | Jason S. Kilene | jkilene@gustafsongluek.com |
| 25 | Michelle J. Looby | mlooby@gustafsongluek.com |
| | Stephen R. Fine | sfine@tds.net |
| 26 | J. Barton Goplerud | JBGoplerud@HudsonLaw.Net |
| | Dennis J. Johnson | djohnson@jpclasslaw.com |
| 27 | Irwin B. Levin | ilevin@cohenandmalad.com |
| | Richard E. Shevitz | rshevitz@cohenandmalad.com |
| 28 | Eric S. Pavlack | epavlack@cohenandmalad.com |

Certificate of Service            -4-
Case No. C 09-0002 PJH

| | |
|---|---|
| David W. Zoll | david@toledolaw.com |
| Michelle L. Kranz | michelle@toledolaw.com |
| Wesley D. Merillat | wes@toledolaw.com |
| W. Mark Lanier | wml@lanierlawfirm.com |
| Richard D. Meadow | rdm@lanierlawfirm.com |
| Evan M. Janush | emj@lanierlawfirm.com |
| Joseph P. Danis | jdanis@careydanis.com |
| Michael J. Flannery | mflannery@careydanis.com |
| Corey D. Sullivan | csullivan@careydanis.com |
| Daniel E. Becnel, Jr. | dbecnel@becnellaw.com |
| Matthew B. Moreland | mmoreland@becnellaw.com |
| Nghana L. Gauff | nlglawfirm@bellsouth.net |
| John R. Wylie | jwylie@futtermanhoward.com |
| Kathleen C. Chavez | GKEG4@aol.com |
| Robert M. Foote | rmf@foote-meyers.com |
| E. Kirk Wood, Jr. | ekirkwood1@cs.com |
| Archie C. Lamb, Jr. | alamb@archielamb.com |
| Harry F. Bell, Jr. | hfbell@belllaw.com |
| William L. Bands, Jr. | wlbands@belllaw.com |
| Michael Goetz | mgoetz@forthepeople.com |
| Scott W. Weinstein | sweinstein@forthepeople.com |
| Andres F. Alonso | aalonso@yourlawyer.com |
| Jerrold S. Parker | jerry@yourlawyer.com |
| David B. Krangle | dkrangle@yourlawyer.com |
| Eric M. Quetglas Jordan | eric@quetglaslaw.com |
| Paul W. Rebein | paul@rebeinlaw.com |
| Jose F. Quetglas Jordan | quetglaslaw@gmail.com |

Executed on this April 14, 2004 at 1299 Pennsylvania Avenue, N.W., Washington .D.C. 20004.

/s/ Peter A. Barile III

*Counsel for Plaintiffs*

Certificate of Service
Case No. C 09-0002 PJH
-5-