A CERTIFIED TRUE COPY
ATTEST
By Dana Stewart on May 05, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Apr 17, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ONLINE DVD RENTAL ANTITRUST
LITIGATION                                                                          MDL No. 2029

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On April 10, 2009, the Panel transferred one civil action to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  *See* __F.Supp.2d__ (J.P.M.L. 2009).  With the consent of that court, all such actions have been assigned to the Honorable Phyllis J. Hamilton.

It appears that the action on this conditional transfer order involve questions of fact that are common to the action previously transferred to the Northern District of California and assigned to Judge Hamilton.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of April 10, 2009, and, with the consent of that court, assigned to the Honorable Phyllis J. Hamilton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California.  The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 05, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ONLINE DVD RENTAL ANTITRUST LITIGATION                MDL No. 2029

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**              **CASE CAPTION**

ALABAMA NORTHERN
   ALN  2  09-241            Robert Darren Touchton v. Netflix, Inc., et al.
   ALN  2  09-242            Charles Kopera v. Netflix, Inc., et al.

FLORIDA MIDDLE
   FLM  8  09-250            Aimee C. Bowles v. Netflix, Inc., et al.
   FLM  8  09-665            Carla Spears v. Netflix, Inc., et al.

ILLINOIS NORTHERN
   ILN  1  09-744            Myles Levin v. Walmart.com USA LLC, et al.
   ILN  1  09-1383           Francis Cleary v. Walmart.com USA LLC, et al.

ILLINOIS SOUTHERN
   ILS  3  09-131            Burton S. Jones v. Netflix, Inc., et al.

INDIANA SOUTHERN
   INS  1  09-136            Martha Karatz v. Netflix, Inc., et al.

LOUISIANA EASTERN
   LAE  2  09-1938           Katie Hotard v. Netflix, Inc., et al.

LOUISIANA MIDDLE
   LAM  3  09-59             Salvadore Christina, Jr. v. Netflix, Inc., et al.

MINNESOTA
   MN   0  09-158            Paul Michalski, et al. v. Netflix, Inc., et al.

NEW HAMPSHIRE
   NH   1  09-26             Jane L. Boynton v. Walmart.com USA LLC, et al.

NEW YORK EASTERN
   NYE  1  09-617            Stefanie Shafeek v. Netflix, Inc., et al.

OHIO NORTHERN
   OHN  3  09-360            Robert L. Wagner v. Netflix, Inc., et al.

PUERTO RICO
   PR   3  09-1157           Fernando Ortiz-Cardona v. Netflix, Inc., et al.

VERMONT
   VT   1  09-28             Sascha Mayer v. Walmart.com USA LLC, et al.

WEST VIRGINIA SOUTHERN
   WVS  2  09-110            Brandon Walters, et al. v. Netflix, Inc., et al.