MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

Joseph M. Patane (72202)
LAW OFFICES OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: jpatane@tatp.com

Attorneys for Plaintiff
[Additional Attorneys Appear on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA RESNICK, ET AL. | Case No. C 09-cv-0002 PJH |
| Plaintiff, | |
| vs. | |
| WALMART.COM USA LLC, ET AL., | |
| Defendants. | |
| **This document relates to:** | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (Civil Local Rule 3-12)** |
| ADRIENNE BELAI | |
| Plaintiff, | |
| vs. | The Honorable Phyllis J. Hamilton |
| WALMART.COM USA LLC, ET AL., | |
| Defendants. | |
| Case No. C:09-cv-1740-EMC | |

**1**
**ADMINSTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that a related case, *Adrienne Belai v. Walmart.com USA, LLC, et al.,* 3:09-cv-1740 ("*Belai*") was filed on April 21, 2009, in the United States District Court for the Northern District of California. Pursuant to Civil Local Rules 3-12(b) and 7-11 of the United States District Court of the Northern District of California, and Rule 7.5(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiff Adrienne Belai ("Plaintiff") submits this Administrative Motion to Consider Whether Cases Should Be Related.

**I.     Related Cases**

The *Belai* action should be related to *Resnick v. Walmart.com USA LLC, et al.,* Case No. C 09-cv-0002 PJH ("*Resnick*") and *In re Online DVD Rental Antitrust Litigation,* MDL No. 2029 (Master File No. M:09-cv-2029-PJH), transferred to the Honorable Phyllis J. Hamilton by Transfer Order of the Judicial Panel on Multidistrict Litigation ("JPML"), dated April 10, 2009.

Pursuant to Local Rule 3-12, Judge Hamilton has previously related the following matters to the *Resnick* action:

*O'Connor v. Walmart.com USA LLC, et al.,* Case No. C 09-cv-00096 PJH;

*Endzweig v. Walmart.com USA LLC, et al.,* Case No. C 09-cv-0111 PJH;

*Schmitz v. Walmart.com USA LLC, et al.,* Case No. C 09-cv-0116 PJH;

*Lynch v. Walmart.com USA LLC, et al.,* Case No. C 09-cv-0138 PJH;

*Groce v. Walmart.com USA LLC, et al.,* Case No. C 09-cv-0139 PJH;

*Sivek v. Walmart.com USA LLC, et al.,* Case No. C 09-cv-0156 PJH;

*Faris v. Walmart.com USA LLC, et al.,* Case No. C 09-cv-180 PJH;

*Slobodin v. Walmart.com USA LLC, et al.,* Case No. C 09-cv-0225 PJH;

*Anthony v. Walmart.com USA LLC, et al.,* Case No. C 09-cv-0236 PJH;

*Polk-Stamps v. Walmart.com USA LLC, et al.,* Case No. C 09-cv-0244 PJH;

*Scheller, Jr. v. Walmart.com USA LLC, et al.,* Case No. C 09-cv-0274 PJH;

*Chapman v. Netflix, Inc., et al.,* Case No. C 09-cv-0294 PJH;

*Orozco v. Netflix, Inc., et al.,* Case No. C 09-cv-0297 PJH;

*Landels v. Netflix, Inc., et al.,* Case No. C 09-cv-0340 PJH;

| | |
|---|---|
| 1 | *Grime v. Netflix, Inc., et al.,* Case No. C 09-cv-0349 PJH; |
| 2 | *Meyer v. Walmart.com USA LLC, et al.,* Case No. C 09-cv-0361 PJH; |
| 3 | *Randall v. Walmart.com USA LLC, et al.,* Case No. C 09-cv-0368 PJH; |
| 4 | *Hirsch v. Netflix, Inc., et al.,* Case No. C 09-cv-0375 PJH; |
| 5 | *Miscioscia v. Netflix, Inc., et al.,* Case No. C 09-cv-0377 PJH; |
| 6 | *Patras v. Netflix, Inc., et al.,* Case No. C 09-cv-0378 PJH; |
| 7 | *Chatelian v. Netflix, Inc., et al.,* Case No. C 09-cv-0391 PJH; |
| 8 | *Weiner v. Walmart. Com USA LLC, et al.,* Case No. C 09-cv-0398 PJH; |
| 9 | *Millrood v. Walmart.com USA LLC, et al.,* Case No. C 09-cv-0399 PJH; |
| 10 | *Kober v. Walmart.com USA LLC, et al.,* Case No. C 09-cv-0400 PJH; |
| 11 | *Lacabe v. Walmart.com USA LLC, et al.,* Case No. C 09-cv-0402 PJH; |
| 12 | *Roy v. Netflix, Inc., et al.,* Case No. C 09-cv-0434 PJH; |
| 13 | *Bruno v. Walmart.com USA LLC, et al.,* Case No. C 09-cv-0445 PJH; |
| 14 | *Zaker v. Netflix, Inc., et al.,* Case No. C 09-cv-0447 PJH; |
| 15 | *Parikh v. Netflix, Inc., et al.,* Case No. C 09-cv-0496 PJH; |
| 16 | *Johnson v. Walmart.com USA LLC, et al.,* Case No. C 09-cv-0553 PJH; |
| 17 | *Gannon v. Walmart.com USA LLC, et al.,* Case No. C 09-cv-0554 PJH; |
| 18 | *Haddad v. Netflix, Inc., et al.,* Case No. C 09-cv-0958; and |
| 19 | *Wiebe v. Netflix, Inc., et al.,* Case No. C 09-cv-01274. |

