1   Robert G. Abrams
Thomas A. Isaacson
2   Peter A. Barile III
HOWREY LLP
3   1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
4   Tel.: (202) 783-0800
Fax: (202) 383-6610
5   abramsr@howrey.com
isaacsont@howrey.com
6   barilep@howrey.com

7   Paul Alexander
HOWREY LLP
8   1950 University Avenue         Guido Saveri
East Palo Alto, CA 94303       R. Alexander Saveri
9   Tel.: (650) 798-3500           Melissa Shapiro
Fax: (650) 798-3600           Cadio Zirpoli
10   alexanderp@howrey.com       SAVERI & SAVERI, INC.
706 Sansome Street
11   Emily L. Maxwell              San Francisco, CA 94111
HOWREY LLP                 Tel.: (415) 217-6810
12   525 Market Street, Suite 3600    Fax: (415) 217-6813
San Francisco, CA 94105       guido@saveri.com
13   Tel.: (415) 848-4947           rick@saveri.com
Fax: (415) 848-4999           melissa@saveri.com
14   maxwelle@howrey.com        cadio@saveri.com

15   *Lead Class Counsel*              *Liaison Class Counsel*
*Member of the Steering Committee for*    *Member of the Steering Committee for Plaintiffs*
16   *Plaintiffs in MDL No. 2029*       *in MDL No. 2029*

17

18                **UNITED STATES DISTRICT COURT**

19                **NORTHERN DISTRICT OF CALIFORNIA**

20

| | |
|---|---|
| 21   **IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION** | **Master File No. M:09-CV-2029 PJH** |
| 22 | **MDL No. 2029** |
| 23 | **Hon. Phyllis J. Hamilton** |
| 24   **This document relates to:** | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS** |
| 25   3:09-cv-00002 PJH | |
| 26   3:09-cv-00096 PJH<br>3:09-cv-00111 PJH | |
| 27   3:09-cv-00116 PJH<br>3:09-cv-00138 PJH | |
| 28   3:09-cv-00139 PJH | |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

| | |
|---|---|
| 3:09-cv-00180 PJH | |
| 3:09-cv-00225 PJH | |
| 3:09-cv-00236 PJH | |
| 3:09-cv-00244 PJH | |
| 3:09-cv-00274 PJH | |
| 3:09-cv-00294 PJH | |
| 3:09-cv-00340 PJH | |
| 3:09-cv-00349 PJH | |
| 3:09-cv-00361 PJH | |
| 3:09-cv-00368 PJH | |
| 3:09-cv-00375 PJH | |
| 3:09-cv-00378 PJH | |
| 3:09-cv-00391 PJH | |
| 3:09-cv-00399 PJH | |
| 3:09-cv-00400 PJH | |
| 3:09-cv-00402 PJH | |
| 3:09-cv-00434 PJH | |
| 3:09-cv-00445 PJH | |
| 3:09-cv-00447 PJH | |
| 3:09-cv-00496 PJH | |
| 3:09-cv-00553 PJH | |
| 3:09-cv-00554 PJH | |
| 3:09-cv-00678 PJH | |
| 3:09-cv-00958 PJH | |
| 3:09-cv-01274 PJH | |
| 3:09-cv-01499 PJH | |
| 3:09-cv-01740 PJH | |
| 3:09-cv-02154 PJH | |
| 3:09-cv-02062 PJH | |
| 3:09-cv-02063 PJH | |
| 3:09-cv-02155 PJH | |
| 3:09-cv-02156 PJH | |
| 3:09-cv-02152 PJH | |
| 3:09-cv-02153 PJH | |
| 3:09-cv-02065 PJH | |
| 3:09-cv-02151 PJH | |
| 3:09-cv-02184 PJH | |
| 3:09-cv-02150 PJH | |
| 3:09-cv-02067 PJH | |
| 3:09-cv-02066 PJH | |

PLEASE TAKE NOTICE that the following Plaintiffs, on behalf of themselves, by and through the undersigned counsel, hereby voluntarily dismiss their claims without prejudice against defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure: Gary Bunker, John Haley, Eric Roslansky, Kevin Simpson (3:09-cv-00002); Michael O'Connor (3:09-cv-00096); Sarah Endzweig (3:09-cv-00111); Christopher Schmitz (3:09-cv-00116); Scott Lynch, Sisto Abeyta, Allison Hancock

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 1 -

1   (3:09-cv-00138); Jonathan Groce, Susan Horowitz (3:09-cv-00139); Armond Faris (3:09-cv-00180);

