1  Robert G. Abrams
   Thomas A. Isaacson
2  Peter A. Barile III
   HOWREY LLP
3  1299 Pennsylvania Avenue, N.W.
   Washington, DC 20004
4  Tel.: (202) 783-0800
   Fax: (202) 383-6610
5  abramsr@howrey.com
   isaacsont@howrey.com
6  barilep@howrey.com

7  Paul Alexander
   HOWREY LLP
8  1950 University Avenue                    Guido Saveri
   East Palo Alto, CA 94303                  R. Alexander Saveri
9  Tel.: (650) 798-3500                      Melissa Shapiro
   Fax: (650) 798-3600                       Cadio Zirpoli
10 alexanderp@howrey.com                     SAVERI & SAVERI, INC.
                                             706 Sansome Street
11 Emily L. Maxwell                          San Francisco, CA 94111
   HOWREY LLP                                Tel.: (415) 217-6810
12 525 Market Street, Suite 3600             Fax: (415) 217-6813
   San Francisco, CA 94105                   guido@saveri.com
13 Tel.: (415) 848-4947                      rick@saveri.com
   Fax: (415) 848-4999                       melissa@saveri.com
14 maxwelle@howrey.com                       cadio@saveri.com

15 *Lead Class Counsel*                      *Liaison Class Counsel*
   *Member of the Steering Committee for*    *Member of the Steering Committee for Plaintiffs*
16 *Plaintiffs in MDL No. 2029*              *in MDL No. 2029*

17

18              **UNITED STATES DISTRICT COURT**

19             **NORTHERN DISTRICT OF CALIFORNIA**

20

21 | **IN RE ONLINE DVD RENTAL** | **Master File No. M:09-CV-2029 PJH** |
   | **ANTITRUST LITIGATION** | |
22 | | **MDL No. 2029** |
23 | | **Hon. Phyllis J. Hamilton** |
24 | **This document relates to:** | **NOTICE OF VOLUNTARY DISMISSAL** |
25 | | **WITHOUT PREJUDICE AS TO CERTAIN** |
   | 3:09-cv-00002 PJH | **PLAINTIFFS** AND ORDER |
26 | 3:09-cv-00096 PJH | |
   | 3:09-cv-00111 PJH | |
27 | 3:09-cv-00116 PJH | |
   | 3:09-cv-00138 PJH | |
28 | 3:09-cv-00139 PJH | |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

| | |
|---|---|
| 3:09-cv-00180 PJH | |
| 3:09-cv-00225 PJH | |
| 3:09-cv-00236 PJH | |
| 3:09-cv-00244 PJH | |
| 3:09-cv-00274 PJH | |
| 3:09-cv-00294 PJH | |
| 3:09-cv-00340 PJH | |
| 3:09-cv-00349 PJH | |
| 3:09-cv-00361 PJH | |
| 3:09-cv-00368 PJH | |
| 3:09-cv-00375 PJH | |
| 3:09-cv-00378 PJH | |
| 3:09-cv-00391 PJH | |
| 3:09-cv-00399 PJH | |
| 3:09-cv-00400 PJH | |
| 3:09-cv-00402 PJH | |
| 3:09-cv-00434 PJH | |
| 3:09-cv-00445 PJH | |
| 3:09-cv-00447 PJH | |
| 3:09-cv-00496 PJH | |
| 3:09-cv-00553 PJH | |
| 3:09-cv-00554 PJH | |
| 3:09-cv-00678 PJH | |
| 3:09-cv-00958 PJH | |
| 3:09-cv-01274 PJH | |
| 3:09-cv-01499 PJH | |
| 3:09-cv-01740 PJH | |
| 3:09-cv-02154 PJH | |
| 3:09-cv-02062 PJH | |
| 3:09-cv-02063 PJH | |
| 3:09-cv-02155 PJH | |
| 3:09-cv-02156 PJH | |
| 3:09-cv-02152 PJH | |
| 3:09-cv-02153 PJH | |
| 3:09-cv-02065 PJH | |
| 3:09-cv-02151 PJH | |
| 3:09-cv-02184 PJH | |
| 3:09-cv-02150 PJH | |
| 3:09-cv-02067 PJH | |
| 3:09-cv-02066 PJH | |

PLEASE TAKE NOTICE that the following Plaintiffs, on behalf of themselves, by and through the undersigned counsel, hereby voluntarily dismiss their claims without prejudice against defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure: Gary Bunker, John Haley, Eric Roslansky, Kevin Simpson (3:09-cv-00002); Michael O'Connor (3:09-cv-00096); Sarah Endzweig (3:09-cv-00111); Christopher Schmitz (3:09-cv-00116); Scott Lynch, Sisto Abeyta, Allison Hancock

