# EXHIBIT A

Dockets.Justia.com

**HENNIGAN, BENNETT & DORMAN LLP**
RODERICK G. DORMAN (SBN 96908)
ALAN P. BLOCK (SBN 143783)
KEVIN SHENKMAN (SBN 223315)
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Phone: (213) 694-1200
Fax: (213) 694-1234
dormanr@hbdlawyers.com
blocka@hbdlawyers.com
shenkmank@hbdlawyers.com

Attorneys for Plaintiff
ACACIA MEDIA TECHNOLOGIES CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

|  |  |
|---|---|
| In re | ) Case No. 05 CV 01114 JW |
| | ) MDL No. 1665 |
| ACACIA MEDIA TECHNOLOGIES | ) |
| CORPORATION | ) **PLAINTIFF ACACIA MEDIA** |
| | ) **TECHNOLOGIES CORPORATION'S** |
| | ) **PROPOSED DEFINITIONS AND** |
| | ) **CITATIONS TO INTRINSIC RECORD** |
| | ) **FOR CLAIM TERMS FROM THE '992** |
| | ) **AND '275 PATENTS** |
| | ) |
| | ) |
| | ) **DATE:** N/A |
| | ) **TIME:** N/A |
| | ) **CTRM:** Hon. James Ware |
| | ) |
| | ) |
| | ) |

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

Plaintiff Acacia Media Technologies Corporation ("Acacia") hereby provides its proposed definitions of the claim terms from the '992 and '275 patents identified by both Acacia and defendants and citations to the intrinsic record supporting Acacia's proposed definitions.

At the present time, Acacia has not received defendants' proposed definitions for these terms and has not received discovery from defendants regarding their accused systems and methods or any of defendants' invalidity contentions. Accordingly, Acacia reserves the right to modify its proposed definitions for these claim terms when Acacia receives defendants' proposed definitions and when Acacia receives discovery from defendants regarding their accused systems and methods or any of defendants' invalidity contentions.

| Patent Claim Term | Citations to Intrinsic Record Supporting Acacia's Proposed Definitions | Acacia's Proposed Definitions |
|---|---|---|
| "distribution method responsive to requests from a user identifying items in a transmission system containing information" <br><br> '992 patent – 19 | | This preamble is not limiting. |
| "remote locations" <br><br> '992 patent – 19, 47 | '992 patent, 2:25-61; 4:52-63; 5:10-21; 14:64-67; 15:61-65; 18:36-45; 18:46-50: Figures 1a-1f; 2b; 6; and 7. <br><br> July 12, 2004 Markman Order, at 7:21-24. <br><br> December 7, 2005 Markman Order, at 4:1-5. | Remote locations means sites distant in space from the transmission system. |
| "storing, in the transmission system, information from items in a compressed data form, the information including an identification code and being placed into ordered data blocks" <br><br> '992 patent – 19, 47 | '992 patent, 2:43-45; 6:35-39; 7:59-8:56; 10:17-65; 19:5-10; 19:37-52; Figs. 2a, 2b, 7, and 8a-8c. <br><br> Identification code -- '992 patent, 6:35-48; 10:28-30; 10:46-65; 11:22-25; 19:5-10; Figure 7. <br><br> July 12, 2004 Markman Order, at 22:16-21 and 23:3-6. | The phrase "storing, in the transmission system, information from items in a compressed data form, the information including an identification code and being placed into ordered data blocks" means the act of storing information from items in the transmission system. The stored information is in a compressed data form and includes an identification code. The phrase "being placed into ordered data blocks" means that the information was placed into ordered data blocks (i.e., time encoded) prior to being compressed. |

