| | |
|---|---|
| 1 | HAROLD J. McELHINNY (CA SBN 66781) |
| | RACHEL KREVANS (CA SBN 116421) |
| 2 | MATTHEW I. KREEGER (CA SBN 153793) |
| | JASON A. CROTTY (CA SBN 196036) |
| 3 | DAVID M. HYMAS (CA SBN 226202) |
| | MORRISON & FOERSTER LLP |
| 4 | 425 Market Street |
| | San Francisco, California  94105-2482 |
| 5 | Telephone: 415.268.7000 |
| | Facsimile: 415.268.7522 |
| 6 | hmcelhinny@mofo.com |
| | rkrevans@mofo.com |
| 7 | mkreeger@mofo.com |
| | jcrotty@mofo.com |
| 8 | dhymas@mofo.com |
| 9 | Attorneys for Defendants |
| | ECHOSTAR SATELLITE LLC AND |
| 10 | ECHOSTAR TECHNOLOGIES CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| In re | | Case No. 05-CV-1114 JW |
| ACACIA MEDIA TECHNOLOGIES CORPORATION | | **[PROPOSED] ORDER RE. ECHOSTAR'S MOTION TO AMEND SCHEDULING ORDER** |
| | | Local Rule 6-3 |

**[PROPOSED] ORDER RE. ECHOSTAR'S MOTION TO AMEND SCHEDULING ORDER**
CASE NO. 05-CV-1114 JW
sf-2131631

1     Before the Court is a motion by Defendants EchoStar Satellite LLC and

2 EchoStar Technologies Corp. to continue the August 11, 2006, claim construction hearing on the

3 terms in the '863 and '720 patents, and the related briefing schedule.

    Good cause having been shown, the claim construction hearing, as well as the related briefing schedule, on the '863 and '720 patents currently scheduled for August 11, 2006 is hereby continued to a date to be determined at a future case management conference after this Court has issued its final decision on the construction of terms in the '992 and '275 patents.

**IT IS SO ORDERED**.

Dated: _____ , 2006

_____
Hon. James Ware
United States District Judge