# EXHIBIT 1

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE
## UNABRIDGED

*A Merriam-Webster*
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.

Exhibit 1 Page 3



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
unabridged: a Merriam-Webster/editor in chief, Philip Babcock
Gove and the Merriam-Webster editorial staff.
    p.   cm.
  ISBN 0-87779-201-1

   1. English language—Dictionaries.   I. Gove, Philip Babcock,
1902–1972.   II. Merriam-Webster, Inc.
PE1625.W36 1993
423–dc20                                                       93-10630
                                                                            CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

495051 QP/H009998



acteristic of a report ⟨a ~ book⟩ ⟨~ prose⟩ ⟨it is too topical, too transitory, too ~ —C.P.Aiken⟩ — **re·por·to·ri·al·ly** \-ēəlē, -li\ *adv*
**report out** *vt*, *of a legislative committee* : to return (a bill) after consideration and often with revisions to a legislative body for debate and vote ⟨on the fifteen-man body there are eight sure votes for *reporting* the measure out —*Newsweek*⟩
**reports** *pl of* REPORT, *pres 3d sing of* REPORT
**report stage** *n* : the stage in the British legislative process that occurs prior to the third reading and that involves the receipt by the legislative body of the report of the committee to which the bill has been assigned, consideration of amendments made in committee, and usu. discussion esp. of details and amendment — compare LEGISLATION 1
**reposal** *n* -s *obs* : the act of reposing ⟨the ~ of any trust, virtue, or worth in thee —Shak.⟩
¹**re·pose** \rəˈpōz, rēˈp-\ *vt* -ED/-ING/-S [ME *reposen* to replace, put back, irreg. (influenced by such verbs as ME *deposen* to depose) fr. L *reponere* (perfect stem *repos-*) — more at REPOSIT] **1** *archaic* : to put away or set down : DEPOSIT **2** : to place (as confidence or trust) : SET — usu. used with *in* ⟨~ full confidence in their leader —T.B.Macaulay⟩ ⟨the complete trust *reposed* in him and his policies —*Newsweek*⟩ **3** : to place for control, management, or use ⟨~s the judicial power in a supreme court —*Amer. Guide Series: La.*⟩
²**repose** \"\ *vb* -ED/-ING/-S [ME *reposen*, fr. MF *reposer*, fr. OF, fr. LL *repausare*, fr. L *re-* + LL *pausare* to stop, rest — more at PAUSE] *vt* **1 a** : to lay at rest : place in a restful or resting position : REST ⟨upon that cottage bench *reposed* his limbs —William Wordsworth⟩ **b** : to give rest to : refresh by rest ⟨enter in the castle and there ~ you for the night —Shak.⟩ **2** : to cause to be calm or quiet : COMPOSE ⟨extraordinarily difficult to ~ a man whose leg troubled him, whose war troubled him, whose bank troubled him and whose wife troubled him —Francis Hackett⟩ ~ *vi* **1 a** : to lie at rest ⟨during the hot afternoon, the entire town ~s⟩ **b** : to lie dead ⟨*reposing* in state⟩ **c** : to remain still or concealed : lie quiet or hidden ⟨under the soil . . . there ~ vastly greater quantities of raw materials —F.C.James⟩ ⟨the existence of similar sunken lands now *reposing* on the bottom of the Pacific —J.F.McComas⟩ **2** : to take rest : cease from activity, exertion, or movement ⟨she did not ~; she could not . . . she sat thinking —Arnold Bennett⟩ **3** *archaic* : to rest in confidence : RELY ⟨upon whose faith and honor I ~ —Shak.⟩ **4** : to rest for support : LIE — usu. used with *on* or *upon* ⟨cutting generous portions with a huge knife from the loaf *reposing* on a round wooden base —Sidney Lovett⟩ ⟨medieval justice *reposed* so greatly on the system of fines —G.G.Coulton⟩
³**repose** \"\ *n* -s [MF *repos*, fr. OF, fr. *reposer*, v.] **1 a** : a state of resting after exertion or strain : temporary mental or physical inactivity used to restore vigor; *esp* : rest in sleep ⟨a little feast that would make other men heavy and desirous of ~ —Willa Cather⟩ ⟨earned one's night's ~ —H.A.Overstreet⟩ **b** : relief from excitement, danger, or difficulty : restful change : RELAXATION ⟨where at last he could find warmth and the brief, treacherous ~ of dissipation —J.T.Soby⟩ **2 a** : a place or state of rest; *esp* : eternal or heavenly rest ⟨to pray for the ~ of a soul⟩ **b** : freedom from something that disturbs or excites : CALM, PEACE, TRANQUILLITY ⟨the unfailing ~ of the bayou —*Christian Science Monitor*⟩ ⟨induce a sense of ~ and contentment —S.P.B.Mais⟩ **c** : a harmony in the disposition of parts and colors that is restful to the eye ⟨his painting was criticized as lacking ~⟩ **3 a** : QUIESCENCE ⟨the volcano was in ~⟩ **b** : cessation or absence of activity, movement, or animation ⟨his face in ~ is grave and thoughtful —R.C.Doty⟩ ⟨~ again freezes the burning features of his face —C.L.Sulzberger⟩ **4** : composure of manner : quiet dignity : EASINESS, POISE *syn* see REST
**re·pose·ful** \-fəl\ *adj* : full of repose : QUIET, RESTFUL ⟨a graveled alley vaulted with fine straight green oaks, which seemed marvellously cool and ~ —Edmund Wilson⟩ *syn* see COMFORTABLE
**re·pose·ful·ly** \-fəlē, -li\ *adv* : in a reposeful manner : RESTFULLY
**re·pose·ful·ness** \-fəlnəs\ *n* -ES : the quality or state of being reposeful : RESTFULNESS
**reposing room** *n* : a room (as in a funeral home) used for the viewing of the deceased by mourners
**re·pos·it** \rəˈpäzət, rēˈp-\ *vt* [L *repositus*, past part. of *reponere* to replace, put back, fr. *re-* + *ponere* to put, place — more at POSITION] **1** : to lay away : DEPOSIT, STORE ⟨buried sedimentary rocks which have entrapped the water in which the rocks were originally ~ed —*Westralian Farmers Co-op Gazette*⟩ **2** : to put back in place : REPLACE ⟨he ~ed the stomach in the abdomen —John Kobler⟩
¹**re·po·si·tion** \ˌrēpəˈzishən, ˌrep-\ *n* [LL *reposition-*, *repositio*, fr. L *repositus* (past part. of *reponere*) + *-ion-*, *-io* *-ion*] **1** : the act of repositing or the state of being reposited **2** *Scot* : restoration to a position, possession, or office : REINSTATEMENT
²**re·po·si·tion** \ˌrēpəˈzishən\ *vt* [*re-* + *position*] : to change the position of ⟨a malposition of the lower jaw . . . may be assumed and the jaw temporarily ~ed —H.G.Armstrong⟩ ⟨advise the receiver pilot to ~ his craft —*Ethyl News*⟩
¹**re·pos·i·to·ry** \rəˈpäzəˌtōrē, rēˈp-, -tȯr-, -ri\ *n* -ES [L *repositorium*, fr. *repositus* (past part. of *reponere*) + *-orium* *-ory*] **1** : a place, room, or container where something is deposited or stored : DEPOSITORY ⟨the child's desk . . . as a ~ for his music papers and other oddments —Marcia Davenport⟩: as **a** : a building or room for the exhibition of a collection (as of works of art) : MUSEUM ⟨a single museum serves not only as local ~ for cultural monuments but also as a community center —Lincoln Kirstein⟩ **b** : a burial vault **c** : a place where something is kept or shown for sale : a warehouse, store, or showroom ⟨now had an office and a clerk and they had a ~ . . . for their finished work —Ben Riker⟩ **d** : a side altar or niche in a Roman Catholic church where the consecrated Host is deposited from Maundy Thursday until Good Friday — called also *altar of repose* **2** : one that contains or stores something nonmaterial : STOREHOUSE ⟨although well written and attractively printed, is little more than a ~ of linguistic superstitions —R.A.Hall b.1911⟩ ⟨theoretically the mob is the ~ of all political wisdom and virtue —H.L.Mencken⟩ **3** : a place or region richly supplied with some natural resource ⟨the ~ of fabulous oil resources —A.E.Stevenson b.1900⟩ **4** : a person to whom something is confided or entrusted ⟨he had been an entranced ~ of many secrets —John Buchan⟩

**repp** *var of* REP
**rep·pe chemistry** \ˈrepə-\ *n, usu cap R* [after Walter *Reppe* b1892 Ger. chemist] : a branch esp. of industrial chemistry that is based on reactions of acetylene under pressure and also of the products so obtained and that includes vinylation, ethynylation, polymerization to cyclic compounds, and carbonylation
**repped** \ˈrept\ *adj* [³*rep* + *-ed*] : resembling rep : having a ribbed surface ⟨~ paper⟩
**repping** *pres part of* REP
**rep·ple dep·ple** \ˌrepəlˈdepəl\ *n* [by shortening & alter.] *slang* : REPLACEMENT DEPOT
**repr** *abbr* **1** repair **2** represent; representative; represented; representing **3** reprint; reprinted
**rep·re·hend** \ˌreprəˈhend, -prēˈ-\ *vt* -ED/-ING/-S [ME *reprehenden*, fr. L *reprehendere* to hold back, seize, reprehend, fr. *re-* + *prehendere* to grasp, seize — more at PREHENSILE] : to voice disapproval of esp. after judgment : find fault with usu. with sternness and as a rebuke : BLAME, CENSURE, CHIDE, REPRIMAND, REPROVE ⟨~ not the imperfection of others —George Washington⟩ ⟨I severely ~ed him on this occasion —Samuel Richardson⟩ *syn* see CRITICIZE
**reprehender** *n* -s *obs* : one that voices disapproval
**rep·re·hen·si·bil·i·ty** \ˌreprəˌhen(t)səˈbiləd·ē\ *n* -ES : the quality or state of being reprehensible
**rep·re·hen·si·ble** \-enˈ(t)səbəl\ *adj* [ME, fr. LL *reprehensibilis*, fr. L *reprehensus* (past part. of *reprehendere*) + *-ibilis* *-able*] : worthy of or deserving reprehension : BLAMABLE, CENSURABLE, CULPABLE, REPROVABLE ⟨to capitalize on his ignorance is morally ~ —Nicholas Samstag⟩ ⟨it is my ~ nature to welcome excitement —Carl Van Doren⟩ ⟨when a work of art excites . . . ~ passions —Samuel Alexander⟩
**rep·re·hen·si·bly** \-blē, -bli\ *adv* : in a reprehensible manner or degree ⟨those laws . . . were in his judgment ~ lenient —T.B.Macaulay⟩
**rep·re·hen·sion** \ˌreprəˈhen(t)shən\ *n* -s [ME *reprehensioun*, fr. MF or L; MF *reprehension*, fr. L *reprehension-*, *reprehensio*, fr. *reprehensus* (past part. of *reprehendere*) + *-ion-*, *-io* *-ion*] **1** : the act of reprehending : REPROOF ⟨if they are corrupt, they merit . . . blame and ~ —Edmund Burke⟩ ⟨lifted no voice in ~ of his corrupt deals —S.H.Adams⟩ **2** *archaic* : an instance of reprehending ⟨his writings contained . . . severe ~s —Thomas Brown⟩
**rep·re·hen·sive** \ˌreprəˈhen(t)siv, -sēv *also* -səv\ *adj* [fr. *reprehension*, after such pairs as E *apprehension*: *apprehensive*] : serving to reprehend : conveying reprehension or reproof ⟨~ aspects and unfortunate results of unwarranted charges —*New Republic*⟩ — **rep·re·hen·sive·ly** \-səvlē, -li\ *adv*
**rep·re·hen·so·ry** \-n(t)s(ə)rē\ *adj* [fr. *reprehension*, after such pairs as E *commendation*: *commendatory*] *archaic* : REPREHENSIVE ⟨no reason for making any ~ complaint —Samuel Johnson⟩
**rep·re·sent** \ˌreprəˈzent, -prēˈz-, *in rapid speech often* ÷ -pəˈz-, *chiefly in substand speech* -pərˈz-\ *vb* -ED/-ING/-S [ME *representen*, fr. MF *representer*, fr. L *repraesentare*, fr. *re-* + *praesentare* to present — more at PRESENT] *vt* **1** : to bring clearly before the mind : cause to be known, felt, or apprehended : present esp. by description **2** : to serve as a sign or symbol of **3** : to portray by pictorial, plastic, or musical art : DELINEATE, DEPICT **4** *archaic* : to make manifest : DISPLAY, EXHIBIT, SHOW **5** : to exhibit by delineation, depiction, or portrayal — used esp. of a work of art **6** : to present by means of something standing in the place of : serve as the counterpart or image of : TYPIFY **7** : to exhibit dramatically: **a** : to produce on the stage **b** : to act the part or role of : personate in acting or on the stage **8 a** : to supply the place, perform the duties, exercise the rights, or receive the share of : take the place of in some respect : fill the place of for some purpose : substitute in some capacity for : act the part of, in the place of, or for (as another person) usu. by legal right **b** : to serve (as in a legislative body) by delegated or deputed authority usu. resulting from election ⟨the state was ~ed in Congress by two Republicans⟩ **9** : to describe as having a specified character or quality **10** : to set forth or place before someone (as by statement, account, or discourse) : exhibit (a fact) to another mind in language : give one's own impressions and judgment of : state with advocacy or with the design of affecting action or judgment : point out by way of protest or remonstrance **11** : to serve as a specimen, example, or instance of **12 a** : to form an image or representation of in the mind **b** (1) : to apprehend (an object) by means of an idea (2) : to recall in memory (an object of previous experience) **13** : to correspond to in kind ~ *vi* : to make representations against something : present objections : PROTEST
*syn* REPRESENT, DEPICT, PORTRAY, DELINEATE, PICTURE, and LIMN can mean to present an image or lifelike imitation of, as in art. REPRESENT implies a placing before the mind as if real or as if living, as by a picture, description, or piece of sculpture ⟨the statue *represented* the great man as even more heroic than he was in fact⟩ ⟨the stage setting *represents* a hotel lobby⟩ ⟨seemed to think that music could *represent* physical objects and literary or historical events —*New Republic*⟩ DEPICT suggests specifically a graphic representation ⟨*depicted* hill-country scenes in woodcuts and etchings —*Amer. Guide Series: Ark.*⟩ ⟨miniature tapestries that *depict* quaint eighteenth-century scenes —Horace Sutton⟩ ⟨action can tell a story, display all the most vivid relations between men, and *depict* every kind of human emotion, without the aid of a word —O.W.Holmes †1935⟩ PORTRAY suggests specifically a detailed representation of a character by means of a portrait ⟨a picture vividly *portraying* the passion of Joan of Arc⟩ ⟨in literature are portrayed all human passions, desires, and aspirations —C.W.Eliot⟩ DELINEATE, suggesting a line drawing, stresses a care for accuracy of detail and fullness of outline ⟨his brush did its work with a steady and sure stroke that indicated command of his materials. He could *delineate* whatever he elected with technical skill —Richard Jefferies⟩ ⟨various clinical studies which fairly well *delineated* the usefulness of this drug —R.R.Tompsett & Walsh McDermott⟩ ⟨those who perform on the screen have to *delineate* character and to display the emotions —P.W.Tell⟩ PICTURE suggests perhaps more pictorial quality or definiteness of representation ⟨on the walls were *pictured* buffalo and reindeer⟩ ⟨the writer is a master of vivid illustrations from nature and history, of rhythmical period or terse antithesis, of emotional appeal and concrete *picturing* of facts —*Encyc. Americana*⟩ ⟨*picture* things as they were in the golden thirteenth century —G.G.Coulton⟩ LIMN is chiefly a

