TEM

ERNEST I. GIFFORD (3)
ALLEN M. KRASS
IRVIN L. GROH (1,2)
DOUGLAS W. SPRINKLE
THOMAS E. ANDERSON (3)
RONALD W. CITKOWSKI
JUDITH M. RILEY
JULIE A. GREENBERG
DOUGLAS J. McEVOY
JOHN G. POSA
DOUGLAS L. WATHEN
AVERY N. GOLDSTEIN, PH.D.
BEVERLY M. BUNTING
MARK D. SCHNEIDER
KEVIN S. MACKENZIE
GILBERT R. GABO
MARTIN S. BANCROFT, PH.D.
JULIE K. STAPLE, PH.D.
MARK A. HARPER, PH.D.

PATENT AGENT
JUNQI HANG, PH.D.

OF COUNSEL
THOMAS A. MEEHAN (4)

# LAW OFFICES
## GIFFORD, KRASS, GROH, SPRINKLE, ANDERSON & CITKOWSKI, P.C.
PATENT, TRADEMARK AND COPYRIGHT PRACTICE
2701 TROY CENTER DRIVE, SUITE 330
POST OFFICE BOX 7021
TROY, MICHIGAN 48007-7021

(248) 647-6000
FACSIMILE (248) 647-5210
info@patlaw.com

November 20, 2006

Our File: NTM-10070/04

ANN ARBOR OFFICE
303 DETROIT STREET, SUITE 300
ANN ARBOR, MICHIGAN 48104-1144
(734) 913-9300
FACSIMILE (734) 913-6007

FLORIDA OFFICE
101 WEST VENICE AVE., SUITE 28
VENICE, FLORIDA 34285
(941) 488-4245
FACSIMILE (941) 484-5258

ALSO ADMITTED IN:
(1) WISCONSIN
(2) OHIO
(3) FLORIDA

ONLY ADMITTED IN:
(4) OHIO

Mr. Alfredo A. Bismonte
Mount & Stoelker P.C.
RiverPark Tower, 17th Floor
333 West San Carlos Street
San Jose, CA 95110-2711

<u>Via Facsimile</u>

Re: *Acacia Media Technologies Corporation v Innovative Ideas International et al.*
Case No. SACV 03-271 AHS

Dear Alfredo:

Askcs.com is now a defunct company. Therefore, do not incur any further costs, expenses or attorney fees for this client.

No further fees, costs or expenses will be paid after today.

Very truly yours,

Douglas W. Sprinkle

DWS/llh

Dockets.Justia.com