HAROLD J. McELHINNY (CA SBN 66781)
RACHEL KREVANS (CA SBN 116421)
MATTHEW I. KREEGER (CA SBN 153793)
JASON A. CROTTY (CA SBN 196036)
DAVID M. HYMAS (CA SBN 226202)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
hmcelhinny@mofo.com
rkrevans@mofo.com
mkreeger@mofo.com
jcrotty@mofo.com
dhymas@mofo.com

Attorneys for Defendants
ECHOSTAR SATELLITE LLC AND
ECHOSTAR TECHNOLOGIES CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ACACIA MEDIA TECHNOLOGIES CORPORATION | Case No. 05-CV-1114 JW<br>MDL No. 1665<br><br>**UNOPPOSED MOTION TO RESET HEARING DATE AND AGREED UPON BRIEFING SCHEDULE AND [PROPOSED] ORDER**<br><br>Date:      June 22, 2007<br>Time:      9:00 A.M.<br>Courtroom:  8, 4th Floor<br>Judge:    Hon. James Ware |

Dockets.Justia.com

On April 11, 2007, this Court reset the hearing date on Acacia's Motion for Reconsideration to June 22, 2007. Trial counsel for the EchoStar Defendants are unavailable on June 22. Acacia and the Defendants are amenable to postponing the hearing and related briefing schedule to accommodate the EchoStar Defendants. The parties have agreed to the following briefing schedule and hearing date on Acacia's Motion for Reconsideration.

|  |  |
|---|---|
| Acacia Opening Brief: | May 18, 2007 |
| Defendant's Response Brief: | July 18, 2007 |
| Acacia Reply Brief: | August 3, 2007 |
| Hearing Date: | August 17, 2007 |

Dated: April 26, 2007                    MORRISON & FOERSTER LLP

By:   /s/ David M. Hymas
        David M. Hymas

        Harold J. McElhinny
        Rachel Krevans
        Matthew I. Kreeger
        Jason A. Crotty
        David M. Hymas

        Attorneys for Defendants
        ECHOSTAR SATELLITE LLC and
        ECHOSTAR TECHNOLOGIES CORP.

**SO ORDERED:**

Dated: _____          _____

                              **Honorable James Ware**