1  HAROLD J. McELHINNY (CA SBN 66781)
   RACHEL KREVANS (CA SBN 116421)
2  MATTHEW I. KREEGER (CA SBN 153793)
   JASON A. CROTTY (CA SBN 196036)
3  DAVID M. HYMAS (CA SBN 226202)
   MORRISON & FOERSTER LLP
4  425 Market Street
   San Francisco, California 94105-2482
5  Telephone: 415.268.7000
   Facsimile: 415.268.7522
6  hmcelhinny@mofo.com
   rkrevans@mofo.com
7  mkreeger@mofo.com
   jcrotty@mofo.com
8  dhymas@mofo.com

9  Attorneys for Defendants
   ECHOSTAR SATELLITE LLC AND
10 ECHOSTAR TECHNOLOGIES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ACACIA MEDIA TECHNOLOGIES CORPORATION | Case No. 05-CV-1114 JW<br>MDL No. 1665<br><br>**UNOPPOSED MOTION TO RESET HEARING DATE AND AGREED UPON BRIEFING SCHEDULE AND [PROPOSED] ORDER**<br><br>Date: June 22, 2007<br>Time: 9:00 A.M.<br>Courtroom: 8, 4th Floor<br>Judge: Hon. James Ware |

MOTION TO RESET HEARING DATE AND AGREED UPON BRIEFING SCHEDULE
CASE NO. 05-CV-1114 JW
sf-2310760

On April 11, 2007, this Court reset the hearing date on Acacia's Motion for Reconsideration to June 22, 2007. Trial counsel for the EchoStar Defendants are unavailable on June 22. Acacia and the Defendants are amenable to postponing the hearing and related briefing schedule to accommodate the EchoStar Defendants. The parties have agreed to the following briefing schedule and hearing date on Acacia's Motion for Reconsideration.

    Acacia Opening Brief:    May 18, 2007

    Defendant's Response Brief:    July 18, 2007

    Acacia Reply Brief:    August 3, 2007

    Hearing Date:    August 17, 2007    at 9:00 AM

Dated: April 26, 2007    MORRISON & FOERSTER LLP

    By:  /s/ David M. Hymas
        David M. Hymas

        Harold J. McElhinny
        Rachel Krevans
        Matthew I. Kreeger
        Jason A. Crotty
        David M. Hymas

        Attorneys for Defendants
        ECHOSTAR SATELLITE LLC and
        ECHOSTAR TECHNOLOGIES CORP.

**SO ORDERED:**

Dated: 4/27/2007    /s/ James Ware

    **Honorable James Ware**