Alfredo A. Bismonte, Esq. (Cal. Bar. No. 136154)
Jeremy M. Duggan, Esq. (Cal. Bar. No. 229854)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email:   abismonte@beckross.com
         jduggan@beckross.com

Douglas W. Sprinkle, Esq.
Mark D. Schneider, Esq.
Gifford, Krass, Groh, Sprinkle, Anderson & Citkowsky, P.C.
2701 Troy Center Drive, Suite 330
P.O. Box 7021
Troy, Michigan 48007-7021
Tel: (248) 647-6000
Fax: (248) 647-5210
Email:
  dsprinkle@patlaw.com
  mschneider@patlaw.com

Attorneys for AskCS.COM INC.

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ACACIA MEDIA TECHNOLOGIES CORPORATION<br><br>. | **Case No. 5:05-CV-01114 JW**<br><br>**MDL No. 1665**<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR ASKCS.COM INC.**<br><br>**Date: June 4, 2007**<br>**Time: 9:00 a.m.**<br>**Place: Courtroom 8, 4th Floor**<br><br>**Judge James Ware** |

*James Ware [signature]*

[Proposed] Order Granting Motion
To Withdraw as Counsel

Case No. 5:05-CV-01114 JW

1   The Court, having considered the joint motion of Gifford, Krass, Groh, Sprinkle,
2   Anderson & Citkowski, P.C. ("Gifford Krass") and Beck, Ross, Bismonte & Finley, LLP ("Beck
3   Ross") to withdraw as counsel of record for defendant AskCS.com Inc. ("AskCS"), and the
4   arguments and papers associated therewith, hereby orders as follows:

5   The motion is GRANTED. The law firms of Gifford Krass and Beck Ross are hereby
6   relieved as counsel of record for AskCS.

```
        IT IS SO ORDERED.  The hearing on the Motion set for
                           June 4, 2007 is VACATED.
```

Dated: May 1, 2007

_____
James Ware
United States District Judge

[Proposed] Order Granting Motion        1        Case No. 5:05-CV-01114 JW
To Withdraw as Counsel