Alfredo A. Bismonte, Esq. (Cal. Bar. No. 136154)
Jeremy M. Duggan, Esq. (Cal. Bar. No. 229854)
Beck, Ross, Bismonte & Finley, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Tel: (408) 938-7900
Fax: (408) 938-0790
Email:   abismonte@beckross.com
         jduggan@beckross.com

Douglas W. Sprinkle, Esq.
Mark D. Schneider, Esq.
Gifford, Krass, Groh, Sprinkle, Anderson & Citkowsky, P.C.
2701 Troy Center Drive, Suite 330
P.O. Box 7021
Troy, Michigan 48007-7021
Tel: (248) 647-6000
Fax: (248) 647-5210
Email:
   dsprinkle@patlaw.com
   mschneider@patlaw.com

Attorneys for AskCS.COM INC.

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

In re:

ACACIA MEDIA TECHNOLOGIES
CORPORATION

.

**Case No. 5:05-CV-01114 JW**

**MDL No. 1665**

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR ASKCS.COM INC.**

**Date: June 4, 2007
Time: 9:00 a.m.
Place: Courtroom 8, 4th Floor**

**Judge James Ware**

---

[Proposed] Order Granting Motion
To Withdraw as Counsel

Case No. 5:05-CV-01114 JW

1   The Court, having considered the joint motion of Gifford, Krass, Groh, Sprinkle,
2   Anderson & Citkowski, P.C. ("Gifford Krass") and Beck, Ross, Bismonte & Finley, LLP ("Beck
3   Ross") to withdraw as counsel of record for defendant AskCS.com Inc. ("AskCS"), and the
4   arguments and papers associated therewith, hereby orders as follows:

5   The motion is GRANTED. The law firms of Gifford Krass and Beck Ross are hereby
6   relieved as counsel of record for AskCS.

8   IT IS SO ORDERED.   The Hearing on the Motion set for June 4 2007 is VACATED

10  Dated: ____5/1/2007____   _____/s/ James Ware_____
11                             James Ware
                               United States District Judge

BECK, ROSS, BISMONTE & FINLEY, LLP
FAIRMONT PLAZA
50 W. SAN FERNANDO ST., 1300
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 938-7900