| | |
|---|---|
| 1 | **HENNIGAN, BENNETT & DORMAN LLP** |
| | **RODERICK G. DORMAN (SBN 96908)** |
| 2 | **ALAN P. BLOCK (SBN 143783)** |
| | **KEVIN SHENKMAN (SBN 223315)** |
| 3 | **865 South Figueroa Street, Suite 2900** |
| | **Los Angeles, California 90017** |
| 4 | **Phone: (213) 694-1200** |
| | **Fax: (213) 694-1234** |
| 5 | dormanr@hbdlawyers.com |
| | blocka@hbdlawyers.com |
| 6 | shenkmank@hbdlawyers.com |
| 7 | Attorneys for Plaintiff |
| | ACACIA MEDIA TECHNOLOGIES CORPORATION |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re | Case No. 05 CV 01114 JW |
| ACACIA MEDIA TECHNOLOGIES CORPORATION | **PLAINTIFF ACACIA MEDIA TECHNOLOGIES CORPORATION'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF CERTAIN CLAIM CONSTRUCTION TERMS CONSTRUED BY THE COURT IN ITS THIRD CLAIM CONSTRUCTION ORDER AND ITS FOURTH CLAIM CONSTRUCTION ORDER** |
| | DATE: August 17, 2007 |
| | TIME: 9:00 a.m. |
| | CTRM: Hon. James Ware |

NO. 05 CV 01114 JW        PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION

Dockets.Justia.com

TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 17, 2007 at 9:00 a.m. in the Courtroom of the Honorable James Ware, Courtroom No. 8, at 280 S. First Street, San Jose, California 95113, or as soon thereafter as the matter may be heard, Plaintiff Acacia Media Technologies Corporation ("Acacia") shall move for reconsideration of the Court's construction of the terms: (1) "transmission system" and "receiving system"; (2) "placing the formatted data into a sequence of addressable data blocks" and "ordering the converted analog signals and formatted digital signals into a sequence of addressable data blocks"; and (3) "storing" in the phrase "storing items having information in a source material library." The Court granted Acacia leave to file this motion for reconsideration, pursuant to Local Rule 7-9, on April 2, 2007 (Document No. 228).

The motion will be based on the accompanying Memorandum Points and Authorities, the Declarations of Alan P. Block and S. Merrill Weiss, and the Proposed Order.

DATED: May 18, 2007             HENNIGAN BENNETT & DORMAN LLP


By _____/S/ Roderick G. Dorman_____
        Roderick G. Dorman

Attorneys for Plaintiff, ACACIA MEDIA TECHNOLOGIES CORPORATION