| | |
|---|---|
| 1 | **HENNIGAN, BENNETT & DORMAN LLP** |
| | **RODERICK G. DORMAN (SBN 96908)** |
| 2 | **ALAN P. BLOCK (SBN 143783)** |
| | **KEVIN SHENKMAN (SBN 223315)** |
| 3 | **865 South Figueroa Street, Suite 2900** |
| | **Los Angeles, California 90017** |
| 4 | **Phone: (213) 694-1200** |
| | **Fax: (213) 694-1234** |
| 5 | dormanr@hbdlawyers.com |
| | blocka@hbdlawyers.com |
| 6 | shenkmank@hbdlawyers.com |

Attorneys for Plaintiff
ACACIA MEDIA TECHNOLOGIES CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 05 CV 01114 JW |
| ACACIA MEDIA TECHNOLOGIES CORPORATION | **DECLARATION OF ALAN P. BLOCK IN SUPPORT OF PLAINTIFF ACACIA MEDIA TECHNOLOGIES CORPORATION'S MOTION FOR RECONSIDERATION OF CERTAIN CLAIM CONSTRUCTION TERMS CONSTRUED BY THE COURT IN ITS THIRD CLAIM CONSTRUCTION ORDER AND ITS FOURTH CLAIM CONSTRUCTION ORDER** |
| | DATE: August 17, 2007 |
| | TIME: 9:00 a.m. |
| | CTRM: Hon. James Ware |

NO. 05 CV 01114 JW						BLOCK DECL. IN SUPPORT OF MOTION FOR RECONSIDERATION

1    I, Alan P. Block, hereby declare as follows:

1. I am a member of the law firm of Hennigan, Bennett & Dorman LLP, counsel of record for plaintiff Acacia Media Technologies Corporation in this case. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2. A true and correct copy of the original claims, as filed, with the application for U.S. Patent No. 5,132,992 is attached hereto as Exhibit 1.

3. A true and correct copy of a selected portion of the testimony of S. Merrill Weiss from the Markman hearing on September 8, 2005 is attached hereto as Exhibit 2.

4. A true and correct copy of the entry in the *IEEE Standard Dictionary of Electrical and Electronics Terms, Sixth Ed. (1996)* re: the definition for "store" is attached hereto as Exhibit 3.

I declare under penalty of perjury under the laws of the United States that the following is true and correct.

Executed this 18th day of May, 2007, at Los Angeles, California.

                                                  /s/ Alan P. Block
                                                    Alan P. Block