1  **HENNIGAN, BENNETT & DORMAN LLP**
   **RODERICK G. DORMAN (SBN 96908)**
2  **ALAN P. BLOCK (SBN 143783)**
   **KEVIN SHENKMAN (SBN 223315)**
3  **601 South Figueroa Street, Suite 3300**
   **Los Angeles, California 90017**
4  **Phone: (213) 694-1200**
   **Fax: (213) 694-1234**
5  dormanr@hbdlawyers.com
   blocka@hbdlawyers.com
6  shenkmank@hbdlawyers.com

7  Attorneys for Plaintiff
   ACACIA MEDIA TECHNOLOGIES CORPORATION

8

9
                    **UNITED STATES DISTRICT COURT**
10
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
11
                          **SAN JOSE DIVISION**
12

13  In re                                  )  Case No. 05 CV 01114 JW
                                           )
14  ACACIA MEDIA TECHNOLOGIES              )  **PROOF OF SERVICE**
    CORPORATION                            )
15                                         )
                                           )  DATE:      August 17, 2007
16                                         )  TIME:      9:00 a.m.
                                           )  CTRM:      Hon. James Ware
17                                         )
                                           )
18                                         )
                                           )
19                                         )
                                           )
20                                         )
                                           )
21  _____

22

23

24

25

26

27

28

NO. 05 CV 01114 JW                                              PROOF OF SERVICE

Dockets.Justia.com

1                                           **PROOF OF SERVICE**

2   STATE OF CALIFORNIA,         )
                                     )  SS.

3   COUNTY OF LOS ANGELES     )

4         I am employed in the County of Los Angeles, State of California.  I am over the age of 18

5 years and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017.

6         On May 18, 2007, I served a copy of the within documents described as follows:

7         1.     PLAINTIFF ACACIA MEDIA TECHNOLOGIES CORPORATION'S NOTICE OF

8                MOTION AND MOTION FOR RECONSIDERATION OF CERTAIN CLAIM
               CONSTRUCTION TERMS CONSTRUED BY THE COURT IN ITS THIRD

9                CLAIM CONSTRUCTION ORDER AND ITS FOURTH CLAIM
               CONSTRUCTION ORDER;

10

11         2.     PLAINTIFF ACACIA MEDIA TECHNOLOGIES CORPORATION'S
               MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS

12                MOTION FOR RECONSIDERATION OF CERTAIN CLAIM CONSTRUCTION
               TERMS CONSTRUED BY THE COURT IN ITS THIRD CLAIM

13                CONSTRUCTION ORDER AND ITS FOURTH CLAIM CONSTRUCTION
               ORDER;

14

15         3.     DECLARATION OF ALAN P. BLOCK IN SUPPORT OF PLAINTIFF ACACIA
               MEDIA TECHNOLOGIES CORPORATION'S MOTION FOR

16                RECONSIDERATION OF CERTAIN CLAIM CONSTRUCTION TERMS
               CONSTRUED BY THE COURT IN ITS THIRD CLAIM CONSTRUCTION

17                ORDER AND ITS FOURTH CLAIM CONSTRUCTION ORDER;

18         4.     DECLARATION OF S. MERRILL WEISS IN SUPPORT OF PLAINTIFF
               ACACIA MEDIA TECHNOLOGIES CORPORATION'S MOTION FOR

19                RECONSIDERATION OF CERTAIN CLAIM CONSTRUCTION TERMS
               CONSTRUED BY THE COURT IN ITS THIRD CLAIM CONSTRUCTION

20                ORDER AND ITS FOURTH CLAIM CONSTRUCTION ORDER; and

21         5.     PROOF OF SERVICE

22 on the interested parties in this action by transmitting via United States District Court for the Northern District of California Electronic Case Filing Program the document listed above by

23 uploading the electronic files for each of the above listed documents on this date, addressed as set forth on the attached Service List.

24

25

26

27

28

1   The above-described document was also transmitted to the parties indicated below, by
2   Federal Express only.

3               Chambers of the Honorable James Ware
4               Attn: Regarding Acacia Litigation
                280 South First Street
5               San Jose, CA 95113
                *3 copies*

6

7

8   I am readily familiar with Hennigan, Bennett & Dorman LLP's practice in its Los Angeles
    office for the collection and processing of federal express with Federal Express.

9   Executed on May 18, 2007, at Los Angeles, California.

10  I declare that I am employed in the office of a member of the bar of this court at whose
11  direction the service was made.

