UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re<br><br>ACACIA MEDIA TECHNOLOGIES CORPORATION | Case No. C-05-01114JW<br><br>**PROOF OF SERVICE** |

I hereby certify that:

1. I am a partner of the law firm Kaye Scholer LLP. My business address is 425 Park Avenue, New York, New York 10022.

2. On July 18, 2007, I caused to be served the ROUND 3 DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S THIRD AND FOURTH CLAIM CONSTRUCTION ORDERS, the DECLARATION OF DAVID S. BENYACAR with EXHIBITS A-H, and the DECLARATION OF STEPHEN M. WALTERS upon the parties listed in the attached service list by uploading via the United States District Court for the Northern District of California Electronic Case Filing Program the electronic files for each of the above listed documents.

3. On July 18, 2007, I also caused three courtesy copies of the above-mentioned documents to be delivered to the Chambers of the Honorable James Ware.

4. I caused black and white copies of the above-described documents to be served by postage prepaid first class mail upon the parties listed in the attached service list.

**KAYE SCHOLER LLP**

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 18, 2007

     /s/ David S. Benyacar
David S. Benyacar

KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
*Attorneys for Defendant*
*Time Warner Cable*

| | |
|---|---|
| 1 | **SERVICE LIST: ELECTRONIC NOTIFICATION** |
| 2 | **Adam R. Alper** |
| 3 | aalper@kirkland.com,gquares@kirkland.com |
| 4 | **David Benyacar** |
| 5 | dbenyacar@kayescholer.com,maondca@kayescholer.com |
| 6 | **Asim M. Bhansali** |
|   | amb@kvn.com,efiling@kvn.com,gap@kvn.com,pwm@kvn.com |
| 7 | **Jon-Thomas Bloch** |
| 8 | jbloch@marshallip.com |
| 9 | **Alan P. Block** |
| 10 | blocka@hbdlawyers.com,effnere@hbdlawyers.com,yusonc@hbdlawyers.com |
| 11 | **Juanita R. Brooks** |
|   | brooks@fr.com,njohnson@fr.com |
| 12 | |
| 13 | **Jason A. Crotty** |
|   | jcrotty@mofo.com |
| 14 | |
|   | **Annamarie A. Daley** |
| 15 | aadaley@rkmc.com,vlriley@rkmc.com |
| 16 | |
|   | **Jeffrey H. Dean** |
| 17 | jdean@marshallip.com,mdelach@marshallip.com |
| 18 | **Roderick G. Dorman** |
|   | dormanr@hbdlawyers.com,spearsl@hbdlawyers.com |
| 19 | |
|   | **Daralyn J. Durie** |
| 20 | ddurie@kvn.com,efiling@kvn.com,smitra@kvn.com,sbrock@kvn.com,dmiller@kvn.com |
| 21 | |
|   | **Paul A. Friedman** |
| 22 | pafriedman@mofo.com |
| 23 | |
|   | **Sean David Garrison** |
| 24 | sgarrison@lrlaw.com,pdennis@lrlaw.com |
| 25 | **Benjamin Hershkowitz** |
|   | bhershkowitz@goodwinprocter.com |
| 26 | |
| 27 | **Kevin D. Hogg** |
|   | khogg@marshallip.com |
| 28 | |

| | |
|---|---|
| 1 | **David Michael Hymas** |

| | |
|---|---|
| 1 | dhymas@mofo.com,mdavis@mofo.com |
| 2 | **Daniel E. Jackson** |
| 3 | djackson@kvn.com,mcanales@kvn.com,efiling@kvn.com |
| 4 | **Bradford P. Klein-Lyerla** |
| 5 | blyerla@marshallip.com,ppeggs@marshallip.com |
| 6 | **Jan Joseph Klohonatz** |
|   | jklohonatz@tcolaw.com |
| 7 | |
| 8 | **Matthew Ian Kreeger** |
|   | mkreeger@mofo.com |
| 9 | |
| 10 | **Rachel Krevans** |
|   | rkrevans@mofo.com,VPooni@mofo.com,rsexton@mofo.com |
| 11 | **Mitchell D. Lukin** |
| 12 | mitch.lukin@bakerbotts.com |
| 13 | **Kevin G. McBride** |
|   | kgmcbride@jonesday.com,ctartalone@jonesday.com |
| 14 | |
| 15 | **Harold J. McElhinny** |
|   | HMcElhinny@mofo.com,vsmith@mofo.com |
| 16 | |
| 17 | **Emmett J. McMahon** |
|   | ejmcmahon@rkmc.com,lhbuck@rkmc.com |
| 18 | **Michael J. McNamara** |
| 19 | michael.mcnamara@bakerbotts.com |
| 20 | **Todd Glen Miller** |
|   | miller@fr.com,owens@fr.com |
| 21 | |
| 22 | **Marsha Ellen Mullin** |
|   | memullin@jonesday.com,ccwong@jonesday.com |
| 23 | |
| 24 | **John Timothy Nardell** |
|   | EfilingJTN@cpdb.com |
| 25 | **Maria Kara Nelson** |
| 26 | mknelson@jonesday.com,aeraimer@jonesday.com |
| 27 | **William R. Overend** |
|   | woverend@reedsmith.com,vcanton@reedsmith.com |
| 28 | |

