**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In Re<br><br>ACACIA MEDIA TECHNOLOGIES CORPORATION | Case No. C-05-01114 JW<br><br>**PROOF OF SERVICE** |

I hereby certify that:

1. I am an associate of the law firm Kaye Scholer, LLP. My business address is 425 Park Avenue, New York, New York, 10022.

2. On November 2, 2007, I caused to be served: (i) the ROUND 3 DEFENDANTS' SUBMISSION IDENTIFYING THE ESSENTIAL COMPONENTS OF THE PATENTEE-DEFINED "TRANSMISSION SYSTEM" AND "RECEIVING SYSTEM"; and (ii) ROUND 3 DEFENDANTS' SUBMISSION OF APPENDIX A AND B CONTAINING CHARTS PURSUANT TO COURT'S OCTOBER 19, 2007 ORDER upon the parties listed in the attached service list for electronic service by transmitting via the United States District Court for the Northern District of California Electronic Case Filing Program by uploading the electronic files for each of the above listed documents.

3. On November 2, 2007, I also caused five (5) courtesy copies of the above mentioned documents to be delivered to the Chambers of the Honorable James Ware.

4. I caused copies of the above described documents to be served by postage prepaid first class mail upon the parties listed in the attached service list for manual service.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 2, 2007

_____
Howard I. Sherman
David S. Benyacar

Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
*Attorneys for defendant Time Warner Cable*

**SERVICE LIST: ELECTRONIC NOTIFICATION**

**Adam R. Alper**
aalper@kirkland.com, gquares@kirkland.com

**David Benyacar**
dbenyacar@kayescholer.com, maondca@kayescholer.com

**Asim M. Bhansali**
amb@kvn.com, efiling@kvn.com, gap@kvn.com, pwm@kvn.com

**Jon-Thomas Bloch**
jbloch@marshallip.com

**Alan P. Block**
blocka@hbdlawyers.com, effnere@hbdlawyers.com, yusonc@hbdlawyers.com

**Juanita R. Brooks**
brooks@fr.com, njohnson@fr.com

**Jason A. Crotty**
jcrotty@mofo.com

**Annamarie A. Daley**
aadaley@rkmc.com, vlriley@rkmc.com

**Jeffrey H. Dean**
jdean@marshallip.com, mdelach@marshallip.com

**Roderick G. Dorman**
dormanr@hbdlawyers.com, spearsl@hbdlawyers.com

**Daralyn J. Durie**
ddurie@kvn.com, dmiller@kvn.com, efiling@kvn.com, sbrock@kvn.com, smitra@kvn.com

**Paul A. Friedman**
pafriedman@mofo.com

**Sean David Garrison**
sgarrison@lrlaw.com, pdennis@lrlaw.com

**Benjamin Hershkowitz**
bhershkowitz@goodwinprocter.com

**Kevin D. Hogg**
khogg@marshallip.com

**David Michael Hymas**
dhymas@mofo.com, mdavis@mofo.com

**Daniel E. Jackson**
djackson@kvn.com, efiling@kvn.com, mcanales@kvn.com

**Jan Joseph Klohonatz**
jklohonatz@tcolaw.com
**Matthew Ian Kreeger**
mkreeger@mofo.com
**Rachel Krevans**
rkrevans@mofo.com, rsexton@mofo.com, VPooni@mofo.com
**Mitchell D. Lukin**
mitch.lukin@bakerbotts.com
**Bradford P. Lyerla**
blyerla@marshallip.com, ppeggs@marshallip.com
**Kevin G. McBride**
kgmcbride@jonesday.com, ctartalone@jonesday.com
**Harold J. McElhinny**
HMcElhinny@mofo.com, vsmith@mofo.com
**Emmett J. McMahon**
ejmcmahon@rkmc.com, lhbuck@rkmc.com
**Michael J. McNamara**
michael.mcnamara@bakerbotts.com
**Todd Glen Miller**
miller@fr.com, owens@fr.com
**Marsha Ellen Mullin**
memullin@jonesday.com, ccwong@jonesday.com
**John Timothy Nardell**
EfilingJTN@cpdb.com
**Maria Kara Nelson**
mknelson@jonesday.com, aeraimer@jonesday.com
**William R. Overend**
woverend@reedsmith.com, vcanton@reedsmith.com
**Richard R. Patch**
rrp@cpdb.com
**David P. Pearson**
dpearson@winthrop.com
**Daniel Reisner**
dreisner@kayescholer.com, maondca@kayescholer.com

