**PROOF OF SERVICE**

I hereby certify that:

1. I am a partner of the law firm Gibson, Dunn & Crutcher LLP. My business address is 200 Park Avenue, New York, New York 10166.

2. On September 29, 2008, I caused to be served Round 3 Defendants' RESPONSE TO ACACIA'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY upon the parties listed in the attached service list by transmitting via the United States District Court for the Northern District of California Electronic Case Filing Program by uploading the electronic files for each of the above listed documents.

3. On September 29, 2008, I also caused three courtesy copies of the above-mentioned documents to be delivered to the Chambers of the Honorable James Ware.

4. I caused copies of the above-described documents to be served by either electronic notification or postage prepaid first class mail upon the parties as listed in the attached service list.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 29, 2008						Respectfully Submitted,

    /s/Benjamin Hershkowitz
Benjamin Hershkowitz
**Gibson, Dunn & Crutcher LLP**
200 Park Avenue
New York, NY 10166
Tel.: 212-351-2410
Fax.: 212-351-6210
bhershkowitz@gibsondunn.com

Gibson, Dunn & Crutcher LLP

5

**SERVICE LIST: ELECTRONIC NOTIFICATION**

David S. Benyacar
dbenyacar@kayescholer.com

Asim M. Bhansali
amb@kvn.com efiling@kvn.com;gap@kvn.com;pwm@kvn.com

Alfredo A. Bismonte
abismonte@mount.com bshih@mount.com;mmcmanus@mount.com

Alan P. Block
blocka@hbdlawyers.com yusonc@hbdlawyers.com;effnere@hbdlawyers.com

Juanita R. Brooks
brooks@fr.com njohnson@fr.com

Jason A. Crotty
jcrotty@mofo.com

Annamarie A. Daley
aadaley@rkmc.com dlanderson@rkmc.com;vlriley@rkmc.com

Jeffrey H. Dean
jdean@marshallip.com mdelach@marshallip.com

Roderick G. Dorman
dormanr@hbdlawyers.com spearsl@hbdlawyers.com

Daralyn J. Durie
ddurie@kvn.com efiling@kvn.com;dmiller@kvn.com;smitra@kvn.com;sbrock@kvn.com

Daniel Harlan Fingerman
dfingerman@mount.com mmcmanus@mount.com

Paul A. Friedman
pafriedman@mofo.com

Sean David Garrison
sgarrison@lrlaw.com pdennis@lrlaw.com

Benjamin Hershkowitz
bhershkowitz@gibsondunn.com

Kevin D. Hogg
khogg@marshallip.com

Daniel E. Jackson
djackson@kvn.com efiling@kvn.com;mcanales@kvn.com

Jan J. Klohonatz
jklohonatz@tcolaw.com

Matthew I. Kreeger
mkreeger@mofo.com

| | |
|---|---|
| 1 | |
| 2 | Rachel Krevans<br>rkrevans@mofo.com ppomerantz@mofo.com |
| 3 | Mitchell D. Lukin<br>mitch.lukin@bakerbotts.com |
| 4 | |
| 5 | Bradford P. Lyerla<br>blyerla@marshallip.com ppeggs@marshallip.com |
| 6 | Kevin G. McBride<br>kgmcbride@jonesday.com ctartalone@jonesday.com |
| 7 | |
| 8 | Harold J. McElhinny<br>HMcElhinny@mofo.com vsmith@mofo.com |
| 9 | Emmett J. McMahon<br>ejmcmahon@rkmc.com lhbuck@rkmc.com |
| 10 | |
| 11 | Michael J. McNamara<br>michael.mcnamara@bakerbotts.com |
| 12 | Todd Glen Miller<br>miller@fr.com owens@fr.com |
| 13 | |
| 14 | Marsha Ellen Mullin<br>memullin@jonesday.com ccwong@jonesday.com |
| 15 | J. Timothy Nardell<br>EfilingJTN@cpdb.com |
| 16 | |
| 17 | Maria K. Nelson<br>mknelson@jonesday.com |
| 18 | William R. Overend<br>woverend@reedsmith.com rallen@reedsmith.com |
| 19 | |
| 20 | Richard R. Patch<br>rrp@cpdb.com |
| 21 | David P. Pearson<br>dpearson@winthrop.com |
| 22 | |
| 23 | Daniel Reisner<br>dreisner@kayescholer.com maondca@kayescholer.com |
| 24 | William J. Robinson<br>wrobinson@foley.com lsaptoro@foley.com |
| 25 | |
| 26 | Stephen P. Safranski<br>spsafranski@rkmc.com bjweiss@rkmc.com |
| 27 | Victor George Savikas<br>vgsavikas@jonesday.com |
| 28 | |
| | Kevin I. Shenkman |

