1  **HENNIGAN, BENNETT & DORMAN LLP**
   **Roderick G. Dorman (SBN 96908)**
2  dormanr@hbdlawyers.com
   **Alan P. Block (SBN 143783)**
3  blocka@hbdlawyers.com
   **865 South Figueroa Street, Suite 2900**
4  **Los Angeles, California 90017**
   **Telephone: (213) 694-1200**
5  **Fax: (213) 694-1234**

6  Attorneys for Plaintiff
   ACACIA MEDIA TECHNOLOGIES CORPORATION
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11 | In re | ) | Case No. 05 CV 01114 JW
   | | ) |
12 | | ) |
   | ACACIA MEDIA TECHNOLOGIES | ) | **[PROPOSED] ORDER GRANTING**
13 | CORPORATION, | ) | **PLAINTIFF ACACIA MEDIA**
   | | ) | **TECHNOLOGIES CORPORATION'S**
14 | | ) | **MOTION FOR ADMINSTRATIVE**
   | | ) | **LEAVE TO VACATE THE OPPOSITION**
15 | | ) | **AND REPLY DATES RE DEFENDANTS'**
   | | ) | **MOTIONS FOR SUMMARY JUDGMENT**
16 | | ) | **ON SECTION 112 ISSUES**
   | | ) |
17 | | ) | **(CIVIL L.R. 7-11)**
   | | ) |
18 | | ) | DATE:    N/A
   | | ) | TIME:    N/A
19 | | ) | CTRM:    Ctrm 8, 4th Floor
   | | ) | JUDGE:   Hon. James Ware
20 | | ) |

Case No. C-05-01114-JW            [PROPOSED] ORDER GRANTING PLAINTIFF'S
                                        MOTION FOR ADMINISTRATIVE
                                         LEAVE TO VACATE FILING DATES

1   The Court, having considered Plaintiff Acacia Media Technologies Corporation's Motion for
2   Administrative Leave to Vacate the Opposition and Reply Dates re Defendants' Motions for
3   Summary Judgment on Section 112 Issues, and any opposition thereto, and finding good cause
4   thereon, hereby GRANTS Acacia's Motion.

5   The Court hereby vacates the October 24, 2008 opposition date and the January 9, 2009
6   reply date on defendants' Motions for Summary Judgment set in the Court's May 27, 2008 Order
7   (Doc. No. 282). If necessary, following the October 29, 2008 Order to Show Cause hearing, the
8   Court shall re-set the opposition and reply dates.

9   IT IS SO ORDERED.

11  DATED: _____
                                    The Honorable James Ware
12                                  United States District Judge

15  Presented by:

17  By  /S/ Roderick G. Dorman
           Roderick G. Dorman

18  RODERICK G. DORMAN (CA SBN 96908)
    ALAN P. BLOCK (CA SBN 143783)
19  MARC MORRIS (CA SBN 183728)
    HENNIGAN, BENNETT & DORMAN LLP
20  601 South Figueroa Street, Suite 3300
    Los Angeles, California 90017
21
22  Attorneys for Plaintiff
    Acacia Media Technologies Corporation

-1-
Case No. C-05-01114-JW         [PROPOSED] ORDER GRANTING PLAINTIFF'S
                               MOTION FOR ADMINISTRATIVE
                               LEAVE TO VACATE FILING DATES

# PROOF OF SERVICE

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 865 South Figueroa Street, Suite 2900, Los Angeles, California 90017.

On October 14, 2008, I served a copy of the within document described as **[PROPOSED] ORDER GRANTING PLAINTIFF ACACIA MEDIA TECHNOLOGIES CORPORATION'S MOTION FOR ADMINSTRATIVE LEAVE TO VACATE THE OPPOSITION AND REPLY DATES RE DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT ON SECTION 112 ISSUES** on the interested parties in this action by transmitting via the Electronic Case Filing Program of the United States District Court for the Northern District of California, the document listed above by uploading the electronic file for the above listed document on this date. The ECF Program will send an e-notice of the electronic filing to the parties listed on the attached Service List.