After being related to *Resnick,* these actions were centralized by the JPML in *In Re: Online DVD Rental Antitrust Litigation,* MDL No. 2029, and assigned to the Honorable Phyllis J. Hamilton.

On April 15, 2009, Judge Hamilton entered the JPML Order and created MDL Master Docket M:09-cv-2029 PJH. On April 30, 2009, this Court entered Stipulation and Order Re Centralization of Related Cases In MDL No. 2029 (the "Centralization Order," which is attached as Exhibit B to the Declaration of Lauren C. Russell In Support of Administrative Motion to Consider Whether Cases Should Be Related). The Centralization Order defined "Future Related Cases" as "all cases that have been or may be filed in the Northern District of

California and related to *Resnick* under Local Civil Rule 3-12." The Order went on to provide that "[a]ll Future Related Cases shall be designated as Tag Along Actions within the meaning of the JPML Rules, and shall be centralized as soon as is practicable for consolidated or coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407 with those cases already on the Master Docket pending in MDL No. 2029."

The *Belai* action is a "Future Related Case" within the meaning of this Court's Centralization Order and therefore should be designated as a Tag Along Action and centralized as soon as is practicable for consolidated or coordinated pretrial proceedings with those cases already pending in MDL No. 2029.

## II. Relationship of the Actions

This Administrative Motion is made on the grounds that the *Belai* action, the *Resnick* action, and the related multi-district litigation identified above involve substantially the same defendants, and require determination of the same or substantially the same questions of fact and law and concern the same wrongful acts and occurrences.

Specifically, all cases involve allegations that defendants conspired to divide the online DVD rental market in violation of Section 1 of the Sherman Act, 15 U.S.C. §§ 1 and 2. Given the closely related nature of these cases, each involving substantially similar questions of law and fact, the assignment of these actions to the same judge would serve the interests of judicial economy and avoid the potential for conflicting rulings.

*Belai* was filed in the Northern District of California, the district to which the MDL Panel transferred *In re Online DVD Rental Antitrust Litigation*. Pursuant to 28 U.S.C. §1407(a) and MDL Panel Rule 7.5(a), *Belai* need not be transferred by the MDL Panel but should be considered for relation by the transferee Judge.

Pursuant to Local Rule 3-12(b)(2), it appears likely that there will be an unduly burdensome duplication of labor and expense or the possibility of conflicting results if the cases are conducted before different Judges. The MDL Panel found that centralization was necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve

the resources of the parties, their counsel and the judiciary. The same efficiencies will occur if the Court relates *Belai* to *Resnick* and *In re Online DVD Rental Antitrust Litigation.*

Dated: May 11, 2009      By:     /s/ Mario N. Alioto
                                                   Mario N. Alioto (56433)
                                                   Lauren C. Russell (241151)
                                                   TRUMP, ALIOTO, TRUMP & PRESCOTT
                                                   2280 Union Street
                                                   San Francisco, CA 94123
                                                   Telephone: (415) 563-7200
                                                   Facsimile: (415) 346-0679
                                                   E-mail: malioto@tatp.com ;
                                                   laurenrussell@tatp.com

                                                   Joseph M. Patane (72202)
                                                   LAW OFFICES OF JOSEPH M. PATANE
                                                   2280 Union Street
                                                   San Francisco, CA 94123
                                                   Telephone: (415) 563-7200
                                                   Facsimile: (415) 346-0679
                                                   E-mail: jpatane@tatp.com

                                                   Sherman Kassof (66383)
                                                   Law Offices of Sherman Kassof
                                                   954 Risa Road, Suite B
                                                   Lafayette, CA 94549
                                                   Telephone: (510) 652 2554
                                                   Facsimile: (510) 652 9308
                                                   Email: heevay@att.net

                                                   Attorneys for Plaintiff Belai
                                                   And All Others Similarly Situated