2   Suzanne Slobodin (3:09-cv-00225); Katherine Anthony, Paul Gottfried (3:09-cv-00236);  Melanie

3   Polk-Stamps (3:09-cv-00244); Richard Sheeler, Jr. (3:09-cv-00274); Cathleen Chapman (3:09-cv-

4   00294); Linda Landels, Antonia Landels (3:09-cv-00340); Sarah Grime (3:09-cv-00349); Douglas

5   Meyer (3:09-cv-00361); Laura Randall (3:09-cv-00368); Frank Hirsch (3:09-cv-00375); Argyre Patras

6   (3:09-cv-00378); James Chatelain (3:09-cv-00391); Tobias Millrood (3:09-cv-00399); Amos Kober

7   (3:09-cv-00400); Margarita Lacabe (3:09-cv-00402); Ranjan Roy (3:09-cv-00434); Brandon Bruno,

8   Paige Gabay (3:09-cv-00445); Ashkun Zaker (3:09-cv-00447); Sanjay Parikh (3:09-cv-00496); Nicole

9   Johnson (3:09-cv-00553); Christine Gannon (3:09-cv-00554); Kimberly Williams (3:09-cv-00678);

10   Alexandra Haddad (3:09-cv-00958); Travis Wiebe (3:09-cv-01274); Gabriel Kra (3:09-cv-01499);

11   Adrienne Belai (3:09-cv-01740);  Robert Touchton (3:09-cv-02154);  Charles Kopera (3:09-cv-02062);

12   Aimee Bowles (3:09-cv-02063); Myles Levin (3:09-cv-02155); Francis Cleary (3:09-cv-02156);

13   Burton Jones (3:09-cv-02152); Katie Hotard (3:09-cv-02153); Paul Michalski, Kathleen Hellevik,

14   Kevin Arendt (3:09-cv-02065); Stefanie Shafeek (3:09-cv-02151); Robert Wagner (3:09-cv-02184);

15   Fernando Ortiz-Cardona (3:09-cv-02150);  Sascha Mayer (3:09-cv-02067); Brandon Walters, Jennifer

16   Walters (3:09-cv-02066); Martha Karatz (docket number not assigned in N.D. Cal. (transferred from

17   the Southern District of Indiana 1:09-cv-00136)); Jane Boynton (docket number not assigned in N.D.

18   Cal. (transferred from New Hampshire 1:09-cv-00026)); Salvadore Christina, Jr. (docket number not

19   assigned in N.D. Cal. (transferred from the Middle District of Louisiana 3:09-cv-00059)).  Each of the

20   Voluntarily Dismissed Plaintiffs' actions have been transferred and consolidated into the *In Re Online*

21   *DVD Antitrust Litigation* Master File No. M:09-CV-2029 PJH.  Defendants have not served an answer

22   or motion for summary judgment to the Voluntarily Dismissed Plaintiffs' complaints.  Defendants

23   have not filed an answer or motion for summary judgment to the Plaintiffs' Consolidated Amended

24   Complaint filed on May 27, 2009 in the Consolidated MDL Proceeding.  The above listed Plaintiffs

25   reserve their rights as absent class members to share in any recovery in this case to which they would

26   otherwise be entitled.  All counsel listed below have assented to the filing of this Notice.  Pursuant to

27

28      NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

the Court's April 30, 2009, "Supplement to Pretrial Order No. 1" (*See* Docket No. 8), Plaintiffs have filed this Notice in the individual docket numbers listed in the caption above, in addition to the Master File docket number.  The following individual dockets can now be closed:

3:09-cv-00096 PJH
3:09-cv-00111 PJH
3:09-cv-00116 PJH
3:09-cv-00139 PJH
3:09-cv-00180 PJH
3:09-cv-00225 PJH
3:09-cv-00236 PJH
3:09-cv-00244 PJH
3:09-cv-00274 PJH
3:09-cv-00294 PJH
3:09-cv-00340 PJH
3:09-cv-00349 PJH
3:09-cv-00361 PJH
3:09-cv-00368 PJH
3:09-cv-00375 PJH
3:09-cv-00378 PJH
3:09-cv-00391 PJH
3:09-cv-00399 PJH
3:09-cv-00400 PJH
3:09-cv-00402 PJH
3:09-cv-00434 PJH
3:09-cv-00445 PJH
3:09-cv-00447 PJH
3:09-cv-00496 PJH
3:09-cv-00553 PJH
3:09-cv-00554 PJH
3:09-cv-00678 PJH
3:09-cv-00958 PJH
3:09-cv-01274 PJH
3:09-cv-01499 PJH
3:09-cv-01740 PJH
3:09-cv-02154 PJH
3:09-cv-02062 PJH
3:09-cv-02063 PJH
3:09-cv-02155 PJH
3:09-cv-02156 PJH
3:09-cv-02152 PJH
3:09-cv-02153 PJH
3:09-cv-02065 PJH
3:09-cv-02151 PJH
3:09-cv-02184 PJH
3:09-cv-02150 PJH
3:09-cv-02067 PJH
3:09-cv-02066 PJH