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 1 -

1   (3:09-cv-00138); Jonathan Groce, Susan Horowitz (3:09-cv-00139); Armond Faris (3:09-cv-00180);

2   Suzanne Slobodin (3:09-cv-00225); Katherine Anthony, Paul Gottfried (3:09-cv-00236);  Melanie

3   Polk-Stamps (3:09-cv-00244); Richard Sheeler, Jr. (3:09-cv-00274); Cathleen Chapman (3:09-cv-

4   00294); Linda Landels, Antonia Landels (3:09-cv-00340); Sarah Grime (3:09-cv-00349); Douglas

5   Meyer (3:09-cv-00361); Laura Randall (3:09-cv-00368); Frank Hirsch (3:09-cv-00375); Argyre Patras

6   (3:09-cv-00378); James Chatelain (3:09-cv-00391); Tobias Millrood (3:09-cv-00399); Amos Kober

7   (3:09-cv-00400); Margarita Lacabe (3:09-cv-00402); Ranjan Roy (3:09-cv-00434); Brandon Bruno,

8   Paige Gabay (3:09-cv-00445); Ashkun Zaker (3:09-cv-00447); Sanjay Parikh (3:09-cv-00496); Nicole

9   Johnson (3:09-cv-00553); Christine Gannon (3:09-cv-00554); Kimberly Williams (3:09-cv-00678);

10  Alexandra Haddad (3:09-cv-00958); Travis Wiebe (3:09-cv-01274); Gabriel Kra (3:09-cv-01499);

11  Adrienne Belai (3:09-cv-01740);  Robert Touchton (3:09-cv-02154);  Charles Kopera (3:09-cv-02062);

12  Aimee Bowles (3:09-cv-02063); Myles Levin (3:09-cv-02155); Francis Cleary (3:09-cv-02156);

13  Burton Jones (3:09-cv-02152); Katie Hotard (3:09-cv-02153); Paul Michalski, Kathleen Hellevik,

14  Kevin Arendt (3:09-cv-02065); Stefanie Shafeek (3:09-cv-02151); Robert Wagner (3:09-cv-02184);

15  Fernando Ortiz-Cardona (3:09-cv-02150);  Sascha Mayer (3:09-cv-02067); Brandon Walters, Jennifer

16  Walters (3:09-cv-02066); Martha Karatz (docket number not assigned in N.D. Cal. (transferred from

17  the Southern District of Indiana 1:09-cv-00136)); Jane Boynton (docket number not assigned in N.D.

18  Cal. (transferred from New Hampshire 1:09-cv-00026)); Salvadore Christina, Jr. (docket number not

19  assigned in N.D. Cal. (transferred from the Middle District of Louisiana 3:09-cv-00059)).  Each of the

20  Voluntarily Dismissed Plaintiffs' actions have been transferred and consolidated into the *In Re Online*

21  *DVD Antitrust Litigation* Master File No. M:09-CV-2029 PJH.  Defendants have not served an answer

22  or motion for summary judgment to the Voluntarily Dismissed Plaintiffs' complaints.  Defendants

23  have not filed an answer or motion for summary judgment to the Plaintiffs' Consolidated Amended

24  Complaint filed on May 27, 2009 in the Consolidated MDL Proceeding.  The above listed Plaintiffs

25  reserve their rights as absent class members to share in any recovery in this case to which they would

26  otherwise be entitled.  All counsel listed below have assented to the filing of this Notice.  Pursuant to

27

28      NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1  the Court's April 30, 2009, "Supplement to Pretrial Order No. 1" (*See* Docket No. 8), Plaintiffs have

2  filed this Notice in the individual docket numbers listed in the caption above, in addition to the Master