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

| **Patent Claim Term** | **Citations to Intrinsic Record Supporting Acacia's Proposed Definitions** | **Acacia's Proposed Definitions** |
|---|---|---|
| | | The term "identification code" means an identifier which identifies information. |
| "receiving system" <br><br> '992 patent – 19 | '992 patent, 3:39-40; 3:50-5:.21; 17:67-18:45; 19:30-36; Figures 6. | The receiving system is a system for receiving transmitted information and for playing back the received information. |
| "item" <br><br> '992 patent – 19, 41, 47 | '992 patent, 5:66 - 6:7; 6:35-68; 10:46-68; 11:1-28; 11:40-53; 12:8-57; 18:53-63; Figures 7 and 8d. | The term "item" does not require construction, however, it may be described as a thing. |
| "sending" <br><br> '992 patent – 19, 41, and 47 | '992 patent, 12:21-24; 15:61-16:15; 16:62-68; 19:18-29; 19:57-20:5; Figures 2b, 5, 6, 7, and 8e. | The term "sending" does not require construction, however, it may be described as the act of dispatching by a means of communication and may also be described as transmitting. |
| "storing" <br><br> '992 patent – 19, 41, and 47 | '992 patent, 2:25-3:14; 5:66-6:7; 6:35-39; 6:62-64; 10:17-57; 12:28-57; 18:17-21; 19:11-17; 19:30-36; Figures 2b, 6, and 7. | The term "storing" does not require construction, however, it may be described as the act of retaining for later use. |
| "storing a complete copy of the received information in the receiving system at the selected remote location" <br><br> '992 patent – 19 | '992 patent, 4:14-5:9; 18:14-21; Figures 1d-1g, and 6. | The phrase "storing a complete copy of the received information in the receiving system at the selected remote location" means the act of storing (retaining for later use) in the receiving system the entirety of the portion of the information stored in the transmission system that was received by the receiving system at the selected remote location. |
| "time requested by the user" <br><br> '992 patent – 19, 47 | '992 patent, 5:10-33; 12:21-28; 14:29-48; 18:14-26. | The phrase "time requested by the user," as used in claims 19 and 47, means the time, after the transmitted information has been received and stored at the receiving system, when the user requests that the receiving system play back the received information. |
| "user" <br><br> '992 patent – 19 | '992 patent, 8:32-42; 11:7-9; 11:22-12:27; 13:48-15:32; 18:14-59; Figures 1e-1g and 6. | The term "user" does not require construction, however, it may be described as one that uses. |
| "sending a request . . . for at least a part of the stored information to be transmitted." <br><br> '992 patent – 19 | '992 patent, 2:49-61; 5:18-21; 8:36-42; 12:21-27; 13:48 – 15:22; 19:18-24; Figures 6 and 7. | The phrase "sending a request . . . for at least a part of the stored information to be transmitted" means that the user sends a request to the transmission system, wherein the request seeks the transmission of at least a part of the |

CASE NO. 05-CV-01114 JW
MDL NO. 1665

ACACIA'S PROPOSED DEFINITIONS AND
CITATIONS TO INTRINSIC RECORD FOR CLAIM TERMS
FROM THE '992 AND '275 PATENTS

| Patent Claim Term | Citations to Intrinsic Record Supporting Acacia's Proposed Definitions | Acacia's Proposed Definitions |
|---|---|---|
| | | information stored in the transmission system. |
| "to one of the receiving systems at one of the remote locations selected by the user" and "the receiving system at the selected remote location"; "the receiving system at one of the remote locations selected by the user"; and "the receiving system at the selected remote location"<br><br>'992 patent – 19, 47 | '992 patent, 1:67 – 2:4; 3:39-40; 4:1-51; 12:24-27; 15:20-22; Figures 1c-1f, and 7.<br><br>See also, Acacia's proposed construction for the terms "receiving systems" and "remote locations." | According to claims 19 and 47, there is a plurality of receiving systems (systems for receiving transmitted information and for playing back the received information) at remote locations (sites distant in space from the transmission system). From among the remote locations, there is one remote location which the user selects as the remote location to which the information transmitted from the transmission system will be sent. One of the plurality of the receiving systems is located at the remote location which the user selected. Therefore, the user will request that the information be transmitted to the receiving system at the remote location selected by the user. |
| "sending at least a portion of the stored information from the transmission system . . ."<br><br>'992 patent – 19 | '992 patent, 2:46-48; 2:56-57; 15:61-16:15; 16:53-68; 17:1-24; 19:21-27; Figures 2b, 6, and 7. | The phrase "sending at least a portion of the stored information from the transmission system . . ." means the act of sending from the transmission system all or a portion of the requested information stored in the transmission system. |
| "wherein the information in the items includes analog and digital signals" and "ordering the converted analog signals and the formatted digital signals into a sequence of addressable data blocks."<br><br>'992 patent – 20 | '992 patent, 6:19-22; 6:55-7:26; 7:59-8:56; 19:37-52; Figures 2a, and 8a-8c.<br><br>July 12, 2004 Markman Order, at 22:16-21 and 23:3-6. | The phrase "ordering the converted analog signals and the formatted digital signals into a sequence of addressable data blocks" means the act of time encoding converted analog signals and formatted digital signals to create time encoded data blocks. |
| "the step of storing includes the step of storing the received information at a cable head end"<br><br>'992 patent – 23 | '992 patent, 4:14 – 5:9 and 5:22-33 and Figures 1d – 1g. | Claim 23 specifies that it is the second step of storing of claim 19 which includes the step of storing the received information at a cable head end. |
| "the step of storing includes the step of storing the received information in an | Claim 24 – "wherein the step of storing includes the step of storing the received information in an | Claim 24 specifies that it is the second step of storing of claim 19 which includes the step of storing the received information in an intermediate storage |