*Series: Minn.*⟩ ⟨make no false ~s to me —Thon ⟨defendant's ~s that said automobile was new —*S Reporter*⟩ (2) : a statement of fact incidental or co contract made orally or in writing and on the fai the contract is entered into — compare ¹AFFIR PROMISSORY, WARRANTY ⟨written ~s obtained from the client —R.S.Johns⟩ ⟨the contract of sale cont: the purchaser —*U.S.Code*⟩ **c** : a dramatic produc formance ⟨a theatrical ~⟩ **d** (1) : a usu. formal statement (as of facts, reasons, or arguments) m something or to effect a change ⟨the colonial secreta on behalf of the Uitlanders —Ethel Drus⟩ (2) : a protest : EXPOSTULATION, REMONSTRANCE ⟨the tena cided not to pay the increase until they had made Native Affairs Department —H.S.Warner⟩ **e** (1) or idea formed by the mind (2) : an idea that is th ject of thought and the mental counterpart or trans object known by means of it **2** : the act or actic senting or the state of being represented: as **a** : tl representing (as by portrayal or delineation) in a v or form ⟨a strict ~ of nature would require th —Hunter Mead⟩ ⟨entrance of light rays into the e] final ~ in the brain —F.A.Geldard⟩ ⟨an exponent than abstraction in art⟩ **b** : the action of setting fo ing before another (as by a statement, account, o1 esp. with a view to affecting action ⟨the ~ of stud to the administration —*Seton Hall Univ. Bull.*⟩ ⟨yie artful ~ of ambitious hypocrites —Sir Walter Scott action or fact of one person standing for another sc to a greater or less extent the rights and obligation son represented; *specif* : the relation of an heir to h sor when both the rights and obligations of the devolve upon the heir (as in Roman and Scots law substitution of an individual or class of individuals a person (as when a child or children take the : estate that would have fallen to a deceased parent) action of representing or the fact of being repre legislative body ⟨~ of territory . . . rather than of —G.A.Graham⟩ ⟨raise the issue of Chinese ~ —i *man & Nation*⟩ ⟨the ancient world knew nothing o of ~ —Woodrow Wilson⟩ (2) : the action or fa represented in some other grouping, body, or aggr . . . such universities and colleges there is no ~ c West European culture —*Amer. Council of Learned letter*⟩ ⟨~ of classic issues in the collection⟩ **e** (1) or process by which the mind forms an image or ide ject (2) : recurrent as opposed to simple presentat whole body of persons representing a constitue vacancies happen in the ~ of any state in the Sen *Constitution*⟩ ⟨chosen head of the U. S. ~ —Cui ⟨small ~s from the Baltic states —Henry Giniger⟩
**re-presentation** \(ˌ)rē + *pronunc at* PRESENTATI *present* + *-ation*] : a presentation again or anew ⟨1 and *re-presentation* of established favorite titles - Bechtel⟩ ⟨a *re-presentation* of facts previously st
**rep·re·sen·ta·tion·al** \ˌ~~(ˌ)~ *as in* REPRESEN ˌtāshən³l *or* -shnəl\ *adj* **1** : of, based upon, or of th representation ⟨~ art⟩ ⟨~ powers⟩ ⟨~ office⟩ **2** to, or supporting representationalism ⟨~ school⟩
**rep·re·sen·ta·tion·al·ism** \ˌ~~(ˌ)~ˈtāshən³lˌizəm, ·s **1** *also* **rep·re·sen·ta·tion·ism** \-shəˌnizəm\ : sophical doctrine asserting that the immediate or d of knowledge is an idea in the mind distinct from t or independent object which is the occasion of perc holding sometimes that the idea is a mental counter copy of the external object and sometimes that th modification of the consciousness determined in , nature of the independent object and in part by th limitations of the mind **2** : REPRESENTATIVE ART ⟨1 ~ in his work —J.J.Sweeney⟩ ⟨~ is better left to film —Delmore Schwartz⟩
**rep·re·sen·ta·tion·al·ist** \-shən³ləst, -shnəl-\ *n* -s practices or advocates representative art — co STRACTIONIST 2
**rep·re·sen·ta·tion·ist** \-sh(ə)nəst\ *n* -s : an a philosophical representationism
¹**rep·re·sent·a·tive** \ˌreprəˈzentəd·iv, -prēˈz-, -təti *speech often* ÷ -pəˈz-, *chiefly in substand speech* [ME, fr. MF or ML; MF *representatif*, fr. ML *repra* fr. L *repraesentatus* (past part. of *repraesentare* to + *-ivus* *-ive*] **1** : serving to represent, portray : characterized by representation ⟨a painting ~ c **2** : standing for or in the place of another : acting or others : constituting the agent for another es delegated authority **3** : of, based upon, or con form of government in which the many are repr persons chosen from among them usu. by election ment) ⟨~ democracy⟩ ⟨development of the . **4** : serving as a characteristic example : illust class : conveying an idea of others of the kind ⟨a ~ modern play⟩ ⟨a ~ romantic poem⟩ **5** the character of a mental representation — cor RESENTATION 1e **b** : of or relating to the doctr resentationalism ⟨the ~ theory of knowledge⟩
²**representative** \"\ *n* -s **1 a** : one that stands fo or class (as of persons or things) : one that in corresponds to, replaces, or is equivalent to someoi thing else : SAMPLE, SPECIMEN ⟨many ~s of the —R.E.Coker⟩ ⟨the student body includes ~s of —*Amer. Guide Series: N.C.*⟩ ⟨where distinctly dif logical ~s are found —*Amer. Guide Series: Min* typical embodiment of some quality or abstract con ⟨the most authoritative ~ . . . of the ideal of priest ship —V.L.Parrington⟩ ⟨of the Semitic family Ar chief living ~ —A.L.Kroeber⟩ ⟨the sole ~ . . . and the knowledge of the middle ages —H.T.Buck : a representative body or assembly ⟨debate in th of the kingdom —Nathaniel Bacon⟩ **3** : one that another or others in a special capacity: as **a** (1) represents a constituency as a member of a legislati governing body ⟨the people exercises this sover through the votes of its ~s —D.W.S.Lidderdale⟩ . . . to which no ~ of an Arab state had been nam *Bull.*⟩ ⟨summoned ~s of the shires and the borough ment⟩ (2) : a member of the House of Representa U.S. Congress (3) : a member of a house of repr in a state legislature **b** (1) : one that represents

Exhibit 1 Page 5

ent —*Time*⟩ **b** : a news story ⟨their front ivided between local scandals and romantic c : DOCUMENTATION ⟨the superiority of pic- itten word as a means of ∼ —*Coming Events* 'riting intended to give a factual and detailed ly observed or carefully documented events t to be saying that straightforward ∼ is the .terature that matters —George Orwell⟩ .report on a student that is periodically sub- )l to the student's parents or guardian ∙ódlē, -li\ *adv* : according to report : RE- ∙ made many anonymous benefactions to *nt Biog.*⟩

')\ *n* -S [alter. (influenced by *-er*) of ME *reporteur*, fr. *reporter* to report + *-eur* -or] ⟨a ∼ of spiritual and physical reality —H.S. to continue being a ∼ and judge of what is —Malcolm Cowley⟩: as **a** : an officer or :s authorized statements of law proceedings of legislative debates **b** : one who makes a of a speech or proceeding; *specif* : COURT : one who is employed by a newspaper or er and write news for publication ⟨a sports ∙⟩ ⟨a society ∼⟩ (2) : one who reports news io or television program : COMMENTATOR

a payment made to a worker who reports for ving previously been told that no work is d also *call-in pay*

epə(r)ˌtôrēəl, -tòr- *also* ˈrep- or -ˌpōr- or g. (influenced by *-or*) fr. *reporter* + *-ial* ), or characteristic of a reporter ⟨a long ∼ ity⟩ ⟨∼ skills⟩ **2** : of, resembling, or char- ort ⟨a ∼ book⟩ ⟨∼ prose⟩ ⟨it is too topical, oo ∼ —C.P.Aiken⟩ — **re·por·to·ri·al·ly**

*legislative committee* : to return (a bill) after l often with revisions to a legislative body ite ⟨on the fifteen-man body there are eight )*orting* the measure out —*Newsweek*⟩ RT, *pres 3d sing of* REPORT ie stage in the British legislative process that e third reading and that involves the receipt )ody of the report of the committee to which .ssigned, consideration of amendments made . usu. discussion esp. of details and amend- LEGISLATION 1

ie act of reposing ⟨the ∼ of any trust, virtue, —Shak.⟩ 'ē'p-\ *vt* -ED/-ING/-S [ME *reposen* to replace, influenced by such verbs as ME *deposen* to :ere (perfect stem *repos-*) — more at REPOSIT] away or set down : DEPOSIT **2** : to place (as st) : SET — usu. used with *in* ⟨∼ full con- ;ader —T.B.Macaulay⟩ ⟨the complete trust l his policies —*Newsweek*⟩ **3** : to place for tent, or use ⟨∼s the judicial power in a *Amer. Guide Series: La.*⟩ D/-ING/-S [ME *reposen*, fr. MF *reposer*, fr. *are*, fr. L *re-* + L *pausare* to stop, rest — **1 a** : to lay at rest : place in a restful po- REST ⟨upon that cottage bench *reposed* his ordsworth⟩ **b** : to give rest to : refresh by astle and there ∼ you for the night —Shak.⟩ ⟩ calm or quiet : COMPOSE ⟨extraordinarily man whose leg troubled him, whose war ïose bank troubled him and whose wife ʻancis Hackett⟩ ∼ *vi* **1 a** : to lie at rest ernoon, the entire town ∼s⟩ **b** : to lie dead **c** : to remain still or concealed : lie quiet :he soil ... there ∼ vastly greater quantities —F.C.James⟩ ⟨the existence of similar *reposing* on the bottom of the Pacific —J.F. ι take rest : cease from activity, exertion, or l not ∼; she could not ... she sat thinking ⟩ **3** *archaic* : to rest in confidence : RELY ι and honor I ∼ —Shak.⟩ **4** : to rest for su. used with *on* or *upon* ⟨cutting generous ige knife from the loaf *reposing* on a round dney Lovett⟩ ⟨medieval justice *reposed* so em of fines —G.G.Coulton⟩ MF *repos*, fr. OF, fr. *reposer*, v.] **1 a** : a er exertion or strain : temporary mental or used to restore vigor; *esp* : rest in sleep ⟨a uld make other men heavy and desirous of ⟨earned one's night's ∼ —H.A.Overstreet⟩ tement, danger, or difficulty : restful change .ere at last he could find warmth and the ∼ of dissipation —J.T.Soby⟩ **2 a** : a place ⟩ : eternal or heavenly rest ⟨to pray for the freedom from something that disturbs or ιCE, TRANQUILLITY ⟨the unfailing ∼ of the *Science Monitor*⟩ ⟨induce a sense of ∼ and .B.Mais⟩ **c** : a harmony in the disposition ɔ that is restful to the eye ⟨his painting was g ∼⟩ **3 a** : QUIESCENCE ⟨the volcano was in ɔr absence of activity, movement, or anima- ʻ is grave and thoughtful —R.C.Doty⟩ ⟨pic- irning features of his face —C.L.Sulzberger⟩ manner : quiet dignity : EASINESS, POISE

*adj* : full of repose : QUIET, RESTFUL ⟨a ılted with fine straight green oaks, which ly cool and ∼ —Edmund Wilson⟩ **syn** see

lē, -li\ *adv* : in a reposeful manner : REST-

-fəlnəsˌ\ *n* -ES : the quality or state of being LNESS

a room (as in a funeral home) used for the :ased by mourners

rē'p-\ *vt* [L *repositus*, past part. of *reponere* k, fr. *re-* + *ponere* to put, place — more at ̍ away : DEPOSIT, STORE ⟨buried sedimentary ntrapped the water in which the rocks were