12

13                                                      /S/ Carol Yuson
                                                        Carol Yuson
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**SERVICE LIST**

2 | Juanita R. Brooks | Jonathan E. Singer

Todd G. Miller | William R. Woodford

3 | Fish & Richardson | Fish & Richardson

12390 El Camino Real | 60 South Sixth Street, Suite 3300

4 | San Diego, California 92130-2081 | Minneapolis, Minnesota 55402

*Counsel for:* | *Counsel for:*

5 | *ACMP LLC;Ademia Multimedia LLC; Adult* | *ACMP LLC;Ademia Multimedia LLC; Adult*

*Entertainment Broadcast Network;* | *Entertainment Broadcast Network;*

6 | *Adult Revenue Services; Audio* | *Adult Revenue Services; Audio*

*Communications; CJ Inc.; Club Jenna Inc.;* | *Communications; CJ Inc.; Club Jenna Inc.;*

7 | *Cyber Trend Inc.; Cybernet Ventures Inc.;* | *Cyber Trend Inc.; Cybernet Ventures Inc.;*

*Game Link Inc.; Global AVS Inc.; Innovative* | *Game Link Inc.; Global AVS Inc.; Innovative*

8 | *Ideas International; Lightspeedcash; National* | *Ideas International; Lightspeedcash;*

*A-1 Advertising Inc.; New Destiny Internet* | *National A-1 Advertising Inc.; New Destiny*

9 | *Group LLC; VS Media Inc.* | *Internet Group LLC; VS Media Inc.*

10 | Victor De Gyarfas | Gary A. Hecker

William J. Robinson | James Michael Slominski

11 | Foley & Lardner | Hecker Law Group

2029 Century Park E, 35th Floor | 1925 Century Park East, Suite 2300

12 | Los Angeles, California 90067 | Los Angeles, California 90067

*Counsel for:* | *Counsel for:*

13 | *International Web Innovations, Inc.* | *Offendale Commercial Limited BV*

14 | Mark D. Schneider | Alfredo A. Bismonte

Gifford, Krass, Groh, Sprinkle, Anderson | Daniel H. Fingerman

15 | and Citkowski | Bobby T. Shih

280 N. Old Woodward Avenue, Suite 400 | Mount & Stoelker, P.C.

16 | Birmingham, Michigan 48009-5394 | River Park Tower, 17th Floor

*Counsel for:* | 333 W. San Carlos St.