**Richard R. Patch**
rrp@cpdb.com

**David P. Pearson**
dpearson@winthrop.com

**Daniel Reisner**
dreisner@kayescholer.com,maondca@kayescholer.com

**William Joseph Robinson**
wrobinson@foley.com,lsaptoro@foley.com

**Stephen P. Safranski**
spsafranski@rkmc.com,bjweiss@rkmc.com

**Victor George Savikas**
vgsavikas@jonesday.com

**Kevin I. Shenkman**
shenkmank@hbdlawyers.com,smithm@hbdlawyers.com

**Bobby T. Shih**
bshih@mount.com,mmcmanus@mount.com

**David Jason Silbert**
djs@kvn.com,efiling@kvn.com,aap@kvn.com,brodriguez@kvn.com,nbd@kvn.com

**Jonathan Elliot Singer**
singer@fr.com,skarboe@fr.com

**James Michael Slominski**
jslominski@hh.com,jimslominski@verizon.net

**Jeffrey D. Sullivan**
jeffrey.sullivan@bakerbotts.com

**Stephen E. Taylor**
staylor@tcolaw.com,pmartinez@tcolaw.com,cdunbar@tcolaw.com,jklohonatz@tcolaw.com,
ncampins@tcolaw.com,sbundy@tcolaw.com,jgrant@tcolaw.com,mportman@tcolaw.com

**Morgan William Tovey**
mtovey@reedsmith.com,cshanahan@reedsmith.com

**Todd R. Tucker**
ttucker@rennerotto.com,jcampbell@rennerotto.com

**Patrick J. Whalen**
pwhalen@spencerfane.com,ecrank@spencerfane.com

**William R. Woodford**
woodford@fr.com,lindner@fr.com

**David A. York**
david.york@lw.com

**Victor de Gyarfas**
vdegyarfas@foley.com

**SERVICE LIST: FIRST CLASS MAIL**

**Mark Anchor Albert**
Hennigan Bennett & Dorman LLP
601 S. Figueroa Street
Suite 3300
Los Angeles, Ca 90017

**Rebecca A. Bortolotti**
Merchant & Gould
80 S. 8th Street
Suite 3200
Minneapolis, MN 55402

**Fritz Byers**
824 Spitzer Bldg.,
520 Madison Avenue
Toledo, OH 43604

**Jay R. Campbell**
Renner Otto Boisselle & Sklar LLP
Keith Bldg.
1621 Euclid Avenue
19th Floor
Cleveland, OH 44115

**Robert Donald Carroll**
Goodwin Procter LLP
Exchange Place
53 State St.
Boston, MA 02109

**David C. Doyle**
Morrison & Foerster LLP
3811 Valley Centre Dr., Ste. 500
San Diego, Ca 92130

**John C. Englander**
Goodwin Procter LLP
Exchange Place
53 State St.
Boston, MA 02109

**Christopher B. Fagan**
Fay Sharpe Fagan Minnich & McKee
7th Floor
1100 Superior Avenue
Cleveland, OH 44114-2518

**Mark C. Johnson**
Renner Otto Boisselle & Sklar
19th Floor
1621 Euclid Avenue
Cleveland, OH 44115

**C. Mark Kittredge**
Perkins Coie Brown & Bain PA
P. O. Box 400
Phoenix, AZ 85001-0400

**Christopher Scott Marchese**
Fish & Richardson P.C.
12390 El Camino Real
San Diego, Ca 92130-2081

**Martin P. Michael**
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, NY 10020

**Carl E. Myers**
Marshall Gerstein & Borun
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

**John Francis Petrsoric**
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

**Paul A. Ragusa**
Baker Botts LLP
30 Rockefeller Plaza
New York, NY 10112

**Andrew D. Raymond**
Marshall Gerstein & Borun LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357

**John C. Reich**
Merchant & Gould
80 S. 8th Street
Suite 3200
Minneapolis, MN 55402

1  **Rainer Schulz**
   511 Cuesta Drive
2  Los Altos, Ca 94024-4132

3
   **A. Brent Truit**
4  Hennigan, Bennett & Dorman LLP
   245 Park Avenue, Suite 3962
5  New York, NY 10167

6  **Albert L. Underhill**
   Merchant & Gould
7  80 S. 8th Street
   Suite 3200
8  Minneapolis, MN 55415

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28