| | |
|---|---|
| 1 | **William Joseph Robinson** |
| | wrobinson@foley.com, lsaptoro@foley.com |
| 2 | **Stephen P. Safranski** |
| 3 | spsafranski@rkmc.com, bjweiss@rkmc.com |
| 4 | **Victor George Savikas** |
| 5 | vgsavikas@jonesday.com |
| | **Kevin I. Shenkman** |
| 6 | shenkmank@hbdlawyers.com, smithm@hbdlawyers.com |
| 7 | **Bobby T. Shih** |
| 8 | bshih@mount.com |
| | **David Jason Silbert** |
| 9 | djs@kvn.com, aap@kvn.com, brodriguez@kvn.com, efiling@kvn.com, nbd@kvn.com |
| 10 | **Jonathan Elliot Singer** |
| 11 | singer@fr.com, skarboe@fr.com |
| 12 | **James Michael Slominski** |
| 13 | jslominski@hh.com, jimslominski@verizon.net |
| | **Jeffrey D. Sullivan** |
| 14 | jeffrey.sullivan@bakerbotts.com |
| 15 | **Stephen E. Taylor** |
| 16 | staylor@tcolaw.com, cdunbar@tcolaw.com, jgrant@tcolaw.com, jklohonatz@tcolaw.com, mportman@tcolaw.com, ncampins@tcolaw.com, pmartinez@tcolaw.com, sbundy@tcolaw.com |
| 17 | **Morgan William Tovey** |
| 18 | mtovey@reedsmith.com, cshanahan@reedsmith.com |
| 19 | **Todd R. Tucker** |
| | ttucker@rennerotto.com, jcampbell@rennerotto.com |
| 20 | **Patrick J. Whalen** |
| 21 | pwhalen@spencerfane.com, ecrank@spencerfane.com |
| 22 | **William R. Woodford** |
| 23 | woodford@fr.com, lindner@fr.com |
| | **David A. York** |
| 24 | david.york@lw.com |
| 25 | **Victor de Gyarfas** |
| 26 | vdegyarfas@foley.com |
| 27 | |
| 28 | |

**SERVICE LIST: FIRST CLASS MAIL**

**Mark Anchor Albert**
Hennigan, Bennett & Dorman LLP
601 S. Figueroa Street
Suite 3300
Los Angeles, Ca 90017

**Rebecca A. Bortolotti**
Merchant & Gould
80 S. 8th Street
Suite 3200
Minneapolis, MN 55402

**Fritz Byers**
824 Spitzer Bldg.,
520 Madison Avenue
Toledo, OH 43604

**Jay R. Campbell**
Renner Otto Boisselle & Sklar LLP
Keith Bldg.
1621 Euclid Avenue
19th Floor
Cleveland, OH 44115

**Robert Donald Carroll**
Goodwin Procter LLP
Exchage Place
Boston, MA 02109

**David C. Doyle**
Morrison & Foerster LLP
3811 Valley Centre Dr., Ste. 500
San Diego, Ca 92130

**John C. Englander**
Goodwin Protecter LLP
Exchange Place
Boston, MA 02109

**Christopher B. Fagan**
Fay Sharpe Fagan Minnich & McKee
7th Floor
1100 Superior Avenue
Cleveland, OH 44114-2518

**Mark C. Johnson**
Renner Otto Boisselle & Sklar
19th Floor
1621 Euclid Avenue
Cleveland, OH 44115

**C Mark Kittredge**
Perkins Coie Brown & Bain PA
P. O. Box 400
Phoenix, AZ 85001-0400

**Christopher Scott Marchese**
Fish & Richardson P.C.
12390 El Camino Real
San Diego, Ca 92130-2081

**Martin P. Michael**
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, NY 10020

**Carl E. Myers**
Marshall Gerstein & Borun
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

**John Francis Petrsoric**
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

**Paul A. Ragusa**
Baker Botts LLP
30 Rockefeller Plaza
New York, NY 10112

**Andrew D. Raymond**
Marshall Gerstein & Borun LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357

**John C. Reich**
Merchant & Gould
80 S. 8th Street
Suite 3200
Minneapolis, MN 55402

**Rainer Schultz**
511 Cuesta Drive
Los Altos, CA 94024-4132

**A. Brent Truit**
Hennigan, Bennett & Dorman LLP
245 Park Avenue, Suite 3962
New York, NY 10167

**Albert L. Underhill**
Merchant & Gould
80 S. 8th Street
Suite 3200
Minneapolis, MN 55415