Gibson, Dunn & Crutcher LLP

7

| | |
|---|---|
| 1 | shenkmank@hbdlawyers.com smithm@hbdlawyers.com |
| 2 | Bobby T. Shih |
| | bshih@mount.com mmcmanus@mount.com |
| 3 | |
| | David J. Silbert |
| 4 | djs@kvn.com efiling@kvn.com;aap@kvn.com;nbd@kvn.com |
| 5 | Jonathan E. Singer |
| | singer@fr.com skarboe@fr.com |
| 6 | |
| | James Michael Slominski |
| 7 | jslominski@hh.com jimslominski@verizon.net |
| 8 | Jeffrey D. Sullivan |
| | jeffrey.sullivan@bakerbotts.com |
| 9 | |
| | Stephen E. Taylor |
| 10 | staylor@tcolaw.com |
| | jklohonatz@tcolaw.com;swexler@tcolaw.com;tnewby@tcolaw.com;jliu@tcolaw.com;cdunbar@tcol |
| 11 | aw.com;rleffkich@tcolaw.com;kodegard@tcolaw.com;dkline@tcolaw.com;hlevin@dc.bhb.com |
| 12 | Morgan William Tovey |
| | mtovey@reedsmith.com mjmeyers@reedsmith.com |
| 13 | |
| | Todd R. Tucker |
| 14 | ttucker@rennerotto.com jcampbell@rennerotto.com |
| 15 | Patrick J. Whalen |
| | pwhalen@spencerfane.com ecrank@spencerfane.com |
| 16 | |
| | William R. Woodford |
| 17 | woodford@fr.com lindner@fr.com |
| 18 | David A. York |
| | david.york@lw.com |
| 19 | |
| | Victor de Gyarfas |
| 20 | vdegyarfas@foley.com |
| 21 | **SERVICE LIST: FIRST CLASS MAIL** |
| 22 | Mark Anchor Albert |
| | Hennigan Bennett & Dorman LLP |
| 23 | 601 S. Figueroa Street |
| | Suite 3300 |
| 24 | Los Angeles, Ca 90017 |
| 25 | Adam Robert Alper |
| | Latham and Watkins |
| 26 | 140 Scott Drive |
| | Menlo Park, CA 94025 |
| 27 | |
| | Rebecca A. Bortolotti |
| 28 | Merchant & Gould |
| | 80 S. 8th Street |

| | |
|---|---|
| 1 | Suite 3200<br>Minneapolis, MN 55402 |
| 2 | |
| 3 | Fritz Byers<br>824 Spitzer Bldg.<br>520 Madison Avenue |
| 4 | Toledo, OH 43604 |
| 5 | Jay R. Campbell<br>Renner Otto Boisselle & Sklar LLP |
| 6 | Keith Bldg.<br>1621 Euclid Avenue, 19th Floor |
| 7 | Cleveland, OH 44115 |
| 8 | David C. Doyle<br>Morrison & Foerster LLP |
| 9 | 3811 Valley Centre Drive, Suite 500<br>San Diego, Ca 92130 |
| 10 | |
| 11 | Christopher B. Fagan<br>Fay Sharpe Fagan Minnich & McKee<br>7th Floor |
| 12 | 1100 Superior Avenue<br>Cleveland, OH 44114-2518 |
| 13 | |
| 14 | Mark C. Johnson<br>Renner Otto Boisselle & Sklar<br>1621 Euclid Avenue, 19th Fl. |
| 15 | Cleveland, OH 44115 |
| 16 | C. Mark Kittredge<br>Perkins Coie Brown & Bain PA |
| 17 | P. O. Box 400<br>Phoenix, AZ 85001-0400 |
| 18 | |
| 19 | Christopher Marchese<br>Fish & Richardson P.C.<br>12390 El Camino Real |
| 20 | San Diego, CA 92130-2081 |
| 21 | Martin P. Michael<br>Sonnenschein Nath & Rosenthal |
| 22 | 1221 Avenue of the Americas<br>New York, NY 10020 |
| 23 | |
| 24 | Paul A. Ragusa<br>Baker Botts LLP<br>30 Rockefeller Plaza |
| 25 | New York, NY 10112 |
| 26 | John C. Reich<br>Merchant & Gould |
| 27 | 80 S. 8th Street, Suite 3200<br>Minneapolis, MN 55402 |
| 28 | Mark D. Schneider |

Gibson, Dunn &<br>Crutcher LLP

1. Gifford Krass Groh Sprinkle Anderson & Citkowski, P.C.
2701 Troy Center Drive, Suite 330
P. O. Box 7021
Troy, MI 48007-7021

Douglas W. Sprinkle
Gifford Krass Groh Sprinkle Anderson & Citkowski, P.C.
2701 Troy Center Drive, Suite 330
P. O. Box 7021
Troy, MI 48007-7021

A. Brent Truit
Hennigan, Bennett & Dorman LLP
245 Park Avenue, Suite 3962
New York, NY 10167

Albert L. Underhill
Merchant & Gould
80 S. 8th Street
Suite 3200
Minneapolis, MN 55415

100527525_1 (2).DOC