I also placed the document listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FedEx agent for Delivery as follows:

Chambers of the Hon. James Ware
Attn: Regarding Acacia Litigation
280 South First Street
San Jose, CA 95113
*3 copies*

Executed on October 14, 2008 at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/S/ Lisa McCorry
Lisa McCorry

# SERVICE LIST

| | |
|---|---|
| Juanita R. Brooks<br>Todd G. Miller<br>Fish & Richardson<br>12390 El Camino Real<br>San Diego, California 92130-2081<br>*Counsel for:*<br>*ACMP LLC;Ademia Multimedia LLC; Adult Entertainment Broadcast Network; Adult Revenue Services; Audio Communications; CJ Inc.; Club Jenna Inc.; Cyber Trend Inc.; Cybernet Ventures Inc.; Game Link Inc.; Global AVS Inc.; Innovative Ideas International; Lightspeedcash; National A-1 Advertising Inc.; New Destiny Internet Group LLC; VS Media Inc.* | Jonathan E. Singer<br>William R. Woodford<br>Fish & Richardson<br>60 South Sixth Street, Suite 3300<br>Minneapolis, Minnesota 55402<br>*Counsel for:*<br>*ACMP LLC;Ademia Multimedia LLC; Adult Entertainment Broadcast Network; Adult Revenue Services; Audio Communications; CJ Inc.; Club Jenna Inc.; Cyber Trend Inc.; Cybernet Ventures Inc.; Game Link Inc.; Global AVS Inc.; Innovative Ideas International; Lightspeedcash; National A-1 Advertising Inc.; New Destiny Internet Group LLC; VS Media Inc.* |
| Victor De Gyarfas<br>William J. Robinson<br>Foley & Lardner<br>2029 Century Park E, 35th Floor<br>Los Angeles, California 90067<br>*Counsel for:*<br>*International Web Innovations, Inc.* | Gary A. Hecker<br>James Michael Slominski<br>Hecker Law Group<br>1925 Century Park East, Suite 2300<br>Los Angeles, California 90067<br>*Counsel for:*<br>*Offendale Commercial Limited BV* |
| Mark D. Schneider<br>Gifford, Krass, Groh, Sprinkle, Anderson and Citkowski<br>280 N. Old Woodward Avenue, Suite 400<br>Birmingham, Michigan 48009-5394<br>*Counsel for:*<br>*Askcs.com Inc.* | Alfredo A. Bismonte<br>Daniel H. Fingerman<br>Bobby T. Shih<br>Mount & Stoelker, P.C.<br>River Park Tower, 17th Floor<br>333 W. San Carlos St.<br>San Jose, CA 95110<br>*Counsel for:*<br>*Askcs.com Inc.* |
| Adam Robert Alper<br>David Allen York<br>Latham & Watkins<br>135 Commonwealth Drive<br>Menlo Park, California 94025<br>*Counsel for:*<br>*AP Net Marketing Inc.; ICS Inc.* | Rachel Krevans<br>Jason A. Crotty<br>Paul A. Friedman<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>*Counsel for:*<br>*Satellite LLC; Echostar Technologies Corporation; Echostar Communications Corporation* |
| David C. Doyle<br>Morrison & Foerster LLP<br>3811 Valley Centre Dr., Suite 500<br>San Diego, California 92130<br>*Counsel for:*<br>*Echostar Technologies Corporation* | |

| | | |
|---|---|---|
| 1 | Annemarie A. Daley<br>Stephen P. Safranski | Richard R. Patch<br>J. Timothy Nardell |
| 2 | Robins Kaplan Miller & Ciresi LLP<br>2800 LaSalle Plaza | Coblentz, Patch, Duffy & Bass LLP<br>One Ferry Building, Suite 200 |
| 3 | 800 LaSalle Avenue<br>Minneapolis, Minnesota 55402 | San Francisco, California 94111-4213<br>*Counsel for:* |
| 4 | *Counsel for:*<br>*Coxcom, Inc.; Hospitality Network, Inc.* | *Coxcom, Inc.; Hospitality Network, Inc.* |
| 5 | | |
| 6 | Jeffrey H. Dean<br>Kevin D. Hogg | William R. Overend<br>Morgan D. Tovey |
| 7 | Bradford P. Lyerla<br>Carl E. Myers | Reed Smith Crosby Heafey<br>Two Embarcadero Center, Suite 2000 |
| 8 | Marshall Gerstein & Borun LLP<br>6300 Sears Tower | San Francisco, California 94111<br>*Counsel for:* |
| 9 | 233 South Wacker Drive<br>Chicago, Illinois 60606 | *Charter Communications, Inc.* |
| 10 | *Counsel for:*<br>*Armstrong Group; Arvig Communication* | |
| 11 | *Systems; Charter Communications, Inc.; East Cleveland TV and Communications LLC;* | |
| 12 | *Massillon Cable TV, Inc.; Wide Open West LLC* | |
| 13 | Daralyn J. Durie<br>Joshua H. Lerner | Victor G. Savikas<br>Kevin G. McBride |
| 14 | David J. Silbert<br>Keker & Van Nest LLP | Maria K. Nelson<br>Marsha E. Mullin |
| 15 | 710 Sansome Street<br>San Francisco, California 94111 | Jones Day<br>555 South Flower Street, 50th Floor |
| 16 | *Counsel for:*<br>*Comcast Cable Communications, LLC; Insight* | Los Angeles, California 90071<br>*Counsel for:* |
| 17 | *Communications, Inc.* | *DirecTV Group, Inc.* |
| 18 | Stephen E. Taylor<br>Jan J. Klohonatz | Mitchell D. Lukin<br>Baker Botts L.L.P. |
| 19 | Taylor & Co. Law Offices, Inc.<br>One Ferry Building, Suite 355 | One Shell Plaza<br>910 Louisiana |
| 20 | San Francisco, California 94111<br>*Counsel for:* | Houston, Texas 77022<br>*Counsel for:* |
| 21 | *Mediacom Communications Corporation* | *Mediacom Communications Corporation;*<br>*Bresnan Communications* |
| 22 | Jeffrey D. Sullivan | Rebecca Anne Bortolotti |
| 23 | Michael J. McNamara<br>Baker Botts L.L.P. | John Christopher Reich<br>Albert L. Underhill |
| 24 | 30 Rockefeller Plaza<br>New York, New York 10112 | Merchant & Gould<br>80 S. 8th Street, Suite 3200 |
| 25 | *Counsel for:*<br>*Mediacom Communications Corporation;* | Minneapolis, Minnesota 55402<br>*Counsel for:* |
| 26 | *Bresnan Communications* | *Arvig Communications Systems; Cannon*<br>*Valley Communications, Inc.; Loretel* |
| 27 | | *Cablevision; Mid-Continent Media, Inc.;*<br>*Savage Communications, Inc.; Sjoberg's*<br>*Cablevision, Inc.; US Cable Holdings LP* |
| 28 | | |