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1  Dated: June 9, 2009                    Respectfully Submitted,

2

3                                          BY:    /s/ Robert G. Abrams

4                                          Robert G. Abrams
                                           Thomas A. Isaacson
                                           Peter A. Barile III
5                                          HOWREY LLP
                                           1299 Pennsylvania Avenue, N.W.
6                                          Washington, DC 20004
                                           Tel.: (202) 783-0800
7                                          Fax: (202) 383-6610

8                                          Paul Alexander
                                           HOWREY LLP
9                                          1950 University Avenue
                                           East Palo Alto, CA 94303
10                                         Tel.: (650) 798-3500
                                           Fax: (650) 798-3600
11
                                           Emily L. Maxwell
12                                         HOWREY LLP
                                           525 Market Street, Suite 3600
13                                         San Francisco, CA 94105
                                           Tel.: (415) 848-4947
14                                         Fax: (415) 848-4999

15                                         *Counsel for Plaintiffs* (Case Nos. 3:09-cv-00002,
                                           3:09-cv-00096, 3:09-cv-00236, 3:09-cv-00274,
16                                         3:09-cv-00361, 3:09-cv-00553, and 3:09-cv-
                                           00554)
17
                                           ***Lead Class Counsel and Member of the***
18                                         ***Steering Committee for Plaintiffs in MDL No.***
                                           ***2029***
19
                                           *And attests in accordance with General Order*
20                                         *No. 45 X. B. that concurrence in the filing of the*
                                           *document has been obtained from each of the*
21                                         *undersigned counsel:*

22                                         Guido Saveri
                                           R. Alexander Saveri
23                                         Melissa Shapiro
                                           Cadio Zirpoli
24                                         SAVERI & SAVERI, INC.
                                           706 Sansome Street
25                                         San Francisco, CA 94111
                                           Tel.: (415) 217-6810
26                                         Fax: (415) 217-6813

27

28        NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

                                           - 4 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Counsel for Plaintiff* (Case No. 3:09-cv-00349)

***Liaison Class Counsel and Member of the Steering Committee for Plaintiffs in MDL No. 2029***

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Todd A. Seaver
BERMAN DEVALERIO
425 California Street, Suite 2100
San Francisco, CA 94104
Tel.: (415) 433-3200
Fax: (415) 433-6382

Manuel J. Dominguez
BERMAN DEVALERIO
4280 Professional Center Drive, Suite 350
Palm Beach Gardens, FL 33410
Tel: (561) 835-9400
Fax: (561) 835-0322

*Counsel for Plaintiffs* (Case Nos. 3:09-cv-00111, 3:09-cv-00138, and 3:09-cv-00445)

Eugene A. Spector
Jeffrey J. Corrigan
William G. Caldes
Theodore M. Lieverman
Jay S. Cohen
Jonathan M. Jagher
SPECTOR ROSEMAN KODROFF
   & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 496-0300
Fax: (215) 496-6611

*Counsel for Plaintiffs* (Case Nos. 3:09-cv-00096, 3:09-cv-00274, 3:09-cv-00361, 3:09-cv-00553, and 3:09-cv-00554)

H. Laddie Montague, Jr.
Merrill G. Davidoff
David F. Sorensen
Peter Kohn
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel.: (215) 875-3010
Fax: (215) 875-4604

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 5 -

1

2          *Counsel for Plaintiffs* (Case Nos. 3:09-cv-00116)

3          ***Members of the Steering Committee for
           Plaintiffs in MDL No. 2029***

4
           Natalie Finkelman Bennett
5          SHEPHERD, FINKELMAN, MILLER,
           SHAH, LLP
6          35 East State Street
           Media, PA 19063
7          Tel.:  (610) 891-9880
           Fax:  (610) 891-9883
8
           Gary E. Mason
9          Donna F. Solen
           THE MASON LAW FIRM LLP
10         1225 19th Street, N.W., Suite 500
           Washington, DC 20036
11         Tel.:  (202) 429-2290
           Fax:  (202) 429-2294
12
           *Counsel for Plaintiff*
13
           O'Connor v. Walmart.com USA LLC, et al.,
14         Case No. 09-0096 PJH