3  File docket number.  The following individual dockets can now be closed:

4

5  3:09-cv-00096 PJH
   3:09-cv-00111 PJH
6  3:09-cv-00116 PJH
   3:09-cv-00139 PJH
7  3:09-cv-00180 PJH
   3:09-cv-00225 PJH
8  3:09-cv-00236 PJH
   3:09-cv-00244 PJH
9  3:09-cv-00274 PJH
   3:09-cv-00294 PJH
10 3:09-cv-00340 PJH
   3:09-cv-00349 PJH
11 3:09-cv-00361 PJH
   3:09-cv-00368 PJH
12 3:09-cv-00375 PJH
   3:09-cv-00378 PJH
13 3:09-cv-00391 PJH
   3:09-cv-00399 PJH
14 3:09-cv-00400 PJH
   3:09-cv-00402 PJH
15 3:09-cv-00434 PJH
   3:09-cv-00445 PJH
16 3:09-cv-00447 PJH
   3:09-cv-00496 PJH
17 3:09-cv-00553 PJH
   3:09-cv-00554 PJH
18 3:09-cv-00678 PJH
   3:09-cv-00958 PJH
19 3:09-cv-01274 PJH
   3:09-cv-01499 PJH
20 3:09-cv-01740 PJH
   3:09-cv-02154 PJH
21 3:09-cv-02062 PJH
   3:09-cv-02063 PJH
22 3:09-cv-02155 PJH
   3:09-cv-02156 PJH
23 3:09-cv-02152 PJH
   3:09-cv-02153 PJH
24 3:09-cv-02065 PJH
   3:09-cv-02151 PJH
25 3:09-cv-02184 PJH
   3:09-cv-02150 PJH
26 3:09-cv-02067 PJH
   3:09-cv-02066 PJH

27

28       NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

Dated: June 9, 2009

Respectfully Submitted,

BY:   /s/ Robert G. Abrams

Robert G. Abrams
Thomas A. Isaacson
Peter A. Barile III
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 783-0800
Fax: (202) 383-6610

Paul Alexander
HOWREY LLP
1950 University Avenue
East Palo Alto, CA 94303
Tel.: (650) 798-3500
Fax: (650) 798-3600

Emily L. Maxwell
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Tel.: (415) 848-4947
Fax: (415) 848-4999

*Counsel for Plaintiffs* (Case Nos. 3:09-cv-00002, 3:09-cv-00096, 3:09-cv-00236, 3:09-cv-00274, 3:09-cv-00361, 3:09-cv-00553, and 3:09-cv-00554)

***Lead Class Counsel and Member of the Steering Committee for Plaintiffs in MDL No. 2029***

*And attests in accordance with General Order No. 45 X. B. that concurrence in the filing of the document has been obtained from each of the undersigned counsel:*

Guido Saveri
R. Alexander Saveri
Melissa Shapiro
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Tel.: (415) 217-6810
Fax: (415) 217-6813

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 4 -

1

2
*Counsel for Plaintiff* (Case No. 3:09-cv-00349)

3
**Liaison Class Counsel and Member of the
Steering Committee for Plaintiffs in MDL No.
2029**

4

5
Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger

6
Todd A. Seaver
BERMAN DEVALERIO

7
425 California Street, Suite 2100
San Francisco, CA 94104

8
Tel.:  (415) 433-3200
Fax:  (415) 433-6382

9
Manuel J. Dominguez

10
BERMAN DEVALERIO
4280 Professional Center Drive, Suite 350

11
Palm Beach Gardens, FL 33410
Tel: (561) 835-9400

12
Fax: (561) 835-0322

13
*Counsel for Plaintiffs* (Case Nos. 3:09-cv-00111,
3:09-cv-00138, and 3:09-cv-00445)

14
Eugene A. Spector

15
Jeffrey J. Corrigan
William G. Caldes

16
Theodore M. Lieverman
Jay S. Cohen

17
Jonathan M. Jagher
SPECTOR ROSEMAN KODROFF

18
   & WILLIS, P.C.
1818 Market Street, Suite 2500

19
Philadelphia, PA 19103
Tel.:  (215) 496-0300

20
Fax:  (215) 496-6611

21
*Counsel for Plaintiffs* (Case Nos. 3:09-cv-00096,
3:09-cv-00274, 3:09-cv-00361, 3:09-cv-00553,
and 3:09-cv-00554)

22

23
H. Laddie Montague, Jr.
Merrill G. Davidoff

24
David F. Sorensen
Peter Kohn

25
BERGER & MONTAGUE, P.C.
1622 Locust Street

26
Philadelphia, PA 19103
Tel.:  (215) 875-3010

27
Fax:  (215) 875-4604

28
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 5 -

1

2    *Counsel for Plaintiffs* (Case Nos. 3:09-cv-00116)

3    ***Members of the Steering Committee for
      Plaintiffs in MDL No. 2029***

4
     Natalie Finkelman Bennett
5    SHEPHERD, FINKELMAN, MILLER,
     SHAH, LLP
6    35 East State Street
     Media, PA 19063
7    Tel.:  (610) 891-9880
     Fax:  (610) 891-9883
8
     Gary E. Mason
9    Donna F. Solen
     THE MASON LAW FIRM LLP
10   1225 19th Street, N.W., Suite 500
     Washington, DC 20036
11   Tel.:  (202) 429-2290
     Fax:  (202) 429-2294
12
     *Counsel for Plaintiff*
13
     O'Connor v. Walmart.com USA LLC, et al.,
14   Case No. 09-0096 PJH