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

| Patent Claim Term | Citations to Intrinsic Record Supporting Acacia's Proposed Definitions | Acacia's Proposed Definitions |
|---|---|---|
| intermediate storage device" <br><br> '992 patent – 24 | intermediate storage device." <br><br> The specification describes the use of cable head ends and intermediate storage devices. See, '992 patent, 4:14 – 5:9 and 5:22-33 and Figures 1d – 1g. | device, i.e., a storage device (a device that stores) which is between the transmission system and the receiving system. |
| "a method of transmitting information to remote locations, the transmission method comprising the steps, performed by the transmission system, of" and "comprises the steps, performed by a transmission system" <br><br> '992 patent – 20, 41 | | These preambles are not limiting. |
| "sequence of addressable data blocks" <br><br> '992 patent – 41 | '992 patent, 2:38-45; 7:59-8:56; 19:37-52; Figures 2a, 8a-8c. <br><br> The Court has already construed: "sequence of addressable data blocks" (July 12, 2004 Markman Order, at 22:15-21 and 23:3-6). | The phrase "sequence of addressable data blocks" has already been construed by the Court to mean time encoded data blocks. |
| "retrieving the information in the items from the source material library" <br><br> '992 patent – 41 | '992 patent, 6:55-64; 7:11-43; 18:52-59; Figures 2a and 7. <br><br> The Court has already construed: "retrieving the information in the items from the source material library" (July 12, 2004 Markman Order, at 13:2-6). | The phrase "retrieving the information in the items from the source material library" has already been construed by the Court to mean to get back the information that is contained in the items which are stored in the source material library. |
| "placing the retrieved information into a predetermined format as formatted data"; "converting the series of digital data bytes into formatted data with a predetermined format"' and "converting digital signals of the retrieved information into formatted data with a predetermined format" <br><br> '992 patent – 41, 42, and 44 | '992 patent, 2:35-37; 6:55-7:43; 8:7-10; 18:68-19:2; Figures 2a and 7. | These phrases mean the act of placing or converting information from one format to a predetermined format. Predetermined means that the format is determined beforehand. Format means the arrangement of data. For example, formatted data may be data in the form of a series of digital data bytes which represent frames of video data and samples of audio data. |
| "compressing the formatted and sequenced data blocks" | '992 patent, 2:39-41; 8:52-10:16; 19:5-8; Figures 2a and 7. | The phrase "compressing the formatted and sequenced data blocks" does not require construction, however, it may be |