²**repository** \"\ *adj*, *of a drug* : designed to act over a pro- longed period : slowly absorbed : DEPOT ⟨∼ penicillin⟩
**re·pos·sess** \ˌrē+\ *vt* [*re-* + *possess*] **1 a** : to possess again : regain possession of ⟨∼ed her vanity bag —Christopher Morley⟩ ⟨a young playwright, seeking a way to ∼ the great classical tradition of comedy —William Becker⟩ **b** : to resume possession of (an item purchased on installment) in default of the payment of installments due ⟨∼ed the car⟩ ⟨∼ed the sofa⟩ **2** *Scot* : REINSTATE ⟨for the purpose of ∼*ing* his uncle again in the lodge —Sir Walter Scott⟩ **3** : to restore to possession : put in possession again ⟨theology has ∼ed itself of a good conscience and a sense of authority —A.N.Wilder⟩ — **re· pos·ses·sor** \"+\ *n*
**re·pos·ses·sion** \"+\ *n* : the act or state of possessing again : RECOVERY; *specif* : the act of resuming possession of property when the purchaser fails to keep up payments on it
**repost** *var of* RIPOSTE
**re·pot** \(')rē+\ *vt* [*re-* + *pot*] : to transfer a plant from one pot to another usu. with the addition of fresh soil
**re·pous·sage** \rəˌpüˈsäzh\ *n* -S [F, fr. *repousser* + *-age*] **1** : the art or process of hammering out or pressing thin metal from the reverse side **2** : the hammering out of an etching and photoengraving plate from behind to level up any part that has been worked into a depression
¹**re·pous·sé** \-ˌsā\ *adj* [F, past part. of *repousser* to press back, thrust back, fr. ME, fr. *re-* + *pousser* to push, thrust, fr. OF *poulser* — more at PUSH] **1** *of metal work* **a** : shaped or orna- mented with patterns in relief made by hammering or pressing on the reverse side ⟨∼ work⟩ ⟨a silver dish with a ∼ rim⟩ **b** : formed in relief ⟨a ∼ pattern⟩ **2** : resembling or giving the effect of repoussé work ⟨an elongated box bag of crushed silver or gold kid stitched in a ∼ design —Marion Miller⟩
²**repoussé** \"\ *n* -S : repoussé work
**repp** *var of* REP
**rep·pe chemistry** \ˈrepə-\ *n*, *usu cap R* [after Walter *Reppe* b1892 Ger. chemist] : a branch esp. of industrial chemistry that is based on reactions of acetylene under pressure and also of the products so obtained and that includes vinylation, ethynylation, polymerization to cyclic compounds, and carbonylation
**repped** \ˈrept\ *adj* [³*rep* + *-ed*] : resembling rep : having a ribbed surface ⟨∼ paper⟩
**repping** *pres part of* REP
**rep·ple dep·ple** \ˈrepəlˌdepəl\ *n* [by shortening & alter.] *slang* : REPLACEMENT DEPOT
**repr** *abbr* **1** repair **2** represent; representative; represented; representing **3** reprint; reprinted
**rep·re·hend** \ˌreprəˈhend, -prēˈ-\ *vt* -ED/-ING/-S [ME *repre- henden*, fr. L *reprehendere* to hold back, seize, reprehend, fr. *re-* + *prehendere* to grasp, seize — more at PREHENSILE] : to voice disapproval of esp. after judgment : find fault with usu. with sternness and as a rebuke : BLAME, CENSURE, CHIDE, REPRIMAND, REPROVE ⟨∼ not the imperfection of others —George Washington⟩ ⟨I severely ∼ed him on this occasion —Samuel Richardson⟩ **syn** see CRITICIZE
**reprehender** *n* -S *obs* : one that voices disapproval
**rep·re·hen·si·bil·i·ty** \ˌreprəˌhen(t)səˈbiləd-ē\ *n* -ES : the quality or state of being reprehensible
**rep·re·hen·si·ble** \-en(t)səbəl\ *adj* [ME, fr. LL *reprehensi- bilis*, fr. L *reprehensus* (past part. of *reprehendere*) + *-ibilis -able*] : worthy of or deserving reprehension : BLAMABLE, CENSURABLE, CULPABLE, REPROVABLE ⟨to capitalize on his ig- norance is morally ∼ —Nicholas Samstag⟩ ⟨it is my ∼ nature to welcome excitement —Carl Van Doren⟩ ⟨when a work of art excites ... ∼ passions —Samuel Alexander⟩
**rep·re·hen·si·bly** \-blē, -bli\ *adv* : in a reprehensible manner or degree ⟨those laws ... were in his judgment ∼ lenient —T.B.Macaulay⟩
**rep·re·hen·sion** \ˌ==ˈhenchən\ *n* -S [ME *reprehensioun*, fr. MF or L; MF *reprehension*, fr. L *reprehension-*, *reprehensio*, fr. *reprehensus* (past part. of *reprehendere*) + *-ion-*, *-io -ion*] **1** : the act of reprehending : REPROOF ⟨if they are corrupt, they merit ... blame and ∼ —Edmund Burke⟩ ⟨lifted no voice in ∼ of his corrupt deals —S.H.Adams⟩ **2** *archaic* : an instance of reprehending ⟨his writings contained ... severe ∼s —Thomas Brown⟩
**rep·re·hen·sive** \ˌ==ˈhen(t)siv, -sēv *also* -səv\ *adj* [fr. *repre- hension*, after such pairs as E *apprehension*: *apprehensive*] : serving to reprehend : conveying reprehension or reproof ⟨∼ aspects and unfortunate results of unwarranted charges —*New Republic*⟩ — **rep·re·hen·sive·ly** \-səvlē, -li\ *adv*
**rep·re·hen·so·ry** \-n(t)s(ə)rē\ *adj* [fr. *reprehension*, after such pairs as E *commendation*: *commendatory*] *archaic* : REPRE- HENSIVE ⟨no reason for making any ∼ complaint —Samuel Johnson⟩
**rep·re·sent** \ˌreprəˈzent, -prēˈz-, *in rapid speech often* ÷ -pəˈz, *chiefly in substand speech* -pərˈz-\ *vb* -ED/-ING/-S [ME *represen- ten*, fr. MF *representer*, fr. L *repraesentare*, fr. *re-* + *praesentare* to present — more at PRESENT] *vt* **1** : to bring clearly before the mind : cause to be known, felt, or apprehended : present esp. by description **2** : to serve as a sign or symbol of **3** : to portray by pictorial, plastic, or musical art : DELINEATE,DEPICT **4** *archaic* : to make manifest : DISPLAY, EXHIBIT, SHOW **5** : to exhibit by delineation, depiction, or portrayal — used esp. of a work of art **6** : to present by means of something standing in the place of : serve as the counterpart or image of : TYPIFY **7** : to exhibit dramatically: **a** : to produce on the stage **b** : to act the part or role of : personate in acting or on the stage **8 a** : to supply the place, perform the duties, exercise the rights, or receive the share of : take the place of in some respect : fill the place of for some purpose : substitute in some capacity for : act the part of, in the place of, or for (as another person) usu. by legal right **b** : to serve (as in a legislative body) by delegated or deputed authority usu. resulting from election ⟨the state was ∼ed in Congress by two Republicans⟩ **9** : to describe as having a specified character or quality **10** : to set forth or place before someone (as by statement, ac- count, or discourse) : exhibit (a fact) to another mind in language : give one's own impressions and judgment of : state with advocacy or with the design of affecting action or judg- ment : point out by way of protest or remonstrance **11** : to serve as a specimen, example, or instance of **12 a** : to form an image or representation of in the mind **b** (1) : to apprehend (an object) by means of an idea (2) : to recall in memory (an object of previous experience) **13** : to correspond to in kind

literary equivalent of DEPICT or DELINEATE ⟨prosecution *limned* a somewhat different picture —*Newsweek*⟩ ⟨his talent for dialogue as a means for *limning* character —Margaret Hexter⟩ ⟨the life of the community is drawn in detail and the sorrows and sacrifices *limned* with deep compassion —Mary L. Dunn⟩
**re-present** \ˌrē + *pronunc at verb* PRESENT\ *vt* [*re-* + *present*] : to present again, anew, or through the medium of art
**rep·re·sent·able** \*pronunc at* REPRESENT + əbəl\ *adj* : capable of being represented
**rep·re·sen·ta·men** \ˌreprəˌzenˈtāmən, -prē-, -ˌzən-ˈ-\ *n*, *pl* **represen·tam·i·na** \-ˈtamənə\ [fr. *representation*, after such pairs as L *putation-*, *putatio* act of pruning (fr. *putatus* — past part. of *putare* to cut, prune — + *-ion-*, *-io -ion*): *putamen* that which falls off in pruning — more at PUTAMEN] : the product as distinguished from the act of philosophical representation — compare REPRESENTATION 1e
**rep·re·sent·ant** \ˌreprəˈzentˀnt, -prēˈ-, -zentənt\ *n* -S [F *représentant*, fr. MF *representant*, fr. *representant*, pres. part. of *representer* to represent] : one that represents another : REPRESENTATIVE ⟨the greatest literary ∼ of the revolution —*Nineteenth Century & After*⟩
**rep·re·sen·ta·tion** \ˌreprəˌzenˈtāshən, -prēˌz-, -ˌzən-ˈ-, *in rapid speech often* ÷ -pə(ˌ)z-, *chiefly in substand speech* -pər(ˌ)z-\ *n* -S [ME *representacion*, fr. MF *representation*, fr. L *repraesenta- tion-*, *repraesentatio*, fr. *repraesentatus* (past part. of *repraes- sentare* to represent) + *-ion-*, *-io -ion*] **1** : one that represents or is represented: as **a** : a likeness, picture, model, or other reproduction ⟨∼s in pottery of frogs and turtles —*Times Lit. Supp.*⟩ ⟨an allegorical ∼ ... decorates the main pediment —*Amer. Guide Series: Mich.*⟩ **b** (1) : a statement or account esp. made to convey a particular view or impression of some- thing with the intention of influencing opinion or action ⟨his ∼s ... influenced the president to investigate —*Amer. Guide Series: Minn.*⟩ ⟨make no false ∼s to me —Thomas Hardy⟩ ⟨defendant's ∼s that said automobile was new —*Southeastern Reporter*⟩ (2) : a statement of fact incidental or collateral to a contract made orally or in writing and on the faith of which the contract is entered into — compare ¹AFFIRMATIVE 3b, PROMISSORY, WARRANTY ⟨written ∼s obtained from officials of the client —R.S.Johns⟩ ⟨the contract of sale contains a ∼ by the purchaser —*U.S.Code*⟩ **c** : a dramatic production or per- formance ⟨a theatrical ∼⟩ **d** (1) : a usu. formal and serious statement (as of facts, reasons, or arguments) made against something or to effect a change ⟨the colonial secretary made ∼s on behalf of the Uitlanders —Ethel Drus⟩ (2) : a usu. formal protest : EXPOSTULATION, REMONSTRANCE ⟨the tenants had de- cided not to pay the increase until they had made ∼s to the Native Affairs Department —H.S.Warner⟩ **e** (1) : an image or idea formed by the mind (2) : an idea that is the direct ob- ject of thought and the mental counterpart or transcript of the object known by means of it **2** : the act or action of repre- senting or the state of being represented: as **a** : the action of representing (as by portrayal or delineation) in a visible image or form ⟨a strict ∼ of nature would require that it curve —Hunter Mead⟩ ⟨entrance of light rays into the eye and their final ∼ in the brain —F.A.Geldard⟩ ⟨an exponent of ∼ rather than abstraction in art⟩ **b** : the action of setting forth or plac- ing before another (as by a statement, account, or discourse) esp. with a view to affecting action ⟨the ∼ of student opinion to the administration —*Seton Hall Univ. Bull.*⟩ ⟨yielding to the artful ∼ of ambitious hypocrites —Sir Walter Scott⟩ **c** (1) : the action or fact of one person standing for another so as to have to a greater or less extent the rights and obligations of the per- son represented; *specif* : the relation of an heir to his predeces- sor when both the rights and obligations of the predecessor devolve upon the heir (as in Roman and Scots law) (2) : the substitution of an individual or class of individuals in place of a person (as when a child or children take the share of an estate that would have fallen to a deceased parent) **d** (1) : the action of representing or the fact of being represented in a legislative body ⟨∼ of territory ... rather than of population —G.A.Graham⟩ ⟨raise the issue of Chinese ∼ —*New States- man & Nation*⟩ ⟨the ancient world knew nothing of the device of ∼ —Woodrow Wilson⟩ (2) : the action or fact of being represented in some other grouping, body, or aggregation ⟨in ... such universities and colleges there is no ∼ of any non= West European culture —*Amer. Council of Learned Soc. News- letter*⟩ ⟨∼ of classic issues in the collection⟩ **e** (1) : the action or process by which the mind forms an image or idea of an ob- ject (2) : recurrent as opposed to simple presentation **3** : the whole body of persons representing a constituency ⟨when vacancies happen in the ∼ of any state in the Senate —*U. S. Constitution*⟩ ⟨chosen head of the U. S. ∼ —*Current Biog.*⟩ ⟨small ∼s from the Baltic states —Henry Giniger⟩
**re-presentation** \(ˌ)rē + *pronunc at* PRESENTATION\ *n* [*re= present* + *-ation*] : a presentation again or anew ⟨the revision and *re-presentation* of established favorite titles —Louise S. Bechtel⟩ ⟨a *re-presentation* of facts previously stated⟩
**rep·re·sen·ta·tion·al** \ˌ==(ˌ)ə as in REPRESENTATION + ˈtāshənᵊl *or* -shnəl\ *adj* **1** : of, based upon, or of the nature of representation ⟨∼ art⟩ ⟨∼ powers⟩ ⟨∼ office⟩ **2** : of, relating to, or supporting representationalism ⟨∼ school⟩ ⟨∼ theory⟩
**rep·re·sen·ta·tion·al·ism** \ˌ==(ˌ)əˈtāshənᵊlˌizəm, -shnəˌli-\ *n* -S **1** *also* **rep·re·sen·ta·tion·ism** \-shəˌnizəm\ : the philo- sophical doctrine asserting that the immediate or direct object of knowledge is an idea in the mind distinct from the external or independent object which is the occasion of perception and holding sometimes that the idea is a mental counterpart or true copy of the external object and sometimes that the idea is a modification of the consciousness determined in part by the nature of the independent object and in part by the nature or limitations of the mind **2** : REPRESENTATIVE ART ⟨unorthodox ∼ in his work —J.J.Sweeney⟩ ⟨∼ is better left to the action film —Delmore Schwartz⟩
**rep·re·sen·ta·tion·al·ist** \-shənᵊləst, -shnəl-\ *n* -S : one that practices or advocates representative art — compare AB- STRACTIONIST 2
**rep·re·sen·ta·tion·ist** \-sh(ə)nəst\ *n* -S : an adherent of philosophical representationism
¹**rep·re·sen·ta·tive** \ˌreprəˈzentəd-iv, -prēˈz-, -ˌtətiv, *in rapid speech often* ÷ -pəˌz-, *chiefly in substand speech* -pərˌz-\ *adj* [ME, fr. MF or ML; MF *representatif*, fr. ML *repraesentativus*, fr. L *repraesentatus* (past part. of *repraesentare* to represent) + *-ivus -ive*] **1** : serving to represent, portray, or typify ∙ characterized by representation ⟨a painting ∼ of a battle⟩

Exhibit 1 / Page 6

# EXHIBIT 2

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

### UNABRIDGED

*A Merriam-Webster*
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.