17 | *Askcs.com Inc.* | San Jose, CA 95110

*Counsel for:*

18 | | *Askcs.com Inc.*

19 | Adam Robert Alper | Rachel Krevans

David Allen York | Jason A. Crotty

20 | Latham & Watkins | Paul A. Friedman

135 Commonwealth Drive | Morrison & Foerster LLP

21 | Menlo Park, California 94025 | 425 Market Street

*Counsel for:* | San Francisco, California 94105-2482

22 | *AP Net Marketing Inc.; ICS Inc.* | *Counsel for:*

*Satellite LLC; Echostar Technologies*

23 | | *Corporation; Echostar Communications*

*Corporation*

24

David C. Doyle

25 | Morrison & Foerster LLP

3811 Valley Centre Dr., Suite 500

26 | San Diego, California 92130

*Counsel for:*

27 | *Echostar Technologies Corporation*

28

| | |
|---|---|
| Annemarie A. Daley | Richard R. Patch |
| Stephen P. Safranski | J. Timothy Nardell |
| Robins Kaplan Miller & Ciresi LLP | Coblentz, Patch, Duffy & Bass LLP |
| 2800 LaSalle Plaza | One Ferry Building, Suite 200 |
| 800 LaSalle Avenue | San Francisco, California 94111-4213 |
| Minneapolis, Minnesota 55402 | *Counsel for:* |
| *Counsel for:* | *Coxcom, Inc.; Hospitality Network, Inc.* |
| *Coxcom, Inc.; Hospitality Network, Inc.* | |
| | |
| Jeffrey H. Dean | William R. Overend |
| Kevin D. Hogg | Morgan D. Tovey |
| Bradford P. Lyerla | Reed Smith Crosby Heafey |
| Carl E. Myers | Two Embarcadero Center, Suite 2000 |
| Marshall Gerstein & Borun LLP | San Francisco, California 94111 |
| 6300 Sears Tower | *Counsel for:* |
| 233 South Wacker Drive | *Charter Communications, Inc.* |
| Chicago, Illinois 60606 | |
| *Counsel for:* | |
| *Armstrong Group; Arvig Communication Systems; Charter Communications, Inc.; East Cleveland TV and Communications LLC; Massillon Cable TV, Inc.; Wide Open West LLC* | |
| | |
| Daralyn J. Durie | Victor G. Savikas |
| Joshua H. Lerner | Kevin G. McBride |
| David J. Silbert | Maria K. Nelson |
| Keker & Van Nest LLP | Marsha E. Mullin |
| 710 Sansome Street | Jones Day |
| San Francisco, California 94111 | 555 South Flower Street, 50th Floor |
| *Counsel for:* | Los Angeles, California 90071 |
| *Comcast Cable Communications, LLC; Insight Communications, Inc.* | *Counsel for:* |
| | *DirecTV Group, Inc.* |
| | |
| Stephen E. Taylor | Mitchell D. Lukin |
| Jan J. Klohonatz | Baker Botts L.L.P. |
| Taylor & Co. Law Offices, Inc. | One Shell Plaza |
| One Ferry Building, Suite 355 | 910 Louisiana |
| San Francisco, California 94111 | Houston, Texas 77022 |
| *Counsel for:* | *Counsel for:* |
| *Mediacom Communications Corporation* | *Mediacom Communications Corporation; Bresnan Communications* |
| | |
| Jeffrey D. Sullivan | Rebecca Anne Bortolotti |
| Michael J. McNamara | John Christopher Reich |
| Baker Botts L.L.P. | Albert L. Underhill |
| 30 Rockefeller Plaza | Merchant & Gould |
| New York, New York 10112 | 80 S. 8th Street, Suite 3200 |
| *Counsel for:* | Minneapolis, Minnesota 55402 |
| *Mediacom Communications Corporation; Bresnan Communications* | *Counsel for:* |
| | *Arvig Communications Systems; Cannon Valley Communications, Inc.; Loretel Cablevision; Mid-Continent Media, Inc.; Savage Communications, Inc.; Sjoberg's Cablevision, Inc.; US Cable Holdings LP* |

HENNIGAN, BENNETT & DORMAN LLP
LAWYERS
LOS ANGELES, CALIFORNIA

| | |
|---|---|
| Sean David Garrison<br>Robert Francis Copple<br>Lewis & Roca LLP<br>40 N. Central Avenue<br>Phoenix, Arizona 85004-4429<br>*Counsel for:*<br>*Cable America Corp.* | C. Mark Kittredge<br>Perkins Coie Brown & Bain PA<br>P.O. Box 400<br>Phoenix, Arizona 85001-0400<br>*Counsel for:*<br>*Cable One Inc.* |
| Troy Blinn Forderman<br>George Chun Chen<br>Bryan Cave LLP<br>2 N. Central Avenue, Suite 2200<br>Phoenix, Arizona 85004-4406<br>*Counsel for:*<br>*Cable System Service Inc.* | Gregory T. Spalj<br>Fabyanske Westra & Hart PA<br>800 LaSalle Avenue, Suite 1900<br>Minneapolis, Minnesota 55402<br>*Counsel for:*<br>*Cable System Service, Inc.* |
| Patrick J. Whalen<br>Spencer Fan Britt & Brown LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City, Missouri 64106<br>*Counsel for:*<br>*NPG Cable Inc.* | Fritz Byers<br>824 Spitzer Bulding<br>520 Madison Avenue<br>Toledo, Ohio 43604<br>*Counsel for:*<br>*Block Communications, Inc.* |
| Clay K. Keller<br>Buckingham, Doolittle & Burroughs<br>50 South Main Street<br>Akron, Ohio 44308<br>*Counsel for:*<br>*Nelsonville TV Cable, Inc.* | Melissa G. Ferrario<br>Barry S. Goldsmith<br>Gary H. Nunes<br>Womble Carlyle Sandridge & Rice<br>8065 Leesburg Pike, Fourth Floor<br>Tysons Corner, VA 22182<br>*Counsel for:*<br>*Nelsonville TV Cable, Inc.* |
| Christopher B. Fagan<br>Fay Sharpe Fagan Minnich & McKee<br>1100 Superior Avenue, Seventh Floor<br>Cleveland, Ohio 44114-2518<br>*Counsel for:*<br>*Armstrong Group; East Cleveland TV and*<br>*Communications LLC; Massillon Cable TV,*<br>*Inc.; Wide Open West, LLC* | Stephen S. Korniczky<br>James V. Fazio<br>Paul Hastings Janofsky & Walker LLP<br>3579 Valley Centre Drive<br>San Diego, CA 92130<br>*Counsel for:*<br>*Cebridge Connections* |
| Benjamin Hershkowitz<br>Goodwin Proctor LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>*Counsel for:*<br>*CSC Holdings, Inc.* | David S. Benyacar<br>Daniel Reisner<br>Kaye Scholar LLP<br>425 Park Avenue<br>New York, NY 10022<br>*Counsel for:*<br>*Time Warner Cable, Inc.* |