| | |
|---|---|
| Sean David Garrison<br>Robert Francis Copple<br>Lewis & Roca LLP<br>40 N. Central Avenue<br>Phoenix, Arizona 85004-4429<br>*Counsel for:*<br>***Cable America Corp.*** | C. Mark Kittredge<br>Perkins Coie Brown & Bain PA<br>P.O. Box 400<br>Phoenix, Arizona 85001-0400<br>*Counsel for:*<br>***Cable One Inc.*** |
| Troy Blinn Forderman<br>George Chun Chen<br>Bryan Cave LLP<br>2 N. Central Avenue, Suite 2200<br>Phoenix, Arizona 85004-4406<br>*Counsel for:*<br>***Cable System Service Inc.*** | Gregory T. Spalj<br>Fabyanske Westra & Hart PA<br>800 LaSalle Avenue, Suite 1900<br>Minneapolis, Minnesota 55402<br>*Counsel for:*<br>***Cable System Service, Inc.*** |
| Patrick J. Whalen<br>Spencer Fan Britt & Brown LLP<br>1000 Walnut Street, Suite 1400<br>Kansas City, Missouri 64106<br>*Counsel for:*<br>***NPG Cable Inc.*** | Fritz Byers<br>824 Spitzer Bulding<br>520 Madison Avenue<br>Toledo, Ohio 43604<br>*Counsel for:*<br>***Block Communications, Inc.*** |
| Clay K. Keller<br>Buckingham, Doolittle & Burroughs<br>50 South Main Street<br>Akron, Ohio 44308<br>*Counsel for:*<br>***Nelsonville TV Cable, Inc.*** | Melissa G. Ferrario<br>Barry S. Goldsmith<br>Gary H. Nunes<br>Womble Carlyle Sandridge & Rice<br>8065 Leesburg Pike, Fourth Floor<br>Tysons Corner, VA 22182<br>*Counsel for:*<br>***Nelsonville TV Cable, Inc.*** |
| Christopher B. Fagan<br>Fay Sharpe Fagan Minnich & McKee<br>1100 Superior Avenue, Seventh Floor<br>Cleveland, Ohio 44114-2518<br>*Counsel for:*<br>***Armstrong Group; East Cleveland TV and Communications LLC; Massillon Cable TV, Inc.; Wide Open West, LLC*** | Stephen S. Korniczky<br>James V. Fazio<br>Paul Hastings Janofsky & Walker LLP<br>3579 Valley Centre Drive<br>San Diego, CA 92130<br>*Counsel for:*<br>***Cebridge Connections*** |
| Benjamin Hershkowitz<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166<br>*Counsel for:*<br>***CSC Holdings, Inc.*** | David S. Benyacar<br>Daniel Reisner<br>Kaye Scholar LLP<br>425 Park Avenue<br>New York, NY 10022<br>*Counsel for:*<br>***Time Warner Cable, Inc.*** |