15         Vahn Alexander
           FARUQI & FARUQI, LLP
16         1901 Avenue of the Stars, 2nd Floor
           Los Angeles, CA 90067
17         Tel.:  (310) 461-1426
           Fax:  (310) 461-1427
18
           Kendall S. Zylstra
19         Richard Schwartz
           FARUQI & FARUQI, LLP
20         2600 Philmont Avenue, Suite 324
           Huntingdon Valley, PA 19006
21         Tel.:  (215) 914-2460
           Fax:  (215) 914-2462
22
           *Counsel for Plaintiff*
23
           Schmitz v. Walmart.com USA LLC, et al., Case
24         No. 09-0116 PJH

25         Daniel A. Small
           Benjamin D. Brown
26         Kit Pierson
           Christopher Cormier
27         COHEN MILSTEIN SELLERS & TOLL PPLC

28         NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

                                          - 6 -

1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Tel.: (202) 838-7797
Fax: (202) 838-7745

*Counsel for Plaintiffs*

Lynch, et al. v. Walmart.com USA LLC, et al.,
Case No. 09-0138 PJH

Bryan L. Clobes
Ellen Meriwether
Timothy Fraser
CAFFERTY FAUCHER LLP
1717 Arch Street, Ste., 3610
Philadelphia, PA 19103

Nyran Rose Pearson
CAFFERTY FAUCHER LLP
30 N. LaSalle Street, Suite 3200
Chicago IL 60602

*Counsel for Plaintiffs*

Groce, et al. v. Netflix, Inc., et al., Case No. 09-0139 PJH

Daniel C. Girard
Elizabeth C. Pritzker
Alex C. Turan
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94104
Tel.: (415) 981-4800
Fax: (415) 981-4846

*Counsel for Plaintiffs*

Groce, et al. v. Netflix, Inc., et al., Case No. 09-0139 PJH
Faris v. Netflix, Inc., et al., Case No. 09-0180 PJH
Polk-Stamps v. Netflix, Inc., et al., Case No. 09-0244 PJH

Kevin Bruce Love
Michael E. Criden
CRIDEN & LOVE, P.A.
7301 S.W. 57 h Court, Suite 515
South Miami, FL 33143

*Counsel for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 7 -

1

2

*Faris v. Netflix, Inc., et al.,* Case No. 09-0180 PJH

3

Robert C. Schubert

4

Willem F. Jonckheer
SCHUBERT JONCKHEER KOLBE &
KRALOWEC LLP

5

Three Embarcadero Center, Suite 1650
San Francisco, CA 94111

6

Tel.:  (415) 788-4220
Fax:  (415) 788-0161

7

*Counsel for Plaintiffs*

8

9

*Slobodin v. Netflix, Inc., et al.,* Case No. 09-0225 PJH

10

*Landels, et al. v. Netflix, Inc., et al.,* Case No. 09-0340 PJH

*James Chatelain v. Netflix, Inc., et al.,* Case No. 09-0391 PJH

11

12

Judith L. Spanier

13

Jill S. Abrams
Natalie Marcus
ABBEY SPANIER RODD & ABRAMS, LLP

14

212 East 39th Street
New York, New York 10016

15

Tel.:  (212) 889-3700
Fax:  (212) 684-5191

16

17

Craig H. Blinderman
MREJEN BLINDERMAN, P.L.

18

701 West Cypress Creek Road, Suite 302
Fort Lauderdale, FL 33309
Tel.:  (954) 771-3740

19

Fax:  (954) 771-3047

20

*Counsel for Plaintiffs*

21

*Anthony, et al. v. Walmart.com USA LLC, et al.,* Case No. 09-0236 PJH

22

23

Mary Jane Fait
Theodore T. Bell
John E. Tangren

24

WOLF HALDENSTEIN ADLER FREEMAN &
HERZ LLC

25

55 West Monroe Street, Suite 1111
Chicago, IL 60603

26

*Counsel for Plaintiff*

27

28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1   Polk-Stamps v. Netflix, Inc., et al., Case No. 09-0244 PJH