15   Vahn Alexander
     FARUQI & FARUQI, LLP
16   1901 Avenue of the Stars, 2nd Floor
     Los Angeles, CA 90067
17   Tel.:  (310) 461-1426
     Fax:  (310) 461-1427
18
     Kendall S. Zylstra
19   Richard Schwartz
     FARUQI & FARUQI, LLP
20   2600 Philmont Avenue, Suite 324
     Huntingdon Valley, PA 19006
21   Tel.:  (215) 914-2460
     Fax:  (215) 914-2462
22
     *Counsel for Plaintiff*
23
     Schmitz v. Walmart.com USA LLC, et al., Case
24   No. 09-0116 PJH

25   Daniel A. Small
     Benjamin D. Brown
26   Kit Pierson
     Christopher Cormier
27   COHEN MILSTEIN SELLERS & TOLL PPLC

28   NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1                                     1100 New York Avenue, N.W.
                                        Suite 500, West Tower

2                                     Washington, DC 20005
                                    Tel.:  (202) 838-7797

3                                     Fax:  (202) 838-7745

4                                     *Counsel for Plaintiffs*

5                                     Lynch, et al. v. Walmart.com USA LLC, et al.,
                                    Case No. 09-0138 PJH

6

7                                     Bryan L. Clobes
                                    Ellen Meriwether
                                    Timothy Fraser

8                                     CAFFERTY FAUCHER LLP
                                    1717 Arch Street, Ste., 3610

9                                     Philadelphia, PA 19103

10                                     Nyran Rose Pearson
                                    CAFFERTY FAUCHER LLP

11                                     30 N. LaSalle Street, Suite 3200
                                    Chicago IL 60602

12

13                                     *Counsel for Plaintiffs*

14                                     Groce, et al. v. Netflix, Inc., et al., Case No. 09-0139 PJH

15                                     Daniel C. Girard
                                    Elizabeth C. Pritzker

16                                     Alex C. Turan
                                    GIRARD GIBBS LLP

17                                     601 California Street, Suite 1400
                                    San Francisco, CA 94104

18                                     Tel.:  (415) 981-4800
                                    Fax:  (415) 981-4846

19

20                                     *Counsel for Plaintiffs*

21                                     Groce, et al. v. Netflix, Inc., et al., Case No. 09-0139 PJH
                                    Faris v. Netflix, Inc., et al., Case No. 09-0180

22                                     PJH
                                    Polk-Stamps v. Netflix, Inc., et al., Case No. 09-0244 PJH

23

24                                     Kevin Bruce Love
                                    Michael E. Criden

25                                     CRIDEN & LOVE, P.A.
                                    7301 S.W. 57 h Court, Suite 515

26                                     South Miami, FL 33143

27                                     *Counsel for Plaintiff*

28     NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1                 Faris v. Netflix, Inc., et al., Case No. 09-0180

2                 PJH

3                 Robert C. Schubert

                  Willem F. Jonckheer

4                 SCHUBERT JONCKHEER KOLBE &

                  KRALOWEC LLP

5                 Three Embarcadero Center, Suite 1650

                  San Francisco, CA 94111

6                 Tel.:  (415) 788-4220

                  Fax:  (415) 788-0161

7

8                 *Counsel for Plaintiffs*

9                 Slobodin v. Netflix, Inc., et al., Case No. 09-

                  0225 PJH

10                Landels, et al. v. Netflix, Inc., et al., Case No.

                  09-0340 PJH

11               James Chatelain v. Netflix, Inc., et al., Case No.

                  09-0391 PJH

12                Judith L. Spanier

                  Jill S. Abrams

13               Natalie Marcus

                  ABBEY SPANIER RODD & ABRAMS, LLP

14               212 East 39th Street

                  New York, New York 10016

15               Tel.:  (212) 889-3700

                  Fax:  (212) 684-5191

16

17               Craig H. Blinderman

                  MREJEN BLINDERMAN, P.L.