CASE NO. 05-CV-01114 JW
MDL NO. 1665

ACACIA'S PROPOSED DEFINITIONS AND
CITATIONS TO INTRINSIC RECORD FOR CLAIM TERMS
FROM THE '992 AND '275 PATENTS

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

| Patent Claim Term | Citations to Intrinsic Record Supporting Acacia's Proposed Definitions | Acacia's Proposed Definitions |
|---|---|---|
| '992 – 41 | | described as the act of condensing the amount of data in the formatted and sequenced data blocks. |
| "file" <br><br> '992 patent – 41 | '992 patent, 2:42-48; 10:17-45; 11:40-47; 12:65-68; 15:61-65; 19:5-10; Figure 7. | The term "file" does not require construction, however, it may be described as a named collection of data. |
| "sending at least a portion of the file to one of the remote locations" <br><br> '992 patent – 41 | '992 patent, 2:46-48; 2:56-57; 15:61-16:15; 16:53-68; 17:1-24; 19:21-27; Figures 2b, 6, and 7. | The phrase "sending at least a portion of the file to one of the remote locations" does not require construction, however, it may be described as the act of sending (i.e., transmitting) a portion of a file or the entire file (i.e., a named collection of data) to one of the remote locations (i.e, a site distant in space from the transmission system). |
| "step of placing" <br><br> '992 patent – 42, 43, and 44 | '992 patent, 2:35-37; 6:55-7:43; 8:7-10; 18:68-19:2; Figures 2a and 7. | The "step of placing" in claims 42, 43, and 44 specifies the step in claim 41 of "placing the retrieved information into a predetermined format as formatted data". |
| "separately storing a plurality of files, each including compressed, sequenced data blocks" <br><br> '992 patent – 45 | '992 patent, 10:18-45; Figures 2b and 7. | The phrase "separately storing a plurality of files, each including compressed, sequenced data blocks" means the act of storing more than one file (i.e., named collections of data), wherein each file is stored separately (i.e., distinguished from) the other stored files. |
| "receiving transmission requests to transmit available items" <br><br> '992 patent – 46 | '992 patent, 13:37-15:21; 19:18-24; Figures 2b and 7. | The phrase "receiving transmission requests to transmit available items" means the act of receiving requests, wherein the requests seek the transmission of available items, i.e., items which have been stored as files (named collections of data), wherein each file comprises the compressed, formatted, and sequenced data blocks for an item. |
| The order in which the steps of the method claims are performed. <br><br> '992 patent – 19-24, and 41-46 <br><br> '275 patent – 2, 5 | '992 patent, 2:25-61; 6:55-19:36; Figures 2a, 2b, 6, and 7. | Claim 19 – The steps of claim 19 are performed in the following order: <br><br> • Storing information (within this step, the act of placing information into ordered data blocks occurs prior to placing the data into a compressed data |

CASE NO. 05-CV-01114 JW <br> MDL NO. 1665

ACACIA'S PROPOSED DEFINITIONS AND CITATIONS TO INTRINSIC RECORD FOR CLAIM TERMS FROM THE '992 AND '275 PATENTS

HENNIGAN, BENNETT & DORMAN LLP <br> LAWYERS <br> LOS ANGELES, CALIFORNIA

| Patent Claim Term | Citations to Intrinsic Record Supporting Acacia's Proposed Definitions | Acacia's Proposed Definitions |
|---|---|---|
| | | form);<br>• Sending a request;<br>• Sending at least a portion of the stored information;<br>• Receiving the sent information;<br>• Storing a complete copy;<br>• Playing back the stored copy.<br><br>Claim 20 – The steps of claim 20 are part of the first step of storing in claim 19 and are performed in the following order:<br>• Converting;<br>• Formatting;<br>• Ordering;<br>• Compressing.<br><br>Claim 21 – The step of claim 21 is a substep of the first step of storing of claim 19. The substep of claim 21 can be performed either before, after, or simultaneously with the first step of storing of claim 19.<br><br>Claim 22 – The steps of claim 22 are performed after the first storing step of claim 19, but before the step of sending a request of claim 19. The steps of claim 22 are performed in the following order:<br>• Storing a list;<br>• Providing the user with the list.<br><br>Claim 23 – The step of claim 23 is part of the second step of storing of claim 19. The step of claim 23 can be performed either before, after, or simultaneously with the second step of storing of claim 19.<br><br>Claim 24 – The step of claim 24 is part of the second step of storing of claim 19. The step of claim 24 can be performed either before, after, or simultaneously with the second step of storing of claim 19.<br><br>Claim 41 – The steps of claim 41 are |