Exhibit 2  Page 7



**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
   unabridged: a Merriam-Webster / editor in chief, Philip Babcock
   Gove and the Merriam-Webster editorial staff.
     p.    cm.
   ISBN 0-87779-201-1

   1. English language—Dictionaries.   I. Gove, Philip Babcock,
1902–1972.  II. Merriam-Webster, Inc.
PE1625.W36 1993
423–dc20                                                             93-10630
                                                                                     CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

495051QP/H009998

Exhibit   2   Page   8

**ino·trop·ic** \ˌinə-ˈträpik, ˌīn-\ adj [ISV ³in- + -tropic] : influencing muscular contractility — **inot·ro·pism** \ˈō'nu̇-trə-ˌpizəm, ī'-\ n -s

**in ovo** \ˈiˈnō(ˌ)vō\ adv [L] : in the egg : in embryo

**in·oxidizable** \(ˈ)in+\ adj [¹in- + oxidizable] : not capable of being oxidized

**in·paint** \ˈən+\ vt [²in + paint] : to repair or restore (a painting) by repainting obliterated areas

**in pais** \-ˈpā\ adv [pais fr. MF pais, pays country — more at PAYSAGE] : in the country as distinguished from in court

**in pa·ri causa** \-ˈpärē-\ adv [LL, in a like case] : in a case where all parties stand equal in right according to law

**in pari de·lic·to** \-də'lik(ˌ)tō\ adv [LL, in a like offense] : in equal fault or wrong — used of parties in a legal case

**in pari ma·te·ria** \-mə'tirēə\ adv [LL, in a like matter] : on the same subject or matter : in a similar case ⟨there is virtually nothing of known date *in pari materia* with which it can be compared —*Times Lit. Supp.*⟩

**in par·ti·bus in·fi·de·li·um** \(ˌ)in'pärd-əbə,sinfə'dālēəm\ also **in partibus** adv [ML, lit., in the regions of infidels] : in ideologically hostile or unsympathetic surroundings ⟨made himself missionary *in partibus infidelium* for American philosophic naturalism —J.H.Randall⟩

**in par·vo** \-ˈpär(ˌ)vō\ adv [L] : in little : in miniature ⟨the reflection, *in parvo*, of the defects of the larger whole —Sonya Forthal⟩

**inpatient** \ˈ=ˌ==\ n [⁴in + patient] : a patient in a hospital or infirmary who receives lodging and food as well as treatment — distinguished from *outpatient*

**in pa·tri·mo·nio** \-ˌpa-trə'mōnēˌō\ adv [L, lit., within inheritance] : IN COMMERCIO

**inpayment** \ˈ=ˌ==\ n [⁴in + payment] **1** : the act or an instance of paying in **2** : a payment to — contrasted with *outpayment*

**in pec·to·re** \-ˈpektərē\ adv [L, lit., in the breast] : in secret ⟨must hold their names *in pectore* —Thomas Barbour⟩

**in per·pe·tu·um** \-pə(r)'pechəwəm\ adv [L] : in perpetuity : FOREVER ⟨left certain royalties to the home *in perpetuum* —Joseph Wechsberg⟩

**in per·so·nam** \-pə(r)'sō,nam\ adv (or adj) [L, against a person] : against a particular person for the purpose of imposing upon him a personal liability, debt, or obligation to do or not to do a designated act ⟨proceedings and judgments are *in personam* where the court or tribunal has jurisdiction over the defendant and power to enforce obedience against him personally⟩ — compare IN REM

**in pet·to** \-ˈped(ˌ)ō\ adv (or adj) [It, lit., in breast; prob. trans. of L *in pectore*] **1** : in private : SECRETLY — used esp. of a cardinal appointed by the pope but not named in consistory **2** [influenced in meaning by E *petty*] : in miniature : on a small scale ⟨an epic *in petto* —Louis Untermeyer⟩

**inphase** \ˈ=ˌ=\ adj [fr. the phrase *in phase*] : being of the same electrical phase

**inphase component** n : the active component of an alternating current in a reactive circuit

**in-pig** \ˈ=ˈ=\ adj [fr. the phrase *in pig*] *of a sow* : PREGNANT

**in-plant** \ˈ=ˈ=\ adj [fr. the phrase *in plant*] : carried on, occurring within, or restricted to the confines of a manufacturing establishment or factory ⟨*in-plant* training programs⟩ ⟨the *in-plant* medical director⟩

**in·polygon** \ˈin+ˌ-\ n [⁴in + polygon] : an inscribed polygon

**in·polyhedron** \"+ˌ-\ n [⁴in + polyhedron] : an inscribed polyhedron



inpolygons

**in pos·se** \-ˈpäsē\ adv (or adj) [ML] : in possibility or capacity : not in actuality ⟨contains within itself, *in posse*, implicitly, ideally, the entire logico-dialectical process —Frank Thilly⟩ : POTENTIALLY — contrasted with *in esse*

**¹inpour** \ˈ=ˌ=\ n [⁴in + pour (after *pour in*, v.)] : a pouring in : INRUSH ⟨the ∼ of tumultuous Irish immigrants —Helen Sullivan⟩

**²in·pour** \(')=ˈ=\ vi : to pour in ⟨goods and money *inpoured* —J.J.Mallon⟩

**inpouring** \ˈ=ˌ==\ n -s [⁴in + pouring (after *pour in*, v.)] : INPOUR ⟨viewed the ∼ of bedraggled foreigners with alarm — A.D.Graeff⟩

**in-print** \ˈ=ˌ=\ n [fr. the phrase *in print*] : a title that is in print

**in-process** \ˌən+\ adj [fr. the phrase *in process*] : being worked on in manufacture in distinction from raw materials and from finished products

**in pro·pria per·so·na** \ən'prōprēəpə(r)'sōnə\ adv [L] : in one's own person : without the assistance of an attorney : PERSONALLY

**in·put** \ˈin,pu̇t, usu -u̇d-+V\ also **im·put** \ˈim,-\ n [*input* fr. ⁴in + put (after *put in*, v.); *imput* alter. of *input*] **1** : something that is put in: as **a** *chiefly Scot* : a contribution of money **b** : an amount put in (increase the ∼ of fertilizer) **c** : power or energy put into a machine or system for storage (as into a storage battery) or for conversion in kind (as into a mechanically driven electric generator or a radio receiver) or conversion of characteristics (as into a transformer or electronic amplifier) usu. with the intent of sizable recovery in the form of output **d** : a component of production (as land, labor, or materials) ⟨∼s such as seed, twine, ginning fees, and containers —D.G.Johnson⟩ **e** : data or similar information fed into a computer or accounting machine **2 a** : the point at which an input (as of energy, material, or data) is made **b** : the method or equipment used in making an input **3** : the act, process, or an instance of putting in ⟨requires a continuous ∼ of energy both for maintenance and for propagation —G.A.Bartholomew & J.B.Birdsell⟩

**input well** n : INJECTION WELL

**in querpo** var of IN CUERPO

**in·quest** \ˈin,kwest\ n [ME *enquest, inquest,* fr. OF *enqueste,* fr. fem. of (assumed) *enquest,* fr. (assumed) VL *inquaestus,* past part. of *inquaerere* to inquire — more at INQUIRE] **1 a** : a judicial or official inquiry or examination esp. before a jury ⟨a coroner's ∼⟩ ⟨an ∼ to fix damages⟩ **b** : a body of men esp. a jury assembled to hold such an inquiry **c** : the finding of the jury upon such inquiry or the document recording it **2** : INQUIRY, INVESTIGATION ⟨a two-year ∼ into the conduct of the executive —W.E.Binkley⟩ syn see INQUIRY

**qui·na·tion** \ˌ==ˈnāshən\ n -s

**in·quir·able** \ən'kwīrəbəl\ adj [ME *enquirable,* fr. *enquiren* + *-able*] *archaic* : capable of being inquired into : subject or liable to inquiry

**in·quire** *also* **en·quire** \ən'kwī(ə)r, -īə\ vb -ED/-ING/-S [ME *enquiren, inqueren, inquiren,* alter. (influenced by L *inquirere* to inquire) of *enqueren,* fr. OF *enquerre,* fr. (assumed) VL *inquaerere,* alter. (influenced by L *quaerere* to seek, ask) of L *inquirere,* fr. *in-* ²in- + *-quirere* (fr. *quaerere*)] vt **1** : to ask about or ask : seek to know by asking or questioning ⟨some kindred spirit shall ∼ thy fate —Thomas Gray⟩ ⟨*inquired* the way to the station⟩ ⟨*inquired* what the weather was likely to be⟩ **2 a** : to search or search into : INVESTIGATE, EXAMINE ⟨failed to ∼ the limits of what can be said —Allen Tate⟩ **b** *archaic* : to search or ask for — often used with *out* **c** *obs* : INTERROGATE, QUESTION ∼ vi **1** : to put a question : seek for truth or information by questioning : ASK ⟨*inquired* about the horses —*Amer. Guide Series: La.*⟩ **2** : to make investigation or inquiry : engage in study or scrutiny — often used with *into* ⟨their right to ∼ into the activities of the teachers⟩ ⟨∼ briefly into the effect that comes from the combination of phrases —E.K.Brown⟩ syn see ASK — **inquire after** : to ask about the health or well-being of ⟨the parents of the boys he played with always *inquired after* his father and mother —Scott Fitzgerald⟩

**in·qui·ren·do** \ən,inkwə'ren(ˌ)dō\ n -S [L, by inquiring, ablative of *inquirendum,* gerund of *inquirere* to inquire] : an inquiry or an authority to conduct an inquiry

**in·quir·er** \ən'kwīrə(r)\ n -S : one that inquires : QUESTIONER

**inquiring** adj **1** : given to inquiry : INVESTIGATIVE ⟨an ∼ mind⟩ **2** : appearing to inquire : INQUISITIVE ⟨rolled ∼ eyes toward my father —Kenneth Roberts⟩ ⟨∼ looks⟩ — **in·quir·ing·ly** adv

**in·quiry** *also* **en·quiry** \ˈin,kwī(r)ē, ən'kwī, 'inkwə, -ri *sometimes* 'iŋkwəl *or* ˈin,kwi̇\ n -ES [alter. of ME *enquery,* fr. *enqueren* + -*y*] **1** : the act or an instance of seeking truth, information, or knowledge about something : examination into facts or principles : RESEARCH, INVESTIGATION ⟨complete freedom of ∼⟩ ⟨the scientific method of ∼ —C.W.Eliot⟩ ⟨that most modern of *inquiries,* the study of the cosmic rays —K.K.Darrow⟩ ⟨an ∼ into the nature of truth⟩; *specif* : a formal or official investigation of a matter of public interest by a body (as a legislative committee) with power to compel testimony ⟨witnesses convicted of contempt of congressional *inquiries* —*Current Biog.*⟩ **2** : the act or an instance of asking for information : a request for information : QUERY, QUESTION ⟨upon ∼, I learned that he was out⟩ ⟨the information desk receives many *inquiries*⟩ ⟨would not answer my ∼⟩

syn INQUISITION, INVESTIGATION, INQUEST, PROBE, RESEARCH: INQUIRY is a general term applicable to any quest for truth, knowledge, or information ⟨make *inquiries* about a prospective employee⟩ ⟨they made *inquiries,* and learned that Wild Bill was then in the Mint saloon —S.H.Holbrook⟩ ⟨a letter of *inquiry* to the authorities⟩ ⟨the True, which is the goal of all scientific and all philosophical *inquiry* —W.R.Inge⟩ INQUISITION suggests a sustained search, thorough and often unrelenting, for hidden facts; it may apply to merciless unremitting volleys of questions ⟨an *inquisition* into the bankruptcy proceedings⟩ ⟨the investigating committee subjecting him to a long *inquisition*⟩ INVESTIGATION may apply to a sustained and systematic inquiry, esp. of some specific proceeding ⟨an auditor *investigation* of the reported shortages⟩ ⟨the conduct of men in important areas may often be very legitimately subject to properly conducted Congressional *investigation* —Norman Thomas⟩ ⟨by their bullying tactics, by their having turned needed *investigations* into regrettable *inquisitions* —John Mason Brown⟩ INQUEST, once in more general use as a close synonym for INQUIRY, now usu. applies to an investigation, often by a coroner and his jury, into a cause of death or to a similar investigation into something disastrous or troubling ⟨it turned out on a final *inquest* that the learned lecturer had translated his piece into English —H.J.Laski⟩ ⟨it was decided at the *inquest* that the deceased had committed suicide⟩ ⟨an *inquest* on the fall of Singapore and the sinking of H.M.S. *Repulse* and H.M.S. *Prince of Wales* —*New Yorker*⟩ PROBE, in this sense, may apply to any deep, painstaking inquiry to discover something wrong or improper ⟨a *probe* resulting in the disbarring of several attorneys⟩ ⟨a *probe* into improper tax refunds⟩ RESEARCH applies to careful, prolonged study, esp. to uncover new knowledge ⟨*research* has shown and practice has established the futility of the charge that it was a usurpation when this Court undertook to declare an Act of Congress unconstitutional —O.W.Holmes †1935⟩ ⟨the *researches* . . . in the 17th century into the theory of probabilities greatly advanced the accuracy of calculations —*Encyc. Americana*⟩

**inquiry agent** n, *Brit* : a private detective

**in·quis·ite** \ən'kwizət\ vb -ED/-ING/-S [L *inquisitus,* past part. of *inquirere* to inquire — more at INQUIRE] **1** : to subject to inquisition; inquire into : INVESTIGATE, QUESTION ⟨people can stand only a short amount of *inquisiting* —G.P.Wilson⟩ **2** *obs* : INQUISITION

**¹in·qui·si·tion** \ˌinkwə'zishən\ n -S [ME *inquisicioun,* fr. MF *inquisition,* fr. L *inquisition-, inquisitio,* fr. *inquisitus* (past part. of *inquirere* to inquire) + *-ion-, -io* -ion] **1** : the act or an instance of inquiring : INQUIRY, SEARCH, EXAMINATION, INVESTIGATION ⟨nominated himself for this delicate ∼ —S.H.Adams⟩ ⟨proposed a brief ∼ into the politics of the place —John Buchan⟩ **2** : a judicial or official inquiry or examination usu. before a jury (as for ascertaining taxable property or for fixing the guilt of nuisances); *also* : the finding of such a jury or the document on which it is recorded **3** [ML *inquisition-, inquisitio,* fr. L] **a** *usu cap* : a Roman Catholic ecclesiastical tribunal of medieval times and the early modern period having as its primary objective the discovery, punishment, and prevention of heresy; *specif* : an ecclesiastical tribunal set up in Spain under state control in 1478–80 with the object of proceeding against lapsed converts from Judaism, crypto-Jews, and other apostates that was marked by the extreme severity of its proceedings **b** : an official inquiry or investigation conducted with little or no regard for individual rights or characterized by undue harshness, bias, or hostility on the examiner's part ⟨his ∼s were backed by the authority of the United States government —Elmer Davis⟩ ⟨the whole notion of loyalty ∼s is a natural characteristic of the police state —*New Republic*⟩ **c** : a severe or searching questioning : the ordeal of such a questioning

gation with little or no regard for undue harshness, bias, or severity personality to official ∼s under (Mowrer)