2

3   Lee Albert
    Brian Brooks
    Jacqueline Sailer

4   MURRAY, FRANK & SAILER LLP
    275 Madison Avenue, Suite 801

5   New York, New York 10016
    Tel.: (212) 682-1818

6   Fax: (212) 682-1892

7   *Counsel for Plaintiff*

8   Sheeler, Jr. v.  Walmart.com USA LLC, et al., Case No. 09-0274 PJH

9

10  Michael F. Ram
    Erica Craven-Green
    LEVY, RAM & OLSON LLP

11  639 Front Street, 4th Floor
    San Francisco, CA 94111

12  Tel.: (415) 433-4949
    Fax: (415) 433-7311

13

14  *Counsel for Plaintiff*

15  Chapman v. Netflix, Inc., et al., Case No. 09-0294 PJH

16  Guy A. Wilson
    LAW OFFICES OF GUY A. WILSON

17  509 Orchard Street
    Santa Rosa, CA 95404

18  Tel.: (707) 525-1277

19  Roy A. Katriel
    THE KATRIEL LAW FIRM

20  1101 30th Street
    Washington, DC 20007

21  Tel.: (202) 625-4342

22  *Counsel for Plaintiffs*

23  Landels, et al. v. Netflix, Inc., et al., Case No. 09-0340 PJH

24

25  Marc H. Edelson
    EDELSON & ASSOCIATES, LLC
    45 West Court Street

26  Doylestown, PA 18901
    Tel.: (215) 230-8043

27  Fax: (215) 230-8735

28  NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 9 -

1

2

3
*Counsel for Plaintiff*

*Meyer v. Walmart.com USA LLC, et al.,* Case No. 09-0361 PJH

4
Laurence D. King

5
Linda M. Fong
KAPLAN, FOX & KILSHEIMER, LLP
350 Sansome Street

6
Suite 400
San Francisco, CA 94104

7
Tel:  (415) 772-4700
Fax:  (415) 772-4707

8

9
Linda P. Nussbaum
KAPLAN, FOX & KILSHEIMER, LLP
850 Third Ave., 14th Floor

10
New York, NY 10022
Tel:  (212) 680-1980

11
Fax:  (212) 687-7714

12
*Counsel for Plaintiff*

13
*Randall v. Walmart.com USA LLC, et al.,* Case No. 09-0368 PJH

14

15
Douglas A. Millen
FREED KANNER LONDON & MILLEN, LLC
2201 Waukegan Road, Suite 130

16
Bannockburn, IL 60015
Tel.: (224) 632-4500

17
Fax.: (224) 632-4521

18
Harry Shulman

19
THE MILLS LAW FIRM
880 Las Gallinas Avenue, Suite 2
San Rafael, CA 94903

20
Tel.:  415-455-1326
Fax: 415-455-1327

21

22
*Counsel for Plaintiff*

23
*Hirsch v. Netflix, Inc., et al.,* Case No. 09-0375 PJH

24
Mark Warshaw
Jaquelynn Pope

25
WARSHAW & POPE
934 Hermosa Avenue, Suite 14

26
Hermosa Beach, CA 90254
Tel.:  (310) 379-3410

27

28
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1        Edward F. Haber
         SHAPIRO HABER & URMY
2        53 State Street
         Boston, MA 02109
3        Tel.: (617) 439-3939

4        *Counsel for Plaintiff*

5        *James Chatelain v. Netflix, Inc., et al.*, Case No.
         09-0391 PJH
6
         Richard M. Volin
7        Michael McLellan
         FINKELSTEIN THOMPSON LLP
8        1050 30th Street, N.W.
         Washington, DC 20007
9        Tel.: (202) 337-8000
         Fax: (202) 337-8090
10
         Rosemary M. Rivas
11       Mark Punzalan
         FINKELSTEIN THOMPSON LLP
12       100 Bush Street, Suite 1450
         San Francisco, CA 94104
13       Tel.: (415) 398-8700
         Fax: (415) 398-8704
14
         Gordon M. Fauth, Jr.
15       LITIGATION LAW GROUP
         1801 Clement Avenue, Suite 101
16       Alameda, CA 94501
         Tel.: (510) 238-9610
17       Fax: (510) 337-1431

18       *Counsel for Plaintiff*

19       *Patras v. Netflix, Inc., et al.*, Case No. 09-00378
         PJH
20
         Jeff D. Friedman
21       HAGENS BERMAN SOBOL SHAPIRO LLP
         715 Hearst Avenue
22       Berkeley, CA 94710
         Tel.: (510) 725-3000
23       Fax: (510) 725-3100

24       Steve W. Berman
         Anthony D. Shapiro
25       HAGENS BERMAN SOBOL SHAPIRO LLP
         1301 Fifth Avenue, Suite 2900
26       Seattle, WA 98101
         Tel.: (206) 623-7292
27       Fax: (206) 623-0594

28   NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

                                    - 11 -

Gerald J. Rodos
Jeffrey B. Gittleman
Julie B. Palley
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19130
Tel.:  (215) 963-0600
Fax:  (215) 963-0838

Steve R. Basser
BARRACK, RODOS & BACINE
One American Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Tel.:  (619) 230-0800
Fax:  (619) 230-1874

*Counsel for Plaintiff*

Millrood v. Walmart.com USA LLC, et al.  Case No. 09-00399 PJH

Frank J. Johnson
Francis A. Bottini, Jr.
JOHNSON BOTTINI, LLP
655 West Broadway, Suite 1400
San Diego, CA 92101
Tel.:  (619) 230-0063
Fax:  (619) 233-5535