18               701 West Cypress Creek Road, Suite 302

                  Fort Lauderdale, FL 33309

19               Tel.:  (954) 771-3740

                  Fax:  (954) 771-3047

20               *Counsel for Plaintiffs*

21               Anthony, et al. v. Walmart.com USA LLC, et al.,

                  Case No. 09-0236 PJH

22

23               Mary Jane Fait

                  Theodore T. Bell

                  John E. Tangren

24               WOLF HALDENSTEIN ADLER FREEMAN &

                  HERZ LLC

25               55 West Monroe Street, Suite 1111

                  Chicago, IL 60603

26

27               *Counsel for Plaintiff*

28        NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1    Polk-Stamps v. Netflix, Inc., et al., Case No. 09-0244 PJH

2

3    Lee Albert
     Brian Brooks
     Jacqueline Sailer
4    MURRAY, FRANK & SAILER LLP
     275 Madison Avenue, Suite 801
5    New York, New York 10016
     Tel.:  (212) 682-1818
6    Fax:  (212) 682-1892

7    *Counsel for Plaintiff*

8    Sheeler, Jr. v.  Walmart.com USA LLC, et al., Case No. 09-0274 PJH

9

10   Michael F. Ram
     Erica Craven-Green
     LEVY, RAM & OLSON LLP
11   639 Front Street, 4th Floor
     San Francisco, CA 94111
12   Tel.:  (415) 433-4949
     Fax:  (415) 433-7311

13

14   *Counsel for Plaintiff*

15   Chapman v. Netflix, Inc., et al., Case No. 09-0294 PJH

16   Guy A. Wilson
     LAW OFFICES OF GUY A. WILSON
17   509 Orchard Street
     Santa Rosa, CA 95404
18   Tel.:  (707) 525-1277

19   Roy A. Katriel
     THE KATRIEL LAW FIRM
20   1101 30th Street
     Washington, DC 20007
21   Tel.:  (202) 625-4342

22   *Counsel for Plaintiffs*

23   Landels, et al. v. Netflix, Inc., et al., Case No. 09-0340 PJH

24

25   Marc H. Edelson
     EDELSON & ASSOCIATES, LLC
     45 West Court Street
26   Doylestown, PA 18901
     Tel.:  (215) 230-8043
27   Fax:  (215) 230-8735

28   NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Counsel for Plaintiff*

*Meyer v. Walmart.com USA LLC, et al.*, Case No. 09-0361 PJH

Laurence D. King
Linda M. Fong
KAPLAN, FOX & KILSHEIMER, LLP
350 Sansome Street
Suite 400
San Francisco, CA 94104
Tel:  (415) 772-4700
Fax:  (415) 772-4707

Linda P. Nussbaum
KAPLAN, FOX & KILSHEIMER, LLP
850 Third Ave., 14th Floor
New York, NY 10022
Tel:  (212) 680-1980
Fax:  (212) 687-7714

*Counsel for Plaintiff*

*Randall v. Walmart.com USA LLC, et al.*, Case No. 09-0368 PJH

Douglas A. Millen
FREED KANNER LONDON & MILLEN, LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel.: (224) 632-4500
Fax.: (224) 632-4521

Harry Shulman
THE MILLS LAW FIRM
880 Las Gallinas Avenue, Suite 2
San Rafael, CA 94903
Tel.:  415-455-1326
Fax: 415-455-1327

*Counsel for Plaintiff*

*Hirsch v. Netflix, Inc., et al.*, Case No. 09-0375 PJH

Mark Warshaw
Jaquelynn Pope
WARSHAW & POPE
934 Hermosa Avenue, Suite 14
Hermosa Beach, CA 90254
Tel.:  (310) 379-3410

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

Edward F. Haber
SHAPIRO HABER & URMY
53 State Street
Boston, MA 02109
Tel.: (617) 439-3939

*Counsel for Plaintiff*

James Chatelain v. Netflix, Inc., et al., Case No.
09-0391 PJH

Richard M. Volin
Michael McLellan
FINKELSTEIN THOMPSON LLP
1050 30th Street, N.W.
Washington, DC 20007
Tel.: (202) 337-8000
Fax: (202) 337-8090

Rosemary M. Rivas
Mark Punzalan
FINKELSTEIN THOMPSON LLP
100 Bush Street, Suite 1450
San Francisco, CA 94104
Tel.: (415) 398-8700
Fax: (415) 398-8704

Gordon M. Fauth, Jr.
LITIGATION LAW GROUP
1801 Clement Avenue, Suite 101
Alameda, CA 94501
Tel.: (510) 238-9610
Fax: (510) 337-1431

*Counsel for Plaintiff*

Patras v. Netflix, Inc., et al., Case No. 09-00378
PJH

Jeff D. Friedman
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue
Berkeley, CA 94710
Tel.: (510) 725-3000
Fax: (510) 725-3100

Steve W. Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 11 -

Gerald J. Rodos
Jeffrey B. Gittleman
Julie B. Palley
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19130
Tel.:  (215) 963-0600
Fax:  (215) 963-0838