CASE NO. 05-CV-01114 JW
MDL NO. 1665

ACACIA'S PROPOSED DEFINITIONS AND
CITATIONS TO INTRINSIC RECORD FOR CLAIM TERMS
FROM THE '992 AND '275 PATENTS

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

| Patent Claim Term | Citations to Intrinsic Record Supporting Acacia's Proposed Definitions | Acacia's Proposed Definitions |
|---|---|---|
| | | performed in the following order:<br><br>• Storing items;<br><br>• Retrieving the information;<br><br>• Assigning a unique identification code;<br><br>• Placing into formatted data;<br><br>• Placing into a sequence of addressable data blocks;<br><br>• Compressing;<br><br>• Storing;<br><br>• Sending.<br><br>Claim 42 – The steps of claim 42 occur after the assigning step and before the step of placing into a sequence of addressable data blocks. The steps of claim 42 are performed either before, after, or simultaneously with each other.<br><br>Claim 43 – The steps of claim 43 occur after the assigning step and before the step of placing into a sequence of addressable data blocks. The steps of claim 43 are performed either before, after, or simultaneously with each other.<br><br>Claim 44 – The step of claim 44 occurs after the assigning step and before the step of placing into a sequence of addressable data blocks.<br><br>Claim 45 – The step of claim 45 occurs after the compressing step and before the sending step.<br><br>Claim 46 – The steps of claim 46 occur after the step of storing as a file and before the step of sending. The steps of claim 46 occur in the following order:<br><br>• Generating;<br><br>• Receiving transmission requests;<br><br>• Retrieving.<br><br>Claim 2 – The steps of claim 2 are performed in the following order:<br><br>• Storing information (within this step, the act of placing |

CASE NO. 05-CV-01114 JW
MDL NO. 1665

ACACIA'S PROPOSED DEFINITIONS AND
CITATIONS TO INTRINSIC RECORD FOR CLAIM TERMS
FROM THE '992 AND '275 PATENTS

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

| Patent Claim Term | Citations to Intrinsic Record Supporting Acacia's Proposed Definitions | Acacia's Proposed Definitions |
|---|---|---|
| | | information into ordered data blocks occurs prior to placing the data into a compressed data form); |
| | | • Sending a request; |
| | | • Sending at least a portion of the stored information; |
| | | • Receiving the sent information; |
| | | • Storing a complete copy; |
| | | • Playing back the stored copy. |
| | | Claim 5 – The steps of claim 5 are performed in the following order: |
| | | • Storing information (within this step, the act of placing information into ordered data blocks occurs prior to placing the data into a compressed data form); |
| | | • Sending a request; |
| | | • Sending at least a portion of the stored information; |
| | | • Receiving the sent information; |
| | | • Storing a complete copy; |
| | | • Playing back the stored copy. |
| "storage means in the transmission system for storing information from the items in a compressed data form, in which the information includes an identification code and is placed into ordered data blocks" <br><br> '992 patent – 47 | See, '992 patent, 10:17-45; 12:48-57; 13:9-47; 19:11-20; Fig. 2a, reference no. 118, and Fig. 5, reference no. 5040. <br><br> Identification code -- '992 patent, 6:35-48; 10:28-30; 10:46-65; 11:22-25; 19:5-10; Figure 7. <br><br> July 12, 2004 Markman Order, at 22:16-21 and 23:3-6. | Acacia does not interpret this claim phrase as a means-plus-function phrase under 35 U.S.C. § 112, ¶ 6, because the term "storage" is sufficient structure for performing the claimed function and therefore the presumption is overcome. <br><br> However, if the Court were to construe this phrase under 35 U.S.C. § 112, ¶ 6, the structure described in the specification of the '992 patent for performing the claimed function is a compressed data library (118) and all equivalents. The compressed data library may be a mass storage device or a network of mass storage devices connected together via a high speed network and all equivalents. The compressed data library may also be comprised of Winchester drives, |