**in·quis·i·to·ri·al** \(ˌ)in,kwizə'tōrē relating to an ecclesiastical inquisit such an inquisitor ⟨with royal and for him —G.C.Boyce⟩ **b** : like or inquisitor: as (1) : heedless of or f seeking information or enforcing co extreme harshness or cruelty ⟨a pra ∼ talents —Waldo Frank⟩ ⟨beyon and powerful methods —J.M.Keyn ing or importunate in inquiry : PRY point of antagonism —*N.Y. Times* ∼ way —Carleton Beals⟩ **2** : co system of criminal procedure in wl prosecutor or in which the proceed and the accused must answer que having the authority to conduct of power of the Senate is . . . of the hiǵ Rogers⟩ ⟨an ∼ agency⟩ — contrast **in·quis·i·to·ri·al·ly** \-ˌəlē, -liˋ\ adv - *n* -ES

**in·quis·i·tory** \ən'kwizə,tōrē, ə *inquisitor*] : INQUISITORIAL, SEARCH sistent, ∼ note —Scott Fitzgerald⟩

**inquisitous** adj [L *inquisitus,* past **in·quis·i·tress** \-zə-trəs\ n -ES [*in* inquisitor

**inradius** \ˈ=ˌ==\ n [⁴in + radius] circle or sphere — opposed to *exra*

**¹in re** \-ˈrā, -ˈrē\ *or* **in re·bus** \-ˈrē in the thing; *in rebus* fr. L, in the th : in the particular existing thing ⟨: that universals exist *in re*⟩ — REALISM **2** : in something existing c real world

**²in re** *prep* [L] : in the matter of : co in the title or name of a case where quasi in rem and not in personam probate or bankrupt estate, a guar for laying out a public highway⟩ an name of an ex parte proceeding (as i of habeas corpus)

**in rem** \-ˈrem\ adv (or adj) [LL] : a thing (as a right, status, or title to p to the persons involved ⟨the court proceeding⟩ ⟨a judgment *in rem*⟩ QUASI IN REM

**in req** *abbr* information requested

**in re·rum na·tu·ra** \-ˈrärəmnə'tu̇r nature of things in the world of na the world of human beings : in th ⟨they do not signify anything *in re*

**¹inring** \ˈ=ˌ=\ n [⁴in + ring] : INWIC

**²in·ring** \ˌən+\ vi : INWICK

**inroad** \ˈ=ˌ=\ n [⁴in + road] **1 a** : forcible entrance : RAID, FORAY barley from the ∼s of sparrows homes would be reserved to them a —P.W.Gates⟩ **2** : an advance or pense of something or someone ⟨another sharp ∼ on the princi *Liberties*⟩ ⟨the ∼s of the confoi literary life —C.J.Rolo⟩ ⟨make ∼s of their local competitors —Pat materials made deep ∼s into th Anderson⟩

**²in·road** \ˌən+\ vb -ED/-ING/-S vt ∼ vi : to make inroads

**in·roll** \ˌən'rōl\ *archaic var of* ENROl

**inrooted** \ˈ=ˌ==\ adj [²in + rootec American philosophy of competiti

**inrun** \ˈ=ˌ=\ n [⁴in + run] : an inc ski jumper moves prior to the takec

**in·rup·tion** \ən'rəpshən\ n -s [by al

**inrush** \ˈ=ˌ=\ n [⁴in + rush (after *p* an instance of rushing or pouring maritime air —*Farmer's Weekly (S*

**inrushing** \ˈ=ˌ==\ adj [⁴in + rushin ing in ⟨the ∼ immigrant masses —

**ins** *pl of* IN, *pres 3d sing of* IN

**-ins** *pl of* -IN

**ins** *abbr* **1** inscribed **2** inside **4** insular **5** insulated; insulation

**in·sal·i·vate** \ˌən+\ vt [²in- + saliv saliva by mastication — **in·saliva**

**in·sa·lu·bri·ous** \ˌin+\ adj [L *insalu* healthful + E -*ous* — more at SAL pair health : UNWHOLESOME, NOXI

**in·sa·lu·bri·ty** \ˌin+\ n [F *insalub*. insalubrious (fr. L *insalubris*) + -*it* unwholesomeness esp. of climate

**in·sa·lu·tary** \(')in, ən+\ adj [LL i *salutaris* salutary] : not healthful o1 ∼ outlook on life⟩

**in·san·a·ble** \(')in,ˈsanəbəl, ən's-, n + *sanabilis* curable — more at SAl MEDIABLE

**ins and outs** *n pl* **1** : physical twists uncertainties (as of a road) ⟨know: short way to the camp⟩ **2** : cha technicalities ⟨had to learn the *ins* : RAMIFICATIONS ⟨the *ins and outs*

**in·sane** \(')in,ˈsān, ən's-\ adj, *som* fr. *in-* ¹in- + *sanus* sane] **1 a** *ob:* DISORDERED **b** *of a person* : exhit order of mind : affected with insan in mind to such a degree as to be un competently in ordinary human r CHOTIC **2** *obs* : causing insanity for insane persons ⟨an ∼ hospital foolish or ridiculous : lacking any : wildly visionary ⟨a perfectly ∼ id ⟨the *insanest* thing you ever saw⟩ —

**in·sane·ly** *adv* : in an insane man



# EXHIBIT 3

# Webster's Third New International Dictionary

OF THE ENGLISH LANGUAGE

UNABRIDGED

**A Merriam-Webster**
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.

Exhibit 3   Page 10



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
  unabridged: a Merriam-Webster/editor in chief, Philip Babcock
  Gove and the Merriam-Webster editorial staff.
     p.    cm.
  ISBN 0-87779-201-1

  1. English language—Dictionaries.   I. Gove, Philip Babcock,
1902–1972.   II. Merriam-Webster, Inc.
PE1625.W36 1993
423–dc20                                                    93-10630
                                                                CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

495051 QP/H009998

Exhibit 3 Page 11

of being resplendent : brilliant luster : SPLENDOR
**re·splen·den·cy** \-dənsē, -si\ n -ES [LL *resplendentia*] **1** : RESPLENDENCE **2** : a resplendent thing (as a garment) ⟨her folds and *resplendencies* —H.L.Davis⟩
**re·splen·dent** \-dənt\ *adj* [L *resplendent-, resplendens*, pres. part. of *resplendēre* to shine back, fr. *re-* + *splendēre* to shine — more at SPLENDID] : shining brilliantly : LUSTROUS **syn** see SPLENDID
**re·splen·dent·ly** *adv* : in a resplendent manner : with resplendence
¹**re·spond** \rə'spänd, rē's-\ n -s [ME, fr. MF *respondre* to respond] **1** : something sung or said after or in reply to the officiant in a liturgy : a response to or as if to a versicle : RESPONSORY **2** : an engaged pillar supporting an arch or closing a colonnade of arcade ⟨the nave arcade will be of nine pillars and two ∼s⟩; *also* : a corbel so used or a pilaster that backs up a free column **3** : ANSWER, REPLY
²**respond** \"\ *vb* -ED/-ING/-S [MF *respondre* to answer, correspond, fr. L *respondēre* to promise in return, answer, correspond, fr. *re-* + *spondēre* to promise — more at SPOUSE] *vi* **1** *archaic* : to correspond to or accord with something **2** : to say something in return : make an answer ⟨∼*ed* negatively to the question⟩: as **a** : to make a respond or response in a liturgy **b** (1) : to make a bid in bridge based wholly or partly on strength promised by a previous bid by one's partner (2) : to bid as directed by a forcing bid made by one's partner **3** : to show some reaction to a force or stimulus ⟨the pupil of the eye ∼s to change of light intensity⟩ : react in response ⟨a horse ∼*ing* to kindly treatment⟩ ⟨∼*ed* with rage to the insult⟩ ⟨the abscess ∼*ed* well to heat treatment⟩; *often* : to react favorably in response ⟨is at last ∼*ing* to medication⟩ **4** : to render satisfaction : be answerable ∼ *vt, archaic* : to answer to : correspond to **syn** see ANSWER
**re·spon·de** \-n,dē\ *n* -S [L, 2nd sing. imper. of *respondēre* to respond] *Scots law* : an entry formerly made in a book of record in chancery of a nonentry or relief duty payable by an heir taking a precept from chancery; *also* : the amount of the duties in such an entry
**re·spon·de·at ouster** \-,dēət-\ *n* [L *respondeat* let him make answer (3d sing. pres. subj. of *respondēre* to respond) + AF *ouster, oustre* further, beyond, alter. of OF *outre*, fr. L *ultra* — more at ULTERIOR] : a judgment or order used upon denial of a dilatory plea to direct the party who made it to plead to the merits
**respondeat superior** *n* [ML, let the superior give answer] : the responsibility of a principal for his agent's acts ⟨the power of control is the test of liability under the doctrine of *respondeat superior* —J.D.Johnson⟩
**re·spon·dence** \rə'spändən(t)s, rē's-\ *also* **re·spon·den·cy** \-dənsē\ *n, pl* **respondences** *also* **respondencies** [L *respondēre* to answer, correspond + E *-ence, -ency*] : the act of responding : the quality or state of being respondent : ANSWERING, RESPONSE; *also* : CORRESPONDENCE, AGREEMENT
¹**re·spon·dent** \-dənt\ *n* -S [L *respondent-, respondens*, pres. part. of *respondēre* to answer, correspond — more at RESPOND] : one that responds (as with a reply): as **a** : one that maintains a thesis in reply — distinguished from *opponent* **b** (1) : one that answers in various legal proceedings that are usu. not according to the course of the common law (as in equity, admiralty, ecclesiastical, or statutory cases) (2) : the prevailing party in the lower court — distinguished from *appellant*
²**respondent** \"\ *adj* [L *respondent-, respondens*] **1** *obs* : serving to correspond **2** : making response : ANSWERING, RESPONSIVE; *esp* : being a defendant or respondent at law
**re·spon·den·tia** \,rē,spän'dench(ē)ə\ *n* -S [NL, fr. L *respondent-, respondens* + *-ia* -y; fr. the fact that it is only a personal obligation on the borrower who is bound to answer the contract] : a loan upon goods laden on a ship conditioned to be repaid with maritime interest only in the event of the safe arrival of some part of the goods — compare BOTTOMRY
**re·spond·er** \rə'spändə(r), rē's-\ *n* -S : one that responds: **a** : a person that responds (as to a question, a bid, a kindness) **b** : something that reacts responsively: as (1) : the main charge of an explosive that requires an initiator to set it off (2) : the part of a transponder that transmits a radio signal
**responsa** *pl of* RESPONSUM
¹**responsal** *adj* [ME *responsaill*, fr. ML *responsalis* of a reply, answerable, fr. L *responsum* reply + *-alis* -al — more at RESPONSE] **1** *obs* : ANSWERABLE, RESPONSIBLE **2** *obs* : RESPONSIVE
²**re·spon·sal** \rə'spän(t)səl, rē's-\ *n* -S **1** [ME, fr. ML *responsalis* of a reply] **a** *obs* : REPLY, ANSWER **b** *archaic* : a respond in a liturgy **2** [ML *responsalis*, fr. *responsalis* of a reply] *obs* : the respondent in a disputation **3** : RESPONSALIS
**re·spon·sa·lis** \-,spän'sālɔs\ *n, pl* **responsa·les** \-'sā(,)lās\ [LL *responsalis* (trans. of LGk *apokrisiarios*), fr. L *responsum* reply + *-alis* -al — more at RESPONSE] : one who gives answers as the representative of an ecclesiastic : APOCRISIARIUS
**re·spon·sa pru·den·ti·um** \-sə(,)prü'dentēəm, -dench(ē)əm\ *n pl* [LL] : the responses or opinions of eminent lawyers or professional jurists on legal questions addressed to them — compare OBITER DICTUM
**re·spon·sa·ry** \-n(t)sərē\ *n* -ES [*response* + *-ary*] : RESPONSORY, RESPONSE
**re·sponse** \rə'spän(t)s, rē's-\ *n* -S [ME & L; ME *respounse*, fr. MF *respons*, fr. L *responsum* reply, fr. neut. of *responsus*, past part. of *respondēre* to answer — more at RESPOND] **1** : an act or action of responding (as by an answer) : a responsive or corresponding act or feeling : a responding to a motive force or situation : REACTION ⟨the sensitive and wistful ∼ of a poet to the gentler phase of beauty —*Amer. Guide Series: Minn.*⟩ ⟨the ∼ of a wire to the flow of electric current⟩: as **a** : a liturgical answer in the form of a verse, sentence, phrase, or word sung or said by the people or choir after or in reply to the officiant at a religious service and often indicated in liturgical books by R or ℟ : RESPOND, RESPONSORY; *also* : an anthem sung after or during a lection **b** : a supernatural answer (as by an oracle) **c** (1) : ANSWER **5** (2) : the chorus or refrain of a folk song or rhyme **d** : reply to an objection in formal disputation **e** (1) : activity or inhibition of previous activity of an organism or of any of its parts resulting from stimulation ⟨a motor ∼⟩ ⟨a native ∼⟩ (2) : such activity or inhibition existing in a covariant relationship with drive, cue, and reinforcement **f** : the output of a transducer or detecting device resulting from a given input; *specif* : the voltage output of a microphone per unit amplitude of sound