*Counsel for Plaintiff*

Kober v. Walmart.com USA LLC, et al.  Case No. 09-00400 PJH

Joseph Saveri
Michele C. Jackson
Eric B. Fastiff
Andrew S. Kingsdale
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, Suite 3000
San Francisco, CA 94111
Tel.:  (415) 956-1000
Fax:  (415) 956-1008

*Counsel for Plaintiff*

Lacabe v. Walmart.com USA LLC, et al.  Case No. 09-00402 PJH

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

Bruce L. Simon
Jonathan M. Watkins
PEARSON, SIMON, SOTER, WARSHAW &
PENNY, LLP
44 Montgomery Street
Suite 1430
San Francisco, CA 94104
Tel:  (415) 433-9000
Fax:  (415) 433-9008

*Counsel for Plaintiff*

*Roy v. Netflix, Inc. et al. Case No. 09-00434
PJH*

Mindee J. Reuben
WEINSTEIN KITCHENOFF & ASHER, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Tel.:  (215) 545-7200
Fax:  (215) 535-6535

*Counsel for Plaintiffs*

*Bruno, et al. v. Walmart.com USA LLC, et al.
Case No. 09-00445 PJH*

Edward A. Wallace
Kenneth A. Wexler
WEXLER WALLACE, LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
Tel: 312.346.2222
Fax: 312.346.0022

Mark J. Tamblyn
Neha Duggal
WEXLER WALLACE, LLP
455 Capitol Mall, Suite 231
Sacramento, CA 95814
Tel.: 916-492-1100
Fax: 916-492-1124

*Counsel for Plaintiff*

*Zaker v. Netflix, Inc., et al.  Case No. 09-00447
PJH*

Bonny E. Sweeney
David W. Mitchell
COUGHLIN STOIA GELLER RUDMAN &
ROBBINS LLP
655 West Broadway, Suite 1900

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 13 -

1
San Diego, CA 92101
Tel.:  (619) 231-1058

2
Fax:  (619) 231-7423

3
William C. Wright
THE LAW OFFICES OF WILLIAM C.

4
WRIGHT, P.A.
301 Clematis Street, Suite 3000

5
West Palm Beach, FL 33401
Tel.:  (561) 514-0904

6
Fax:  (561) 514-0905

7
*Counsel for Plaintiff*

8
Parikh v. Netflix, Inc., et al.  Case No. 09-00496
PJH

9

Garrett D. Blanchfield

10
REINHARDT, WENDORF & BLANCHFIELD
E1250 First National Bank Building

11
332 Minnesota Street
St. Paul, MN 55101

12
Tel.:  (651) 287-2100
Fax:  (651) 287-2103

13

14
*Counsel for Plaintiff*

Johnson v. Walmart.com USA LLC, et al.  Case

15
No. 09-00553 PJH

16
David P. McLafferty
MCLAFFERTY & ASSOCIATES, P.C.

17
923 Fayette Street
Conshohocken, PA 19428

18
Tel.:  (610) 940-4000
Fax:  (610) 940-4007

19

20
*Counsel for Plaintiff*

Gannon v. Walmart.com USA LLC, et al.  Case

21
No.  09-00554 PJH

22
Dianne M. Nast
Joseph F. Roda

23
Michele S. Burkholder
Daniel N. Gallucci

24
RODANAST, P.C.
801 Estelle Drive

25
Lancaster, Pennsylvania 17601
Telephone: (717) 892-3000

26
Facsimile: (717) 892-1200

27
*Counsel for Plaintiff*

28
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 14 -

1

2   Williams v. Netflix, Inc., et al.  Case No. 09-00678 PJH

3   Edward M. Gergosian
    Robert J. Gralewski
4   William D. Harris
    GERGOSIAN & GRALEWSKI LLP
5   655 West Broadway Suite 1410
    San Diego CA 92101
6   Tel 619-237-9500
    Fax 619-237-9555 fax
7
    *Counsel for Plaintiff*
8
    Haddad v. Netflix, Inc., et al., Case No. 09-00958 PJH
9

10  Matthew Schultz (220641)
    Timothy D. Battin
11  Thomas M. Palumbo
    STRAUS & BOIES, LLP
12  4041 University Drive, 5th Floor
    Fairfax, Virginia  22030
13  Tel:  (703) 764-8700
    Fax: (703) 764-8704
14
    *Counsel for Plaintiff*
15
    Wiebe v. Netflix, Inc., et al., Case No. 09-01274 PJH
16