Steve R. Basser
BARRACK, RODOS & BACINE
One American Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Tel.:  (619) 230-0800
Fax:  (619) 230-1874

*Counsel for Plaintiff*

Millrood v. Walmart.com USA LLC, et al.  Case No. 09-00399 PJH

Frank J. Johnson
Francis A. Bottini, Jr.
JOHNSON BOTTINI, LLP
655 West Broadway, Suite 1400
San Diego, CA 92101
Tel.:  (619) 230-0063
Fax:  (619) 233-5535

*Counsel for Plaintiff*

Kober v. Walmart.com USA LLC, et al.  Case No. 09-00400 PJH

Joseph Saveri
Michele C. Jackson
Eric B. Fastiff
Andrew S. Kingsdale
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, Suite 3000
San Francisco, CA 94111
Tel.:  (415) 956-1000
Fax:  (415) 956-1008

*Counsel for Plaintiff*

Lacabe v. Walmart.com USA LLC, et al.  Case No. 09-00402 PJH

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

| | |
|---|---|
| 1 | Bruce L. Simon |
| | Jonathan M. Watkins |
| 2 | PEARSON, SIMON, SOTER, WARSHAW & |
| | PENNY, LLP |
| 3 | 44 Montgomery Street |
| | Suite 1430 |
| 4 | San Francisco, CA 94104 |
| | Tel:  (415) 433-9000 |
| 5 | Fax:  (415) 433-9008 |
| 6 | *Counsel for Plaintiff* |
| 7 | Roy v. Netflix, Inc. et al. Case No. 09-00434 |
| | PJH |
| 8 | |
| 9 | Mindee J. Reuben |
| | WEINSTEIN KITCHENOFF & ASHER, LLC |
| 10 | 1845 Walnut Street, Suite 1100 |
| | Philadelphia, PA 19103 |
| 11 | Tel.:  (215) 545-7200 |
| | Fax:  (215) 535-6535 |
| 12 | *Counsel for Plaintiffs* |
| 13 | Bruno, et al. v. Walmart.com USA LLC, et al. |
| | Case No. 09-00445 PJH |
| 14 | |
| 15 | Edward A. Wallace |
| | Kenneth A. Wexler |
| 16 | WEXLER WALLACE, LLP |
| | 55 West Monroe Street, Suite 3300 |
| 17 | Chicago, IL 60603 |
| | Tel: 312.346.2222 |
| 18 | Fax: 312.346.0022 |
| 19 | Mark J. Tamblyn |
| | Neha Duggal |
| 20 | WEXLER WALLACE, LLP |
| | 455 Capitol Mall, Suite 231 |
| 21 | Sacramento, CA 95814 |
| | Tel.: 916-492-1100 |
| 22 | Fax: 916-492-1124 |
| 23 | *Counsel for Plaintiff* |
| 24 | Zaker v. Netflix, Inc., et al.  Case No. 09-00447 |
| | PJH |
| 25 | Bonny E. Sweeney |
| | David W. Mitchell |
| 26 | COUGHLIN STOIA GELLER RUDMAN & |
| | ROBBINS LLP |
| 27 | 655 West Broadway, Suite 1900 |
| 28 | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS |

- 13 -

San Diego, CA 92101
Tel.:  (619) 231-1058
Fax:  (619) 231-7423

William C. Wright
THE LAW OFFICES OF WILLIAM C.
WRIGHT, P.A.
301 Clematis Street, Suite 3000
West Palm Beach, FL 33401
Tel.:  (561) 514-0904
Fax:  (561) 514-0905

*Counsel for Plaintiff*

Parikh v. Netflix, Inc., et al.  Case No. 09-00496
PJH

Garrett D. Blanchfield
REINHARDT, WENDORF & BLANCHFIELD
E1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Tel.:  (651) 287-2100
Fax:  (651) 287-2103

*Counsel for Plaintiff*

Johnson v. Walmart.com USA LLC, et al.  Case
No. 09-00553 PJH

David P. McLafferty
MCLAFFERTY & ASSOCIATES, P.C.
923 Fayette Street
Conshohocken, PA 19428
Tel.:  (610) 940-4000
Fax:  (610) 940-4007

*Counsel for Plaintiff*

Gannon v. Walmart.com USA LLC, et al.  Case
No.  09-00554 PJH

Dianne M. Nast
Joseph F. Roda
Michele S. Burkholder
Daniel N. Gallucci
RODANAST, P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601
Telephone: (717) 892-3000
Facsimile: (717) 892-1200