-8-

| Patent Claim Term | Citations to Intrinsic Record Supporting Acacia's Proposed Definitions | Acacia's Proposed Definitions |
|---|---|---|
| | | magneto-optical disks, or cassette tapes and all equivalents. ('992 patent, 10:17-45; 12:48-57; 13:9-47; 19:11-20; Fig. 2a, reference no. 118, and Fig. 5, reference no. 5040).<br><br>The term "identification code" means an identifier which identifies information.<br><br>The phrase "storing, in the transmission system, information from items in a compressed data form, the information including an identification code and being placed into ordered data blocks" means the act of storing information from items in the transmission system. The stored information is in a compressed data form and includes an identification code. The phrase "being placed into ordered data blocks" means that the information was placed into ordered data blocks (i.e., time encoded) prior to being compressed. |
| "requesting means in the transmission system, coupled to the storage means, for receiving requests from a user for at least a part of the stored information to be transmitted to the receiving system at one of the remote locations selected by the user"<br><br>'992 patent – 47 | See, '992 patent, 13:29 – 15:32 and 17:44-53 and shown in Figure 2b, reference no. 121. | This term is construed under 35 U.S.C. § 112, ¶ 6. The structures disclosed in the '992 patent specification for the requesting means are the library access interface (121) and all equivalents, as described in the specification at 13:29 – 15:32 and 17:44-53 and shown in Figure 2b, reference no. 121. |
| "transmission means in the transmission system, coupled to the requesting means, for sending at least a portion of the stored information to the receiving system at the selected remote location"<br><br>'992 patent – 47 | See, '992 patent at 4:52-63, 15:61 – 17:24, and 19:57-20:5 and shown in Figures 1g, 2b, and 8e. | This term is construed under 35 U.S.C. § 112, ¶ 6. The structures disclosed in the '992 patent specification for the transmission means are a transmitter, transceiver, cable television transmitter, modem, broadcast television transmitter, data coupler, satellite transmitter,(See, e.g., reference no. 200d of Fig. 1g and reference no. 122 of Fig. 2b) and all equivalents, as described in the '992 patent at 4:52-63, 15:61 – 17:24, and 19:57-20:5 and shown in Figures 1g, 2b, and 8e. |

CASE NO. 05-CV-01114 JW
MDL NO. 1665

ACACIA'S PROPOSED DEFINITIONS AND
CITATIONS TO INTRINSIC RECORD FOR CLAIM TERMS
FROM THE '992 AND '275 PATENTS

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

| Patent Claim Term | Citations to Intrinsic Record Supporting Acacia's Proposed Definitions | Acacia's Proposed Definitions |
|---|---|---|
| "receiving means in the receiving system for receiving the transmitted information"<br><br>'992 patent – 47 | See, '992 patent at 17:1-24; 17:67 – 18:14 and shown in Figure 6, reference no. 201. | This term is construed under 35 U.S.C. § 112, ¶ 6. The structures disclosed in the '992 patent specification for the receiving means are a transceiver (201) and all equivalents, as described in the '992 patent at 17:1-24; 17:67 – 18:14 and shown in Figure 6, reference no. 201. |
| "memory means in the receiving system, coupled the receiving means, for storing a complete copy the received information"<br><br>'992 patent – 47 | See, '992 patent at 4:64 – 5:33, 18:14-21, and 19:30-34 and shown in Figure 6, reference no. 203. | Acacia does not interpret this claim phrase as a means-plus-function phrase under 35 U.S.C. § 112, ¶ 6, because the term "memory" is sufficient structure for performing the claimed function and therefore the presumption is overcome.<br><br>However, if the Court were to construe this phrase under 35 U.S.C. § 112, ¶ 6, the structures described in the specification of the '992 patent for performing the claimed function are storage (203) and all equivalents, as described in the specification at 4:64 – 5:33, 18:14-21, and 19:30-34 and shown in Figure 6, reference no. 203. |
| "playback means in the receiving system, coupled to the memory means, for playing back the stored copy of the received information at a time requested by the user"<br><br>'992 patent – 47 | See, '992 patent at 18:36-37. | This term is construed under 35 U.S.C. § 112, ¶ 6. The structures disclosed in the '992 patent specification for the playback means is a play back system, television or audio amplifier and all equivalents, as described in the '992 patent at 18:36-37. |
| "conversion means, for converting the analog signals of the information to digital components"<br><br>'992 patent – 48 | See, '992 patent at 7:12-26 and shown in Figure 2a, reference nos. 123a and 123b. | This term is construed under 35 U.S.C. § 112, ¶ 6. The structures disclosed for the conversion means for converting analog signals are the analog audio converter (123a) and/or the analog video converter (123b) and all equivalents described in the specification at 7:12-26 and shown in Figure 2a, reference nos. 123a and 123b. |
| "formatting means, coupled to the conversion means, for formatting the digital signals of the information" | See, '992 patent at 7:1-11 and shown in Figure 2a, reference nos. 125a and 125b. | This term is construed under 35 U.S.C. § 112, ¶ 6. The structures disclosed in the '992 patent specification for the formatting means for formatting digital |