sequences **4** : involving responsibility : involving a degree of accountability ⟨a ∼ office⟩ **5** : politically answerable (as to a legislature or an electorate); *esp* : required to submit to the electorate if defeated by the legislature — used esp. of the British cabinet
**syn** ANSWERABLE, ACCOUNTABLE, AMENABLE, LIABLE: RESPONSIBLE may differ from ANSWERABLE and ACCOUNTABLE in centering attention on a formal organizational role, function, duty, or trust ⟨while held *responsible* for the bank's operations, the president has powers considered largely nominal —*Current Biog.*⟩ ⟨chief of personnel for the *New York Herald Tribune*, where she is also *responsible* for special editorial work in the field of industrial relations —*Current Biog.*⟩ ANSWERABLE is likely to be used in situations involving moral or legal obligation or duty under judgment ⟨we must take heed, however, that we do not load their memory with infamy which of right belongs to their master. For the treaty of Dover the King himself is chiefly *answerable* —T.B.Macaulay⟩ ⟨there was something ineradicably corrupt inside her for which her father was not *answerable* —E.K.Brown⟩ ACCOUNTABLE may be used in situations involving imminence of retribution for unfulfilled trust or violated obligation ⟨the president is invested with certain important political powers, in the exercise of which he is to use his own discretion, and is *accountable* only to his country in his political character and to his own conscience —John Marshall⟩ AMENABLE may indicate the fact of subjection to review, judgment, or control by a higher agency ⟨certain boats are sometimes not *amenable* to the rules of the right-of-way. A naval boat, for instance, on official business, may demand and take the right-of-way —H.A.Calahan⟩ ⟨scholar and teacher alike ranked as clerks, free from lay responsibilities or the control of civil tribunals, and *amenable* only to the rule of the bishop and the sentence of his spiritual courts —J.R.Green⟩ LIABLE may indicate the fact of being legally answerable without making further indication or implication ⟨judgment in cases of impeachment shall not extend further than to removal from office, and disqualification to hold and enjoy any office of honor, trust, or profit under the United States; but the party convicted shall, nevertheless, be *liable* and subject to indictment, trial, judgment, and punishment, according to law —*U. S. Constitution*⟩
²**responsible** \"\ *n* -S : one that accepts responsibility; *esp* : an actor prepared to fill various important roles as occasion demands
**re·spon·si·ble·ness** *n* -ES : the quality or state of being responsible
**re·spon·si·bly** \-blē,-bli\ *adv* : in a responsible manner : so as to exhibit responsibility
**re·spon·sion** \-nchən\ *n* -S [ME, fr. MF or ML; MF *response* answer, sum to be paid, fr. ML *responsion-, responsio*, fr. L, answer, fr. *responsus* (past part. of *respondēre* to answer) + *-ion-, -io* -ion — more at RESPOND] **1** *obs* : a sum required to be paid; *esp* : an annual payment required of a member of a military order of knighthood **2 a** : an act of answering : ANSWER, RESPONSE **b responsions** *pl* : the first examination taken by a candidate for the B.A. degree at Oxford University and required for matriculation — called also *smalls;* compare PREVIOUS EXAMINATION
**re·spon·sive** \-n(t)siv, -sēv *also* -səv\ *adj* [MF or LL; MF *responsif*, fr. LL *responsivus*, fr. L *responsus* + *-ivus* -ive] **1** : giving or serving as an answer : constituting a response or made in response to something ⟨a ∼ apology⟩ ⟨prairie fires sprang up ∼ to the draught⟩ **2** *obs* : CORRESPONDENT, CORRESPONDING **3** : readily inclined to respond or react appropriately or sympathetically to influences, suggestions, impressions : SENSITIVE : not dull, apathetic, unreceptive, impassive, or unaffected ⟨sensitive to atmospheric conditions, ∼ to every varying shift of wind and weather —J.C.Powys⟩ ⟨efforts ... to keep government in America ∼ to the will of the people —V.L.Parrington⟩ **4** : involving the use of responses ⟨∼ worship⟩ **syn** see TENDER
**re·spon·sive·ly** \-səvlē, -li\ *adv* : in a responsive manner
**re·spon·sive·ness** \-sivnəs, -sēv- *also* -səv-\ *n* -ES [*responsive* + *-ness*] : the quality or state of responding or being responsive; *esp* : the rapidity with which a member (as an instrument pointer) comes to rest after a change of any kind
**responsive reading** *n* : textual matter read aloud as part of a religious service or exercise in which a verse or sentence by the leader is followed by a verse or sentence by the congregation; *also* : a liturgical form or process in which leader and congregation read passages aloud alternatively
**re·spon·siv·i·ty** \rə,spän'sivəd·ē, (,)rē,s-\ *n* -ES [*responsive* + *-ity*] : RESPONSIVENESS
**re·spon·sor** \rə'spän(t)sə(r), rē's-\ *n* -S [L, one that answers, fr. *responsus* + *-or*] : the receiver component of an interrogator
¹**re·spon·so·ri·al** \rə,spän;sōrēəl, (,)rē;s-\ *adj* [¹*responsory* + *-al*] : relating to or consisting of responses : ANTIPHONAL
²**responsorial** \"\ *n* -S [ML *responsoriale*, fr. LL *responsorium* responsory + L *-ale* (neut. of *-alis* -al)] : a book of religious responsories
¹**re·spon·so·ry** \rə'spän(t)sərē, rē's-, -ri\ *n* -ES [ME, fr. LL *responsorium*, fr. L *responsus* (past part. of *respondēre* to answer) + *-orium* -ory — more at RESPOND] : a liturgical response; *esp* : an anthem that is sung or said after or during a lection
²**responsory** *adj* [ML *responsorius*, fr. L *responsus* + *-orius* -ory] *obs* : relating to or constituting an answer : ANSWERING, RESPONSIVE
**re·spon·sum** \rə'spän(t)səm, rē's-\ *n, pl* **respon·sa** \-)sə\ [NL, fr. L, reply, formal opinion of a jurisconsult — more at RESPONSE] : a written decision from a rabbinical authority in response to a submitted question or problem
**re·spooler** \(')rē+\ *n* [*re-* + *spooler*] : a worker who winds yarn from one spool to another
**re·spot** \"+\ *vt* [*re-* + *spot*] : to replace (as a tenpin) precisely in position
**re·spray** \"+\ *vt* [*re-* + *spray*] : to spray (as fruit trees) an additional time ⟨had to ∼ the orchard because of rain⟩
**re·spring** \"+\ *vb* [*re-* + *spring*] *vi* : to spring up again ∼ *vt* : to equip with new springs ⟨had the chair *resprung*⟩
**res pu·bli·ca** \rā'spüblə,kä\ *n, pl* **res publi·cae** \-,kī\ [L — more at REPUBLIC] : COMMONWEAL, COMMONWEALTH, STATE, REPUBLIC
**res publicae** *n pl* [LL, public things] : things (as the sea, navigable waters, and highways) that are construed under Roman and civil law as owned by no one but subject to use by the public

by minimal functional and it must have complete ∼⟩ (3) : apparatus in which the body is the hands or arms, the elbows and the center of gravity is belo cessation of motion as a phys in the same place ⟨a body will acted upon⟩ **c** : the repose **3** : a place where one may rest transitory lodging place ⟨fou: wayside tree⟩ ⟨whether that lu motel —Frances W. Browin⟩ spot (as a landing between flig little ∼s chipped out of the roc accommodation of a particula work or off duty⟩ ⟨a sailors' that fatigues, disturbs, or tro ⟨there was ∼ now, not disquie Glasgow⟩ **5 a** (1) : a rhythmi parts (2) : a character that s ⟨quarter ∼⟩ **b** : a brief pause thing on which anything rests support ⟨chin ∼ for a violin for the feet⟩: as **a** : a suppor part in a lathe or similar ma tool or steadies the work **c** *F* a partial denture that rests on stresses, and holds the clasp pillow or similar firm but mo support a portion of the bo **7** : renewed vigor
**syn** REST, RELAXATION, LEISU these closely related terms the and LEISURE — stress the cond from the tension or necessity POSE, EASE, and COMFORT — st condition of body incident to s general of the terms, emphasiz or intermission of activity, es movement, although it also usu refreshment, or reinvigoratio: little *rest* —Thomas Hardy⟩ —Leslie Rees⟩ RELAXATION muscular or spiritual tension may be identical with REST or a it has come to be synonymo the hours of busiest work and the preceding and following m intervals of *relaxation* —W.C ments and *relaxations* of life faculties —John Galsworthy exempt from labor as well as of effort; it usu. but not nec tion, and frequently indicate dent to such a sense of freedor rationally any amount of *le* —Norman Douglas⟩ ⟨the abso oneself ... has always been condition of *leisure* —R.A.Be: for civilized enjoyment, for i Russell⟩ REPOSE usu. indicate: or mental tranquillity, a free turbance as in peaceful sleep, indicate such tranquillity or f of it ⟨a certain woodenness wh Fitzgerald⟩ ⟨the pleasant *rep* —*Amer. Guide Series: Vt.*⟩ ⟨a the season —Elinor Wylie⟩ EA condition from which tensio: been removed; it may carry a ant release from pain to a physical or mental effort; by to signify a relaxed effortless accomplishment ⟨a mild seda live in *ease* and comfort⟩ ⟨the conduct of practical affairs strength, effort and weakne COMFORT indicates essentially duced by relief from what widely indicates a state not on or pain are absent but in which if passive pleasure. COMFORT physical pleasurableness of th outside agency which induces the thing or things that bring word brought *comfort* rather & Betty D. Wilson⟩ ⟨it was a home alive⟩ ⟨if it went on lon the home for anybody —Stua will be a *comfort* to those of scientific training —*London* **at rest 1** : resting or repos so long a sickness it was mer and in her grave⟩ **2** : QUIES buoyancy of a floating body *Control Engineering*⟩ ⟨no sm **3** : free of anxieties : CALM ⟨: ²**rest** \"\ *vb* -ED/-ING/-S [ME, akin to OE *ræst* rest] *vi* **1 a** down; *esp* : to get refreshmer the repose of death : be de SLUMBER **2** : to cease from labor or exertion ⟨planned to be free from whatever wearie : remain the same or in the sa or lie fixed or supported : SETT ⟨one wing of the army ∼*ed* or fident : put trust **b** : to lea anxiety : TRUST, RELY ⟨∼ secu based or founded : have a u with *on* or *upon* ⟨the verdict ∼ ⟨a charge ∼*ing* upon one **6 a** *obs* : to become vested t lie for action or accomplishme with him alone⟩ **7** *of jarmlar* **8** : to bring to an end volunta in a law case and thereby lo

Exhibit 3  Page 13

ed oxygen for replenishing the oxygen r its harmful ingredients have been

tre\ n -ES [L respirare + E -o- + respiration (as cellular respiration) ter
times 're.spī\ or rə'spī\ or rē'spī\; usu fr. OF, fr. ML respectus, fr. L, act of it RESPECT] 1 : a putting off of that : extension of time : POSTPONEMENT, ary suspension of the execution of a :IEVE   b : a delay of appearance at 2 : temporary intermission of labor :ration : interval of rest   3 obs : delay SURE, OPPORTUNITY   5 : one that is

NG/-S [ME respiten, fr. MF respiter, pect, delay, respite, fr. L, to look back spect, freq. of respicere to look back 1 : to give or grant a respite to: as ne : put off   b : to keep back from 2 archaic : to desist from : FORBEAR, uspend temporarily the necessity for on) or paying (a penalty)   b obs : to terval of rest   4 obs : PROLONG   ~ vi, ite : REST
: having no respite
's-\ vi -ED/-ING/-S [ME resplenden, fr. RESPLENDENT] : to shine resplendently ral moral values ~ among all other Hildebrand>
is\ n -S [ME, fr. LL resplendentia, fr. lens + -ia -y] : the quality or state irilliant luster : SPLENDOR
ē, -si\ n -ES [LL resplendentia]   1 : RE-lendent thing (as a garment) <her folds .L.Davis>
adj [L resplendent-, resplendens, pres. hine back, fr. re- + splendēre to shine shining brilliantly : LUSTROUS   syn

n a resplendent manner : with resplen-

ē's-\ n -S [ME, fr. MF respondre to g sung or said after or in reply to the a response to or as if to a versicle engaged pillar supporting an arch or arcade <the nave arcade will be of nine so : a corbel so used or a pilaster that 3 : ANSWER, REPLY
ING/-S [MF respondre to answer, cor-ire to promise in return, answer, cor-ndēre to promise — more at SPOUSE] ·espond to or accord with something 1 return : make an answer <~ed nega-as a : to make a respond or response make a bid in bridge based wholly or iised by a previous bid by one's partner by a forcing bid made by one's partner :tion to a force or stimulus <the pupil e of light intensity> : react in response ily treatment> <~ed with rage to the ed well to heat treatment); often : to ponse (is at last ~ing to medication) :tion : be answerable   ~ vt, archaic pond to   syn see ANSWER
5 [L, 2nd sing. imper. of respondēre to an entry formerly made in a book of a nonentry or relief duty payable by ot from chancery; also : the amount of ntry
\-_dēat-\ n [L respondeat let him make subj. of respondēre to respond) + AF beyond, alter. of OF outre, fr. L ultra a judgment or order used upon denial irect the party who made it to plead to

[ML, let the superior give answer] : the ncipal for his agent's acts <the power f liability under the doctrine of respon-anson>
ndən(t)s, rē's-\ also re·spon·den·cy iences also respondencies [L respon-spond + -ence, -ency] : the act of ity or state of being respondent : AN-'so : CORRESPONDENCE, AGREEMENT
n -S [L respondent-, respondens, pres. nswer, correspond — more at RESPOND] s with a reply): as a : one that main-ply — distinguished from opponent rs in various legal proceedings that are the course of the common law (as in esiastical, or statutory cases)   (2) : the ie lower court — distinguished from

L respondent-, respondens]   1 obs : serv-2 : making response : ANSWERING, g a defendant or respondent at law pän'dench(ē)ə\ n -S [NL, fr. L respon--y; fr. the fact that it is only a personal 'ower who is bound to answer the con-oods laden on a ship conditioned to be interest only in the event of the safe the goods — compare BOTTOMRY
.ə(r), rē's-\ n -S : one that responds: .nds (as to a question, a bid, a kindness) acts responsively: as   (1) : the main : that requires an initiator to set it off 1sponder that transmits a radio signal

UM
:sponsaill, fr. ML responsalis of a reply, ponsum reply + -alis -al — more at NSWERABLE, RESPONSIBLE   2 obs : RE-