17  Terry Gross
    Adam C. Belsky
18  Monique Alonso
    GROSS BELSKY ALSONSO LLP
19  180 Montgomery Street, Suite 2200
    San Francisco, CA 94101
20  Tel.:  (415) 544-0200
    Fax:  (415) 544-0201
21
    *Counsel for Plaintiff*
22
    Kra v. Netflix, Inc. et al., Case No. 09-01499 PJH
23

24  Mario N. Alioto
    Lauren C. Russel
25  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
26  2280 Union Street
    San Francisco, CA 94123
27  Tel.:  (415) 563-7200

28  NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1    Fax:  (415) 346-0679

2    Joseph M. Patane
     LAW OFFICE OF JOSEPH M. PATANE
3    2280 Union Street
     San Francisco, CA 94123
4    Tel.:  (415) 563-7200
     Fax:  (415) 346-0679
5
     Sherman Kassof
6    LAW OFFICES OF SHERMAN KASSOF
     954 Risa Road, Suite B
7    Lafayette, CA 94549
     Tel.:  (510) 652-2554
8    Fax:  (510) 652-9308

9    *Counsel for Plaintiff*

10   Belai v. Netflix, Inc. et al., Case No. 09-01740
     PJH
11
     Daniel E. Gustafson
12   Jason S. Kilene
     GUSTAFSON GLUEK PLLC
13   650 Northstar East
     608 Second Avenue South
14   Minneapolis, MN 55402
     (612) 333-8844 office
15   (612) 339-6622 fax

16   Dianne M. Nast
     RODANAST, P.C.
17   801 Estelle Drive
     Lancaster, PA 17601
18   (717) 892-3000 office
     (717) 892-1200 fax
19
     Edward A. Wallace
20   WEXLER WALLACE, LLP
     55 West Monroe Street, Suite 3300
21   Chicago, IL 60603
     (312) 346-2222 office
22   (312) 589-6273 fax

23   *Counsel for Plaintiffs*

24   Michalski, et al. v. Netflix, Inc., et al.,
     Case No. 09-02065
25
     Steve Berman
26   Anthony D. Shapiro
     HAGENS BERMAN SOBOL SHAPIRO LLP
27   1301 Fifth Avenue, Suite 2900

28   NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1      Seattle, WA 98101
       Tel.: (206) 623-7292
2      Fax: (206) 623-0594

3      J. Barton Goplerud
       HUDSON MALLANEY & SHINDLER P.C.
4      5015 Grand Ridge Drive, Suite 100
       West Des Moines, IA 50265
5      Tel.: (515) 223-4567
       Fax: (515) 223-8887
6
       *Counsel for Plaintiffs*
7
       Boynton v. Wal-Mart.com USA LLC, et al.,
8      (transferred from District of New
       Hampshire1:09-cv-00026)
9
       Mayer v. Wal-Mart.com USA LLC, et al.,
10     Case No .09-02067

11     Stephen R. Fine
       LAW OFFICES OF STEPHEN R. FINE
12     620 Chestnut Street
       Manchester, NH 03104
13     Tel.: (603) 668-2343
       Fax: (603) 626-0408
14
       *Counsel for Plaintiff*
15
       Boynton v. Wal-Mart.com USA LLC, et al.,
16     (transferred from District of New
       Hampshire1:09-cv-00026)
17
       Dennis J. Johnson
18     JOHNSON & PERKINSON
       1690 Williston Road
19     South Burlington, VT 05403
       Tel.: (802) 862-0030
20     Fax: (802) 862-0060

21     *Counsel for Plaintiff*

22     Mayer v. Wal-Mart.com USA LLC, et al.,
       Case No. 09-02067
23
       Daniel E. Becnel, Jr.
24     BECNEL LAW FIRM
       Nghana Lewis Gauff
25     Matthew B. Moreland
       P.O. Drawer H
26     Reserve, LA 70084
       (985) 536-1186 office
27     (985) 536-6445 fax

28     NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

                                    - 17 -

1

2                                                    *Counsel for Plaintiffs*

3                                                    *Christina v. Netflix, Inc., et al.,*
                                                     (transferred from Middle District of Louisiana
                                                     3:09-cv-00059)
4
                                                     *Hotard v. Netflix, Inc., et al.,*
5                                                    Case No. 09- 02153

6                                                    John R. Wylie
                                                     FUTTERMAN HOWARD WATKINS WYLIE
7                                                    & ASHLEY, CHTD.
                                                     122 S. Michigan Avenue, Suite 1850
8                                                    Chicago, IL 60603
                                                     (312) 427-3600 office
9                                                    (312) 427-1850 fax

10                                                   *Counsel for Plaintiff*

11                                                   *Levin v. Wal-Mart.com USA LLC, et al.,*
                                                     Case No. 09-02155
12
                                                     Archie C. Lamb, Jr.
13                                                   THE LAMB FIRM, LLC
                                                     P.O. Box 2088
14                                                   Birmingham, AL 35201
                                                     (205) 324-4644 office
15                                                   (205) 324-4649 fax