*Counsel for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 14 -

1
2
Williams v. Netflix, Inc., et al.  Case No. 09-00678 PJH

3
4
5
6
Edward M. Gergosian
Robert J. Gralewski
William D. Harris
GERGOSIAN & GRALEWSKI LLP
655 West Broadway Suite 1410
San Diego CA 92101
Tel 619-237-9500
Fax 619-237-9555 fax

7
*Counsel for Plaintiff*

8
9
Haddad v. Netflix, Inc., et al., Case No. 09-00958 PJH

10
11
12
13
Matthew Schultz (220641)
Timothy D. Battin
Thomas M. Palumbo
STRAUS & BOIES, LLP
4041 University Drive, 5th Floor
Fairfax, Virginia  22030
Tel:  (703) 764-8700
Fax: (703) 764-8704

14
*Counsel for Plaintiff*

15
16
Wiebe v. Netflix, Inc., et al., Case No. 09-01274 PJH

17
18
19
20
Terry Gross
Adam C. Belsky
Monique Alonso
GROSS BELSKY ALSONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, CA 94101
Tel.:  (415) 544-0200
Fax:  (415) 544-0201

21
*Counsel for Plaintiff*

22
23
Kra v. Netflix, Inc. et al., Case No. 09-01499 PJH

24
25
26
27
Mario N. Alioto
Lauren C. Russel
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Tel.:  (415) 563-7200

28
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

Fax:  (415) 346-0679

Joseph M. Patane
LAW OFFICE OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Tel.:  (415) 563-7200
Fax:  (415) 346-0679

Sherman Kassof
LAW OFFICES OF SHERMAN KASSOF
954 Risa Road, Suite B
Lafayette, CA 94549
Tel.:  (510) 652-2554
Fax:  (510) 652-9308

*Counsel for Plaintiff*

Belai v. Netflix, Inc. et al., Case No. 09-01740
PJH

Daniel E. Gustafson
Jason S. Kilene
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
(612) 333-8844 office
(612) 339-6622 fax

Dianne M. Nast
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000 office
(717) 892-1200 fax

Edward A. Wallace
WEXLER WALLACE, LLP
55 West Monroe Street, Suite 3300
Chicago, IL 60603
(312) 346-2222 office
(312) 589-6273 fax

*Counsel for Plaintiffs*

Michalski, et al. v. Netflix, Inc., et al.,
Case No. 09-02065

Steve Berman
Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 16 -

Seattle, WA 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594

J. Barton Goplerud
HUDSON MALLANEY & SHINDLER P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel.: (515) 223-4567
Fax: (515) 223-8887

*Counsel for Plaintiffs*

Boynton v. Wal-Mart.com USA LLC, et al.,
(transferred from District of New
Hampshire1:09-cv-00026)

Mayer v. Wal-Mart.com USA LLC, et al.,
Case No .09-02067

Stephen R. Fine
LAW OFFICES OF STEPHEN R. FINE
620 Chestnut Street
Manchester, NH 03104
Tel.: (603) 668-2343
Fax: (603) 626-0408

*Counsel for Plaintiff*

Boynton v. Wal-Mart.com USA LLC, et al.,
(transferred from District of New
Hampshire1:09-cv-00026)

Dennis J. Johnson
JOHNSON & PERKINSON
1690 Williston Road
South Burlington, VT 05403
Tel.: (802) 862-0030
Fax: (802) 862-0060

*Counsel for Plaintiff*

Mayer v. Wal-Mart.com USA LLC, et al.,
Case No. 09-02067

Daniel E. Becnel, Jr.
BECNEL LAW FIRM
Nghana Lewis Gauff
Matthew B. Moreland
P.O. Drawer H
Reserve, LA 70084
(985) 536-1186 office
(985) 536-6445 fax

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

*Counsel for Plaintiffs*

Christina v. Netflix, Inc., et al.,
(transferred from Middle District of Louisiana
3:09-cv-00059)

Hotard v. Netflix, Inc., et al.,
Case No. 09- 02153

John R. Wylie
FUTTERMAN HOWARD WATKINS WYLIE
& ASHLEY, CHTD.
122 S. Michigan Avenue, Suite 1850
Chicago, IL 60603
(312) 427-3600 office
(312) 427-1850 fax

*Counsel for Plaintiff*

Levin v. Wal-Mart.com USA LLC, et al.,
Case No. 09-02155

Archie C. Lamb, Jr.
THE LAMB FIRM, LLC
P.O. Box 2088
Birmingham, AL 35201
(205) 324-4644 office
(205) 324-4649 fax