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

| Patent Claim Term | Citations to Intrinsic Record Supporting Acacia's Proposed Definitions | Acacia's Proposed Definitions |
|---|---|---|
| '992 patent – 48 | | signals are either the digital audio formatter (125a) or the digital video formatter (125b), and all equivalents, described in the specification at 7:1-11 and shown in Figure 2a, reference nos. 125a and 125b. |
| "ordering means, coupled to the formatting means, for ordering the converted analog signals and the formatted digital signals into a sequence of addressable data blocks"<br><br>'992 patent – 48 | See, '992 patent at 7:59-8:56, 18:69-19:4, and 19:37-56, and shown in Figure 2a, reference no. 114 and Figure 7, reference no. 413c, and Figures 8a-c.<br><br>July 12, 2004 Markman Order, at 22:16-21. | This term is construed under 35 U.S.C. § 112, ¶ 6. The structures disclosed in the '992 patent specification for the ordering means is the time encoder (114), and all equivalents, as described at 7:59-8:56, 18:69-19:4, and 19:37-56, and shown in Figure 2a, reference no. 114 and Figure 7, reference no. 413c, and Figures 8a-c. |
| "compression means, coupled to the ordering means, for compressing the ordered information"<br><br>'992 patent – 48 | See, '992 patent at 9:41-10:16 and 19:5-10 and shown in Figure 2a, reference no. 116. | This term is construed under 35 U.S.C. § 112, ¶ 6. The structures disclosed in the '992 patent specification for compressing the ordered information is a compressor (116), and all equivalents, as described in the specification at 9:41-10:16 and 19:5-10 and shown in Figure 2a, reference no. 116. |
| A distribution system as recited in claim 47, wherein the memory means includes a means for receiving information at the head end of a cable television reception system"<br><br>'992 patent – 49 | See, '992 patent at 4:14-5:33, 17:1-24, and 17:67-18:14 and shown in Figures 1d-1g and 6. | The term "means for receiving information at the head end of a cable television reception system" is construed under 35 U.S.C. § 112, ¶ 6. The structures described in the specification for the claimed function is a transceiver (201), and all equivalents, as described in the specification at 4:14-5:33, 17:1-24, and 17:67-18:14 and shown in Figures 1d-1g and 6. |
| "A distribution system as recited in claim 49, wherein the head end of the cable television system includes means for distributing compressed signals"<br><br>'992 patent – 51 | See, '992 patent at 4:52-63, 15:61 – 17:24, and 19:57-20:5 and shown in Figures 1g, 2b, 6, and 8e. | The term "means for distributing" is construed under 35 U.S.C. § 112, ¶ 6. The structures disclosed in the '992 patent specification for the means for distributing are a transmitter, transceiver, cable television transmitter, modem, broadcast television transmitter, data coupler, satellite transmitter,,(See, e.g., reference no. 200d of Figure 1g and reference no. 122 of Fig. 2b), and all equivalents, as described in the '992 patent at 4:52-63, 15:61 – 17:24, and 19:57-20:5 and shown in Figures 1g, 2b, |