(t)səl, rē's-\ n -S   1 [ME, fr. ML respon-: REPLY, ANSWER   b archaic : a respond

pressure at the diaphragm — compare RESPONSE CURVE   g : a bridge bid made by a player who responds   2 : a half pier or pillar that supports an arch
response curve n : a curve graphically exhibiting the magnitude of the response of a sensitive device to a varying stimulus (as of a microphone to sounds of varying intensity)
re·sponse·less \-sləs\ adj [response + -less] : making no response : UNRESPONSIVE
re·spons·er \-sə(r)\ n -S [response + -er] : RESPONDER
re·spon·si·bil·i·ty \rə,spän(t)sə'biləd-ē, rē,s-, -ləte, -i\ n -ES 1 : the quality or state of being responsible: as a : moral, legal, or mental accountability <assume the ~ for another's debt> <prove the ~ of the accused> <a person completely lacking in ~>   b : RELIABILITY, TRUSTWORTHINESS; sometimes : ability to pay <the ~ of one seeking a loan>   2 : something for which anyone is responsible or accountable <leadership carries great responsibilities> <sought relief from his ~> <a ~ he had never asked for>
1re·spon·si·ble \-'spän(t)səbəl\ adj, sometimes -ER/-EST [L responsus (past part. of respondēre to answer, correspond) + E -ible — more at RESPOND]   1 obs : CORRESPONDENT, ACCORDANT   2 a : likely to be called upon to answer <a man is ~ for his acts>   b : answerable as the primary cause, motive, or agent whether of evil or good : creditable or chargeable with the result — used with for <~ for her injury) <a committee ~ for assembling supplies>   c : liable or subject to legal review or in case of fault to penalties <a guardian is ~ to the court for his conduct in office>   3 a : able to respond or answer for one's conduct and obligations : trustworthy in respect to financial or other matters <a ~ citizen>   b : of decent appearance : PRESENTABLE   c (1) : having the character of a free moral agent : capable of determining one's own acts   (2) : capable of being deterred by consideration of sanctions or consequences   4 : involving responsibility : involving a degree of accountability <a ~ office>   5 : politically answerable (as to a legislature or an electorate); esp : required to submit to the electorate if defeated by the legislature — used esp. of the British cabinet
syn ANSWERABLE, ACCOUNTABLE, AMENABLE, LIABLE: RESPONSIBLE may differ from ANSWERABLE and ACCOUNTABLE in centering attention on a formal organizational role, function, duty, or trust <while held responsible for the bank's operations, the president has powers considered largely nominal —Current Biog.> <chief of personnel for the New York Herald Tribune, where she is also responsible for special editorial work in the field of industrial relations —Current Biog.). ANSWERABLE is likely to be used in situations involving moral or legal obligation or duty under judgment <we must take heed, however, that we do not load their memory with infamy which of right belongs to their master. For the treaty of Dover the King himself is chiefly answerable —T.B.Macaulay> <there was something ineradicably corrupt inside her for which her father was not answerable —E.K.Brown>   ACCOUNTABLE may be used in situations involving imminence of retribution for unfulfilled trust or violated obligation <the president is invested with certain important political powers, in the exercise of which he is to use his own discretion, and is accountable only to his country in his political character and to his own conscience —John Marshall>   AMENABLE may indicate the fact of subjection to review, judgment, or control by a higher agency <certain boats are sometimes not amenable to the rules of the right-of-way. A naval boat, for instance, on official business, may demand and take the right-of-way —H.A. Calahan> <scholar and teacher alike ranked as clerks, free from lay responsibilities or the control of civil tribunals, and amenable only to the rule of the bishop and the sentence of his spiritual courts —J.R.Green>   LIABLE may indicate the fact of being legally answerable without making further indication or implication <judgment in cases of impeachment shall not extend further than to removal from office, and disqualification to hold and enjoy any office of honor, trust, or profit under the United States; but the party convicted shall, nevertheless, be liable and subject to indictment, trial, judgment, and punishment, according to law —U. S. Constitution>
2responsible \"\ n -s : one that accepts responsibility; esp : an actor prepared to fill various important roles as occasion demands
re·spon·si·ble·ness n -ES : the quality or state of being responsible
re·spon·si·bly \-blē,-bli\ adv : in a responsible manner : so as to exhibit responsibility
re·spon·sion \-nchən\ n -S [ME, fr. MF or ML; MF responsion answer, sum to be paid, fr. ML responsion-, responsio, fr. L, answer, fr. responsus (past part. of respondēre to answer) + -ion-, -io -ion — more at RESPOND]   1 obs : a sum required to be paid; esp : an annual payment required of a member of a military order of knighthood   2 a : an act of answering : ANSWER, RESPONSE   b responsions pl : the first examination taken by a candidate for the B.A. degree at Oxford University and required for matriculation — called also smalls; compare PREVIOUS EXAMINATION
re·spon·sive \-n(t)siv, -sēv also -səv\ adj [MF or LL; MF responsif, fr. LL responsivus, fr. L responsus + -ivus -ive] 1 : giving or serving as an answer : constituting a response or made in response to something <a ~ glance> <prairie fires sprang up ~ to the draught>   2 obs : CORRESPONDENT, CORRESPONDING   3 : readily inclined to respond or react appropriately or sympathetically to influences, suggestions, impressions : SENSITIVE : not dull, apathetic, unreceptive, impassive, or unaffected <sensitive to atmospheric conditions, ~ to every varying shift of wind and weather —J.C.Powys> <efforts . . . to keep government in America ~ to the will of the people —V.L.Parrington>   4 : involving the use of responses <~ worship>   syn see TENDER
re·spon·sive·ly \-səvlē, -li\ adv : in a responsive manner
re·spon·sive·ness \-sivnəs, -sēv- also -səv-\ n -ES [responsive + -ness] : the quality or state of responding or being responsive; esp : the rapidity with which a member (as an instrument pointer) comes to rest after a change of any kind
responsive reading n : textual matter read aloud as part of a religious service or exercise in which a verse or sentence by the leader is followed by a verse or sentence by the congregation; also : a liturgical form or process in which leader and congregation read passages aloud alternatively
re·spon·siv·i·ty \rə,spän'sivəd-ē, (,)rē,s-\ n -ES [responsive + -ity] : RESPONSIVENESS

re·spue \rə'spyü\ vt [L respuere to spit back, fr. re- + spuere to spit — more at SPEW] : to reject vigorously
ressala var of RISALA
ressaldar var of RISALDAR
res·sault·ed \rə'sóltəd, (')rē's-\ adj [F ressault, ressaut projection (fr. It risalto, fr. risaltare to spring back, project, fr. ri- re- — fr. L re- — + saltare to leap, fr. L) + E -ed — more at SALTANT] : having projections from the plane of a wall or surface
res ser·vi·ens \'räs'servē,en(t)s, 'rez'sərvē,enz\ n [NL] : a servient property or tenement subject to a servitude
1rest \'rest\ n -S [ME, fr. OE ræst, rest rest, bed; akin to OHG



rests 5a(2)

rasta rest, a measure of distance between two resting places, ON rōst a measure of distance, mile, OE rasta mile, OE rōw rest, calm, OHG ruowa, ON rō, Gk erōē rest, respite, and perh. to OE ærn, ren house, OFris -ern, ON rann, Goth razn] 1 : refreshment or repose of body or mind due to more or less complete cessation of activity esp. to sleep <eight hours of ~ a night> <for this I had deprived myself of ~ and health —Mary W. Shelley>   2 a (1) : cessation or temporary interruption of motion, exertion, or labor : freedom from activity or labor <~ from hard physical effort> <a ten-minute ~ period> <for the purpose of drawing a line between such bodily motions and ~s —O.W.Holmes †1935>   (2) : a bodily state (as that attained by a fasting individual lying supine) characterized by minimal functional and metabolic activities <the patient must have complete ~>   (3) : a position on any gymnastic apparatus in which the body is supported wholly or mainly by the hands or arms, the elbows are above the point of support, and the center of gravity is below the shoulders   b : absence or cessation of motion as a physical phenomenon : continuance in the same place <a body will continue in a state of ~ unless acted upon>   c : the repose of death <went to his final ~> 3 : a place where one may rest or abide: as a : a permanent or transitory lodging place <found their ~ in the shelter of a wayside tree> <whether that luxurious roadside ~ is a hotel or motel —Frances W. Browin>   b : a halting place or breathing spot (as a landing between flights of a stair) <a steep trail with little ~s chipped out of the rock>   c : an establishment for the accommodation of a particular group or class (as when out of work or off duty) <a sailors' ~>   4 : freedom from anything that fatigues, disturbs, or troubles : peace of mind or spirit <there was ~ now, not disquietude, in the knowledge —Ellen Glasgow>   5 a (1) : a rhythmic silence in music or in one of its parts   (2) : a character that stands for such silence <half ~> <quarter ~>   b : a brief pause in reading : CAESURA   6 : something on which anything rests or leans or may rest or lean for support <chin ~ for a violin or viola> <a rail serving as a ~ for the feet>: as a : a support for a gun when firing   b : a part in a lathe or similar machine that supports the cutting tool or steadies the work   c Brit : BRIDGE 3e   d : the part of a partial denture that rests on an abutment tooth, distributes stresses, and holds the clasp in position   e : a sand-filled pillow or similar firm but moldable cushion used to raise or support a portion of the body during surgery <kidney ~> 7 : renewed vigor
syn REST, RELAXATION, LEISURE, REPOSE, EASE, COMFORT: of these closely related terms the first three — REST, RELAXATION, and LEISURE — stress the condition of being free from labor or from the tension or necessity of effort; the second three — REPOSE, EASE, and COMFORT — stress more the frame of mind or condition of body incident to such a condition.   REST, the most general of the terms, emphasizes primarily the fact of cessation or intermission of activity, esp. fatiguing activity or effortful movement, although it also usu. indicates the consequent relief, refreshment, or reinvigoration <night came and with it but little rest —Thomas Hardy> <to enjoy a rest from struggling —Leslie Rees>   RELAXATION emphasizes the release of the muscular or spiritual tension necessary to work or worry; it may be identical with REST or achieved in it so that in some uses it has come to be synonymous with recreation <throughout the hours of busiest work and closest application, as well as in the preceding and following moments of leisure and occasional intervals of relaxation —W.C.Brownell> <the active amusements and relaxations of life can only rest certain of our faculties —John Galsworthy>   LEISURE is rather the time exempt from labor as well as the freedom from the necessity of effort; it usu., but not necessarily, implies rest or relaxation, and frequently indicates the unhurriedness of life incident to such a sense of freedom <he who knows how to employ rationally any amount of leisure that may fall to his lot —Norman Douglas> <the absence of worry and anxiety about oneself . . . has always been assumed to be a prerequisite condition of leisure —R.A.Beals & Leon Brody> <the capacity for civilized enjoyment, for leisure and laughter —Bertrand Russell>   REPOSE usu. indicates a rest distinguished by physical or mental tranquillity, a freedom from any agitation or disturbance as in peaceful sleep, and has therefore developed to indicate such tranquillity or freedom itself or the appearance of it <a certain woodenness when her face was in repose —Scott Fitzgerald> <the pleasant repose of the upper valley villages —Amer. Guide Series: Vt.> <a langorous repose in keeping with the season —Elinor Wylie>   EASE indicates a physical or mental condition from which tension, anxiety, effort, or pain have been removed; it may carry a range of meanings from a pleasant release from pain to a rather luxurious absence of all physical or mental effort; by extension from this it has come to signify a relaxed effortlessness in movement, conduct, or accomplishment <a mild sedative brought a certain ease> <to live in ease and comfort> <the ease which he displayed in the conduct of practical affairs —Arnold Bennett> <ease and strength, effort and weakness, go together —G.B.Shaw> COMFORT indicates essentially the physical or mental state induced by relief from what disturbs or troubles, but more widely indicates a state not only in which all things that disturb or pain are absent but in which usu. there is a positive physical if passive pleasure. COMFORT stresses more than EASE does the physical pleasurableness of the state and in usu. implying an outside agency which induces the state it has come to signify

Exhibit 3 Page 13

# EXHIBIT 4

# Webster's Third New International Dictionary

## OF THE ENGLISH LANGUAGE

### UNABRIDGED

*A Merriam-Webster*
REG. U.S. PAT. OFF.

*Utilizing all the experience and resources of more than one hundred years of Merriam-Webster® dictionaries*

EDITOR IN CHIEF
PHILIP BABCOCK GOVE, Ph.D.
AND
THE MERRIAM-WEBSTER
EDITORIAL STAFF



MERRIAM-WEBSTER INC., *Publishers*

SPRINGFIELD, MASSACHUSETTS, U.S.A.

Exhibit 4  Page 14



### A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

COPYRIGHT © 1993 BY MERRIAM-WEBSTER, INCORPORATED

PHILIPPINES COPYRIGHT 1993 BY MERRIAM-WEBSTER, INCORPORATED

WEBSTER'S THIRD NEW INTERNATIONAL DICTIONARY
PRINCIPAL COPYRIGHT 1961

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's third new international dictionary of the English language,
    unabridged: a Merriam-Webster/editor in chief, Philip Babcock
    Gove and the Merriam-Webster editorial staff.
      p.    cm.
    ISBN 0-87779-201-1

    1. English language—Dictionaries.   I. Gove, Philip Babcock,
1902–1972.  II. Merriam-Webster, Inc.
PE1625.W36 1993
423–dc20                                                              93-10630
                                                                                   CIP

*All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.*

MADE IN THE UNITED STATES OF AMERICA

495051 QP/H009998



: in outline or overall shape ⟨~ old elms⟩

E *stately*, fr. *stately*, adj.] : in a stately the grand style : IMPOSINGLY ⟨men come ian to garden finely —Francis Bacon⟩ ified or formal carriage or gait : CERE- .. with solemn march goes slow and ~

D MEDICINE
ninistration and control by the national il and hospital services provided to the paid for out of funds raised by taxation
\ *n* -s [²*state* + *-ment*] 1 : the act of iting, or presenting orally or on paper ve . . . for economy of ~ —R.M.Coates⟩ ipted ~ of the argument —*Brit. Bk.* stated: as  a : a report or narrative (as ipinions) : ACCOUNT, RECITAL ⟨take a gle declaration or remark : ALLEGATION, :re generally accepted at face value — POSITION 3a  4 a : the part of a declara- action that gives the facts on which the  d  b : a formal declaration required by urse of some official proceeding (as a : or of a position of a state in a diplo-  a : a work of art (as in painting, ir a part or an aspect of such a work clearly and forcefully a theme, basic he artist ⟨demands that the whole play composed as — —F.R.Leavis⟩ ⟨this was d ~ —Janet Flanner⟩  b : the enuncia- isical composition ⟨the initial musical ~ iythmic, and polyphonic deployment — ncial record or accounting ⟨a ~ of ex- ne tax withholding ~⟩; *specif* : a sum- iwing the balance as of the beginning of, nade during, and the balance due as of ing period

statement function *n* : SENTENTIAL

: a statement for a financially em- howing assets at book and realizable editors classified as preferred, secured, isecured for the purpose of indicating lable to creditors in case of liquidation . plaintiff's first pleading in the English : corresponding to the declaration in l in chancery
a defendant's first pleading on an issue High Court of Justice corresponding to w and to the answer in equity or under :dure
*archaic* : a dabbler in political affairs one of the three or more fundamental :ates of matter that are commonly con- solid, liquid, and gaseous forms and lloidal)
.te characterized by the actual existence es (as between nations) regardless of a var by any party to the conflict  b : a into being by formal declaration re- en armed hostilities have taken place, timed at an end by a similar declaration, ed by such conditions that the rights ts and neutrals to act under the rules of cable to war arise  2 : the period of ate of war is in effect
ce organized and maintained by a state iose of a lower subdivision (as a city or vernment
s prison *n* : a prison maintained by the ir penitentiary for the imprisonment of e more serious crimes (as felonies)
TICAL PRISONER
·)r\ *n* -s [ME, fr. LL, fr. Gk *statēr*, a r. the stem of *histanai* to cause to stand, weigh — more at STAND] : an ancient e Greek city-states of any of numerous

ligion established by law as the only .te
: an apartment of state in a palace or ite-room \"\ *archaic* : a commodious for a captain or superior ship's officer vate room on a railroad car equipped s and a toilet
3d *sing of* STATE
₂ S, *var of* STATE ATTORNEY
t *cap S*  1 : one who gives evidence for state or federal criminal proceedings ₂ against his pals —D.D.Martin⟩ — CE  2 : evidence for the government minal proceeding
1 *cap S&G* [trans. of D *staten-generaal* a legislative assembly composed of ives of the estates of a nation as dis- es provincial (as the legislative assem- Revolution or the legislative assembly the 15th century to 1796) — compare