16                                                   *Counsel for Plaintiff*

17                                                   *Touchton v. Netflix, Inc., et al.,*
                                                     Case No. 09-02154
18
                                                     E. Kirk Wood, Jr.
19                                                   WOOD LAW FIRM, LLC
                                                     P.O. Box 382434
20                                                   Birmingham, AL 35238
                                                     (205) 612-0243 office
21                                                   (205) 705-1223 fax

22                                                   *Counsel for Plaintiff*

23                                                   *Kopera v. Netflix, Inc., et al.,*
                                                     Case No.09-02062
24
                                                     Harry F. Bell, Jr.
25                                                   William L. Bands, Jr.
                                                     BELL & BANDS, PLLC
26                                                   P.O. Box 1723
                                                     Charleston, West Virginia 25326
27                                                   (304) 345-1700 office

28       NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

                                          - 18 -

1   (304) 344-1956 fax

2   *Counsel for Plaintiff*

3   Walters, et al. v. Netflix, Inc., et al.,
    Case No. 09-02066

4

5   Irwin B. Levin
    Richard E. Shevitz
    Eric S. Pavlack

6   COHEN & MALAD, LLP
    One Indiana Square, Suite 1400

7   Indianapolis, IN 46204
    Tel.: (317) 636-6481

8   Fax: (317) 636-2593

9   *Counsel for Plaintiff*

10  Karatz v. Netflix, Inc., et al.,
    (transferred from Southern District of Indiana

11  1:09-cv-00136)

12  Michael Goetz
    MORGAN & MORGAN, P.A.

13  One Tampa City Center, Suite 700
    Tampa, FL 33602

14  (813) 223-5505 office
    (813) 223-5402 fax

15

16  Scott W. Weinstein
    MORGAN & MORGAN, P.A.

17  One University Park
    12800 University Drive

18  Fort Myers, FL 33906
    (239) 433-6880 office

19  (239) 433-6836 fax

20  *Counsel for Plaintiff*

21  Bowles v. Netflix, Inc., et al.,
    Case No. 09-02063

22  Andres F. Alonso
    Jerrold S. Parker

23  David B. Krangle
    PARKER WAICHMAN ALONSO LLP

24  111 Great Neck Road, Suite 101
    Great Neck, NY 11021

25  (516) 466-6500 office
    (516) 466-6665 fax

26

27  *Counsel for Plaintiff*

28  NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

Shafeek v. Netflix, Inc., et al.,
Case No. 09-02151

W. Mark Lanier
Richard D. Meadow
Evan M. Janush
THE LANIER LAW FIRM, PLLC
126 E. 56th Street, 6th Floor
New York, NY 10022
(212) 421-2800 office
(212) 421-2878 fax

David W. Zoll
Michelle L. Kranz
ZOLL, KRANZ & BORGESS, LLC
6620 W. Central Avenue, Suite 200
Toledo, OH 43617
(419) 841-9623 office
(419) 841-9719 fax

*Counsel for Plaintiff*

Wagner v. Netflix, Inc., et al.,
Case No. 09-02184

Joseph P. Danis
Michael J. Flannery
Corey D. Sullivan
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
(314) 725-7700 office
(314) 721-0905 fax

*Counsel for Plaintiff*

Jones v. Netflix, Inc., et al.,
Case No. 09-02152

Eric M. Quetglas Jordan
QUETGLAS LAW OFFICES
P.O. Box 16606
San Juan, PR 00908
(787) 722-0635 office
(787) 725-3970 fax

*Counsel for Plaintiff*

Ortiz-Cardona v. Netflix, Inc., et al.,
Case No. 09-02150

Robert M. Foote
Matthew Herman

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 20 -

1                                                   Stephen Fung

FOOTE, MEYERS, MIELKE & FLOWERS, LLC

28 North First Street, Suite 2

Geneva, IL 60134

(630) 232-6333 office

(630) 845-8982 fax

Peter Currie

THE LAW FIRM OF PETER L. CURRIE, P.C.

536 Wing Lane

Saint Charles, IL 60174

(630) 862-1130 office

(630) 845-8982 fax

Kathleen C. Chavez

CHAVEZ LAW FIRM, P.C.

28 North First Street, Suite 2

Geneva, IL 60134

Tel.:  (630) 232-4480

Fax:  (630) 845-8982

*Counsel for Plaintiff*

Cleary v. Wal-Mart.com USA LLC, et al.,

Case No. 09-02156

***Additional Counsel for Plaintiffs***

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 21 -