*Counsel for Plaintiff*

Touchton v. Netflix, Inc., et al.,
Case No. 09-02154

E. Kirk Wood, Jr.
WOOD LAW FIRM, LLC
P.O. Box 382434
Birmingham, AL 35238
(205) 612-0243 office
(205) 705-1223 fax

*Counsel for Plaintiff*

Kopera v. Netflix, Inc., et al.,
Case No.09-02062

Harry F. Bell, Jr.
William L. Bands, Jr.
BELL & BANDS, PLLC
P.O. Box 1723
Charleston, West Virginia 25326
(304) 345-1700 office

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1    (304) 344-1956 fax

2    *Counsel for Plaintiff*

3    Walters, et al. v. Netflix, Inc., et al.,
     Case No. 09-02066
4
     Irwin B. Levin
5    Richard E. Shevitz
     Eric S. Pavlack
6    COHEN & MALAD, LLP
     One Indiana Square, Suite 1400
7    Indianapolis, IN 46204
     Tel.:  (317) 636-6481
8    Fax:  (317) 636-2593

9    *Counsel for Plaintiff*

10   Karatz v. Netflix, Inc., et al.,
     (transferred from Southern District of Indiana
11   1:09-cv-00136)

12   Michael Goetz
     MORGAN & MORGAN, P.A.
13   One Tampa City Center, Suite 700
     Tampa, FL 33602
14   (813) 223-5505 office
     (813) 223-5402 fax
15
     Scott W. Weinstein
16   MORGAN & MORGAN, P.A.
     One University Park
17   12800 University Drive
     Fort Myers, FL 33906
18   (239) 433-6880 office
     (239) 433-6836 fax
19
     *Counsel for Plaintiff*
20
     Bowles v. Netflix, Inc., et al.,
21   Case No. 09-02063

22   Andres F. Alonso
     Jerrold S. Parker
23   David B. Krangle
     PARKER WAICHMAN ALONSO LLP
24   111 Great Neck Road, Suite 101
     Great Neck, NY 11021
25   (516) 466-6500 office
     (516) 466-6665 fax
26
     *Counsel for Plaintiff*
27

28   NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

1
Shafeek v. Netflix, Inc., et al.,
Case No. 09-02151

2

3
W. Mark Lanier
Richard D. Meadow
Evan M. Janush

4
THE LANIER LAW FIRM, PLLC
126 E. 56th Street, 6th Floor

5
New York, NY 10022
(212) 421-2800 office

6
(212) 421-2878 fax

7
David W. Zoll
Michelle L. Kranz

8
ZOLL, KRANZ & BORGESS, LLC
6620 W. Central Avenue, Suite 200

9
Toledo, OH 43617
(419) 841-9623 office

10
(419) 841-9719 fax

11
*Counsel for Plaintiff*

12
Wagner v. Netflix, Inc., et al.,
Case No. 09-02184

13

14
Joseph P. Danis
Michael J. Flannery
Corey D. Sullivan

15
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100

16
St. Louis, MO 63105
(314) 725-7700 office

17
(314) 721-0905 fax

18
*Counsel for Plaintiff*

19
Jones v. Netflix, Inc., et al.,
Case No. 09-02152

20

21
Eric M. Quetglas Jordan
QUETGLAS LAW OFFICES
P.O. Box 16606

22
San Juan, PR 00908
(787) 722-0635 office

23
(787) 725-3970 fax

24
*Counsel for Plaintiff*

25
Ortiz-Cardona v. Netflix, Inc., et al.,
Case No. 09-02150

26

27
Robert M. Foote
Matthew Herman

28
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS

- 20 -

1

2

3

4

Stephen Fung
FOOTE, MEYERS, MIELKE & FLOWERS,
LLC
28 North First Street, Suite 2
Geneva, IL 60134
(630) 232-6333 office
(630) 845-8982 fax

5

6

7

Peter Currie
THE LAW FIRM OF PETER L. CURRIE, P.C.
536 Wing Lane
Saint Charles, IL 60174
(630) 862-1130 office
(630) 845-8982 fax

8

9

10

11

Kathleen C. Chavez
CHAVEZ LAW FIRM, P.C.
28 North First Street, Suite 2
Geneva, IL 60134
Tel.:  (630) 232-4480
Fax:  (630) 845-8982

12

*Counsel for Plaintiff*

13

14

Cleary v. Wal-Mart.com USA LLC, et al.,
Case No. 09-02156

15

*Additional Counsel for Plaintiff**s**

16

17

7/7/09

18

19

20

21

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Phyllis J. Hamilton

NORTHERN DISTRICT OF CALIFORNIA

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN PLAINTIFFS