CASE NO. 05-CV-01114 JW
MDL NO. 1665

ACACIA'S PROPOSED DEFINITIONS AND
CITATIONS TO INTRINSIC RECORD FOR CLAIM TERMS
FROM THE '992 AND '275 PATENTS

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

| Patent Claim Term | Citations to Intrinsic Record Supporting Acacia's Proposed Definitions | Acacia's Proposed Definitions |
|---|---|---|
| | | 6, and 8e. |
| "A distribution system as recited in claim 49, wherein the head end of the cable television system includes means for decompressing the received signals and for distributing the decompressed received signals and compressed received signals"<br><br>'992 patent – 52 | See, '992 patent at 18:27-35 and shown in Figures 1d-1g and 6. | The term "means for decompressing" is construed under 35 U.S.C. § 112, ¶ 6. The structure described in the specification for the claimed function is a decompressor (208 and/or 209), and all equivalents, as described in the specification at 18:27-35 and shown in Figures 1d-1g and 6. |
| A distribution system as recited in claim 47, wherein the memory means is an intermediate storage device"<br><br>'992 patent – 53 | '992 patent, 4:14 – 5:9 and 5:22-33 and Figures 1d – 1g and 6. | An "intermediate storage device" is a storage device (i.e., a device that stores) which is between the transmission system and the receiving system. |
| "remote location"<br><br>'275 patent – 2, 5 | '992 patent, 2:25-61; 4:52-63; 5:10-21; 14:64-67; 15:61-65; 18:36-45; 18:46-50: Figures 1a-1f; 2b; 6; and 7.<br><br>July 12, 2004 Markman Order, at 7:21-24.<br><br>December 7, 2005 Markman Order, at 4:1-5. | Remote location means sites distant in space from the transmission system. |
| "reception system associated with a receiving system at one of the remote locations selected by the user"<br><br>'275 patent – 2, 5 | '275 patent, 2:3-8; 3:41-43; 4:3-53; 15:25-27; and Figures 1c-1f, and 7. | According to claims 2 and 5, there are receiving systems (systems for receiving and playing back received information) at remote locations (sites distant in space from the transmission system). From the remote locations, there is one remote location which the user selects as the remote location to which the information transmitted from the transmission system will be sent. One of the receiving systems is located at the remote location which the user selected. There is a reception system that is associated with (closely connected with) the receiving system at the remote location selected by the user. The user requests that the information be transmitted to the reception system associated with the receiving system at the remote location selected by the user. |

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

| Patent Claim Term | Citations to Intrinsic Record Supporting Acacia's Proposed Definitions | Acacia's Proposed Definitions |
|---|---|---|
| "sending a request, by the user to the transmission system, for at least a part of the stored information to be transmitted to a reception system associated with a receiving system"<br><br>'275 patent – 2, 5 | '275 patent, 2:51-64; 4:16 – 5:11; 5:21-24; 8:40-46; 12:26-32; 13:53 - 15:27; 19:23-29; Figures 1d – 1g , 6 and 7. | The phrase "sending a request, by the user to the transmission system, for at least a part of the stored information to be transmitted to a reception system associated with a receiving system" means that the user sends a request to the transmission system. The request seeks the transmission of a part of the information stored in the transmission system to a reception system associated with a receiving system. |
| "playing back the stored copy of the information from the reception system to the receiving system at the selected location at a time requested by the user"<br><br>'275 patent – 2 | '275 patent, 4:16 – 5:11; 5:19-29; 19:35-41; Figures 1d – 1g , 6 and 7. | The phrase "playing back the stored copy of the information from the reception system to the receiving system at the selected location at a time requested by the user" means that the reception system sends the information in compressed or uncompressed form from the reception system to the receiving system, from which it is viewed at a time, after the transmitted information has been received and stored at the reception system, when the user requests to view the information. |
| "sending at least a portion of the stored information to the reception system"<br><br>'275 patent – 5 | '275 patent, 4:16 – 5:11; 5:19-29; 15:66-16:8; 19:35-41; Figures 1d – 1g, 6, and 7. | The phrase "sending at least a portion of the stored information to the reception system" means the act of sending (i.e., transmitting) a portion of the stored information or all of the stored information to the reception system. |
| "playing back the stored copy of the information sent over a cable communication path from the reception system to the receiving system at the selected location at a time requested by the user"<br><br>'275 patent – 5 | '275 patent, 4:16 – 5:11; 5:19-29; 16:13-14; 17:4; 19:35-41; Figures 1d – 1g , 6 and 7. | The phrase "playing back the stored copy of the information sent over a cable communication path from the reception system to the receiving system at the selected location at a time requested by the user" means that the reception system sends the information over a cable communication path in compressed or uncompressed form from the reception system to the receiving system, from which it is viewed at a time, after the transmitted information has been received and stored at the reception system, when the user requests to view the information. |

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

DATED: March 17, 2006        HENNIGAN BENNETT & DORMAN LLP


By         /s/ Alan P. Block
            Roderick G. Dorman
            Alan P. Block
            Kevin I. Shenkman
Attorney for Plaintiff
**ACACIA MEDIA TECHNOLOGIES
CORPORATION**

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

Error! Unknown document property name.
CASE NO. 05-CV-01114 JW
MDL NO. 1665

ACACIA'S PROPOSED DEFINITIONS AND
CITATIONS TO INTRINSIC RECORD FOR CLAIM TERMS
FROM THE '992 AND '275 PATENTS