*en cap* [ (*United*) *States* + *side*] : being m, or characteristic of the U. S. as re- ; continental limits ⟨transferred from ontrary to ~ custom⟩ ⟨reading a ~

1 *cap* : in, to, or from the continental could ship ~ —James Jones⟩
*isu cap* : a native or inhabitant of the arded from outside its limits ⟨*State- rnment* offices on Guam⟩
*n, pl* statesmen [*state's* (genitive of one versed in the principles or art of N; *esp* : one actively engaged in con- t government or in shaping its policies *esmen* of many nations⟩  b : one who sted and without narrow partisanship unhappily the republic was subject to

state-socialist \'·¦·(·)·\ *adj* [*state socialist*] : of or relating to state socialism
states' right·er \'stāts'rīd·ə(r), -itə-\ *n, often cap S&R* [*states' rights* + *-er*] : one that advocates strict interpretation of the U. S. constitutional guarantee of states' rights and is opposed to the exercise of federal authority in matters (as education, racial relations, or hours and working conditions) that he regards as the exclusive concern of the individual states
states' rights *n pl, often cap S&R* : all rights not vested by the Constitution of the U.S. in the Federal government nor forbidden by it to the separate states
states·wom·an \'stāt,swūmən\ *n, pl* stateswomen [*state's* (genitive of ¹*state*) + *woman*] : a woman who is active in politics or government; *esp* : one who holds high public office
state trading *n* : international agreements entered into by governments or government agencies for the sale or purchase of commodities
state tree *n, usu cap S* : a tree selected (as by the legislature) as an emblem of a state of the U.S.
state trial *n*  1 : a trial for a political offense (as treason)  2 : a trial that raises important questions of constitutional or in- ternational law
state university *n* : a university maintained and administered by one of the states of the U. S. as part of the state public edu- cational system
state use system *n, often cap S* : the employment of prison labor in some states of the U. S. in the production of materials exclusively for use in institutions of the state or its subdivisions and not for sale — compare CONVICT LABOR SYSTEM
stateway \'·,·\ *n* : a law or policy of government — contrasted with *folkway*
¹statewide \'·¦·\ *adj* [¹*state* + *wide* (adj.)] : extending throughout a state : including all parts of a state ⟨a ~ celebra- tion⟩ ⟨a ~ movement⟩ ⟨~ elective offices⟩
²statewide \"\ *adv* : throughout the state ⟨handbills . . . were distributed ~ —*New Republic*⟩
stat·farad \'stat+¦·\ *n* [*stat-* + *farad*] : the cgs electrostatic unit of capacitance equal to about $1.113 \times 10^{-12}$ farads
stat·henry \"+¦·\ *n* [*stat-* + *henry*] : the cgs electrostatic unit of inductance equal to about $8.9 \times 10^{11}$ henries
stath·mo·kinesis \;stath(,)mō+\ *n* [NL, fr. Gk *stathmos* standing place, post (fr. the stem of *histanai* to stand) + NL *kinesis* — more at STAND] : interruption of mitosis (as by colchicine) — compare C-MITOSIS
¹stat·ic \'stad·|ik, -at|, |ēk\ *also* stat·i·cal \|əkəl, |ēk-\ *adj* [*static* fr. NL *staticus*, fr. Gk *statikos* causing to stand, skilled at weighing, fr. *statos* (verbal of *histanai* to cause to stand, set, place on a balance, weigh) + *-ikos* -ic; *statical* fr. NL *staticus* + E *-al* — more at STAND]  1 a *obs* : of, relating to, or used in weighing ⟨~ experiments⟩ ⟨~ chair⟩ ⟨~ barometer⟩  b : ex- erting force by reason of weight alone apart from effects of inertia ⟨~ load⟩  2 : of or relating to statics : of or relating to bodies at rest or forces in equilibrium — compare DYNAMIC 3 a : showing little change : STABLE, STAGNANT ⟨the conception of a ~ universe⟩ ⟨a ~ population⟩ ⟨adjust to the realities of a fairly ~ environment —W.H.Whyte⟩  b : rigidly bound by traditional patterns and values : UNCHANGING ⟨dynamic modern society contrasted with ~ feudal society⟩  4 a : char- acterized by a lack of movement, animation, or progression ⟨creates ~ characters⟩ ⟨an enormous young woman who is ~ on stage —Roger Dettmer⟩ ⟨the novel is . . . a trifle ~, con- structed in episodes —J.H.Jackson⟩  b : producing an effect of repose or quiescence ⟨a ~ design⟩ ⟨the Romanesque style is . . . ~ —Nikolaus Pevsner⟩ ⟨perfect fifths . . . sound relatively ~ —Virgil Thomson⟩  c *of a verb or verb form* : expressing mere existence or state as distinct from action — used esp. in the grammar of American Indian and African languages; compare ACTIVE 3b, NEUTER 1b, STATIVE  5 a : standing or fixed in one place : STATIONARY ⟨a ~ installation⟩ ⟨a ~ dredge⟩ ⟨a ~ antiaircraft gun⟩  b : performed in place, on the ground, or in a stationary position ⟨~ firing of a rocket motor⟩ ⟨~ testing of a missile⟩  c *of water* : stored in a tank and not under pressure for use by pumping in case of fire  6 : of, relating to, or constituting the labyrinthine sense  7 : of, re- lating to, or producing stationary charges of electricity : ELECTROSTATIC ⟨~ charges due to friction⟩ ⟨a ~ machine⟩ 8 : of, relating to, or caused by radio static
²static \"\ *n* -s  1 : electrical discharges in the atmosphere (as lightning, corona, or electrical storms) : ATMOSPHERICS 2 : atmospheric noise or disturbance resulting from accumula- tion of electric charges (as from snowflakes, household appliances, or power lines) on or near an antenna and inter- fering with radio reception
stat·i·cal·ly \|ək(ə)lē, |ēk-, -li\ *adv*  1 : with static electricity ⟨a wire charged ~⟩  2 : in a static manner : in stable or un- changing terms ⟨dealt with the problem ~ rather than dy- namically⟩ ⟨conceives of life ~⟩
static balancer *n* : BALANCER SET 2
stat·ice \'stad·ə(,)sē\ *n* [NL, fr. L, a plant of the genus *Armeria* (prob. thrift) that has astringent qualities, fr. Gk *statikē*, fr. fem. of *statikos* causing to stand, astringent — more at STATIC]  1 *cap, in former classifications* : a genus of low= growing usu. coastal herbs equivalent to the genera *Armeria* and *Limonium* of modern classification or sometimes synony- mous with one or the other of these genera  2 -s : a plant of *Armeria* or the related genus *Limonium* : SEA LAVENDER, THRIFT
static electricity *n* : electricity in motionless charges (as on the terminals of an open-circuit battery or on hard rubber after it has been rubbed with cat's fur) or considered without reference to motion
static equilibrium *n* : equilibrium of a system whose parts are relatively at rest (as a steel truss resting on piers)
static field *n* : ELECTRIC FIELD
static friction *n* : the force between two bodies in contact that resists the initiation of sliding motion of one over the other : the force required to cause one of the bodies to begin to move when they are at rest — called also *starting friction*
static head *n* : the height of a column of water at rest that would produce a given pressure : HEAD 14b
static jet thrust *n* : the thrust developed by a jet-propulsion engine at rest with respect to the surrounding air
static line *n* : a cord or flexible cable attached at one end to a parachute pack and fitted at the other end with means for attachment to some part of an airplane to effect automatic opening of the parachute after the jumper clears the plane

static thrust *n* : the thrust developed by an airplane engine that is at rest with respect to the earth and the surrounding air
static tube *n* : a usu. closed tube that is used for indicating static as distinct from impact pressure in a stream of fluid (as air), has perforations in its sides, is placed parallel to direction of flow, and has a conical forward end fitted with a branch tube so as to provide for a connection with a manometer
stating *pres part of* STATE
¹sta·tion \'stāshən\ *n* -s *often attrib* [ME *stacioun*, fr. MF *station*, *estation*, fr. L *station-*, *statio*, fr. *status* (past part. of *stare* to stand) + *-ion-*, *-io* -ion — more at STAND]  1 a *archaic* : a state of standing still or being at rest : STILLNESS ⟨her motion and her ~ are as one —Shak.⟩  b *archaic* : STATIONARY POINT ⟨the planets in their ~s list'ning stood —John Milton⟩  c (1) : a stop or sojourn at one place : HALT ⟨having enjoyed my first ~ here . . . I again commenced my march —John Coulter⟩ (2) : tour of duty ⟨left after a short ~ there⟩  2 : the place or position in which something or someone stands or is assigned to stand or remain: as  a : a post of duty ⟨a sentinel's ~⟩ ⟨waiters at their ~s in the dining room⟩ ⟨battle ~s on a ship⟩ b : the spot at which an instrument is planted or observations are made in surveying  c (1) : one of the places on a machine tool where the work is subjected to a single operation  (2) : a position on a conveyor system where materials are loaded or discharged  d : an enlargement in a mining shaft or gallery used as a landing or passing place or for the accommodation of equipment (as a pump or tank)  e (1) : a position of a ship in a formation or convoy  (2) : the assigned position of each air- plane relative to that of the flight leader in formation flying ⟨hold ~ on the leader⟩  f (1) : one of the 10 or more divisions on a ship's lines between forward and after perpendicular at which calculations (as of displacement) are made in ship- building  (2) : one of the specified points along the keel or base line marking the places for the ship's frames  3 a : the act or manner of standing : POSTURE ⟨maintain a firm ~⟩ ⟨~ was unsteady with the eyes open or closed —*Diseases of the Nervous System*⟩  b : the height and carriage of a gamecock c : any of the eight places from which a skeet shooter fires 4 : a stopping place: as  a (1) : a stopping place in a transpor- tation route (as for taking on passengers or handling freight) (2) : the building or buildings connected with such a stopping place : DEPOT 3a, 3b  (3) : an Air Force depot without flying facilities  b : a place where a missionary stops as regularly as possible to conduct religious services and minister to the needs of the people  c : one of the stations of the cross  d : a Christian service held at one of a number of churches on a stated day (as every day in Lent, the ember days, and solemn feasts)  e *Irish* : a priest's stay with a parishioner to confess the neighbors ⟨the night of a ~, when the priest was praising the place she had —Padraic Fallon⟩  5 : a sphere of life, duty, or occupation: as  a : an army post ⟨spent five years at his first ~⟩  b : an area of residence (as formerly in India) for British military or civil officers in a district  c : a place or region to which a government ship or fleet is assigned for duty d : a pioneer settlement : OUTPOST ⟨tribes were constantly in- terrupting stage service, attacking ~s —G.R.Stewart⟩ e *Austral* : RANCH  f : MISSION STATION  g : a single church of the Methodist denomination that is a pastor's sole charge as distinguished from a circuit of churches served by one clergy- man  6 a : social standing : RANK, POSITION ⟨married above his ~⟩ ⟨a woman of high ~⟩ ⟨the duties of the ~ in which we find ourselves —M.R.Cohen⟩  b : the ordinal position in which a number is drawn in lotteries and numbers games 7 a : a region or situation where a particular kind of plant or animal lives : the most characteristic portion of its range : HABITAT, BIOTOPE  b : the exact spot at which a given species or specimen is found or collected  8 a : a place established and equipped for specialized observation and study of scientific phenomena ⟨a geologic ~⟩ ⟨a seismological ~⟩ ⟨an agricul- tural experiment ~⟩  b : an institution for studying living organisms in their natural surroundings ⟨a marine biological ~⟩  c : a place or location for ascertaining or tabulating tidal and current data  9 : a place established to provide a public service: as  a : FIRE STATION  b : POLICE STATION  c : a post office subsidiary to the headquarters post office of an area : a branch post office — see CLASSIFIED STATION, CONTRACT STATION d (1) : a complete assemblage of radio or television equipment including antenna, transmitting or receiving set, and signal making or reproducing device  (2) : the place (as a room) in which a radio or television transmitting or receiving station is located  e : a usu. outdoor place where merchandise is sold : STAND  10 : STATION DAY
²station \"\ *vt -*ED*/-*ING*/-*S : to assign to or set in a station or position : POST ⟨~s his troops on a hill⟩ ⟨~*ed* himself at the only exit⟩ ⟨~*ed* a lady usher to watch a certain drama critic — Gilbert Millstein⟩
station agent *n* : a person on duty at a railroad station or depot whose responsibilities vary according to the size of the station — compare STATIONMASTER
sta·tion·al \-shən³l, -shnəl\ *adj* : of or relating to an ecclesi- astical station ⟨a ~ indulgence⟩ ⟨a ~ cross⟩ ⟨a ~ mass⟩
sta·tion·ar·i·ly \¦stāshə¦nerəlē, -li\ *adv* : in a stationary manner : MOTIONLESSLY ⟨hung ~⟩
sta·tion·ar·i·ness \-rēnəs, -rin-\ *n* -ES : the quality or state of being stationary: as  a : FIXEDNESS, IMMOBILITY ⟨the ~ of the regiment⟩  b : STAGNATION ⟨the ~ of an industry⟩
sta·tion·ary \'stāshə,nerē, -ri\ *adj* [ME *stacionarye*, fr. MF & L; MF *stationnaire*, fr. L *stationarius*, fr. *station-*, *statio* station + *-arius* -ary — more at STATION]  1 a : fixed in a station, course, or mode : standing still : IMMOBILE ⟨the shadow remained ~ —Jack London⟩ ⟨a ~ engine⟩ ⟨~ machinery⟩ b : not portable ⟨a ~ gun⟩  c : having no moving parts ⟨a ~ transformer⟩  2 : unchanging in condition : STABLE, STATIC ⟨the patient . . . remained relatively ~ —J.D.Teicher⟩ ⟨a ~ population⟩ ⟨a ~ period in philosophy⟩ ⟨no form of living speech can be ~ even though a standard be fixed —George Sampson⟩  3 *archaic* : of or relating to a military post or garrison ⟨the ~ troops retired —Edward Gibbon⟩
stationary air *n* : the air that under ordinary circumstances does not leave the lungs in respiration
stationary engine *n* : a steam engine permanently placed; *specif* : a factory engine
stationary engineer *n* : one who operates stationary engines and related equipment
stationary engineering *n* : a branch of engineering concerned with the operation of stationary engines and related equipment

Exhibit 4  Page 16